# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | |
|---|---|---|
| **Beneficiary Confirmation Number**<br>7901180972805703696 | | **Case Type**<br>H-1BR - H1B REGISTRATION |
| **Received Date**<br>03/13/2020 | **Priority Date** | **Prospective Petitioner**<br>Educational Testing Service |
| **Notice Date**<br>03/28/2020 | **Page**<br>1 of 2 | **Beneficiary**<br>Zhao, Jing |

Educational Testing Service
660 Rosedale Road
Princeton NJ 08541

**Notice Type:** Registration Selection

Your company, Educational Testing Service, with an Employer Identification Number of 210634479, submitted a registration on behalf of Zhao, Jing (Date of Birth: 08/05/1986) for possible selection toward the FY2021 H-1B numerical cap projections.

This registration was selected. The Beneficiary Confirmation Number is 7901180972805703696.

Based on this selected registration, your company is eligible to file a corresponding H-1B petition between 04/01/2020 and 06/30/2020 at the following location:

**Vermont Service Center**

Please see the "Direct Filing Addresses for Form I-129, Petition for a Nonimmigrant Worker" webpage (https://www.uscis.gov/i-129-addresses) for the appropriate address for the service center identified above that matches your petition type and mail carrier.

You must include a copy of this selection notice with your petition.

This notice is only valid for the FY2021 H-1B numerical allocations and for the company and beneficiary named below:

Company: Educational Testing Service
D/B/A:
EIN: 210634479
Beneficiary: Zhao, Jing
DOB: 08/05/1986
Passport Number: EB7414495

Your company may not substitute the beneficiary named in the registration or transfer the registration to another petitioner. If you file an H-1B cap-subject petition for a different beneficiary than the one identified in the selected registration notice submitted with the petition, the H-1B cap-subject petition will be denied or rejected.

If you do not properly file your H-1B cap-subject petition within the filing period indicated above, USCIS will deny or reject the petition.

For additional information regarding the H-1B numerical cap, and exemptions from the numerical cap, please visit the USCIS website.

Information concerning USCIS forms and filing instructions is available from the USCIS Forms Request Line, 1-800-870-3676 (Toll Free), or on the USCIS internet website at www.uscis.gov.



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 04/01/2019

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

If you are visiting a field office and need directions, including public transportation directions, please see www.uscis.gov/fieldoffices for more information.

### Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 04/01/2019

# Morgan Lewis

**Eleanor Pelta**
Partner
+1.202.739.5050
eleanor.pelta@morganlewis.com

May 21, 2020

**VIA OVERNIGHT COURIER**

USCIS - Vermont Service Center
Attn: I-129 H-1B Master's Cap
4 Lemnah Drive
St. Albans, VT 05479-0001

RE:  **Petition Type:** FY21 Cap -Subject H-1B Petition – U.S. Master's Cap
     **Petitioner:**    Educational Testing Service
     **Beneficiary:**   Jing Zhao

### PLEASE SEND DUPLICATE COPY TO KCC UPON APPROVAL FOR ENTRY IN PIMS

Dear Sir or Madam:

We submit the following documents in support of the above:

- Checks in the amount of $460, $500, and $1500
- Forms G-28, I-129 with H and Data Collection Supplements
- Certified Labor Condition Application
- Petitioner's Letter of Support
- Supporting documentation on behalf of the beneficiary
- Selected corporate information on behalf of the petitioner

Educational Testing Service (ETS) is a 501(c)(3) nonprofit organization whose primary activity is research. Recently, the Service has questioned ETS's exemption from the H-1B cap and the ACWIA fee as a nonprofit research organization. ETS disagrees with the Service's assertion that it is not entitled to these exemptions and does not concede its eligibility for them as a nonprofit research organization. However, to ensure operational predictability, ETS registered this beneficiary for the FY 2021 H-1B cap lottery and, as this petition has been selected, ETS chooses not to pursue its cap exemption for this petition.

Should you have any questions, please contact me directly at (202) 739-5050.

Regards,

Eleanor Pelta

EP/apm/Enclosures

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

**T** +1.202.739.3000
**F** +1.202.739.3001

DB1/ 113817312.1

ETS_H-1B Record_003



WARNING: ORIGINAL DOCUMENT HAS A COLORED BACKGROUND & AN ARTIFICIAL WATERMARK ON REVERSE

Wells Fargo Bank

Morgan, Lewis & Bockius LLP
1701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103

62-22/311

1462616

CHECK DATE
03/31/20
VOID AFTER 180 DAYS

PAY   FIVE HUNDRED AND 00/100 Dollars

AMOUNT
$500.00

TO THE
ORDER OF

U.S. Department of Homeland Security

AUTHORIZED SIGNATURE

MUST BE COUNTERSIGNED OVER $10,000.00

⑈1462616⑈ ⑆031100225⑆ 207995005278⑈



WARNING: ORIGINAL DOCUMENT HAS A COLORED  BACKGROUND & AN ARTIFICIAL WATERMARK ON REVERSE

Wells Fargo Bank

Morgan, Lewis & Bockius LLP
1701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103

62-22/311

1462748

CHECK DATE
03/31/20
VOID AFTER 180 DAYS

PAY   FOUR HUNDRED SIXTY AND 00/100 Dollars

AMOUNT
$460.00

TO THE
ORDER OF

U.S. Department of Homeland Security

AUTHORIZED SIGNATURE

MUST BE COUNTERSIGNED OVER $10,000.00



⑈1462748⑈ ⑆031100225⑆ 207995005278⑈

DocPocket™ for receipt scanning. Directions and reorder at www.docsolid.com/supplies

ETS_H-1B Record_004



Wells Fargo Bank

WARNING: ORIGINAL DOCUMENT HAS A COLORED BACKGROUND & AN ARTIFICIAL WATERMARK ON REVERSE

Morgan, Lewis & Bockius LLP
1701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103

62-22/311

1462163

CHECK DATE    03/31/20
VOID AFTER 180 DAYS

$1,500.00
AMOUNT

PAY    ONE THOUSAND FIVE HUNDRED AND 00/100 Dollars

TO THE
ORDER OF    U.S. Department of Homeland Security

MUST BE COUNTERSIGNED OVER $10,000.00

AUTHORIZED SIGNATURE

⑆0311002⑆: ⑈1462163⑈ 2079950052784⑈

DocPocket™ for receipt scanning. Directions and reorder at www.docsolid.com/supplies

ETS_H-1B Record_005



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

#### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)   **Pelta**

2.b. Given Name (First Name)   **Eleanor**

2.c. Middle Name

#### Address of Attorney or Accredited Representative

3.a. Street Number and Name   **1111 Pennsylvania Ave NW**

3.b. ☐ Apt. ☐ Ste. ☒ Flr.   **12**

3.c. City or Town   **Washington**

3.d. State **DC**   3.e. ZIP Code **20004**

3.f. Province

3.g. Postal Code

3.h. Country   **UNITED STATES OF AMERICA**

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   **2027395050**

5. Mobile Telephone Number (if any)

6. Email Address (if any)
   **eleanor.pelta@morganlewis.com**

7. Fax Number (if any)
   **2027393001**

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all** applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

   Licensing Authority
   **U.S. Supreme Court**

1.b. Bar Number (if applicable)
   **48212 (PA)**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
   **Morgan Lewis and Bockius LLP**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

---

Form G-28   09/17/18

Page 1 of 4

ETS_H-1B Record_006

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-129

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)
▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☐ Applicant   ☒ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   Sahai

**6.b.** Given Name (First Name)   Ritu

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)
Educational Testing Service

**7.b.** Title of Authorized Signatory for Entity (if applicable)
Immigration and Relo Coordinator

**8.** Client's USCIS Online Account Number (if any)
▶

**9.** Client's Alien Registration Number (A-Number) (if any)
▶ A-

### Client's Contact Information

**10.** Daytime Telephone Number
6097341910

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)
rsahai@ets.org

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   660 Rosedale Road

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town   Princeton

**13.d.** State  NJ   **13.e.** ZIP Code  08541

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country
USA

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

ETS_H-1B Record_007

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

1.a. ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a.  Signature of Client or Authorized Signatory for an Entity

➡ *Ritu Sahai*

2.b.  Date of Signature (mm/dd/yyyy)  05/20/2020

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.a.  Signature of Attorney or Accredited Representative

2.b.  Date of Signature (mm/dd/yyyy)  5/22/2020

2.a.  Signature of Law Student or Law Graduate

2.b.  Date of Signature (mm/dd/yyyy)

ETS_H-1B Record_008

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

| | | |
|---|---|---|
| **1.a** | Family Name (Last Name) | Sahai |
| **1.b.** | Given Name (First Name) | Ritu |
| **1.c.** | Middle Name | |

**2.a.** Page Number [ ]   **2.b.** Part Number [ ]   **2.c.** Item Number [ ]

**2.d.**

**3.a.** Page Number [ ]   **3.b.** Part Number [ ]   **3.c.** Item Number [ ]

**3.d.**

**4.a.** Page Number [ ]   **4.b.** Part Number [ ]   **4.c.** Item Number [ ]

**4.d.**

**5.a.** Page Number [ ]   **5.b.** Part Number [ ]   **5.c.** Item Number [ ]

**5.d.**

**6.a.** Page Number [ ]   **6.b.** Part Number [ ]   **6.c.** Item Number [ ]

**6.d.**

ETS_H-1B Record_009



# Petition for a Nonimmigrant Worker

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 10/31/2021

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|

| | |
|---|---|
| Class: _____ | ☐ **Classification Approved** |
| No. of Workers: _____ | ☐ Consulate/POE/PFI Notified |
| Job Code: _____ | At: _____ |
| Validity Dates: _____ | ☐ Extension Granted |
| From: _____ | ☐ COS/Extension Granted |
| To: _____ | |

▶ **START HERE - Type or print in black ink.**

## Part 1.  Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.**  If you are a company or an organization filing this petition, complete **Item Number 2.**

1. **Legal Name of Individual Petitioner**

   Family Name (Last Name) _____  Given Name (First Name) _____  Middle Name _____

2. **Company or Organization Name**

   **Educational Testing Service**

3. **Mailing Address of Individual, Company or Organization**

   In Care Of Name
   **Ritu Sahai**

   Street Number and Name   Apt. Ste. Flr. ☐☐☐  Number
   **660 Rosedale Road**

   City or Town   State   ZIP Code
   **Princeton**   **NJ**   **08541**

   Province   Postal Code   Country
   **USA**

4. **Contact Information**

   Daytime Telephone Number   Mobile Telephone Number   Email Address (if any)
   **6097341910**   **rsahai@ets.org**

5. **Other Information**

   Federal Employer Identification Number (FEIN)   Individual IRS Tax Number   U.S. Social Security Number (if any)
   ▶ **210634479**   ▶   ▶

ETS_H-1B Record_010

## Part 2.  Information About This Petition (See instructions for fee information)

1.  **Requested Nonimmigrant Classification** (Write classification symbol): | H-1B

2.  **Basis for Classification** (select **only one** box):

☐ **a.**  New employment.

☐ **b.**  Continuation of previously approved employment without change with the same employer.

☐ **c.**  Change in previously approved employment.

☐ **d.**  New concurrent employment.

☐ **e.**  Change of employer.

☒ **f.**  Amended petition.

3.  **Provide the most recent petition/application receipt number for the beneficiary.  If none exists, indicate "None."**    ▶ | W A C 1 8 2 7 9 5 1 7 5 0

4.  **Requested Action** (select **only one** box):

☐ **a.**  Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted.  (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)

☐ **b.**  Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations).  This is available only when you check "New Employment" in Item Number 2., above.

☒ **c.**  Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.

☐ **d.**  Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.

☐ **e.**  Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

☐ **f.**  Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5.  **Total number of workers included in this petition.**  (See instructions relating to when more than one worker can be included.)    ▶ | 1

## Part 3.  Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for.  Complete the blocks below.  Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1.  **If an Entertainment Group, Provide the Group Name**

2.  **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Zhao | Jing | |

3.  **Provide all other names the beneficiary has used.**  Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | NONE | |

4.  **Other Information**

| Date of birth (mm/dd/yyyy) | Gender | U.S. Social Security Number (if any) |
|---|---|---|
| 08/05/1986 | ☐ Male  ☒ Female | ▶ 0 6 9 9 8 9 5 5 6 |

ETS_H-1B Record_011

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number)
► A- | N | O | N | E |

Country of Birth
**China**

Province of Birth
**Anhui**

Country of Citizenship or Nationality
**China**

5.   **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)
**07/06/2014**

I-94 Arrival-Departure Record Number
► | 3 | 2 | 2 | 7 | 4 | 7 | 1 | 0 | 5 | 3 | 0 |

Passport or Travel Document Number
**EB7414495**

Date Passport or Travel Document Issued (mm/dd/yyyy)
**03/08/2018**

Date Passport or Travel Document Expires (mm/dd/yyyy)
**03/07/2028**

Passport or Travel Document Country of Issuance
**China**

Current Nonimmigrant Status
**H-1B** *(cap exempt)*

Date Status Expires or D/S (mm/dd/yyyy)
**11/07/2021**

Student and Exchange Visitor Information System (SEVIS) Number (if any)
**N0005385230**

Employment Authorization Document (EAD) Number (if any)

6.   **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name
**28205 Cherry Blossom Court**

Apt. Ste. Flr.   ☐ ☐ ☐   Number

City or Town
**Lawrenceville**

State
**NJ**

ZIP Code
**08648**

**Part 4.   Processing Information**

1.   If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

   a.  **Type of Office (select only one box):**   ☒ Consulate   ☐ Pre-flight inspection   ☐ Port of Entry

   b.  **Office Address (City)**
   **Shanghai**

   c.  **U.S. State or Foreign Country**
   **CHINA**

   d.  **Beneficiary's Foreign Address**

   Street Number and Name
   **RM 602, Bldg 5, #29 Huaxing Street**

   Apt.Ste. Flr.   ☐ ☐ ☐   Number

   City or Town
   **Wuhu**

   State

   Province
   **Anhui**

   Postal Code
   **241000**

   Country
   **China**

2.   Does each person in this petition have a valid passport?   ☒ Yes   ☐ No. If no, go to **Part 10.** and type or print your explanation.

ETS_H-1B Record_012

## Part 4.  Processing Information (continued)

**3.**   Are you filing any other petitions with this one?

☐ Yes.  If yes, how many? ▶ [          ]                    ☒ No

**4.**   Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition?  Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at **www.cbp.gov/i94** instead of filing an application for a replacement/initial I-94.

☐ Yes.  If yes, how many? ▶ [          ]                    ☒ No

**5.**   Are you filing any applications for dependents with this petition?

☐ Yes.  If yes, how many? ▶ [          ]                    ☒ No

**6.**   Is any beneficiary in this petition in removal proceedings?

☐ Yes.  If yes, proceed to **Part 10.** and list the beneficiary's(ies) name(s).   ☒ No

**7.**   Have you ever filed an immigrant petition for any beneficiary in this petition?

☐ Yes.  If yes, how many? ▶ [          ]                    ☒ No

**8.**   Did you indicate you were filing a new petition in **Part 2.**?

☐ Yes.  If yes, answer the questions below.            ☒ No. If no, proceed to **Item Number 9.**

   **a.**   Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?

     ☐ Yes.  If yes, proceed to **Part 10.** and type or print your explanation. ☐ No  **N/A**

   **b.**   Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?

     ☐ Yes.  If yes, proceed to **Part 10.** and type or print your explanation. ☐ No  **N/A**

**9.**   Have you ever previously filed a nonimmigrant petition for this beneficiary?

☒ Yes.  If yes, proceed to **Part 10.** and type or print your explanation.   ☐ No

**10.**   If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?

☐ Yes.  If yes, proceed to **Part 10.** and type or print your explanation.   ☐ No  **N/A**

**11.a.**  Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?

☒ Yes.  If yes, proceed to **Item Number 11.b.**                    ☐ No

**11.b.**  If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent.  Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

[ **01/23/2013 to 06/26/2016; Approved waiver of foreign residence requirement (EAC1806150860)** ]

## Part 5.  Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

**1.**   Job Title                                      **2.** LCA or ETA Case Number

[ **Senior Research User Specialist** ]              [ **I-200-20133-562368** ]

## Part 5.  Basic Information About the Proposed Employment and Employer (continued)

3.  Address where the beneficiary(ies) will work if different from address in **Part 1.**

Street Number and Name

**660 Rosedale Road**   ☐ ☐ ☐ Apt. Ste. Flr. Number

| City or Town | State | ZIP Code |
|---|---|---|
| **Princeton** | **NJ** | **08541** |

4.  Did you include an itinerary with the petition?  ☐ Yes  ☒ No

5.  Will the beneficiary(ies) work for you off-site at another company or organization's location?  ☐ Yes  ☒ No

6.  Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)?  ☐ Yes  ☒ No

7.  Is this a full-time position?  ☒ Yes  ☐ No

8.  If the answer to **Item Number 7.** is no, how many hours per week for the position?  ▶ 

9.  Wages:  $ **58802** per (Specify hour, week, month, or year)  ▶ **year**

10.  Other Compensation (Explain)
**Standard benefits package**

11.  Dates of intended employment  From: (mm/dd/yyyy) **10/01/2020**   To: (mm/dd/yyyy) **09/30/2023**

12.  Type of Business   **Education and Test Measurement Research**   13. Year Established **1947**

| 14. Current Number of Employees in the United States | 15. Gross Annual Income | 16. Net Annual Income |
|---|---|---|
| **3088** | **$1.4 Billion** | |

## Part 6.  Information About The Beneficiary's Public Benefits

**Part 6.** only applies to petitions that also seek a change of a beneficiary's status or an extension of a beneficiary's nonimmigrant stay in the United States.  If you are filing this petition without a request for the beneficiary's change of status or extension of stay, you may skip **Part 6.**

Provide the requested information and submit documentation as outlined in the Instructions.  For additional beneficiaries, please respond to the questions in **Attachment 1** below.

ETS_H-1B Record_014

**Part 6. Information About The Beneficiary's Public Benefits** (continued)

1. Has the beneficiary received, since obtaining the nonimmigrant status that you seek to extend or that you seek to change on behalf of the beneficiary, received, or is the beneficiary currently certified to receive, the following public benefits? (select all that apply).

☐ Yes, the beneficiary has received or is currently certified to receive the following public benefits: (select all that apply)

    ☐ Any Federal, State, local or tribal cash assistance for income maintenance

    ☐ Supplemental Security Income (SSI)

    ☐ Temporary Assistance for Needy Families (TANF)

    ☐ General Assistance (GA)

    ☐ Supplemental Nutrition Assistance Program (SNAP, formerly called "Food Stamps")

    ☐ Section 8 Housing Assistance under the Housing Choice Voucher Program

    ☐ Section 8 Project-Based Rental Assistance (including Moderate Rehabilitation)

    ☐ Public Housing under the Housing Act of 1937, 42 U.S.C. 1437 et seq.

    ☐ Federally-Funded Medicaid

☒ No, the beneficiary has not received any of the above listed public benefits.

☒ No, the beneficiary is not certified to receive any of the above listed public benefits.

2. If the beneficiary has received or is currently certified to receive any of the above public benefits, provide information about the public benefits below. If you need additional space to complete any Item Number in this Part, use the space provided in **Part 10. Additional Information**. Submit evidence as outlined in the Instructions.

N/A

**A.** Type of Benefit

 

Agency that Granted the Benefit

 

Date the Beneficiary Started Receiving the Benefit or if Certified, Date the Beneficiary Will Start Receiving the Benefit (mm/dd/yyyy)

Date Benefit Ended or Expires (mm/dd/yyyy)

**B.** Type of Benefit

 

Agency that Granted the Benefit

 

Date the Beneficiary Started Receiving the Benefit or if Certified, Date the Beneficiary Will Start Receiving the Benefit (mm/dd/yyyy)

Date Benefit Ended or Expires (mm/dd/yyyy)

**C.** Type of Benefit

 

Agency that Granted the Benefit

 

Date the Beneficiary Started Receiving the Benefit or if Certified, Date the Beneficiary Will Start Receiving the Benefit (mm/dd/yyyy)

Date Benefit Ended or Expires (mm/dd/yyyy)

ETS_H-1B Record_015

## Part 6.  Information About The Beneficiary's Public Benefits (continued)

**D.**  Type of Benefit

Agency that Granted the Benefit

Date the Beneficiary Started Receiving the Benefit or if Certified,
Date the Beneficiary Will Start Receiving the Benefit (mm/dd/yyyy)

Date Benefit Ended or Expires
(mm/dd/yyyy)

3.   If you answered "Yes" to **Item Number 1.**, do any of the following apply to the beneficiary?  Provide the evidence listed in the Form I-129 Instructions.

N/A

☐ The beneficiary is enlisted in the Armed Forces, or is serving in active duty or in the Ready Reserve Component of the U.S. Armed Forces.

☐ The beneficiary is the spouse or the child of an individual who is enlisted in the Armed Forces, or who is serving in active duty or in the Ready Reserve Component of the U.S. Armed Forces.

☐ At the time the beneficiary received the public benefits, the beneficiary (or the beneficiary's spouse or parent) was enlisted in the Armed Forces, or was serving in active duty or in the Ready Reserve Component of the U.S. Armed Forces.

☐ At the time the beneficiary received the public benefits, the beneficiary was present in the United States in a status exempt from the public charge ground of inadmissibility.

☐ At the time the beneficiary received the public benefits, the beneficiary was present in the United States after being granted a waiver of the public charge ground of inadmissibility.

☐ The beneficiary is a child currently residing abroad who entered the United States with a nonimmigrant visa to attend an N-600K, Application for Citizenship and Issuance of Certificate Under INA Section 322 interview.

☐ None of the above statements apply to the beneficiary.

**4.a.**  Has the beneficiary received, applied for, or has been certified to receive federally-funded Medicaid in connection with any of the following (select all that apply):  Submit evidence as outlined in the Instructions.

N/A

☐ An emergency medical condition

☐ For a service under the Individuals with Disabilities Education Act (IDEA)

☐ Other school-based benefits or services available up to the oldest age eligible for secondary education under State law

☐ While under the age 21

☐ While pregnant or during the 60-day period following the last day of pregnancy

**4.b.**  Provide the applicable dates   From: (mm/dd/yyyy)  N/A   To:  (mm/dd/yyyy)

ETS_H-1B Record_016

## Part 7.  Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions.  It is not required for any other classifications.  Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate.  DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☒ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 8.  Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought.  I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information.  I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

1. **Name and Title of Authorized Signatory**

   Family Name (Last Name)

   | Sahai |

   Given Name (First Name)

   | Ritu |

   Title

   | Immigration and Relo Coordinator |

2. **Signature and Date**

   Signature of Authorized Signatory

   | *Ritu Sahai* |

   Date of Signature (mm/dd/yyyy)

   | 05/20/2020 |

3. **Signatory's Contact Information**

   Daytime Telephone Number

   | (609) 734-1910 |

   Email Address (if any)

   | rsahai@ets.org |

**NOTE:**  If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

ETS_H-1B Record_017

**Part 9. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner**

Provide the following information concerning the preparer:

1. **Name of Preparer**

   Family Name (Last Name)
   **Pelta**

   Given Name (First Name)
   **Eleanor**

2. **Preparer's Business or Organization Name** (if any)

   (If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)
   **Morgan, Lewis & Bockius LLP**

3. **Preparer's Mailing Address**

   Street Number and Name
   **1111 Pennsylvania Ave., NW**

   Apt. Ste. Flr. ☐ ☐ ☒   Number **12**

   City or Town
   **Washington**

   State **DC**   ZIP Code **20004**

   Province

   Postal Code

   Country
   **UNITED STATES OF AMERICA**

4. **Preparer's Contact Information**

   Daytime Telephone Number
   **(202) 739-5050**

   Fax Number
   **(202) 739-3001**

   Email Address (if any)
   **eleanor.pelta@morganlewis.com**

*Preparer's Declaration*

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

5. **Signature and Date**

   Signature of Preparer

   Date of Signature (mm/dd/yyyy)
   *5/22/2020*

ETS_H-1B Record_018

## Part 10. Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 10.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.   A-Number   ▶ A-   | N O N E |

2.   **Page Number**  **Part Number**  **Item Number**

   4   4   9

   The petitioner previously filed and received approval of one (1) H-1B petition on

   behalf of the beneficiary. (WAC1827951750)

3.   **Page Number**  **Part Number**  **Item Number**

4.   **Page Number**  **Part Number**  **Item Number**

ETS_H-1B Record_019



# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form I-129**
OMB No. 1615-0009
Expires 10/31/2021

---

1. Name of the Petitioner

**Educational Testing Service**

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

2.a. Name of the Beneficiary

**Zhao, Jing**

**OR**

2.b. Provide the total number of beneficiaries

3. List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

   **NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
|---|---|---|
| | From | To |
| Zhao, Jing | 10/29/2018 | PRESENT |
| Zhao, Jing | 01/15/2012 | 01/23/2013 |
| Zhao, Jing | 08/14/2011 | 12/22/2011 |
| Zhao, Jing | 01/04/2010 | 07/22/2011 |
| | | |
| | | |

4. Classification sought (select **only one** box):

   ☒ **a.** H-1B Specialty Occupation

   ☐ **b.** H-1B1 Chile and Singapore

   ☐ **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

   ☐ **d.** H-1B3 Fashion model of distinguished merit and ability

   ☐ **e.** H-2A Agricultural worker

   ☐ **f.** H-2B Non-agricultural worker

   ☐ **g.** H-3 Trainee

   ☐ **h.** H-3 Special education exchange visitor program

5. If you selected **a.** or **d.** in **Item Number 4.**, and are filing an H-1B cap petition (including a petition under the U.S. advanced degree exemption), provide the Beneficiary Confirmation Number from the H-1B Registration Selection Notice for the beneficiary named in this petition (if applicable).

   **7901180972805703696**

6. Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?

   ☐ Yes   ☒ No

---

ETS_H-1B Record_020

7.  Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

☐ Yes   ☒ No

8.a.  Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes. If yes, please explain in **Item Number 8.b.**   ☒ No

8.b.  Explanation

_____
_____

## Section 1.  Complete This Section If Filing for H-1B Classification

1.  Describe the proposed duties.

Please see the petitioner's letter.

_____
_____

2.  Describe the beneficiary's present occupation and summary of prior work experience.

Please see the petitioner's letter.

_____
_____

### Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment. I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times. If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| *Ritu Sahai* | Ritu Sahai | 05/20/2020 |

### Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| *Ritu Sahai* | Ritu Sahai | 05/20/2020 |

### Statement for H-1B U.S. Department of Defense Projects Only

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
|  |  |  |

ETS_H-1B Record_021



# H-1B and H-1B1 Data Collection and
# Filing Fee Exemption Supplement

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 10/31/2021

---

1. Name of the Petitioner

**Educational Testing Service**

2. Name of the Beneficiary

**Jing Zhao**

---

## Section 1.   General Information

1. **Employer Information** - (select all items that apply)

   a.   Is the petitioner an H-1B dependent employer? ☐ Yes ☒ No

   b.   Has the petitioner ever been found to be a willful violator? ☐ Yes ☒ No

   c.   Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? ☐ Yes ☐ No N/A

      c.1.   If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? ☐ Yes ☐ No N/A

      c.2.   Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? ☐ Yes ☐ No N/A

   d.   Does the petitioner employ 50 or more individuals in the United States? ☒ Yes ☐ No

      d.1.   If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? ☐ Yes ☒ No

2. **Beneficiary's Highest Level of Education** (select **only one** box)

   ☐ **a.** NO DIPLOMA

   ☐ **b.** HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)

   ☐ **c.** Some college credit, but less than 1 year

   ☐ **d.** One or more years of college, no degree

   ☐ **e.** Associate's degree (for example: AA, AS)

   ☐ **f.** Bachelor's degree (for example: BA, AB, BS)

   ☐ **g.** Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

   ☐ **h.** Professional degree (for example: MD, DDS, DVM, LLB, JD)

   ☒ **i.** Doctorate degree (for example:  PhD, EdD)

3. Major/Primary Field of Study

   **Cognitive Science in Education**

4. Rate of Pay Per Year

   **58802**

5. DOT Code

   **0 2 0**

6. NAICS Code

   **5 4 1 7 2 0**

---

## Section 2.   Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional **$1,500** or **$750** American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

1. Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)? ☐ Yes ☒ No

2. Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)? ☐ Yes ☒ No

---

ETS_H-1B Record_022

| **Section 2.   Fee Exemption and/or Determination** (continued) |
|---|

3.   Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?   ☐ Yes   ☒ No

4.   Is this the second or subsequent request for an extension of stay that this petitioner has filed for this alien?   ☐ Yes   ☒ No

5.   Is this an amended petition that does not contain any request for extensions of stay?   ☐ Yes   ☒ No

6.   Are you filing this petition to correct a USCIS error?   ☐ Yes   ☒ No

7.   Is the petitioner a primary or secondary education institution?   ☐ Yes   ☒ No

8.   Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution?   ☐ Yes   ☒ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

9.   Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?   ☐ Yes   ☒ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750.** If you answered no, then you are required to pay an additional ACWIA fee of **$1,500.**

**NOTE:** A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee. For petitions filed on or after December 18, 2015, an additional fee of **$4,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement. This **$4,000** fee was mandated by the provisions of Public Law 114-113.

The Fraud Prevention and Detection Fee and Public Law 114-113 fee do not apply to H-1B1 petitions. **These fees, when applicable, may not be waived.** You must include payment of the fees when you submit this form. Failure to submit the fees when required will result in rejection or denial of your submission. Each of these fees should be paid by separate checks or money orders.

| **Section 3.   Numerical Limitation Information** |
|---|

1.   Specify the type of H-1B petition you are filing.  (select **only one** box):

☐   **a.**  CAP H-1B Bachelor's Degree            ☐   **c.**  CAP H-1B1 Chile/Singapore

☒   **b.**  CAP H-1B U.S. Master's Degree or Higher            ☐   **d.**  CAP Exempt

2.   If you answered **Item Number 1.b.** "**CAP H-1B U.S. Master's Degree or Higher,**" provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):

**a.**   Name of the United States Institution of Higher Education

**Teachers College, Columbia University**

**b.**   Date Degree Awarded            **c.**   Type of United States Degree

**02/14/2018**            **PhD, MPhil, MS**

**d.**   Address of the United States institution of higher education

Street Number and Name            Apt. Ste. Flr.   Number

**525 120th Street**            ☐ ☐ ☐

City or Town            State   ZIP Code

**New York**            **New York**   **10027**

ETS_H-1B Record_023

## Section 3.   Numerical Limitation Information (continued)

3.   If you answered **Item Number 1.d.** "**CAP Exempt,**" you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

☐ **a.**   The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).

☐ **b.**   The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in 8 CFR 214.2(h)(8)(ii)(F)(2).

☐ **c.**   The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(8)(ii)(F)(3).

☐ **d.**   The beneficiary will be employed at a qualifying cap exempt institution, organization or entity pursuant to 8 CFR 214.2(h)(8)(ii)(F)(4).

☐ **e.**   The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.

☐ **f.**   The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.

☐ **g.**   The beneficiary of this petition has been counted against the cap and **(1)** is applying for the remaining portion of the 6 year period of admission, or **(2)** is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).

☐ **h.**   The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

## Section 4.   Off-Site Assignment of H-1B Beneficiaries

1.   The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification sought.   ☐ Yes  ☒ No

If no, do not complete **Item Numbers 2.** and **3**.

2.   Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification.   ☐ Yes  ☐ No  N/A

3.   The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations.   ☐ Yes  ☐ No  N/A

ETS_H-1B Record_024

## Addendum

**Zhao, Jing, Form: I-129HDC, A# NONE  (Page 1)**

Educational Testing Service (ETS) is a 501(c)(3) nonprofit organization whose primary activity is research. Recently, the Service has questioned ETS's exemption from the H-1B cap and the ACWIA fee as a nonprofit research organization. ETS disagrees with the Service's assertion that it is not entitled to these exemptions and does not concede its eligibility for them as a nonprofit research organization, however, since the beneficiary of this petition has been counted against the H-1B cap, ETS chooses to not claim an exemption to ensure the prompt and favorable adjudication of this petition.

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the Form ETA- 9035 or 9035E.  A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/.  In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor (DOL).  For all submissions, both electronic (Form ETA- 9035E) or paper (Form ETA- Form 9035 where the employer has notified DOL that it will submit this form non-electronically due to a disability or received permission from DOL to file non-electronically due to lack of Internet access), ALL required fields/items containing an asterisk (\*) must be completed as well as any fields/items where a response is conditional as indicated by the section (§) symbol.*

### A.  Employment-Based Nonimmigrant Visa Information

| 1.  Indicate the type of visa classification supported by this application *(Write classification symbol):* \* | H-1B |
|---|---|

### B.  Temporary Need Information

| 1.  Job Title \* Senior Research User Specialist |
|---|

| 2.  SOC (ONET/OES) code \* 17-2112.01 | 3.  SOC (ONET/OES) occupation title \* Human Factors Engineers and Ergonomists |
|---|---|

| 4.  Is this a full-time position? \* | Period of Intended Employment | |
|---|---|---|
| ☒ Yes   ☐ No | 5.  Begin Date \* 10/1/2020 *(mm/dd/yyyy)* | 6.  End Date \* 9/30/2023 *(mm/dd/yyyy)* |

7.  Worker positions needed/basis for the visa classification supported by this application

| 1 | **Total Worker Positions Being Requested for Certification** \* |
|---|---|

Basis for the visa classification supported by this application
*(indicate total workers in each applicable category)*

| 0 | a. New employment \* | 0 | d. New concurrent employment \* |
|---|---|---|---|
| 0 | b. Continuation of previously approved employment without change with the same employer\* | 0 | e. Change in employer \* |
| 0 | c. Change in previously approved employment \* | 1 | f. Amended petition \* |

### C.  Employer Information

| 1.  Legal business name \* Educational Testing Service |
|---|

| 2.  Trade name/Doing Business As (DBA), if applicable |
|---|

| 3.  Address 1 \* 660 Rosedale Road |
|---|

| 4.  Address 2 |
|---|

| 5.  City \* Princeton | 6.  State \* New Jersey | 7.  Postal code \* 08541 |
|---|---|---|
| 8.  Country \* United States Of America | 9.  Province | |
| 10.  Telephone number \* +1 (609) 734-1910 | 11.  Extension | |
| 12.  Federal Employer Identification Number (FEIN from IRS) \* 21-0634479 | 13.  NAICS code (must be at least 4-digits) \* 541720 | |

---

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**



**D. Employer Point of Contact Information**

<u>Important Note</u>: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section <u>must</u> <u>be</u> <u>different</u> from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| 1. Contact's last (family) name *<br>Sahai | 2. First (given) name *<br>Ritu | 3. Middle name(s) |
|---|---|---|
| 4. Contact's job title *<br>Immigration and Relo Coordinator | | |
| 5. Address 1 *<br>660 Rosedale Road Mail Stop 10 J | | |
| 6. Address 2 | | |
| 7. City *<br>Princeton | 8. State *<br>New Jersey | 9. Postal code *<br>08541 |
| 10. Country *<br>United States Of America | 11. Province | |
| 12. Telephone number *<br>+1 (609) 734-1910 | 13. Extension | 14. E-Mail address<br>rsahai@ets.org |

**E. Attorney or Agent Information (If applicable)**

<u>Important Note</u>: The employer authorizes the attorney or agent identified in this section to act on its behalf in connection with the filing of this application.

| 1. Is the employer represented by an attorney or agent in the filing of this application? *<br>If "Yes," complete the remainder of Section E below. | | ☑ Yes   ☐ No |
|---|---|---|
| 2. Attorney or Agent's last (family) name §<br>Pelta | 3. First (given) name §<br>Eleanor | 4. Middle name(s) |
| 5. Address 1 §<br>1111 Pennsylvania Avenue NW | | |
| 6. Address 2 | | |
| 7. City §<br>Washington | 8. State §<br>District Of Columbia | 9. Postal code §<br>20004 |
| 10. Country §<br>United States Of America | 11. Province | |
| 12. Telephone number §<br>+1 (202) 739-5050 | 13. Extension | 14. E-Mail address<br>eleanor.pelta@morganlewis.com |
| 15. Law firm/Business name §<br>Morgan Lewis and Bockius LLP | | 16. Law firm/Business FEIN §<br>23-0891050 |
| 17. State Bar number (only if attorney) §<br>48212 | | 18. State of highest court where attorney is in good standing (only if attorney) §<br>Pennsylvania |
| 19. Name of the highest State court where attorney is in good standing (only if attorney) §<br><br>U.S. Supreme Court | | |

---

Form ETA- 9035/9035E

**FOR DEPARTMENT OF LABOR USE ONLY**

Page 2 of 6

Case Number: I-200-20133-562368      Case Status: Certified      Period of Employment: 10/1/2020 to 9/30/2023

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

**Labor Condition Application for Nonimmigrant Workers**
**Form ETA-9035 & 9035E**
**U.S. Department of Labor**



### F. Employment and Wage Information

**Important Note**: The employer must define the intended place(s) of employment with as much geographic specificity as possible. Each intended place(s) of employment listed below must be the worksite or physical location where the work will actually be performed and cannot be a P.O. Box. The employer must identify all intended places of employment, including those of short duration, on the LCA. 20 CFR 655.730(c)(5). If the employer is submitting this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section. An employer has the option to use either a single Form ETA-9035/9035E or multiple forms to disclose all intended places of employment. If the employer has more than ten (10) intended places of employment at the time of filing this application, the employer must file as many additional LCAs as are necessary to list all intended places of employment. See the form instructions for further information about identifying all intended places of employment.

#### a. *Place of Employment Information* 1

| | |
|---|---|
| 1. Enter the estimated number of workers that will perform work at this place of employment under the LCA.* | 1 |

| | |
|---|---|
| 2. Indicate whether the worker(s) subject to this LCA will be placed with a secondary entity at this place of employment. * | ☐ Yes   ☑ No |

3. If "Yes" to question 2, provide the legal business name of the secondary entity. §

4. Address 1 *
660 Rosedale Road

5. Address 2

| 6. City *<br>Princeton | 7. County *<br>Mercer |
|---|---|
| 8. State/District/Territory *<br>New Jersey | 9. Postal code *<br>08541 |

| 10. Wage Rate Paid to Nonimmigrant Workers * | 10a. Per: (Choose only one)* |
|---|---|
| From* $ 58802 . 00   To: $ 95000 . 00 | ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |

| 11. Prevailing Wage Rate * | 11a. Per: (Choose only one)* |
|---|---|
| $ 58802 . 00 | ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |

| Questions 12-14. Identify the source used for the prevailing wage (PW) *(check and fully complete only one)*: * |||
|---|---|---|
| 12. | A Prevailing Wage Determination (PWD) issued by the Department of Labor | a. PWD tracking number § |
| 13.<br>☑ | A PW obtained independently from the Occupational Employment Statistics (OES) Program ||
| | a. Wage Level *(check one)*: §<br>☐ I   ☑ II   ☐ III   ☐ IV   ☐ N/A | b. Source Year §<br>7/1/2019 - 6/30/2020 |
| 14. | A PW obtained using another legitimate source (other than OES) or an independent authoritative source ||
| | a. Source Type *(check one)*: §<br>☐ CBA   ☐ DBA   ☐ SCA   ☐ Other/ PW Survey | b. Source Year § |
| | c. If responded "Other/ PW Survey" in question 14.a, enter the name of the survey producer or publisher § ||
| | d. If responded "Other/ PW Survey" in question 14.a, enter the title or name of the PW survey § ||

---

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
U.S. Department of Labor



**G. Employer Labor Condition Statements**

⚠ **Important Note:** In order for your application to be processed, you MUST read Section G of the Form ETA-9035CP - General Instructions for the 9035 & 9035E under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

(1) **Wages:** The employer shall pay nonimmigrant workers at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. The employer shall offer nonimmigrant workers benefits and eligibility for benefits provided as compensation for services on the same basis as the employer offers to U.S. workers. The employer shall not make deductions to recoup a business expense(s) of the employer including attorney fees and other costs connected to the performance of H-1B, H-1B1, or E-3 program functions which are required to be performed by the employer. This includes expenses related to the preparation and filing of this LCA and related visa petition information. 20 CFR 655.731;

(2) **Working Conditions:** The employer shall provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed. The employer's obligation regarding working conditions shall extend for the duration of the validity period of the certified LCA or the period during which the worker(s) working pursuant to this LCA is employed by the employer, whichever is longer. 20 CFR 655.732;

(3) **Strike, Lockout, or Work Stoppage:** At the time of filing this LCA, the employer is not involved in a strike, lockout, or work stoppage in the course of a labor dispute in the occupational classification in the area(s) of intended employment. The employer will notify the Department of Labor within 3 days of the occurrence of a strike or lockout in the occupation, and in that event the LCA will not be used to support a petition filing with the U.S. Citizenship and Immigration Services (USCIS) until the DOL Employment and Training Administration (ETA) determines that the strike or lockout has ended. 20 CFR 655.733; and

(4) **Notice:** Notice of the LCA filing was provided no more than 30 days before the filing of this LCA or will be provided on the day this LCA is filed to the bargaining representative in the occupation and area of intended employment, or if there is no bargaining representative, to workers in the occupation at the place(s) of employment either by electronic or physical posting. This notice was or will be posted for a total period of 10 days, except that if employees are provided individual direct notice by e-mail, notification need only be given once. A copy of the notice documentation will be maintained in the employer's public access file. A copy of this LCA will be provided to each nonimmigrant worker employed pursuant to the LCA. The employer shall, no later than the date the worker(s) report to work at the place(s) of employment, provide a signed copy of the certified LCA to the worker(s) working pursuant to this LCA. 20 CFR 655.734.

| 1. I have read and agree to Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section G of the Form ETA-9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. * | ☑ Yes   ☐ No |
|---|---|

**H. Additional Employer Labor Condition Statements –H-1B Employers ONLY**

⚠ **Important Note:** In order for your H-1B application to be processed, you MUST read Section H – Subsection 1 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

**a. Subsection 1**

| | |
|---|---|
| 1. At the time of filing this LCA, is the employer H-1B dependent? § | ☐ Yes   ☑ No |
| 2. At the time of filing this LCA, is the employer a willful violator? § | ☐ Yes   ☑ No |
| 3. If "Yes" is marked in questions H.1 and/or H.2, you must answer "Yes" or "No" regarding whether the employer will use this application ONLY to support H-1B petitions or extensions of status for exempt H-1B nonimmigrant workers? § | ☐ Yes   ☐ No |
| 4. If "Yes" is marked in question H.3, indicate the statutory basis for the exemption of the H-1B nonimmigrant workers associated with this LCA. § | ☐ $60,000 or higher annual wage<br>☐ Master's Degree or higher in related specialty<br>☐ Both |

| **H-1B Dependent or Willful Violator Employers -Master's Degree or Higher Exemptions ONLY** | |
|---|---|
| 5. Indicate whether a completed Appendix A is attached to this LCA covering any H-1B nonimmigrant worker for whom the statutory exemption will be based ONLY on attainment of a Master's Degree or higher in related specialty. § | ☐ Yes   ☐ No   ☐ N/A |

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
U.S. Department of Labor



If you marked "Yes" to questions H.a.1 (H-1B dependent) and/or H.a.2 (H-1B willful violator) and "No" to question H.a.3 (exempt H-1B nonimmigrant workers), you MUST read Section H – Subsection 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.

*b. Subsection 2*

A. **Displacement:** An H-1B dependent or willful violator employer is prohibited from displacing a U.S. worker in its own workforce within the period beginning 90 days before and ending 90 days after the date of filing of the visa petition. 20 CFR 655.738(c);

B. **Secondary Displacement:** An H-1B dependent or willful violator employer is prohibited from placing an H-1B nonimmigrant worker(s) with another/secondary employer where there are indicia of an employment relationship between the nonimmigrant worker(s) and that other/secondary employer (thus possibly affecting the jobs of U.S. workers employed by that other employer), unless and until the employer subject to this LCA makes the inquiries and/or receives the information set forth in 20 CFR 655.738(d)(5) concerning that other/secondary employer's displacement of similarly employed U.S. workers in its workforce within the period beginning 90 days before and ending 90 days after the date of such placement. 20 CFR 655.738(d). Even if the required inquiry of the secondary employer is made, the H-1B dependent or willful violator employer will be subject to a finding of a violation of the secondary displacement prohibition if the secondary employer, in fact, displaces any U.S. worker(s) during the applicable time period; and

C. **Recruitment and Hiring:** Prior to filing this LCA or any petition or request for extension of status for nonimmigrant worker(s) supported by this LCA, the H-1B dependent or willful violator employer must take good faith steps to recruit U.S. workers for the job(s) using procedures that meet industry-wide standards and offer compensation that is at least as great as the required wage to be paid to the nonimmigrant worker(s) pursuant to 20 CFR 655.731(a). The employer must offer the job(s) to any U.S. worker who applies and is equally or better qualified for the job than the nonimmigrant worker. 20 CFR 655.739.

| 6. **I have read and agree** to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section H – Subsections 1 and 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. § | ☐ Yes  ☐ No |
| --- | --- |

**I. Public Disclosure Information**

/ **Important Note**: You must select one or both of the options listed in this Section.

| 1.  Public disclosure information in the United States will be kept at: * | ☑ Employer's principal place of business<br>☐ Place of employment |
| --- | --- |

**J. Notice of Obligations**

A. Upon receipt of the certified LCA, the employer must take the following actions:

- Print and sign a hard copy of the LCA if filing electronically (20 CFR 655.730(c)(3));
- Maintain the original signed and certified LCA in the employer's files (20 CFR 655.705(c)(2); 20 CFR 655.730(c)(3); and 20 CFR 655.760); and
- Make a copy of the LCA, as well as necessary supporting documentation required by the Department of Labor regulations, available for public examination in a public access file at the employer's principal place of business in the U.S. or at the place of employment within one working day after the date on which the LCA is filed with the Department of Labor (20 CFR 655.705(c)(2) and 20 CFR 655.760).

B. The employer must develop sufficient documentation to meet its burden of proof with respect to the validity of the statements made in its LCA and the accuracy of information provided, in the event that such statement or information is challenged (20 CFR 655.705(c)(5) and 20 CFR 655.700(d)(4)(iv)).

C. The employer must make this LCA, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act (20 CFR 655.760 and 20 CFR Subpart I).

*I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge, the information contained therein is true and accurate. I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both (18 U.S.C. 2, 1001,1546,1621).*

| 1. Last (family) name of hiring or designated official *<br>Sahai | 2. First (given) name of hiring or designated official *<br>Ritu | 3. Middle initial § |
| --- | --- | --- |
| 4. Hiring or designated official title *<br>Immigration and Relo Coordinator | | |
| 5.  Signature *<br>*Ritu Sahai* | 6. Date signed *<br>05/20/2020 | |

| Form ETA- 9035/9035E | | | Page 5 of 6 |
| --- | --- | --- | --- |
| Case Number: I-200-20133-562368 | Case Status: Certified | Period of Employment: 10/1/2020 to 9/30/2023 | |

OMB Approval: 1205-0310
Expiration Date: 10/31/2021

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**



---

**K.  LCA Preparer**

**Important Note:** Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial |
|---|---|---|
| McCOMMONS | Aaron | P |

| 4. Firm/Business name § |
|---|
| Morgan Lewis and Bockius LLP |

| 5. E-Mail address § |
|---|
| aaron.mccommons@morganlewis.com |

---

**L.  U.S. Government Agency Use (ONLY)**

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from  10/1/2020 _____ to  9/30/2023 _____.

*Certifying Officer*

Department of Labor, Office of Foreign Labor Certification

5/19/2020
Certification Date (date signed)

I-200-20133-562368
Case number

Certified
Case Status

*The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA.*

---

**M.  Signature Notification and Complaints**

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically.  If the application is submitted electronically, any resulting certification **MUST** be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

Complaints alleging misrepresentation of material facts in the LCA and/or failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, U.S. Department of Labor.  A listing of the Wage and Hour Division offices can be obtained at www.dol.gov/whd.  Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section, 950 Pennsylvania Avenue, NW, # IER, NYA 9000, Washington, DC, 20530, and additional information can be obtained at www.justice.gov.  Please note that complaints should be filed with the Civil Rights Division, Immigrant and Employee Rights Section at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

---

**N.  OMB Paperwork Reduction Act** *(1205-0310)*

These reporting instructions have been approved under the Paperwork Reduction Act of 1995.  Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.  Your response is required to receive the benefit of consideration of your application. (Immigration and Nationality Act, Section 212(n) and (t) and 214(c)). Public reporting burden for this collection of information, which is to assist with program management and to meet Congressional and statutory requirements, is estimated to average 75 minutes per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information.

Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Foreign Labor Certification, 200 Constitution Ave., NW, Box PPII 12-200, Washington, DC, 20210.  (Paperwork Reduction Project OMB 1205-0310.)  **Do NOT send the completed application to this address.**

---

Form ETA- 9035/9035E                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 6 of 6

Case Number: I-200-20133-562368        Case Status: Certified _____    Period of Employment: 10/1/2020 to 9/30/2023



May 19, 2020

USCIS
Vermont Service Center
Attn: I-129 H-1B Master's Cap
4 Lemnah Drive
St. Albans, VT 05479-0001

Re:   **Petitioner:**       **Educational Testing Service**
      **Beneficiary:**      **Jing Zhao**
      **Job Title:**        **Senior Research User Specialist**
      **Job Location:**     **660 Rosedale Road, Princeton, NJ**
      **Salary:**           **$58,802 per year**

Dear Sir or Madam:

This letter is written in support of our H-1B petition on behalf of the Jing Zhao, whom we wish to employ for a temporary period until September 30, 2023.

Educational Testing Service (ETS) is a 501(c)(3) nonprofit organization whose primary activity is research. Recently, the Service has questioned ETS's exemption from the H-1B cap and the ACWIA fee as a nonprofit research organization. ETS disagrees with the Service's assertion that it is not entitled to these exemptions and does not concede its eligibility for them as a nonprofit research organization. However, to ensure operational predictability, ETS registered this beneficiary for the FY 2021 H-1B cap lottery and, as this petition has been selected, ETS chooses not to pursue its cap exemption for this petition.

### THE PETITIONER

At nonprofit ETS, we advance quality and equity in education for people worldwide by creating assessments based on rigorous research. We conduct educational research, analysis and policy studies and develop a variety of customized services and products for teacher certification, English language learning and elementary, secondary and postsecondary education. To facilitate our research, ETS develops, administers and scores more than 50 million tests annually — including the TOEFL® and TOEIC® tests, the GRE® General and Subject Tests and The Praxis Series® assessments — in more than 180 countries, at more than 9,000 locations worldwide.

ETS serves individual students, their parents, educational institutions and government agencies. We do this by:

- Listening to educators, parents and critics
- Learning what students and their institutions need
- Leading in the development of new and innovative products and services



USCIS
Page 2

More than 3,400 employees work at ETS's offices throughout the United States and the world. Of these, more than 2,300 of our professional staff have training and expertise in education, psychology, statistics, psychometrics, computer sciences, sociology and the humanities. Almost 1,000 have advanced degrees, and 390 hold doctorates.

Today, our experts in research and assessment help individuals, educators and government agencies around the world find new ways to advance learning through customized, innovative assessment solutions.

We are:

- Test developers
- Statisticians and psychometricians
- Leaders in developing performance assessments
- Experts in global assessment
- Researchers
- Education policy specialists

### THE SPECIALTY OCCUPATION

We wish to employ the beneficiary in the specialty occupation of Research User Specialist. The Research User Specialist will work as part of our Research Technology Group (RTG), a team of professionals in the fields of software engineering, graphic design, and cognitive science, among others, that supports the information technology needs of our Research Division. The RTG works with Research Scientists and other staff to develop solutions for new ideas in assessment, including innovative and interactive tasks (such as games, simulations, and dialogic interaction) as well as the tools to deliver the assessment tasks, collect and analyze data, and report assessment results. In this position, Dr. Zhao will perform the following duties:

- Use knowledge of, and experience with, working with software programmers, developers, or engineers; working with graphic designers; leading client requirements-gathering sessions; usability testing; leading design presentations; storyboarding; prototyping; graphic design; and the principles, practices, and standards from Human-Computer Interaction and/or User Experience Research to design prototypes and conduct usability evaluations for educational assessment and learning software or research tool applications that are visually engaging, accessible and easy to use.
- Work with research scientists and assessment specialists to develop prototypes or storyboards to convey the visual look and interface design of new assessments and applications.
- Work with programmers to take prototype or storyboards to a functioning program.
- Translate ideas from clients into visually engaging, accessible and highly usable designs through audience and needs analyses.

USCIS
Page 3

- Create prototypes for new assessment ideas designed to measure specific knowledge skills but allow the user to easily understand the task and how to use any interface tools required to complete the task.
- Design and conduct usability studies to test and revise prototypes during the development cycle.
- Assist other internal groups in user experience and/or graphic design processes.
- Analyze existing software applications and websites and redesign them to improve usability and graphic design for diverse audiences and operational effectiveness.
- Provide coaching and training in user-centered or graphic design concepts, principles, and practices to other internal design functions.
- Assist management in keeping abreast of trends and research in human computer interaction and/or graphic design as well as usability guidelines that change with evolving technologies.
- Collaborate with software engineers and designers, subject matter experts, product/project owners, and outside consultants to ensure that the finished product adheres to the design vision and conforms to internal technical, accessibility, and architectural standards.

The nature of these duties is extremely specialized and complex and requires the theoretical and practical application of highly specialized knowledge. Accordingly, minimum requirements for the position include the attainment of a Bachelor's degree, or equivalent, in Cognitive Science. This degree requirement is common to the industry in parallel positions among similar organizations.

### THE NATURE OF THE SPECIFIC DUTIES IS SO SPECIALIZED AND COMPLEX THAT THE KNOWLEDGE REQUIRED TO PERFORM THE DUTIES IS USUALLY ASSOCIATED WITH THE ATTAINMENT OF A BACHELOR'S OR HIGHER DEGREE.

In order to understand how the proffered position satisfies the definition of "specialty occupation" as defined in Section 214(i)(1) of the Immigration and Nationality Act, the focus should be on the proposed job duties and not on any particular job title or job classification. While a job classification is relevant to the certification by the Department of Labor of our Form ETA-9035 Labor Condition Application ("LCA"), we respectfully maintain that the job classification itself does not create the standard by which a specialty occupation is defined. The actual job duties to be performed by the beneficiary should be viewed in the context of the employer's business and business needs, and whether those job duties (as opposed to a job classification) constitute a specialty occupation.

Independent of any job classification by the Department of Labor and its *Occupational Outlook Handbook* ("OOH"), the proffered job duties of Research User Specialist, at ETS, describe a role that requires: (i) theoretical and practical application of a body of highly specialized knowledge; and (ii) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. The minimum requirements for the Research User Specialist position offered to Dr. Zhao include a degree in Cognitive Science.

USCIS
Page 4

The instant petition satisfies the definition of "specialty occupation" as defined in Section 214(i)(1) of the Immigration and Nationality Act requiring: (i) Theoretical and practical application of a body of highly specialized knowledge; and (ii) Attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. As explained herein, the proffered position requires the "application of a body of highly specialized knowledge." The term "specific specialty" is not defined in the statute or in the regulations, but in referencing "the" specific specialty, the statute clearly intends that the "specific specialty" relate back to the "body of highly specialized knowledge" that must be applied both in theory and in practice. There is no requirement in the statute of a unique or an exclusive degree related to the specialty occupation. Congress could have mandated a unique degree in creating the statute but it did not. Rather, the statute clearly contemplates that multiple bachelor's degree and advanced degree programs can center on the same "body of highly specialized knowledge." In the context of this petition, that "body of highly specialized knowledge" relates to concepts of cognitive science described below. While it is possible that other bachelor's degrees would also focus on the same "body of highly specialized knowledge," it is clear that the beneficiary's degree in Cognitive Science centers directly on this "body of highly specialized knowledge" in accordance with the statutory requirements for H-1B classification.

ETS is one of the largest education and assessment research organizations in the world. Our RTG investigates, develops, and applies cognitive science theories and methods to solve educational assessment problems. The RTG collaborates on a variety of internally and externally funded research agendas around innovative student and teacher assessment capabilities, including game- and simulations-based assessment. The RTG also develops the technology tools needed to deliver the assessment tasks, collect and analyze data, and report assessment results. In partnership with teams of psychometricians, statisticians, validity theorists, computational and applied linguists, IT developers, assessment developers, and other cognitive scientists from across ETS, the RTG creates, develops, and maintains valid, innovative, technology-enhanced assessments to assess complex competencies for educational and workforce contexts. The position offered to Dr. Zhao will focus on the design and development of user interfaces for these assessments and therefore requires advanced theoretical and practical knowledge of cognitive science applicable to scholarly and scientific experimentation and research.

Cognitive Science is the interdisciplinary, scientific study of the mind and its processes, examining the nature, tasks, and functions of cognition. At ETS, where our research mission centers on education and methods to improve learning, assessment, and measurement of results, our staff focuses on the cognitive mechanisms that underlie learning and thinking as well as the practice and interpretation of empirical and developmental research, how to use research to improve educational practices, and how to develop innovative methods built around new technologies. In order to perform the duties and responsibilities stated above, a Research User Specialist with ETS must have high level skills in the theories and methodologies of cognitive science; the roles played by cognition in education; quantitative research design, analysis, and reporting; human-computer interaction; and psychology. Such knowledge is usually associated

USCIS
Page 5

with attainment of a baccalaureate or higher degree in Cognitive Science or a closely related field. Such an education is a "specific specialty" related to the specialty occupation because it provides the skills and knowledge necessary to perform in the specialty occupation.

## OCCUPATIONAL CLASSIFICATION

Among its list of education-related occupations, the Department of Labor, Bureau of Labor Statistics' Occupational Employment Statistics (OES) does not contain a specific classification for a "Cognitive Scientist" or a professional who conducts research in cognition to develop user interfaces for assessments of human behavior as it relates to the use of technology for educational purposes. However, the duties of the Research User Specialist position offered to Dr. Zhao are consistent with those of the "Human Factors Engineers and Ergonomists" occupation (SOC: 17-2122.01, a sub-category of "Industrial Engineers") described by the Department of Labor in various reference materials, having in commonalities such as:

- ➢ Design or evaluate systems to optimize human usability, quality or performance.
- ➢ Collect data through the conduct of tests.
- ➢ Collect information on topics such as requirements, needs, or interfaces.
- ➢ Prepare reports or presentations summarizing results or conclusions of testing, investigation, or validation activities.
- ➢ Assess user interface characteristics.
- ➢ Advocate for end users in collaboration with other professionals, including engineers, designers, and managers.
- ➢ Integrate human factors requirements into operational technologies.
- ➢ Develop or implement research methodologies or statistical analysis plans to test and evaluate developmental prototypes used in new products or processes.
- ➢ Design cognitive aids such as procedural storyboards.
- ➢ Provide human factors expertise on topics such as user-interface technology development.

Clearly, there exist numerous professional occupations, far in excess of the 461 occupations in the OES. Moreover, as the occupations set forth in the OES are broad generalized classifications, it cannot be expected, nor is it required under law or regulation, that a particular specialty occupation will match—job duty by job duty—the OES classification that appears to be the closest for LCA purposes. However, in this specific instance, as "Human Factors Engineers and Ergonomists" is entirely reasonable and appropriate.

### THE BENEFICIARY'S QUALIFICATIONS

The beneficiary was awarded a Doctoral degree in Cognitive Science in Education from Columbia University in New York, New York in 2018. Dr. Zhao also holds a Master of Science degree in Applied Statistics from Columbia University (2015) and a Bachelor's degree in Teaching Chinese as a Foreign Language from the East China Normal University (2008). *Please*

USCIS
Page 6

*see the enclosed diplomas copies.*

### CONCLUSION

This letter was prepared in support of the H-1B nonimmigrant petition only, and is not intended to be, nor should it be construed to be, a contract for employment.  We will comply with the terms of the labor condition application for the duration of the authorized period of stay and will offer the beneficiary the reasonable costs of return transportation to the last place of residence abroad if the beneficiary is dismissed from employment before the end of such authorized stay.

If you have any questions, please contact our attorneys at Morgan, Lewis & Bockius LLP directly. Their Notice of Appearance is enclosed.

Sincerely,
**Educational Testing Service**

Ritu Sahai
Immigration and Relo Coordinator

THE TRUSTEES OF

# COLUMBIA UNIVERSITY

IN THE CITY OF NEW YORK

TO ALL PERSONS TO WHOM THESE PRESENTS MAY COME GREETING
BE IT KNOWN THAT

## JING ZHAO

HAVING COMPLETED THE STUDIES AND SATISFIED THE REQUIREMENTS
FOR THE DEGREE OF

## DOCTOR OF PHILOSOPHY

HAS ACCORDINGLY BEEN ADMITTED TO THAT DEGREE WITH ALL THE
RIGHTS PRIVILEGES AND IMMUNITIES THEREUNTO APPERTAINING IN
WITNESS WHEREOF WE HAVE CAUSED OUR CORPORATE SEAL TO BE HERE
AFFIXED IN THE CITY OF NEW YORK ON THE SIXTEENTH DAY OF MAY
IN THE YEAR TWO THOUSAND AND EIGHTEEN

PRESIDENT

DEAN OF THE FACULTY OF
THE GRADUATE SCHOOL OF
ARTS AND SCIENCES

THE TRUSTEES OF

# COLUMBIA UNIVERSITY

IN THE CITY OF NEW YORK

TO ALL PERSONS TO WHOM THESE PRESENTS MAY COME GREETING

BE IT KNOWN THAT

## JING ZHAO

HAVING COMPLETED A COURSE OF STUDIES IN

### APPLIED STATISTICS

AND SATISFIED THE REQUIREMENTS FOR THE DEGREE OF

## MASTER OF SCIENCE

HAS ACCORDINGLY BEEN ADMITTED TO THAT DEGREE WITH ALL THE RIGHTS PRIVILEGES AND IMMUNITIES THEREUNTO APPERTAINING IN WITNESS WHEREOF WE HAVE CAUSED OUR CORPORATE SEAL TO BE HERE AFFIXED IN THE CITY OF NEW YORK ON THE TWENTIETH DAY OF MAY IN THE YEAR TWO THOUSAND AND FIFTEEN

PRESIDENT OF THE UNIVERSITY

PRESIDENT OF TEACHERS COLLEGE

## Official Academic Transcript from

# Teachers College Columbia University

**Statement of Authenticity**

This official academic transcript has been delivered to you through eSCRIP-SAFE, the Global Electronic Transcript Delivery Network, provided by Credentials eScrip-Safe, 9435 Waterstone Blvd, Suite 260, Cincinnati, OH 45249, 1-847-716-3805. Credentials eScrip-Safe has been appointed and serves as the designated delivery agent for this sending school, and verifies this sender is recognized by the accreditation source identified below

This official academic transcript was requested, created, and released to the recipient following all applicable state and federal laws. It is a violation of federal privacy law to provide a copy of this official academic transcript to anyone other than the named recipient.

This PDF document includes: the cover page, the official academic transcript from the sending school, and the academic transcript legend guide.

The authenticity of the PDF document may be validated at the Credentials eScrip-Safe website by selecting the Document Validation link. A printed copy cannot be validated.

Questions regarding the content of the official academic transcript should be directed to the sending school.

**Sending School Information**

Teachers College Columbia University
Registrar's Office
525 West 120th Street
Box 311
New York, NY  10027
Telephone: 212-678-4071
School Web Page:    www.tc.edu
Accreditation: Middle States Association of Colleges and Schools (MSA)

**Student Information**

Student Name:  Jing Zhao
Numeric Identifier:  T34219003
Birth Date:  Not Provided By the Sending School
Student Email:  jz2452@tc.columbia.edu

**Receiver Information**

jz2452@tc.columbia.edu

e,SCRIP-SAFE

**Document Information**

Transmitted On:  Fri, 10 August 2018
Transcript ID:  TRAN000015010044

Save this PDF document immediately.
It will expire from the eSCRIP-SAFE server 24 hours after it is first opened.
Validate authenticity of the saved document at escrip-safe.com.

This document is intended for the above named receiver.
If you are not the identified receiver please notify the sending school immediately.

Transcripts marked 'Issued to Student' are intended for student use only.
Recipients should only accept academic transcripts directly from the sending school.

# TEACHERS COLLEGE
## COLUMBIA UNIVERSITY

Student No: T34219003

Date Issued: 10-AUG-2018

Record of: Jing Zhao
Issued To: Jing Zhao
jz2452@tc.columbia.edu
jz2452@tc.columbia.edu

Page: 1

Level: Graduate
Candidacy: DEGREE AWARDED
Dept: Human Development
Current Major: Cognitive Studies in Education

| SUBJ | NO. | COURSE TITLE | CRED | GRD |
|------|-----|--------------|------|-----|
| Continued: | | | | |

Comments:
9-5-12 Admitted PHD Human Development:
Cognitive Studies in Education Autumn 2012
5-31-17 Leave of Absence approved for
Spring Term 2016
5-31-17 Waiver from Dissertation Advisement
approved for Autumn Term 2016
5-31-17 Personal Exemption from Dissertation
Advisement approved for Spring Term 2017
and Autumn Term 2017

Degrees/Certificates Awarded: Doctor of Philosophy
14-FEB-2018
Major : Cognitive Studies in Education

Degrees/Certificates Awarded: Master of Science
20-MAY-2015
Major : Applied Statistics

Degrees/Certificates Awarded: Master of Philosophy
18-OCT-2017
Major : Cognitive Studies in Education

| SUBJ | NO. | COURSE TITLE | CRED GRD |
|------|-----|--------------|----------|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

2008-2009     New York University
Total Earned Credits    6.00

************* CONTINUED ON NEXT COLUMN *************

| SUBJ | NO. | COURSE TITLE | CRED | GRD |
|------|-----|--------------|------|-----|
| **Autumn Term 2012** | | | | |
| HUD | 6500 | Doctoral Proseminar | 1.0 | A |
| HUDK | 4029 | Cognition and Learning | 3.0 | A |
| HUDK | 4080 | Educational Psychology | 3.0 | B+ |
| HUDM | 4122 | Probablty/Statistic Inference | 3.0 | A |
| MSTU | 4133 | Cognition and Computers | 3.0 | A |
| **Spring Term 2013** | | | | |
| HUD | 6500 | Doctoral Proseminar | 2.0 | A |
| HUDK | 4015 | Psychology of Thinking | 3.0 | A |
| HUDK | 5042 | Motivation in Education | 3.0 | A |
| HUDK | 6539 | Rsch Prac:Ed Psy,Cognition,Lrg | 3.0 | P |
| HUDM | 5122 | Applied Regression Analysis | 3.0 | A |
| **Autumn Term 2013** | | | | |
| HUDK | 6902 | Rsch-Indp Stdy:Hum Cogn & Lrng | 3.0 | P |
| HUDM | 5059 | Psychological Measurement | 3.0 | A |
| HUDM | 5123 | Linear Models Experiment Dsgn | 3.0 | A |
| ORLJ | 5040 | Rsch Methods:Social Psych I | 3.0 | A- |
| **Spring Term 2014** | | | | |
| HUDK | 5030 | Visual Explanations | 3.0 | A |
| HUDK | 5197 | Psy-E-lrng:Business/Industry | 3.0 | A |
| HUDM | 6122 | Multivariate Analysis I | 3.0 | B+ |
| **Summer Term 2014** | | | | |
| BBS | 5068B | Brain and Behavior I | 2.0 | A |
| **Autumn Term 2014** | | | | |
| W | 4105 | CU:Probability | 3.0 | P |
| HUDK | 5023 | Cognitive Development | 3.0 | A- |
| ************* CONTINUED ON PAGE | | | 2 ********** | |

**SAM FUGAZZOTTO, REGISTRAR**

This PDF document may be validated. A printed copy cannot be validated. See attached cover page for additional information.

From Teachers College Columbia University to  jz2452@tc.columbia.edu on 08/10/2018 01:14 PM TRAN000015010044

From Teachers College Columbia University to  jz2452@tc.columbia.edu on 08/10/2018 01:14 PM TRAN000015010044

# TEACHERS COLLEGE
## COLUMBIA UNIVERSITY

Student No: T34219003

Date Issued: 10-AUG-2018

Record of: Jing Zhao
           Level: Graduate

Page: 2

| SUBJ | NO. | COURSE TITLE | CRED | GRD |
|------|-----|--------------|------|-----|
| Continued: | | | | |
| HUDK | 5121 | Chldrns Soc/Emot Dev in Cntxt | 3.0 | A- |
| HUDK | 6539 | Rsch Prac:Ed Psy,Cognition,Lrg | 3.0 | P |
| | | | | |
| Spring Term 2015 | | | | |
| BBS | 5069 | Brain and Behavior II | 1.0 | A- |
| HUDK | 7502 | Diss Sem:Human Cognit & Learn | 1.0 | A |
| HUDM | 4125 | Statistical Inference | 3.0 | A- |
| HUDM | 6026 | Computational Statistics | 3.0 | B+ |
| HUDM | 6055 | Latent Structure Analysis | 3.0 | A- |
| | | | | |
| Autumn Term 2015 | | | | |
| HUDK | 7502 | Diss Sem:Human Cognit & Learn | 1.0 | A |
| | | | | |
| Spring Term 2016 | | | | |
| IND | 6000 | Doctoral Candidate | 0.0 | - |
| | | | | |
| Autumn Term 2016 | | | | |
| IND | 6000 | Doctoral Candidate | 0.0 | - |
| | | | | |
| Spring Term 2017 | | | | |
| IND | 6000 | Doctoral Candidate | 0.0 | - |
| | | | | |
| Autumn Term 2017 | | | | |
| TI | 8900 | PhD Dissertation Defense | 0.0 | - |

**************** END OF TRANSCRIPT ****************

SAM FUGAZZOTTO, REGISTRAR

This PDF document may be validated. A printed copy cannot be validated. See attached cover page for additional information.

# TEACHERS COLLEGE, COLUMBIA UNIVERSITY
### 525 W. 120ᵗʰ St., New York, NY 10027
### OFFICE OF THE REGISTRAR

This transcript covers coursework taken from Summer 1989 to the present. If prior coursework exists it will appear on a separate, pre-computerized sheet with its own definitions. Note that this transcript is considered official for the listed recipient only.

Non-credit offerings from Spring 2015 forward may also appear. These offerings may be courses, professional development experiences, or instructional programs which do not require extensive assessment or examinations and do not offer academic credit. Students who have taken both non-credit and for-credit courses will receive two separate transcripts for each type of work.

**BY AGREEMENT,** Teachers College degrees are conferred by Columbia University. Degrees are conferred in October, February, and May. Furthermore, by affiliation with Columbia University, students are permitted to enroll in courses offered by the University. By agreement with Union Theological Seminary and the Jewish Theological Seminary of America, students are permitted to enroll in courses offered by those institutions. The College is authorized by the New York State Education Department to offer programs leading toward the B.S., M.A., M.S., Ed.M., and Ed.D. degrees. In accordance with an Agreement between Columbia University's Graduate School of Arts and Sciences, Teachers College offers the Ph.D. degree in Psychology and in Education.

**TEACHERS COLLEGE IS ACCREDITED BY:** New York State, Middle States Association of Colleges and Schools, American Psychological Association (Counseling, Clinical, School), American Board of Examiners in Speech Pathology and Audiology of the American Speech and Hearing Association, and Council for the Accreditation of Educator Preparation (CAEP). Individual programs may also be accredited by other professional bodies. Please visit http://www.tc.columbia.edu/catalog/ for more information.

**CREDIT:** A point is equivalent to a semester hour and is used for graduate-credit courses. Courses offered during a non-credit term do not receive graduate credit. Any numeric units listed next to a non-credit course are considered CEU's. See below.

**CONTINUING EDUCATION UNIT:** Certain non-credit offerings at Teachers College lead to the awarding of continuing education units or CEU's. CEU's awarded, if any, will be listed next to each eligible course on the transcript. Teachers College is authorized by the International Association of Continuing Education and Training (IACET) to award continuing education units (CEU's). One CEU equals ten contact hours of attendance and participation in organized continuing education and/or training experiences under responsible, qualified direction and instruction.

**GRADES (effective September 1984):** A+, Rare performance, highly exceptional; A, Excellent, outstanding; A-, Excellent work but not quite outstanding; B+, Very good, solid achievement expected of most graduate students; B, good, acceptable achievement; B-, Acceptable achievement, but below what is generally expected of graduate students; C+, Fair achievement, above minimally accepted level; C, Fair achievement, but only minimally acceptable; C-, Very low performance; F, Failure; P, Passed; DP, Doctoral Pass; WD, withdrawn; YC (Year course) indicating first half, upon completion of second half a grade is recorded validating both terms of registration; R, Attendance credit; IN, Incomplete; *, Grade not reported.

Students in non-credit courses will receive grades of either satisfactory (S) or unsatisfactory (U). Some non-credit courses or programs may be graded using traditional letter grades. If a grade of S or a passing letter grade is issued, the College assumes that the student has attended all meeting hours of a given non-credit offering. If the student receives a grade of S, the student will be eligible for all CEU's associated with the course (provided the course is approved for CEU's). A grade of "*" means that a grade has not been reported by the course instructor.

**GRADE POINT AVERAGE AND CLASS RANK:** Teachers College does not calculate a grade point average, rank its students, or award honors at graduation. **Unless otherwise noted, a student/graduate is considered to be in good standing.**

**PRIVACY ACT:** This transcript has been forwarded to you with the understanding that it will not be released to any other parties, in conformity with the Family Educational Rights and Privacy Act of 1974.

**COURSE NUMBERING:** *Effective Autumn 1998,* the first three letters of a course prefix identify Department; all four letters together indicate subject area. First numeral indicates course credit level. Teachers College affiliates, including Columbia University, Barnard College, Union Theological Seminary, and Jewish Theological Seminary, as well as member schools of the Interuniversity Doctoral Consortium, do not follow this numbering convention:

*Department Codes:* A&H, Arts & Humanities; BBS, Biobehavioral Sciences; CCP, Counseling & Clinical Psychology; C&T, Curriculum & Teaching; EDP, Education Policy & Social Analysis; HBS, Health & Behavioral Studies; HUD, Human Development; ITS, International & Transcultural Studies; MST, Mathematics, Science & Technology; ORL, Organization & Leadership; IND, Interdepartmental.

*Course Credit Level:* 4 initial graduate; 5 intermediate graduate; 6 advanced graduate; 7 doctoral dissertation seminar; 8 doctoral dissertation advisement; 9 post-doctoral study.

Non-credit courses will use the same department and subject area codes but will not follow the same numbering conventions as credit courses and will appear in distinct, non-credit academic terms and on separate transcripts.

This transcript was delivered through the Credentials eScrip-Safe® Global Transcript Delivery Network. The original transcript is in electronic PDF form. The authenticity of the PDF document may be validated at escrip-safe.com by selecting the Document Validation link. A printed copy cannot be validated.

This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

From Teachers College Columbia University to jz2452@tc.columbia.edu on 08/10/2018 01:14 PM TRAN000015010044





**NEW YORK UNIVERSITY**

OFFICE OF THE
UNIVERSITY REGISTRAR

Name: Jing Zhao
Birthdate (MM/DD):
Print Date: 11/15/2011
Student ID: N10364995
Institution ID: 002785
Page: 1 of 1

Send To: Jing Zhao

Beginning of Graduate Record

Degrees Awarded

Master of Arts                                           09/28/2009
Steinhardt School of Culture, Education, and Human Development
   Major: Tching a Foreign Lang 7-12: Chinese

External Degrees

East China Normal University
   Bachelor of Arts                                     07/01/2006

Fall 2008
Steinhardt School of Culture, Education, and Human Development
   Master of Arts
   Major: Tching a Foreign Lang 7-12: Chinese

New Int'l Grad Student Seminar        E03. 2003    0.0   P
Field Work in Schools & Other Education   E27. 2005    0.0   P
   Settings
Inquiries into Teaching & Learning III   E27. 2010    4.0   A-
Drug Alcohol Ed/Child Abuse Id/School     E27. 2999    0.0   P
   Violence
Teaching Second Language Theory & Practice E29. 2002   3.0   A
Field Experience Sem in Foreign Languages Ed E29. 2916  3.0   A
Adolescent Development: Theory and Research E63. 2272   3.0   A

Spring 2009
Steinhardt School of Culture, Education, and Human Development
   Master of Arts
   Major: Tching a Foreign Lang 7-12: Chinese

Superv Student Teaching in Foreign Lang 7-12 E29. 2066  3.0   A
Second Lang Clssrm: Element & Secondary   E29. 2201    4.0   A
   Sch
Second Language: Theory & Research        E28. 2206    3.0   B+
Ed of Std With Disab in Middle Chld/Adole E75. 2162    3.0   A-
   Setting

Summer 2009
Steinhardt School of Culture, Education, and Human Development
   Master of Arts
   Major: Tching a Foreign Lang 7-12: Chinese

Singl Multicult Educ: Practice & Theory   E29. 2001    3.0   A
Teaching Foreign Lang to Elem School Children E29. 2018  3.0   A
Adv Indiv Proj Multi Ed                    E29. 2039    3.0   A
End of Graduate Record

RAISED SEAL NOT REQUIRED
This official university transcript is printed on
secured paper and does not require a raised seal.

Roger O. Prentup
University Registrar
www.registrar.nyu.edu

**ACADEMIC TRANSCRIPT**



**NEW YORK UNIVERSITY**

# GUIDE TO TRANSCRIPT OF ACADEMIC RECORD

Office of the University Registrar
P.O. Box 910
New York, NY 10276-0910

(212) 998-4800
(212) 995-4154 (fax)
*transcripts@nyu.edu*

**FOR FURTHER INFORMATION
REGARDING TRANSCRIPTS PLEASE
VISIT OUR WEBSITE,
WWW.REGISTRAR.NYU.EDU**

## Accreditation
New York University is accredited by the Middle States Commission on Higher Education as a degree granting institution at the baccalaureate, master's, professional, and doctoral levels.

The University includes the following schools and colleges listed in order of their founding.

| | |
|---|---|
| 1832 | College of Arts and Science |
| 1835 | School of Law |
| 1841 | School of Medicine |
| 1865 | College of Dentistry |
| 1886 | Graduate School of Arts and Science |
| 1890 | Steinhardt School of Culture, Education and Human Development |
| 1900 | Leonard N. Stern School of Business |
| 1934 | School of Continuing and Professional Studies |
| 1938 | Robert F. Wagner Graduate School of Public Services |
| 1948 | Post-graduate Medical School |
| 1960 | Silver School of Social Work |
| 1965 | Tisch School of the Arts |
| 1963 | Mount Sinai School of Medicine (affiliated July 1, 1999) |
| 1972 | Gallatin School of Individualized Study |
| 2005 | College of Nursing |
| 2006 | University College |
| 2006 | Faculty of Arts & Science |
| 200X | Steinhardt-Shore/LAE Human Dev/GSAS |
| 2010 | NYU Abu Dhabi |

## Release of Information
In accordance with the Family Educational Rights and Privacy Act of 1974, as amended, this information is released on the condition that no other party will be permitted access to this information without the written consent of the student.

The message "ISSUED TO STUDENT" will be printed on the transcript when the transcript is provided directly to the student.

## Academic Calendar
The University operates on a semester system. The calendar consists of two semesters during the academic year and summer sessions of varying lengths.

## Transcript Validation
New York University began the implementation of a new academic record system in 1990. The record of a student enrolled both before and after implementation may be composed of two separately formatted transcripts. If the notation "***SEPARATE RECORD OF PRIOR WORK ATTACHED***" appears on the top of the computer-generated transcript, both transcript formats must be present for the record to be complete.

All transcripts issued from this office are official documents. A computer-generated transcript is printed on tamperproof paper, eliminating the need for signatures, raised seals, or stamps on the back of envelopes.

The faced (the) document has a purple background, a purple facsimile signature of the University Registrar, and the name of the institution, which appears in small print. Apply liquid bleach to the sample background printed below. It authentic, the paper will turn color.

NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY • NEW YORK UNIVERSITY

## Additional Tests
When photocopied in color or black and white, the word VOID appears prominently across the face of the entire document. A black-and-white document is not an original and should not be accepted as an official institutional document. Note: Precomputer transcripts are black and white and will have a raised seal and signature of the University Registrar.

## Credit System
Credit/points are equal to semester hours. One credit/point is equal to one semester hour.

## Grading System
Note:   Includes grades awarded by all schools/divisions of the University except the College of Dentistry, School of Law, and School of Medicine. A specific grade may not be valid in a particular school or division.

| Letter Grade | Legend | Quality Points |
|---|---|---|
| A | Excellent | 4.0 |
| A- | Excellent | 3.7 |
| B+ | Good | 3.3 |
| B | Good | 3.0 |
| B- | Good | 2.7 |
| C+ | Satisfactory | 2.3 |
| C | Satisfactory | 2.0 |
| C- | Satisfactory | 1.7 |
| D+ | Minimum Passing Grade | 1.3 |
| D | Minimum Passing Grade | 1.0 |
| F | Failure | 0.0 |
| IF | Incomplete-Failure | 0.0 |
| IP | Incomplete-Passing | 0.0 |
| I | Incomplete | 0.0 |
| P | Passing | 0.0 |
| W | Withdrew Officially | 0.0 |
| NR | No Record | 0.0 |
| N | No Credit (Unofficial Withdrawal) | 0.0 |
| R | Registered Auditor | 0.0 |
| S | Satisfactory | 0.0 |

**Special Designators**

| | | |
|---|---|---|
| | ***Course work in progress | 0.0 |
| | No Grade Reported | |

## Current and Cumulative Statistics (not computed at the graduate level)
| | |
|---|---|
| AHRS | Attempted Hours |
| EHRS | Earned Hours |
| QHRS | Quality Hours |
| QPTS | Quality Points |

## Grade Point Average (GPA)
The GPA is computed by dividing the total number of quality points (QPTS) by the total number of quality hours (QHRS).

Computer-generated records that carry cumulative academic statistics reflecting work completed prior to the implementation of the new record carry the notation "I + INCLUDES PRE-COMPUTER STATISTICS"

## Course Prefixes
The alpha character preceding the course number designates the division of the University that offers the courses.

| Prefix | School Division |
|---|---|
| A | Coordinated Liberal Studies |
| B | Leonard N. Stern College of Business—Graduate Division |
| C | Leonard N. Stern College of Business—Undergraduate Division |
| D | College of Dentistry |
| E | Steinhardt School of Culture, Education and Human Development |
| G | Graduate School of Arts and Sciences |
| H | Tisch School of the Arts |
| K | Gallatin School of Individualized Study |
| L | School of Law |
| N | College of Nursing |
| P | Robert F. Wagner Graduate School of Public Service |
| S | Silver School of Social Work |
| T | Faculty of Arts & Science |
| U | University College |
| V | College of Arts and Science |
| Y, Z | School of Continuing and Professional Studies  Degree Credit |

New York University is an affirmative action equal opportunity institution.

## New York University Abu Dhabi
NYU official transcripts for students enrolled at NYU Abu Dhabi do not show course grades received during their first year of study, and instead indicate only those courses successfully completed. Courses successfully (C+ or better) completed during a student's first year of study carry the "S4" notation. Cumulative grade point averages are not provided on the official transcript for NYU Abu Dhabi students.





普通高等学校
毕业证书

证书序列号：NO. 10717482
电子注册号：10269120080500384

AFTER CLECK G E O Y

THIS IS THE TRANSLATION OF
EAST CHINA NORMAL UNIVERSITY DIPLOMA

This is to certify that Zhao Jing, Female, Student ID No:10042710223, born on August 5, 1986, having specialized in Teaching Chinese as a Foreign Language, East China Normal University from September, 2004 to July, 2008 and having completed the Four- year undergraduate program and successfully passed all the examinations, is qualified to graduate.

Yu Lizhong
President
East China Normal University
July 1, 2008
Certificate No.10717482
Electronic Registration No.10269120080500384



学 士 学 位 证 书

THIS IS THE TRANSLATION OF
THE ORIGINAL IN CHINESE

BACHELOR DEGREE CERTIFICATE
For the graduates of General Higher Education

This to certify that Zhao Jing, Female, born on August 5, 1986,
having completed the undergraduate program of Teaching Chinese as a
Foreign Language speciality at East China Normal University, is
qualified to graduate. In conformity with the articles of the
Regulations Regarding Academic Degrees in the People's Republic of
China, she has been conferred the Degree of Bachelor of Arts.

Yu Lizhong
Chairman
Committee for Assessment of
Academic Degrees
East China Normal University
July 1, 2008

Certificate No.: 102694080373

# 华东师范大学

## 本科生学籍及学业成绩表

院系：
专业：对外汉语
姓名：对外汉语
学号：10042710223 性别：女
出生年月：1986.8.5
入学年月：2004.9 毕业年月：2008.7

### 第一学年 (2004-2005)

| 课程 | 类别 | 方式 | 学分 | 成绩 | 类别 | 方式 | 学分 | 成绩 |
|---|---|---|---|---|---|---|---|---|
| 英语口语 | 必修 | 考试 | | | 必修 | 考试 | 1 | 95 |
| 英语精读 | 必修 | 考试 | 6 | 91 | 必修 | 考试 | 8 | 85 |
| 英语听力 | 选修 | 考试 | 2 | 94 | 必修 | 考试 | 1 | 77 |
| 中外舞蹈赏析 | | | | | | | | A |
| 中国现代文学 | 必修 | 考试 | 1 | 通过 | | | | |
| 体育 | 必修 | 考试 | 2 | 85 | 必修 | 考试 | 1 | 85 |
| 现代汉语 | | | | | 必修 | 考试 | 2 | 83 |
| 思想道德修养 | 必修 | 考查 | 1 | 90 | | | | |
| 法律基础 | | | | | 必修 | 考试 | 3 | 79 |
| 马克思主义原理 | 必修 | 考试 | 2 | 89 | | | | |
| 汉语写作 | 必修 | 考试 | 2 | 81 | | | | |
| 西方音乐赏析 | 必修 | 考试 | 2 | 82 | | | | |
| 现代教育技术 | 必修 | 考试 | 2 | 90 | | | | |
| 中国古代文学 | 必修 | 考试 | 2 | 83 | | | | |
| 正字审音训练 | 必修 | 考试 | 2 | 90 | | | | |

### 第二学年 (2005-2006)

| 课程 | 类别 | 方式 | 学分 | 成绩 | 类别 | 方式 | 学分 | 成绩 |
|---|---|---|---|---|---|---|---|---|
| 英语口语 | 必修 | 考试 | | | 必修 | 考试 | 6 | 84 |
| 现代生活化学 | 选修 | 考试 | 1 | 80 | 必修 | 考试 | 1 | 91 |
| 马克思主义哲学原理 | 必修 | 考试 | 1 | 86 | 必修 | 考试 | 3 | 80 |
| 中国古代汉语 | 必修 | 考试 | 2 | 90 | 必修 | 考试 | 3 | 83 |
| 世界文学名著 | 必修 | 考试 | 3 | 87 | | | | |
| 当代中国 (英) | | | | | 必修 | 考试 | 6 | 84 |
| 英语精读 | 必修 | 考试 | 6 | 86 | 必修 | 考试 | 1 | 91 |
| 英语听力 | 必修 | 考试 | 1 | 80 | 必修 | 考试 | 3 | 80 |
| 中国古代文学 | 必修 | 考试 | 2 | 82 | 必修 | 考试 | 2 | 88 |
| 上机实践 | 必修 | 考试 | 2 | 90 | | | | |
| 英语写作 | 必修 | 考试 | 2 | 88 | | | | |

### 第二学年 (2006-2007)

| 课程 | 类别 | 方式 | 学分 | 成绩 |
|---|---|---|---|---|
| 焦点问题报告二十世纪文化变化 | 必修 | 考试 | 2 | 89 |
| 南方学概论 | 必修 | 考试 | 2 | 80 |
| 英语精读 | 必修 | 考试 | 4 | 88 |
| 英语写作 | 必修 | 考试 | 2 | 82 |
| 高级英语口语 | 必修 | 考试 | 2 | 85 |
| 英美概况与现实生活 | 必修 | 考试 | 2 | 88 |
| 美国概况 | 必修 | 考试 | 2 | 80 |
| 社会概况 | 必修 | 考试 | 2 | 83 |
| 文化文学与现代生活 | 选修 | 考试 | 2 | 83 |
| 影视戏剧 | 选修 | 考试 | 2 | 92 |
| 中外教师名师研修会 | 选修 | 考试 | 2 | 75 |
| 中国当代文学 | 任选 | 考查 | 2 | 90 |
| 东方文化与文化 | 任选 | 考试 | | |

### 第三学年 (2005-2006)

| 课程 | 类别 | 方式 | 学分 | 成绩 |
|---|---|---|---|---|
| 翻译学概论 | | | | |
| 西方文化 (英) | | | | |
| 马克思主义技术学原理 | | | | |
| 政治理论 | | | | |
| 毕业论文 | | | | |
| 毕业实习 | | | | |

### 第四学年 (2007-2008)

| 课程 | 类别 | 方式 | 学分 | 成绩 |
|---|---|---|---|---|
| 实用中国文学作品选读 | 选修 | 考试 | 2 | 91 |
| 当代中国基础与教学专题论理 | 选修 | 考试 | 2 | 86 |
| 对外汉语教学法 | 选修 | 考试 | 2 | 85 |
| 汉英语言对比 | 选修 | 考试 | 2 | 85 |
| 英语精读 | 必修 | 考试 | 2 | 97 |
| 美国社会文化作品 (英) | 选修 | 考试 | 2 | |
| 美国文学及文化作品 (英) | 选修 | 考试 | 2 | |
| 毕业论文 | 必修 | 考试 | | 96 |

此复印件与原本相符

# EAST CHINA NORMAL UNIVERSITY
## Student's Academic Record

Name: Zhao Jing
Sex: Female
Date of Birth: August 5, 1986
Department: Teaching Chinese as a Foreign Language
Major: Teaching Chinese as a Foreign Language
Length of program: Four years   Student Identification No: 10269710223

### First Academic year (2004 – 2005)

| Course | Credit | First Term Score | Second Term Score |
|---|---|---|---|
| Spoken English | 1/1 | A | A+ |
| Intensive Reading in English | 6/6 | A | B+ |
| English Listening Comprehension | 1/1 | B | B- |
| Appreciation of Chinese & Foreign Painting | 2 | B | |
| Modern Chinese Literature | 2 | A | |
| Physical Education | 1/1 | PASS | A |
| Contemporary World Economy and Politics | 2 | A- | |
| Modern Chinese Language | 2/2 | A- | A+ |
| Cultivation of Ideology & Morality | 1 | A | |
| Foundation of Computer Application | 3 | | PASS |
| Foundation of Law | 1 | | A+ |
| Introduction to Mao Zedong's Thinking | 2 | | A |
| Practice of Chinese Writing | 2 | | B+ |
| International Trading Geography | 2 | | 81 |
| Contemporary Chinese Literature | 2 | | A- |
| Training of Military Theory | 2 | | PASS |

### Second Academic year (2005 – 2006)

| Course | Credit | First Term Score | Second Term Score |
|---|---|---|---|
| Spoken English | 1/1 | B+ | A+ |
| Modern Domestic Chemistry | 2 | 77 | |
| Physical Education | 1/1 | PASS | A |
| Principle of Marxist Philosophy | 3 | A+ | |
| General Theory of Chinese Culture | 2 | A | |
| Classics of World Literature | 3 | A- | |
| Contemporary China (English) | 2 | B- | |
| Intensive Reading in English | 6/6 | A- | B+ |
| English Listening Comprehension | 1/1 | B- | A+ |
| Ancient Chinese Literature | 3/3 | A | B- |
| Ancient Chinese Language | 2/2 | A | A- |
| Performance Appreciation of National Plucked Instrument | 2 | | 88 |
| Selected Readings of English Original Works | 2 | | A- |
| English Composition | 2 | | A |
| Introduction to Translation | 2 | | B+ |
| Western Culture (English) | 2 | | A |
| Marxist Economic Principle | 3 | | B+ |

THIS IS THE TRANSLATION (
THE ORIGINAL IN CHINESE)

### Fourth Academic year (2007 — 2008)

| Course | Credit | First Term Score | Second Term Score |
|---|---|---|---|
| Selected Reading in English Translation of Chinese Literary Works | 2 | A- | |
| Acoustic System and Digital Audio Processing | 2 | 92 | |
| Methods of Teaching Chinese as a Foreign Language | 2 | A | |
| Comparison of Chinese & English Language | 2 | | A- |
| Intensive Reading in English | 2 | | A- |
| History of English Literature and Works (English) | 2 | | A |
| History of American Literature and Works (English) | 2 | | A- |
| Graduation Thesis | 6 | | B |

### Grade System of East China Normal University

*For the undergraduate students admitted in 2005 and after*

| Grade | Grade Point | Percentage of Plane (M) |
|---|---|---|
| A | 4 | M (A) ≤10% |
| A- | 3.7 | M (A- and above) ≤30% |
| B+ | 3.3 | M (B+ and above) ≤45% |
| B | 3 | M (B and above) ≤60% |
| B- | 2.5 | M (B- and above) ≤80% |
| C+ | 2 | M (C+ and above) ≤90% |
| C | 1.5 | M (C and above) ≤100% |
| D | 1 | Makeup Pass |
| F | 0 | Failure |

Note:
1. The marking of public elective and free elective courses didn't adopt the grade, but original score.
2. The marking of (Military Theory), (Foundation of Computer Application) and (Direction of employment) didn't adopt the grade, but Pass or Failure.
3. The marking of (Physical Education) didn't adopt the grade, but A (Excellent), Pass or Failure.

赵婧 (Zhao Jing)     GPA: 3.60

Printed Time: June 23,2008     Archives of East China Normal University

### Third Academic year (2006 — 2007)

| Course | Credit | First Term Score | Second Term Score |
|---|---|---|---|
| Introduction to Deng Xiaoping Theory and Three Representative Important Thoughts | 2 | A- | |
| Introduction to Linguistics | 3 | B | |
| Intensive Reading in English | 4/2 | A- | A- |
| English Composition | 2 | A- | |
| Oral Interpretation of Advanced English | 2 | B+ | |
| Theory and Practice of Translation from English to Chinese | 2/2 | A- | A |
| English Linguistics | 2 | A- | |
| Style and Style Translation | 2 | A | |
| Translation of Film and Television | 2 | B+ | |
| Western Culture (English) | 2 | A | |
| Appreciation of Chinese and Foreign Essential Piano Musics | 2 | 75 | |
| Chinese Folklore Study | 2 | A | |
| Oriental Literature and Culture | 2 | A- | |
| Direction of Employment | 1 | | PASS |
| Year-end Thesis | 3 | | A |
| Social Practice | 6 | | A |



ZHAO-135417-SW.doc

## EVALUATION OF ACADEMIC CREDENTIALS

... 7th Ave I 6th Floor I New York  NY 10123 I Tel 212 904 1085 I Fax  212 904 1025 I www.mside.com

Morningside | Evaluations and Consulting

### October 28, 2009

**Name:**           **ZHAO, JING**

**Institution:**         East China Normal University
**Country:**          China
**Degree:**           Bachelor of Arts
**Length of Program:**    Four years
**Date of Qualification:**  2008

#### US Academic Equivalent:

**DEGREE:**          **BACHELOR OF EDUCATION**
**CONCENTRATION:**     **CHINESE LANAGUAGE**

Graduation from high school and competitive entrance examination scores are requirements for admission and enrollment in East China Normal University, an accredited institution of higher learning in China. After enrolling and completing *four years* of academic coursework and examinations at the University, Ms. Zhao qualified for the Bachelor of Arts degree in 2008.  The diploma demonstrates that Ms. Zhao completed her course of studies at East China Normal University.

Ms. Zhao completed coursework in general studies, including coursework in English, the social sciences, mathematics and the sciences.  Additionally, Ms. Zhao completed specialized courses in her major, Teaching Chinese as a Foreign Language, and in her area of concentration, Chinese Language, including Methods of Teaching Chinese as a Foreign Language, Comparison of Chinese and English Language, Oriental Literature and Culture, English Linguistics, Oral Interpretation of Advanced English, Selected Readings in English Translations of Chinese Literary Works, and other related courses.  General studies coursework in the above-mentioned fields, coupled with specialized major studies, comprise the required curriculum for a candidate seeking a university degree from an accredited institution of higher education in the United States.

The course of studies undertaken, the number of credit units earned, the number of years of coursework, the grades earned for coursework and the final diploma all indicate that Ms. Zhao satisfied requirements equivalent to those required for the attainment of a University degree from an accredited institution of higher education in the United States.  On the basis of the credibility of East China Normal University, and the hours of academic coursework, it is the judgment of Morningside Evaluations and Consulting that Ms. Zhao has attained the equivalent of *a Bachelor of Education degree, with a concentration in Chinese Lanaguage,* from an accredited institution of higher education in the United States.

This evaluation relies upon copies of the original documents provided by Ms. Zhao and represented by Ms. Zhao to be authentic and true copies of those documents. There are no apparent grounds for us to disbelieve the authenticity and accuracy of the documentation presented to Morningside Evaluations and Consulting on behalf of Ms. Zhao.  We represent the foregoing to be an accurate and correct evaluation to the best of our knowledge and



belief, pursuant to requirements of United States Citizenship and Immigration Services of the United States Department of Homeland Security.

Morningside Evaluations and Consulting evaluates academic and experiential credentials and specializes in the evaluation of foreign educational credentials.

The foregoing evaluation of Jing Zhao has been prepared and certified by me this *twenty-eighth day of October 2009*. Because of the positions I hold and have held at Lehman College of the City University of New York, I have the authority to evaluate whether the school is to grant college-level credit for courses and/or training at other U.S. or international universities. At Lehman College, I am responsible for the evaluation of foreign credentials for transfer credit and/or undergraduate and graduate admission. This evaluation is my personal advisory opinion based upon standards and practices that are common in the evaluation of foreign credentials; Lehman College and the City University of New York have their own internal admission policies and standards that may differ from the methodologies utilized in this evaluation.

*Agron Matoshi*

Agron Matoshi

Agron Matoshi; Admissions Counselor, Recruiter, and Foreign Transfer Evaluator, Lehman College of the City University of New York; Senior Evaluator, Morningside Evaluations and Consulting; Member, National Association of Graduate Admissions Professionals (NAGAP); Member, American Association of Collegiate Registrars and Admissions Officers (AACRAO); Member, NAFSA: Association of International Educators.

*For detailed statement of qualifications and experience of evaluator, see attached resume.*

References

- *World Higher Education Database 2007/8.* CD-ROM. New York, New York: Palgrave Macmillan Ltd. 2008.
- College Credit Recommendation Service. 2004 National Guide to Educational Credit for Training Programs. Washington D.C.: American Council on Education, 2004.
- Central Intelligence Agency. *The World Factbook 2008.* Washington D.C.: Central Intelligence Agency, 2008.
- Association of Commonwealth Universities. *Commonwealth Universities Yearbook 2007.* 81st ed. New York, New York, 2007.
- *Electronic Database for Global Education (the EDGE Project) v.1.0.* American Association of Collegiate Registrars and Admissions Officers (AACRAO), www.aacraoedge.aacrao.org. 2008.

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number WAC1827951750 | | Case Type I129 - PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| Received Date 09/06/2018 | Priority Date | Petitioner EDUCATIONAL TESTING SERVICE, |
| Notice Date 09/19/2018 | Page 1 of 2 | Beneficiary ZHAO, JING |

EDUCATIONAL TESTING SERVICE
c/o ELEANOR PELTA
MORGAN LEWIS AND BOCKIUS LLP
1111 PENNSYLVANIA AVE NW FLR 12
WASHINGTON DC 20004

**Notice Type:** Approval Notice
**Class:** H1B
**Valid from** 10/29/2018 to 10/28/2021

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
**Customer Service Telephone:** 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records
**Receipt#** WAC1827951750
**I-94#** 322747105 30
**NAME** ZHAO, JING
**CLASS** H1B
**VALID FROM** 10/29/2018 **UNTIL** 11/07/2021
**PETITIONER**
EDUCATIONAL TESTING SERVICE,
660 ROSEDALE ROAD
PRINCETON NJ 08541

322747105 30
**Receipt Number** WAC1827951750
**US Citizenship and Immigration Services**

**I94 Departure Record**
**Petitioner:** EDUCATIONAL TESTING SERVICE

| 14. Family Name ZHAO | |
|---|---|
| 15. First (Given) Name JING | 16. Date of Birth 08/05/1986 |
| 17. Country of Citizenship CHINA, PEOPLE'S REPUBLIC OF | |

FORM I-797A [REV. 08/01/16]

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC1827951750 | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** | **Petitioner** |
| 09/06/2018 | EDUCATIONAL TESTING SERVICE, |
| **Notice Date** / **Page** | **Beneficiary** |
| 09/19/2018 / 2 of 2 | ZHAO, JING |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Receipt VOID | VOID | VOID | | Receipt Number VOID | VOID |
|---|---|---|---|---|---|
| I-94# | | | | US Citizenship and Immigration Services | |
| NAME VOID | VOID | VOID | | VOID VOID VOID | |
| CLASS | | | | I94 Departure Record | |
| VALID FROM UNTIL VOID | VOID | | Petitioner VOID | VOID | |
| | | | | 14. Family Name | |
| PETITIONER VOID | VOID | VOID | | VOID VOID VOID | |
| | | | | 15. First (Given) Name | 16. Date of Birth |
| VOID | VOID | VOID | | VOID VOID VOID | |
| | | | | 17. Country of Citizenship | |
| VOID | VOID | VOID | | VOID VOID VOID | |

FORM I-797A [REV. 08/01/16]

1/6/2017                                      I94 - Official Website



U.S. Customs and Border Protection
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number : 32274710530**

**Most Recent Date of Entry: 2014 July 06**

**Class of Admission : J1**

**Admit Until Date : D/S**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | ZHAO |
| First (Given) Name : | JING |
| Birth Date : | 1986August05 |
| Passport Number : | G29300980 |
| Country of Issuance : | China |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Dated 01/31/2017

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

ETS_H-1B Record_056

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | | |
|---|---|---|
| **Receipt Number**<br>EAC1820451500 | **Case Type**<br>I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS | |
| **Received Date**<br>07/19/2018 | **Priority Date** | **Applicant**<br>ZHAO, JING |
| **Notice Date**<br>08/01/2018 | **Page**<br>1 of 1 | **Beneficiary**<br>ZHAO, JING |

JING ZHAO
c/o VICTORIA M MORTE
FRAGOMEN DEL REY BERNSEN & LOEWY L
100 HIGH STREET 3RD FLR
BOSTON  MA  02110

**Notice Type:** Approval Notice
**Class:** O3
**Valid from** 08/01/2018 to 07/18/2021

The above application for change of nonimmigrant status is approved. The new status is listed above. The length of authorized temporary stay in this status for the named applicant(s) is also listed above.

The I-94 attached below may contain a grace period of up to 10 days before and up to 10 days after the above validity period, if such grace period is authorized by the principal alien's nonimmigrant classification. The following principal alien nonimmigrant classifications may be eligible for a grace period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. Dependents of principal H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the above validity period. The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien who has authorized employment in the United States.

The lower portion of this notice should be attached to the previous Form I-94, Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. If any person included in this application must depart the U.S., he or she may wish to take this notice to facilitate his or her return to this status. If a visa is required, he or she must obtain a new visa in the new classification before returning to the U.S.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001
Customer Service Telephone: 800-375-5283

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

**Detach This Half for Personal Records**

**Receipt#** EAC1820451500
**I-94#** 322747105 30
**NAME** ZHAO, JING
**CLASS** O3
**VALID FROM** 08/01/2018 **UNTIL** 07/28/2021

**APPLICANT**
ZHAO, JING
55 STATION LANDING APT 208
MEDFORD MA  02155

322747105 30

**Receipt Number** EAC1820451500
**US Citizenship and Immigration Services**

**I94 Departure Record**
**Applicant:** ZHAO, JING

| 14. Family Name | | |
|---|---|---|
| ZHAO | | |
| 15. First (Given) Name | | 16. Date of Birth |
| JING | | 08/05/1986 |
| 17. Country of Citizenship | | |
| CHINA, PEOPLE'S REPUBLIC OF | | |

FORM I-797A (REV. 08/01/16)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-11-200-50517 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>July 20, 2011 | PRIORITY DATE | PETITIONER<br>PRATT INSTITUTE |
| NOTICE DATE<br>September 19, 2011 | PAGE<br>1 of 2 | BENEFICIARY<br>ZHAO, JING |

| | |
|---|---|
| PRATT INSTITUTE<br>C/O AMY HECHT ASSO DIR OF HR<br>200 WILLOUGHBY AVE<br>BROOKLYN NY 11205 | **Notice Type:** Approval Notice<br>Class: H1B<br>Valid from 09/13/2011 to 08/28/2014<br>Consulate: |

The above petition and extension of stay have been approved.  The status of the named foreign worker(s) in this classification is valid as indicated above.  The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized.  Any change in employment requires a new petition.  Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required.  Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice.  The lower portion should be given to the worker.  He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*.  This should be turned in with the I-94 when departing the U.S.  The left part is for his or her records.  A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning.  The left part can be used in applying for the new visa.  If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station.  The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
**Customer Service Telephone: (800) 375-5283**
Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-11-200-50517 | | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|---|
| RECEIPT DATE July 20, 2011 | PRIORITY DATE | | PETITIONER PRATT INSTITUTE |
| NOTICE DATE September 19, 2011 | PAGE 2 of 2 | | BENEFICIARY ZHAO, JING |

(continued)
If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at
www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, DHS reserves the right to verify the information
submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws,
rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited
to, the review of public information and records, contact by correspondence, the internet, or telephone, and site
inspections of businesses and residences. Information obtained during the course of verification will be used to
determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and
representatives of record will be provided an opportunity to address derogatory information before any formal
proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
**Customer Service** Telephone: (800) 375-5283
Form I-797A (Rev 10/31/05)N



Detach This Half for Personal Records          VOID    VOID    VOID
Receipt#          VOID    VOID
I-94#    VOID    VOID    VOID
NAME    VOID    VOID    VOID
CLASS    VOID    VOID    VOID
          VOID    VOID    VOID
          VOID    VOID    VOID
PETITIONER:    VOID    VOID    VOID
    VOID    VOID    VOID
    VOID    VOID    VOID
    VOID    VOID    VOID
    VOID    VOID    VOID

Receipt Number    VOID    VOID
United States Citizenship and Immigration
Service    VOID    VOID    VOID
I-94    VOID    VOID    VOID
Departure Record    VOID    Petitioner VOID
14 Family Name    VOID    VOID    VOID
15 First (Given) Name    VOID    VOID    16 Date of Birth
17 Country of Citizenship    VOID    VOID    VOID
    VOID    VOID    VOID
    VOID    VOID    VOID    Form I-797A (Rev 10/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797A, Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-10-233-51048 | CASE TYPE   I129<br>PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE<br>September 3, 2010 | PRIORITY DATE | PETITIONER<br>INTL LEADERSHIP CHARTER SCHOOL |
| NOTICE DATE<br>February 11, 2011 | PAGE<br>1 of 1 | BENEFICIARY<br>ZHAO, JING |

KEVIN M. REILLY ESQ
THE LAW OFFICE OF REILLY & REILLY
LLC
77 WEST STREET STE 210
ANNAPOLIS MD 21401

Notice Type:  Approval Notice
Class: H1B
Valid from 02/11/2011 to 08/22/2013

The above petition and extension of stay have been approved.  The status of the named foreign worker(s) in this classification is valid as indicated above.  The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized.  Any change in employment requires a new petition.  Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required.  Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice.  The lower portion should be given to the worker.  He or she should keep the right part with his or her Form I-94, Arrival-Departure Record.  This should be turned in with the I-94 when departing the U.S.  The left part is for his or her records.  A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning.  The left part can be used in applying for the new visa.  If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station.  The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

## ☆ THE UNITED STATES OF AMERICA ☆

| RECEIPT NUMBER | CASE TYPE I129 |
|---|---|
| WAC-10-026-51166 | PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| November 6, 2009 | | PARADISE VLY PRIVATE SCHOOL FOUNDA |
| NOTICE DATE | PAGE | BENEFICIARY |
| November 17, 2009 | 1 of 1 | ZHAO, JING |

| | |
|---|---|
| KEVIN M. REILLY ESQ | **Notice Type:** Approval Notice |
| THE LAW OFC OF REILLY & REILLY LLC | **Class:** H1B |
| RE: PARADISE VLYPRIVATE SCHOOL FOU | **Valid from** 01/04/2010 **to** 01/03/2013 |
| 77 WEST ST STE 105 | |
| ANNAPOLIS MD 21401 | |

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

**U.S. Department of Justice**

Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students   (OMB NO. 1115-0051)

**Page 1**

Please read Instructions on Page 2.
This page must be completed and signed in the U.S. by a designated school official.

1. Family Name (surname):
   zhao

   First (given) Name:          Middle Name:
   Jing

   Country of birth:            Date of birth(mo/day/year):
   CHINA                        08/05/1986

   Country of citizenship:      Admission number:
   CHINA

2. School (School district) name:
   New York University
   New York University

   School Official to be notified of student's arrival in U.S.(Name and Title):
   Helen Leonard
   International Student Advisor

   School address (include zip code):
   561 LaGuardia Place
   1st Floor
   New York, NY 10012

   School code (including 3-digit suffix, if any) and approval date:
   NYC214F00169000             approved on 01/15/2003

For Immigration Official Use

Student's Copy
M0005385230

SEVIS

Visa issuing post        Date Visa Issued

Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
   Initial attendance at this school.

4. Level of education the student is pursuing or will pursue in the United States:
   MASTER'S

5. The student named above has been accepted for a full course of study at this
   school, majoring in Foreign Language Teacher Education
   The student is expected to report to the school no later than 09/02/2008
   and complete studies not later than 08/31/2009 . The normal length of
   study is _____ 12 _____ months.

6. English proficiency:
   This school requires English proficiency.
   The student has the required English proficiency.

7. This school estimates the student's average costs for an academic term of
   _____ 12 _____ (up to 12) months to be:
   a. Tuition and fees         $      42,079.00
   b. Living expenses          $      20,400.00
   c. Expenses of dependents (0   )  $        0.00
   d. Other (specify): insurance     $    2,228.00
         Total                 $      64,707.00

8. This school has information showing the following as the student's
   means of support, estimated for an academic term of _12_
   months (Use the same number of months given in item 7).
   a. Student's personal funds      $      38,707.00
   b. Funds from this school        $      13,000.00
      Specify type: scholarship
   c. Funds from another source     $      13,000.00
      Specify type: National Council Scholarship
   d. On-campus employment          $          0.00
         Total                      $      64,707.00

9. Remarks:

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form
    and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of
    the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the
    execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student
    will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized
    to issue this form.
    Helen Leonard                International Student A-   05/16/2008   New York, NY
    Name of School Official   Signature of Designated School Official   dvisor      Date Issued   Place Issued (city and state)
                                                                         Title

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on
    page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I
    seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this
    form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine
    my nonimmigrant status.
    ZHAO Jing                                                                       06/08/2008
    Name of Student                Signature of Student                             Date

    Name of parent or guardian   Signature of parent or guardian   Address (city)   (State or Province) (Country)   (Date)
    If student under 18

    Form I-20 A-B (Rev. 04-27-88)N                For Official Use Only
                                                  Microfilm Index Number

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

**1.** The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form. Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3 (K) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

**2. ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student; b) an F-1 transfer student; c) an F-1 student advancing to a higher educational level at the same institution, d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

›When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.

**3. ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents is to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

**4. REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.

**5. CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

**6. ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

**1. Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**2. ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

Form I-20 A-B (Rev. 04-27-88)N

**3. SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

**4. REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

**5. TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

**6. EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

**7. EMPLOYMENT.** As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

**8. Notice of Address.** If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

**9. Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

**10. Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

**11. Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

**12. Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

**AUTHORITY FOR COLLECTING.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536; and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1115-0051, Washington, D.C. 20503

Page 3

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

FAMILYNAME: Zhao                                          FIRST NAME: Jing

Primary Major: 13.1306   Foreign Language Teacher Education

SEVIS

Student Employment Authorization:

Student's Copy

N0005385230

Employment Status:                              Type:

Duration of Employment - From (Date):           To (Date):

Employer Name:

Employer Location:

Comments:

Event History

Event Name:                                     Event Date:

Current Authorizations:                         Start Date:     End Date:

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

Name of School:

Helen Leonard                    International Student A-dvisor              05/16/2008   New York, NY

| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
|---|---|---|---|---|
|  | Megumi Tan — International Student Advisor | | 8/14/08   ny, ny | |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

Form I-20 A-B (Rev. 04-27-88)N

**U.S. Department of Justice**
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students  (OMB NO. 1653-0038)

Page 1

Please read Instructions on Page 2
This page must be completed and signed in the U.S. by a designated school official.

**SEVIS**
Student's Copy
N0005385230

1. Family Name (surname):
Zhao

First (given) Name:
Jing

Middle Name:

Country of birth:
CHINA

Date of birth(mo/day/year):
08/05/1986

Country of citizenship:
CHINA

Admission number:

For Immigration Official User

2. School (School district) name:
New York University
New York University

School Official to be notified of student's arrival in U.S.(Name and Title):
Jacqueline Chin
International Student Advisor

School address (include zip code):
561 LaGuardia Place
1st Floor
New York, NY 10012

School code (including 3-digit suffix, if any) and approval date:
NYC214F00159000       approved on 01/15/2003

Visa Issuing post

Date Visa Issued

Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
Continued attendance at this school.

4. Level of education the student is pursuing or will pursue in the United States:
MASTER'S

5. The student named above has been accepted for a full course of study at this school, majoring in Foreign Language Teacher Education. The student is expected to report to the school no later than 09/02/2008 and complete studies not later than 09/01/2009. The normal length of study is 12 months.

6. English proficiency:
This school requires English proficiency.
The student has the required English proficiency.

7. This school estimates the student's average costs for an academic term of 12 (up to 12) months to be:

| | | |
|---|---|---|
| a. Tuition and fees | $ | 42,079.00 |
| b. Living expenses | $ | 20,400.00 |
| c. Expenses of dependents (0 ) | $ | 0.00 |
| d. Other (specify): insurance | $ | 2,228.00 |
| Total | $ | 64,707.00 |

8. This school has information showing the following as the student's means of support, estimated for an academic term of 12 months (Use the same number of months given in item 7).

| | | |
|---|---|---|
| a. Student's personal funds | $ | 38,707.00 |
| b. Funds from this school | $ | 13,000.00 |
| Specify type: scholarship | | |
| c. Funds from another source | $ | 13,000.00 |
| Specify type: National Council Scholarship | | |
| d. On-campus employment | $ | 0.00 |
| Total | $ | 64,707.00 |

9. Remarks:

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

Jacqueline Chin | International Student Advisor | 05/29/2009 New York, NY
Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state)

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

Jing ZHAO | | 06/01/2009
Name of Student | Signature of Student | Date

Name of parent or guardian | Signature of parent or guardian | Address (city) | (State or Province) (Country) | (Date)
If student under 18

Form I-20 A-B (Rev. 04-27-88)N

For Official Use Only
Microfilm Index Number

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

**1.** The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form. Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3 (K) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

**2. ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student; b) an F-1 transfer student; c) an F-1 student advancing to a higher educational level in the same institution; d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.

**3. ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents is to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

**4. REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the Form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.

**5. CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

**6. ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

**1. Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**2. ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

Form I-20 A-B (Rev. 04-27-88)N

**3. SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

**4. REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

**5. TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

**6. EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period or a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

**7. EMPLOYMENT.** As an F-1 student, you are not permitted to work off-campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

**8.** Notice of Address. If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service (Form AR-11 is available at any INS office.)

**9. Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

**10. Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

**11. Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

**12. Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

AUTHORITY FOR COLLECTING. Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

REPORTING BURDEN. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536; and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503

Page 3

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE **OFFICE.**

FAMILY NAME: Zhao                                    FIRST NAME:   Jing                     **SEVIS**

Primary Major: 13.1306   Foreign Language Teacher Education

**Student Employment Authorization:**                                    Student's Copy

Employment Status:            **FULL TIME**        Type:    OPT            N0005385230

Duration of Employment - From (Date): 08/30/2009    To (Date):   08/29/2010

Employer Name:

Employer Location:

The Student has met the 1 full academic year requirement.

Comments:   Student is recommended for POST COMPLETION Optional Practical Training in Foreign
            Language Education.

Event History

Event Name:                                          Event Date:
Registration                                         09/22/2008

Current Authorizations:                              Start Date:    End Date:

OPT Employment Requested                             08/30/2009     08/29/2010

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

Name of School:

Jacqueline Chin          *de Ce*                     International Student A-
                                                     dvisor              05/29/2009  New York, NY

| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
|---|---|---|---|---|
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

Form I-20 A-B (Rev. 04-27-88)N

U.S. Department of State

**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR STATUS (J-NONIMMIGRANT)**

OMB APPROVAL NO J405-0119
09/30/2017
ESTIMATED BURDEN TIME: 45 min
*See Page 2

| 1. Surname/Primary Name: Zhao | Given Name: Jing | | Gender: FEMALE | NO 009470637 |
| --- | --- | --- | --- | --- |

| Date of Birth (mm-dd-yyyy): 08-05-1986 | City of Birth: Wuhu | Country of Birth: CHINA | Citizenship Country Code: CH | Citizenship Country: CHINA | J-1 |
| --- | --- | --- | --- | --- | --- |

Legal Permanent Residence Country Code: CH   Legal Permanent Residence Country: CHINA   Position Code: 214   Position: UNIVERSITY GRADUATE STUDENTS

Primary Site of Activity: Teachers College Columbia University
525 West 120th Street
New York, NY 10027

2. Program Sponsor: Teachers College, Columbia University       Program Number: P-1-00189

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS; STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Amend a previous form: Academic Training Updated

| 3. Form Covers Period: | 4. Exchange Visitor Category: STUDENT DOCTORATE | |
| --- | --- | --- |
| From (mm-dd-yyyy): 01-23-2013 | | |
| To (mm-dd-yyyy): 06-26-2018 | Subject/Field Code: 42.2701 | Subject/Field Code Remarks: PhD, Cognitive Science in Education |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:
Current Program Sponsor funds : $137,593.00
Personal funds : $188,041.00
Total : $325,633.00

Academic Training:
TechLink, Inc.
(08/05/2017 - 06/26/2018)

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE). | 7. Lauren Norville | Alternate Responsible Officer |
| --- | --- | --- |
| | Name of Official Preparing Form | Title |
| | 525 West 120th Street New York, NY 10027 | 212-678-3939 |
| | Address of Responsible Officer or Alternate Responsible Officer | Telephone Number |
| | *signature* | 08-18-2017 |
| | Signature of Responsible Officer or Alternate Responsible Officer | Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date (mm-dd-yyyy) _____ Transfer of this exchange visitor from program number _____ sponsored by _____
to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended.

_____ Signature of Responsible Officer or Alternate Responsible Officer _____   Date (mm-dd-yyyy) of Signature

**PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED** (see item 1(a) of page 2).

The Exchange Visitor in the above program:

1 [ ]   Not subject to the two-year residence requirement

2 [ ]   Subject to two-year residence requirement based on:

A [ ]   Government financing and/or

B [ ]   The Exchange Visitor Skills List and/or

C [ ]   PL 94-484 as amended

(ALL USAID PARTICIPANTS (J-1-0026) AND ALL ALIEN PHYSICIANS SPONSORED BY E-J-04510 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT )

_____ Name _____   _____ Title _____

_____ Signature of Consular or Immigration Officer _____   Date (mm-dd-yyyy)

THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212 (e).

**TRAVEL VALIDATION BY RESPONSIBLE OFFICER**
(Maximum validation period is 1 year*)

*EXCEPT* Maximum validation period is up to 6 months (for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel

(1) Exchange Visitor is in good standing at the present time

8·18·2017
Date (mm-dd-yyyy)

*signature*
Signature of Responsible Officer or Alternate Responsible Officer

(2) Exchange Visitor is in good standing at the present time

_____ Date (mm-dd-yyyy)

_____ Signature of Responsible Officer or Alternate Responsible Officer

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document

_____ Signature of Applicant _____   New York, NY   Place   08/21/2017   Date (mm-dd-yyyy)

DS-2019
07-2011

Page 1 of 2

**INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:**

Read this page and sign the Exchange Visitor Certification block on the bottom of page1 and prior to presentation to a United States Consular or Immigration Official.

f. I understand that the following conditions are applicable to exchange visitors:

(a) **TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT** *(SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED):*

RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill that is in short supply in their home country *(these skills appear on the "Exchange Visitor Skills List")* they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e). NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

(b) *Extension of Stay/Program Transfers:* A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor

(c) *Limitation of Stay:* STUDENTS - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate; post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; TEACHERS - 3 years; PROFESSORS and RESEARCH SCHOLARS - 5 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS - 1 year; INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months; CAMP COUNSELOR- up to 4 months; SUMMER WORK/TRAVEL - up to 4 months; AU PAIR- 1 year; INTERN - up to 12 months. For details, see 22 CFR Part 62

(d) *Documentation Required for Admission/Readmission as an Exchange Visitor:* To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: *(1)* a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; *(2)* a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirement; *(3)* a properly executed Form DS-2019 which must be retained by the exchange visitor for readmission within the period of previously authorized stay Exchange visitors are permitted to travel abroad and maintain status (e.g., obtain a new visa) under duration of the program as indicated by the dates on this form *(see item 3 on page 1 of this form)*

(e) *Change of Visa Status:* Exchange visitors *(and dependents)* are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government*(A)* or an international organization*(G)* or member of the family or attendant of either of these types of officials or employees

(f) *Insurance:* Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: *(1)* medical benefits of at least U.S. $100,000 per person per accident or illness, *(2)* repatriation of remains in the amount of U.S. $25,000; and *(3)* expenses associated with medical evacuation in the amount of U.S. $50,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14 For details, consult your program's Responsible Officer or Alternate Responsible Officer *(see item 7 on page 1 of this form)*

2. *EXCHANGE VISITOR CERTIFICATION:* I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended *(22 CFR Part 62)*. I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 spouse/dependents throughout my J-1 program. **I understand that it is my responsibility to maintain my exchange visitor status.** For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations. Signature of Applicant: The J-1 exchange visitor should sign the J-1 form under Signature of Applicant. The J-2 spouse/dependents should sign the J-2 form under Signature of Applicant unless the J-2 dependent is under the age of 14, in which case the J-1 exchange visitor, as the parent or legal guardian, must sign.

**NOTICE TO ALL EXCHANGE VISITORS**

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

•**EXCEPT:** Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public Reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520

ETS_H-1B Record_069

U.S. Department of State

**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR STATUS (J-NONIMMIGRANT)**

OMB APPROVAL NO.1405-0119
09/30/2017
ESTIMATED BURDEN TIME: 45 min
*See Page 2

N0009470637

| | | |
|---|---|---|
| 1. Surname/Primary Name: Zhao | Given Name: Jing | Gender: FEMALE |
| Date of Birth(mm-dd-yyyy): 08-05-1986 | City of Birth: Wuhu   Country of Birth: CHINA | Citizenship Country Code: CH   Citizenship Country: CHINA |

J-1

Legal Permanent Residence Country Code: Legal Permanent Residence Country:
CH         CHINA          Position Code: 214     Position: UNIVERSITY GRADUATE STUDENTS

Primary Site of Activity: Teachers College Columbia University
525 West 120th Street
New York, NY 10027

2. Program Sponsor: Teachers College, Columbia University          Program Number: P-1-00189

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS;
STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Amend a previous form: Update Biographical Data

| 3. Form Covers Period: | 4. Exchange Visitor Category: STUDENT DOCTORATE |
|---|---|
| From (mm-dd-yyyy): 01-23-2013 | |
| To (mm-dd-yyyy): 08-31-2017 | Subject/Field Code: 42.2701   Subject/Field Code Remarks: PhD, Cognitive Science in Education |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:
Current Program Sponsor funds : $137,592.00          **Academic Training:**
Personal funds : $104,041.00                TechLink, Inc.
Total : $241,633.00                     (06/05/2017 - 08/31/2017)

6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE).

7. Lauren Norville
Name of Official Preparing Form
525 West 120th Street
New York, NY 10027
Address of Responsible Officer or Alternate Responsible Officer
Signature of Responsible Officer or Alternate Responsible Officer

**Alternate Responsible Officer**
Title
212-678-3939
Telephone Number
06-01-2017
Date (mm-dd-yyyy)

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date(mm-dd-yyyy) _____ Transfer of this exchange visitor from program number _____ sponsored by _____ to the program specified in item 2 above is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended
Signature of Responsible Officer or Alternate Responsible Officer          Date(mm-dd-yyyy) of Signature

PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED  (see item 1(e) of page 2).
The Exchange Visitor in the above program:
1 [ ] Not subject to the two-year residence requirement
2 [ ] Subject to two-year residence requirement based on:
  A [ ] Government financing and/or
  B [ ] The Exchange Visitor Skills List and/or
  C [ ] PL 94-484 as amended

(ALL USAID PARTICIPANTS G-3-00263 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-04519 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT )

Name          Title
Signature of Consular or Immigration Officer          Date(mm-dd-yyyy)
THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212(e).

TRAVEL VALIDATION BY RESPONSIBLE OFFICER
(3 increments validation period is 1 year*)
*EXCEPT: Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel
(1) Exchange Visitor is in good standing at the present time
6 1'2017
Date (mm-dd-yyyy)
Signature of Responsible Officer or Alternate Responsible Officer
(2) Exchange Visitor is in good standing at the present time
Date (mm-dd-yyyy)
Signature of Responsible Officer or Alternate Responsible Officer

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document

Signature of Applicant          Place: New York, NY          Date (mm-dd-yyyy): 06/01/2017

DS-2019
07-2011

Page 1 of 2

**INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:**

Read this page and sign the Exchange Visitor Certification block on the bottom of page 1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

   (a) **TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT** *(SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED):*

   RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise if a minimum amount of specialized knowledge or skill that is in short supply in their home country *(these skills appear on the "Exchange Visitor Skills List")* they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
   NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

   (b) **Extension of Stay/Program Transfers:** A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor

   (c) **Limitation of Stay: STUDENTS** - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate, post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months. **SECONDARY STUDENTS** - up to 1 academic year. **TRAINEES** - 18 months. **TEACHERS** - 3 years; **PROFESSORS and RESEARCH SCHOLARS** - 5 years; **SHORT-TERM SCHOLARS** - 6 months; **SPECIALISTS** - 1 year, **INTERNATIONAL VISITORS** - 1 year, **ALIEN PHYSICIAN** - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; **GOVERNMENT VISITOR** - up to 18 months; **CAMP COUNSELOR** - up to 4 months; **SUMMER WORK/TRAVEL** - up to 4 months; **AU PAIR** - 1 year; **INTERN** - up to 12 months. For details, see 22 CFR Part 62

   (d) *Documentation Required for Admission/Readmission as an Exchange Visitor:* To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: *(1)* a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements, *(2)* a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirements, *(3)* a properly executed Form DS-2019 which must be returned by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status (e.g., obtain a new visa) under duration of the program as indicated by the dates on this form *(see item 3 on page 1 of this form)*

   (e) *Change of Visa Status:* Exchange visitors *(and dependents)* are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government(A) or an international organization(G) or member of the family or attendant of either of these types of officials or employees

   (f) *Insurance:* Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: *(1)* medical benefits of at least US $100,000 per person per accident or illness; *(2)* repatriation of remains in the amount of US $25,000; and *(3)* expenses associated with medical evacuation in the amount of US $50,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer or Alternate Responsible Officer *(see item 7 on page 1 of this form)*

2. *EXCHANGE VISITOR CERTIFICATION:* I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended *(22 CFR Part 62).* I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 spouse/dependents throughout my J-1 program. **I understand that it is my responsibility to maintain my exchange visitor status.** For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations. Signature of Applicant: The J-1 exchange visitor should sign the J-1 form under Signature of Applicant. The J-2 spouse/dependents should sign the J-2 form under Signature of Applicant unless the J-2 dependent is under the age of 14, in which case the J-1 exchange visitor, as the parent or legal guardian, must sign.

**NOTICE TO ALL EXCHANGE VISITORS**

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

**\*EXCEPT:** Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

---

\* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The authority is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate *(Embassy)* to secure an exchange visitor *(J-1, J-2)* visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520

U.S. Department of State

**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITORS (J VISA) STATUS**

OMB APPROVAL NO 1405-0119
07/31/2014
ESTIMATED BURDEN TIME: 45 min
*See Page 2

| 1. Family Name: Zhao | First Name: Jing | Middle Name: | Gender: FEMALE | N0009470637 |
|---|---|---|---|---|

| Date of Birth (mm-dd-yyyy): 08-05-1986 | City of Birth: Wuhu | Country of Birth: CHINA | Citizenship Country Code: CH | Citizenship Country: CHINA | |
|---|---|---|---|---|---|

Legal Permanent Residence Country Code: Legal Permanent Residence Country:
CH                                      CHINA

Position Code: 214      Position: UNIVERSITY GRADUATE STUDENTS

Primary Site of Activity: Teachers College Columbia University
525 West 120th Street
New York, NY 10027

**J-1**

2. Program Sponsor: Teachers College, Columbia University      Program Number: P-1-00189

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS;
STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Amend a previous form; Update Subject/Field

| 3. Form Covers Period: | 4. Exchange Visitor Category: |
|---|---|
| From (mm-dd-yyyy): 01-23-2013 | STUDENT DOCTORATE |
| To (mm-dd-yyyy): 08-31-2017 | Subject/Field Code: 42.2806   Subject/Field Code Remarks: PhD, Cognitive Studies |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:

Current Program Sponsor funds : $137,592.00
Personal funds : $104,041.00
Total : $241,633.00

Academic Training:

IBM
(05/18/2015 - 08/21/2015)

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE). | 7. Patricia Gibson | Alternate Responsible Officer |
|---|---|---|
| | 525 West 120th Street New York, NY 10027 | Title |
| | Name of Official Preparing Form | 212-678-3939 |
| | Authorized Responsible Officer or Alternate Responsible Officer | Telephone Number |
| | Signature of Responsible Officer or Alternate Responsible Officer | 06-16-2015 |
| | | Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)

Effective date (mm-dd-yyyy) _____ Transfer of this exchange visitor from program number _____ sponsored by _____
to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended

Signature of Responsible Officer or Alternate Responsible Officer _____ Date (mm-dd-yyyy) of Signature

| PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED   (see item 1(e) of page 2). | TRAVEL VALIDATION BY RESPONSIBLE OFFICER pk/minimum valuation period is 1 year*) |
|---|---|
| The Exchange Visitor in the above program | **EXCEPT: Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel |
| 1 ☐ Not subject to the two-year residence requirement | (1) Exchange Visitor is in good standing at the present time |
| 2 ☐ Subject to two-year residence requirement based on: | 06/18/2015 |
| A ☐ Government financing and/or | Signature of Responsible Officer or Alternate Responsible Officer |
| B ☐ The Exchange Visitor Skills List and/or | (2) Exchange Visitor is in good standing at the present time |
| C ☐ PL 94-484 as amended | 10/01/2016 |
| | Shan R. Valde |
| Name _____ Title _____ | Signature of Responsible Officer or Alternate Responsible Officer |
| Signature of Consular or Immigration Officer _____ Date (mm-dd-yyyy) _____ | |
| THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212.(e). | |

(ALL USAID PARTICIPANTS G-3-00263 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-04110 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT)

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document

Signature of Applicant _____   Place: New York, NY _____   Date (mm-dd-yyyy): 06/23/2015

DS-2019
07-2011

Page 1 of 2

**INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:**

Read this page and sign the Exchange Visitor Certification block on the bottom of page 1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

   *(a) TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT (SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED):*

   RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill that is in short supply in their home country (these skills appear on the "Exchange Visitor Skills List") they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
   NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

   *(b) Extension of Stay/Program Transfers:* A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

   *(c) Limitation of Stay: STUDENTS* - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after reaching their degree or certificate, post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months. SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; TEACHERS - 3 years; PROFESSORS and RESEARCH SCHOLARS - 5 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS -1 year, INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months; CAMP COUNSELOR up to 4 months, SUMMER WORK/TRAVEL - up to 4 months; AU PAIR - 1 year, INTERN- up to 12 months.

   *(d) Documentation Required for Admission/Readmission as an Exchange Visitor:* To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; (2) a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirements; (3) a properly executed Form DS-2019 or DS-2019 bar-code), which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status (e.g., whom renewal must under duration of this program as indicated by the dates on this form (see item 3 on page 1 of this form)

   *(e) Change of Visa Status:* Exchange visitors (and dependents) are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government, (I) or an international organization(s) or member of the family or attendant of either of these types of officials or employees

   *(f) Insurance:* Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: (1) medical benefits of at least U.S. $50,000 per person per accident or illness; (2) repatriation of remains in the amount of U.S. $7,500; and (3) expenses associated with medical evacuation to the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer or Alternate Responsible Officer (see item 7 on page 1 of this form)

2. *EXCHANGE VISITOR CERTIFICATION:* I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended (22 CFR Part 62). I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. I understand that it is my responsibility to maintain my exchange visitor status. For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

**NOTICE TO ALL EXCHANGE VISITORS**

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

*EXCEPT: Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs to U.S. Government agencies and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520

DS-2019
07-2011

Page 2 of 2

ETS_H-1B Record_073

U.S. Department of State

**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITORS (J VISA) STATUS**

OMB APPROVAL NO 1405-0119
07/31/2014
ESTIMATED BURDEN TIME: 45 min
*See Page 2

| 1. Family Name:<br>Zhao | First Name:<br>Jing | Middle Name: | Gender:<br>FEMALE | N0009470637 |
|---|---|---|---|---|

| Date of Birth (mm-dd-yyyy):<br>08-05-1986 | City of Birth:<br>Wuhu | Country of Birth:<br>CHINA | Citizenship Country Code:<br>CH | Citizenship Country:<br>CHINA | J-1 |
|---|---|---|---|---|---|

Legal Permanent Residence Country Code:  Legal Permanent Residence Country:   Position Code:   Position:
CH                                      CHINA                                  214             UNIVERSITY GRADUATE STUDENTS
Primary Site of Activity: Teachers College Columbia University
525 West 120th Street
New York, NY 10027

2. Program Sponsor: Teachers College, Columbia University                       Program Number: P-1-00189
Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS;
STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Amend a previous form: Academic Training Added

| 3. Form Covers Period: | 4. Exchange Visitor Category:<br>STUDENT DOCTORATE | |
|---|---|---|
| From (mm-dd-yyyy): 01-23-2013 | | |
| To (mm-dd-yyyy): 08-31-2015 | Subject/Field Code:<br>42.2806 | Subject/Field Code Remarks:<br>Student changed from PhD, Cognitive Studies to MS,<br>Applied Statistics for the Spring 2015 |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:   Academic Training:
Current Program Sponsor funds : $137,592.00                                                                                      TBA
Personal funds  : $42,237.00                                                                                                     (05/18/2015 - 08/21/2015)
Total : $179,829.00

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY<br>RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER<br>THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED<br>TO THE U.S. DEPARTMENT OF STATE. (INCLUDE DATE) | 7. Patricia Gibson | Alternate Responsible<br>Officer |
|---|---|---|
| | Name of Official Preparing Form | Title |
| | 525 West 120th Street<br>New York, NY 10027 | 212-678-3939 |
| | Address of Responsible Officer or Alternate Responsible Officer | Telephone Number |
| | | 05-08-2015 |
| | Signature of Responsible Officer or Alternate Responsible Officer | Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date (mm-dd-yyyy):_____ Transfer of this exchange visitor from program number _____ sponsored by
to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended

Signature of Responsible Officer or Alternate Responsible Officer                    Date (mm-dd-yyyy) of Signature

| PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE<br>IMMIGRATION AND NATIONALITY ACT AND P.L. 94-484, AS AMENDED. (see item 1(e) of page 2). | TRAVEL VALIDATION BY RESPONSIBLE OFFICER<br>(Maximum validation period is 1 year*) |
|---|---|
| The Exchange Visitor in the above program: | *EXCEPT: Maximum validation period is up to 6 months for Short-term<br>Scholars and 4 months for Camp Counselors and Summer Work/Travel |
| 1 ☐ Not subject to the two-year residence requirement | (1) Exchange Visitor is in good standing at the present time |
| 2 ☐ Subject to two-year residence requirement based on | 05/08/2015 |
|   A ☐ Government financing and/or | Date (mm-dd-yyyy) |
|   B ☐ The Exchange Visitor Skills List and/or | Signature of Responsible Officer or Alternate Responsible Officer |
|   C ☐ P.L. 94-484 as amended | (2) Exchange Visitor is in good standing at the present time |

(ALL USAID PARTICIPANTS G-2-00265 AND ALL ALIEN
PHYSICIANS SPONSORED BY P-3-04510 ARE SUBJECT TO
THE TWO-YEAR HOME RESIDENCE REQUIREMENT.)

Name                        Title                                   Date (mm-dd-yyyy)

Signature of Consular or Immigration Officer       Date (mm-dd-yyyy)              Signature of Responsible Officer or Alternate Responsible Officer

THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212(e).

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document.

Signature of Applicant          Place  New York                    Date (mm-dd-yyyy) 05/12/2015

08-2019
07-201                                                                                                     Page 1 of 2

**INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:**

Read this page and sign the Exchange Visitor Certification block on the bottom of page 1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

   (a) **TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT** *(SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL. 94-484, AS AMENDED):*
   RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill that is in short supply in their home country (their *skills appear on the "Exchange Visitor Skills List"*) they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
   NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

   (b) **Extension of Stay/Program Transfers:**   A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

   (c) **Limitation of Stay:   STUDENTS** - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate, post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; **SECONDARY STUDENTS** - up to 1 academic year; **TRAINEES** - 18 months; **TEACHERS** - 3 years; **PROFESSORS and RESEARCH SCHOLARS** - 5 years; **SHORT-TERM SCHOLARS** - 6 months; **SPECIALISTS** - 1 year; **INTERNATIONAL VISITORS** - 1 year; **ALIEN PHYSICIAN** - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; **GOVERNMENT VISITOR** - up to 18 months; **SUMMER WORK/TRAVEL** - up to 4 months; **AU PAIR** - 1 year; **INTERN** - up to 12 months.

   (d) **Documentation Required for Admission/Readmission as an Exchange Visitor:**   To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; (2) a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirements; (3) a properly executed Form DS-2019*(with 2-D barcode)*, which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status *(e.g., obtain a new visa)* under duration of the program as indicated by the dates on this form *(see item 3 on page 1 of this form)*.

   (e) **Change of Visa Status:**   Exchange visitors *(and dependents)* are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government*(A)* or an international organization*(G)* or member of the family or attendant of either of these types of officials or employees

   (f) **Insurance:**   Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include  (1) medical benefits of at least U.S. $50,000 per person per accident or illness;  (2) repatriation of remains in the amount of U.S. $7,500; and (3) expenses associated with medical evacuation in the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer or Alternate Responsible Officer *(see item 7 on page 1 of this form)*.

2. **EXCHANGE VISITOR CERTIFICATION:**   I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended *(22 CFR Part 62)*. I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. **I understand that it is my responsibility to maintain my exchange visitor status.** For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

**NOTICE TO ALL EXCHANGE VISITORS**

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

**\*EXCEPT:**   Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to obtain an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520.

ETS_H-1B Record_075

U.S. Department of State

# CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITORS (J VISA) STATUS

OMB APPROVAL NO 1405-0119
07/31/2014
ESTIMATED BURDEN TIME 45 min
*See Page 2

| 1. Family Name: | First Name: | Middle Name: | Gender: |
|---|---|---|---|
| Zhao | Jing | | FEMALE |

N0009470637

| Date of Birth(mm-dd-yyyy): | City of Birth: | Country of Birth: | Citizenship Country Code: | Citizenship Country: |
|---|---|---|---|---|
| 08-05-1986 | Wuhu | CHINA | CH | CHINA |

J-1

Legal Permanent Residence Country Code: Legal Permanent Residence Country:  Position Code:  Position:
CH        CHINA         214    UNIVERSITY GRADUATE STUDENTS
Primary Site of Activity: Teachers College Columbia University
525 West 120th Street
New York, NY 10027

**2. Program Sponsor: Teachers College, Columbia University**  Program Number: P-1-00189

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS;
STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Amend a previous form: Update Subject/Field

| 3. Form Covers Period: | 4. Exchange Visitor Category: |
|---|---|
| From (mm-dd-yyyy): 01-23-2013 | STUDENT DOCTORATE |
| To (mm-dd-yyyy): 08-31-2015 | Subject/Field Code: 42.2806  Subject/Field Code Remarks: Student changed from PhD, Cognitive Studies to MS, Applied Statistics for the Spring 2015 |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:
Current Program Sponsor funds : $137,592.00
Personal funds : $42,237.00
Total : $179,829.00

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE). | 7. Lauren Norville | Alternate Responsible Officer |
|---|---|---|
| | Name of Official Preparing Form | Title |
| | 525 West 120th Street | |
| | New York, NY 10027 | 212-678-3939 |
| | Address of Responsible Officer or Alternate Responsible Officer | Telephone Number |
| | Signature of Responsible Officer or Alternate Responsible Officer | 11-06-2014 |
| | | Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date(mm-dd-yyyy):    Transfer of this exchange visitor from program number _____ sponsored by _____
to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended

Signature of Responsible Officer or Alternate Responsible Officer          Date (mm-dd-yyyy) of Signature

| PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED (see item 1(e) of page 2). | TRAVEL VALIDATION BY RESPONSIBLE OFFICER (Maximum validation period is 1 year*) |
|---|---|
| The Exchange Visitor in the above program | *EXCEPT): Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel |
| 1 ☐ Not subject to the two-year residence requirement | (1) Exchange Visitor is in good standing at the present time |
| 2 ☐ Subject to two-year residence requirement based on: (ALL USAID PARTICIPANTS G-2-0926) AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-01310 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT) | 11-7-2014  Date (mm-dd-yyyy) |
| A ☐ Governments financing and/or | Signature of Responsible Officer or Alternate Responsible Officer |
| B ☐ The Exchange Visitor Skills List and/or | (2) Exchange Visitor is in good standing at the present time |
| C ☐ PL 94-484 as amended | |
| Name        Title | Date (mm-dd-yyyy) |
| Signature of Consular or Immigration Officer    Date (mm-dd-yyyy) | Signature of Responsible Officer or Alternate Responsible Officer |
| THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212 (e). | |

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document

Signature of Applicant          New York, NY          11/07/2014
                               Place                 Date (mm-dd-yyyy)

DS-2019
07-2011                                                                Page 1 of 2

**INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:**

Read this page and sign the Exchange Visitor Certification block on the bottom of page 1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

   **(a)** TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT *(SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL. 94-484, AS AMENDED):*

   RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by, either then government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill that is in short supply in their home country *(these skills appear on the "Exchange Visitor Skills List")* they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).

   NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

   **(b)** Extension of Stay/Program Transfers:  A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

   **(c)** Limitation of Stay:  STUDENTS - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate, post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; TEACHERS - 3 years; PROFESSORS and RESEARCH SCHOLARS - 5 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS -1 year; INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months;  CAMP COUNSELOR- up to 4 months;  SUMMER WORK/TRAVEL - up to 4 months;  AU PAIR- 1 year;  INTERN- up to 12 months

   **(d)** Documentation Required for Admission/Readmission as an Exchange Visitor:  To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements, (2) a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirement and (3) a properly executed Form DS-2019 (with J-1 thereafter), which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status (e.g., obtain a new visa) under duration of the program as indicated by the dates on this form (see item 3 on page 1 of this form).

   **(e)** Change of Visa Status:  Exchange visitors (and dependents) are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government(A) or an international organization(1) or member of the family or attendant of either of these types of officials or employees

   **(f)** Insurance:  Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include  (1) medical benefits of at least U.S. $50,000 per person per accident or illness;  (2) repatriation of remains in the amount of U.S. $7,500, and (3) expenses associated with medical evacuation in the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not leave a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer or Alternate Responsible Officer (see item 7 on page 1 of this form)

2. **EXCHANGE VISITOR CERTIFICATION:**  I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended *(22 CFR Part 62)*. I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. **I understand that it is my responsibility to maintain my exchange visitor status.** For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

**NOTICE TO ALL EXCHANGE VISITORS**

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

***EXCEPT:** Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520

U.S. Department of State

# CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS

OMB APPROVAL NO.1405-0119
07/31/2014
ESTIMATED BURDEN TIME: 45 min
*See Page 2

| 1. Family Name: Zhao | First Name: Jing | Middle Name: | Gender: FEMALE | NO009470637 |
|---|---|---|---|---|

| Date of Birth (mm-dd-yyyy): 08-05-1986 | City of Birth: Wuhu | Country of Birth: CHINA | Citizenship Country Code: CH | Citizenship Country: CHINA | J-1 |

| Legal Permanent Residence Country Code: CH | Legal Permanent Residence Country: CHINA | Position Code: 214 | Position: UNIVERSITY GRADUATE STUDENTS |

Primary Site of Activity: 525 West 120th Street
New York, NY 10027

2. Program Sponsor:
Teachers College, Columbia University

Exchange Visitor Program Number: P-1-00189

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS; STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Amend a previous form: Academic Training Added

| 3. Form Covers Period: | 4. Exchange Visitor Category: STUDENT DOCTORATE |
|---|---|
| From (mm-dd-yyyy): 01-23-2013 | Subject/Field Code: 42.2806 | Subject/Field Code Remarks: PhD Cognitive Studies in Education. Funds from TC |
| To (mm-dd-yyyy): 08-31-2015 | | Wen and Wade Scholarship and family. |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:
Current Program Sponsor funds : $137,592.00
Personal funds : $42,237.00
Total : $179,829.00

Academic Training:
Pearson
(08/03/2013 - 08/09/2013)

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE B4T3). | 7. Molly McNamara | Alternate Responsible Officer |
|---|---|---|
| | Name of Official Preparing Form | Title |
| | 525 West 120th Street | 212-678-3939 |
| | New York, NY 10027 | Telephone Number |
| | Signature of Responsible Officer or Alternate Responsible Officer | 05-21-2013 |
| | Signature of Responsible Officer or Alternate Responsible Officer | Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date (mm-dd-yyyy): ............ : ......... . Transfer of this exchange visitor to program number _____ sponsored by _____
to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended.

Signature of Responsible Officer or Alternate Responsible Officer                    Date (mm-dd-yyyy) of Signature

PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED (See item J(d) of page 2).

The Exchange Visitor in the above program:

1. ☐ Not subject to the two-year residence requirement.

2. ☐ Subject to two-year residence requirement based on:
   A. ☐ Government financing and/or
   B. ☐ The Exchange Visitor Skills List and/or
   C. ☐ PL 94-484 as amended.

(ALL USAID PARTICIPANTS G-3-00263 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-04510 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT )

Name

Signature of Consular or Immigration Officer         Date (mm-dd-yyyy) 8/21/2013

THE U. S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212(e).

TRAVEL VALIDATION BY RESPONSIBLE OFFICER
(Maximum validation period is 1 year*)

*EXCEPT: Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

(1) Exchange Visitor is in good standing at the present time

5/24/13
Date (mm-dd-yyyy)

Signature of Responsible Officer or Alternate Responsible Officer

(2) Exchange Visitor is in good standing at the present time

5 12 2014
Date (mm-dd-yyyy)

Signature of Responsible Officer or Alternate Responsible Officer

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document.

Signature of Applicant          Place New York, NY          Date (mm-dd-yyyy) 05-24-2013

DS-2019
07-2011

Page 1 of 2

## INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:

Read this page and sign the Exchange Visitor Certification block on the bottom of page1 and prior to presentation to a United States Consular or Immigration Official.

**1.** I understand that the following conditions are applicable to exchange visitors:

**(a) TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT** *(SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED):*

RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors acquired a skill that is in short supply in their home country *(these skills appear on the "Exchange Visitor Skills List")* they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

**(b) Extension of Stay/Program Transfers:** A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

**(c) Limitation of Stay: STUDENTS** - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate; post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; FLIGHT TRAINEES - 24 months; TEACHERS - 3 years; PROFESSORS and RESEARCH SCHOLARS - 5 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS -1 year; INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months; CAMP COUNSELOR- up to 4 months; SUMMER WORK/TRAVEL- up to 4 months; AU PAIR- 1 year; INTERN - up to 12 months.

**(d) Documentation Required for Admission/Readmission as an Exchange Visitor:** To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; (2)a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirements; (3) a properly executed Form DS-2019(with 2-D barcode), which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status (e.g., obtain a new visa) under duration of the program as indicated by the dates on this form *(see item 3 on page 1 of this form)*.

**(e) Change of Visa Status:** Exchange visitors *(and dependents)* are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government(A) or an international organization(G) or member of the family or attendant of either of those types of officials or employees.

**(f) Insurance:** Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: (1) medical benefits of at least U.S. $50,000 per person per accident or illness; (2)repatriation of remains in the amount of U.S. $7,500; and (3) expenses associated with medical evacuation in the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer or Alternate Responsible Officer *(see item 7 on page 1 of this form)*.

**2. EXCHANGE VISITOR CERTIFICATION:** I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended *(22 CFR Part 62)*. I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. **I understand that it is my responsibility to maintain my exchange visitor status.** For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

## NOTICE TO ALL EXCHANGE VISITORS

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

**\*EXCEPT:** Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520.

DS-2019
07-2011

Page 2 of 2

ETS_H-1B Record_079

U.S. Department of State

**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS**

OMB APPROVAL NO.1405-0119
07/31/2014
ESTIMATED BURDEN TIME: 45 min
*See Page 2

| 1. Family Name: Zhao | First Name: Jing | | Middle Name: | | Gender: FEMALE | N0009470637 |
|---|---|---|---|---|---|---|
| Date of Birth (mm-dd-yyyy): 08-05-1986 | City of Birth: Wuhu | Country of Birth: CHINA | | Citizenship Country Code: CH | Citizenship Country: CHINA | |

| Legal Permanent Residence Country Code: CR | Legal Permanent Residence Country: CHINA | Position Code: 214 | Position: UNIVERSITY GRADUATE STUDENTS | **J-1** |
|---|---|---|---|---|

Primary Site of Activity: 525 West 120th Street
New York, NY 10027

2. Program Sponsor:
Teachers College, Columbia University

Exchange Visitor Program Number:
P-1-00189

Participating Program Official Description:
PROFESSOR; RESEARCH SCHOLAR; SHORT-TERM SCHOLAR; SPECIALIST; STUDENT ASSOCIATE; STUDENT BACHELORS; STUDENT DOCTORATE; STUDENT INTERN; STUDENT MASTERS; STUDENT NON-DEGREE

Purpose of this form: Extend an on-going program

| 3. Form Covers Period: | 4. Exchange Visitor Category: STUDENT DOCTORATE |
|---|---|
| From (mm-dd-yyyy): 01-23-2013 | |
| To (mm-dd-yyyy): 08-31-2015 | Subject/Field Code: 42.2806 Subject/Field Code Remarks: PhD Cognitive Studies in Education. Funds from TC Ben and Noods Scholarship and family |

5. During the period covered by this form, the total estimated financial support (in U.S. $) is to be provided to the exchange visitor by:
Current Program Sponsor funds : $137,592.00
Personal funds : $42,237.00
Total : $179,829.00

| 6. U.S. DEPARTMENT OF STATE / DHS USE OR CERTIFICATION BY RESPONSIBLE OFFICER OR ALTERNATE RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE). | 7. Samantha Lu | Responsible Officer |
|---|---|---|
| | Name of Official Preparing Form | Title |
| | 525 West 120th Street New York, NY 10027 | 212-678-3939 |
| | Address of Responsible Officer or Alternate Responsible Officer | Telephone Number |
| | Signature of Responsible Officer or Alternate Responsible Officer | 12-20-2012 Date (mm-dd-yyyy) |

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date (mm-dd-yyyy):                      Transfer of this exchange visitor from program number _____ sponsored by _____
to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended.

_____
Signature of Responsible Officer or Alternate Responsible Officer

Date (mm-dd-yyyy) of Signature

PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED (see item 1(e) of page 2).

The Exchange Visitor in the above program:

1. ☐ Not subject to the two-year residence requirement.

2. ☐ Subject in two-year residence requirement based on:

   A. ☐ Government financing and/or    (ALL USAID PARTICIPANTS G-3-00263 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-04310 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT)

   B. ☐ The Exchange Visitor Skills List and/or

   C. ☐ PL 94-484 as amended

_____
Name

_____
Title

_____
Signature of Consular or Immigration Officer

Date (mm-dd-yyyy)

THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212(e).

TRAVEL VALIDATION BY RESPONSIBLE OFFICER
(Maximum validation period is 1 year*)

*EXCEPT: Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

(1) Exchange Visitor is in good standing at the present time

_____
Date (mm-dd-yyyy)

_____
Signature of Responsible Officer or Alternate Responsible Officer

(2) Exchange Visitor is in good standing at the present time

_____
Date (mm-dd-yyyy)

_____
Signature of Responsible Officer or Alternate Responsible Officer

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement in item 2 on page 2 of this document

_____
Signature of Applicant

Place: New York

Date (mm-dd-yyyy): 12/20/2012

DS-2019
07-2011

Page 1 of 2

**INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:**

Read this page and sign the Exchange Visitor Certification block on the bottom of page1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

   (a) TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT *(SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED)*:

   RULE: Exchange visitors whose program are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for 2 years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill that is in short supply in their home country *(there skills appear on the 'Exchange Visitor Skills List')* they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
   NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

   (b) *Extension of Stay/Program Transfers:*   A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

   (c) *Limitation of Stay:*  STUDENTS - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate; post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; FLIGHT TRAINEES - 24 months; TEACHERS - 3 years; PROFESSORS and RESEARCH SCHOLARS - 5 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS - 1 year; INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months;  CAMP COUNSELOR- up to 4 months;  SUMMER WORK/TRAVEL - up to 4 months;  AU PAIR- 1 year ;  INTERN - up to 12 months.

   (d) *Documentation Required for Admission/Readmission as an Exchange Visitor:*  To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; (2)a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirements; (3) a properly executed Form DS-2019 *(with 2-D barcode)*, which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status *(e.g., obtain a new visa)* under duration of the program as indicated by the dates on this form *(see item 3 on page 1 of this form)*.

   (e) *Change of Visa Status:*   Exchange visitors *(and dependents)* are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government(s) or an international organization(s) or member of the family or attendant of either of these types of officials or employees.

   (f) *Insurance:*  Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: (1)medical benefits of at least U.S. $50,000 per person per accident or illness;  (2)repatriation of remains in the amount of U.S. $7,500; and (3)expenses associated with medical evacuation in the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer or Alternate Responsible Officer *(see item 7 on page 1 of this form)*.

2. *EXCHANGE VISITOR CERTIFICATION:*   I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended *(22 CFR Part 62)*. I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain in compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. **I understand that it is my responsibility to maintain my exchange visitor status.** For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

**NOTICE TO ALL EXCHANGE VISITORS**

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer or Alternate Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

**\*EXCEPT:**  Maximum validation period is up to 6 months for Short-term Scholars and 4 months for Camp Counselors and Summer Work/Travel.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/ISS/DIR, Washington, D.C. 20520.

ETS_H-1B Record_081

I-797 NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number EAC1806150860 | USCIS Online Account Number | Case Type I612 - APPLICATION TO WAIVE FOREIGN RESIDENCE REQUIREMENTS |
|---|---|---|
| Received Date 12/27/2017 | Priority Date | Applicant JING   ZHAO |
| Notice Date 01/20/2018 | Page 1 of 1 | |

JING ZHAO
40 NEWPORT PKWY APT 1910
JERSEY CITY NJ  07310

**Notice Type:** Approval Notice

The Department of State, based upon a "No Objection" statement from the government of the applicant's nationality, has recommended that you and any members of your immediate family be granted a waiver of the two-year foreign residence requirement from section 212(e) of the Immigration and Nationality Act (INA). This recommendation refers only to the two-year foreign residence requirement that you must meet as a current or prior nonimmigrant J-1 exchange visitor.

After considering the evidence in your case and based on the Department of State's favorable recommendation, USCIS is granting a waiver of the two-year foreign residence requirement to you and any members of your immediate family who needed to fulfill the two-year foreign residency requirement solely because of their relationship to you.

Please note that if any members of your immediate family must fulfill the two-year foreign residence requirement because of their own current or prior nonimmigrant status as a J-1 exchange visitor, they must request a separate waiver for themselves.

USCIS has completed the processing of your application. The back of this form contains additional general information. If you have any further questions, please contact your local USCIS office.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans  VT  05479-0001

Customer Service Telephone: 800-375-5283



FORM I-797 [REV. 08/01/16]





备注 OBSERVATIONS

①本护照替换中华人民共和国第G29300980号护照换发。

This passport is issued to replace the passport No. G29300980 of the PRC.

2018年03月08日于纽约
08 MAR 2018 NEW YORK

备注 OBSERVATIONS

中华人民共和国外交部请各国军政机关对持照人予以通行
的便利和必要的协助。

*The Ministry of Foreign Affairs of the People's Republic of China*
*requests all civil and military authorities of foreign countries to allow the*
*bearer of this passport to pass freely and afford assistance in case of need.*



护照 / PASSPORT

姓 / Surname
赵 / ZHAO

名 / Given names
婧 / JING

性别 / Sex          出生地点 / Place of birth
女 / F              安徽 / ANHUI

出生日期 / Date of birth    签发地点 / Place of issue
05 AUG 1986         上海 / SHANGHAI

签发日期 / Date of issue    有效期至 / Date of expiry
14 MAY 2008         13 MAY 2018

签发机关 / Authority
公安部出入境管理局    Exit & Entry Administration
                    Ministry of Public Security

POCHNZHAO<<JING<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
G293009805CHN8608055F1805132192O3100<<<<<<66



**VISA** — **UNITED STATES of AMERICA**

Issuing Post Name
**SHANGHAI**

Control Number
**20081770620034**

Surname
**ZHAO**

Given Name
**JING**

Visa Type /Class
**R**   **F1**

Passport Number
**G29300980**

Sex
**F**

Birth Date
**05AUG1986**

Nationality
**CHIN**

Entries
**M**

Issue Date
**26JUN2008**

Expiration Date
**24JUN2009**

**1011**

Annotation
**N0005385230**
**NEW YORK UNIVERSITY**

**\*\***

```
VNUSAZHAO<<JING<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
G293009805CHN8608055F0906249F1SHG0ACI1022282
```





VISA — UNITED STATES OF AMERICA

Issuing Post Name
SHANGHAI

Control Number
20112086100001

Surname
ZHAO

Given Name
JING

Visa Type /Class
R    H1B

Passport Number
G29300980

Sex
F

Birth Date
05AUG1986

Nationality
CHIN

Entries
M

Issue Date
28JUL2011

Expiration Date
26JUL2012

0110

Annotation

E3748785

PN-INTERNATIONAL LEADERSHIP CHARTER SCHOOL
P#-EAC1023351048                            PED-22AUG2013

VNUSAZHAO<<JING<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
G29300980<5CHN8608055F1207264H8SHG0048P022283



**VISA** UNITED STATES OF AMERICA

| | |
|---|---|
| Issuing Post Name | Control Number |
| SHANGHAI | 20132333010002 |
| Surname | |
| ZHAO | |
| Given Name | Visa Type /Class |
| JING | R    J1 |
| Passport Number | Sex | Birth Date | Nationality |
| G29300980 | F | 05AUG1986 | CHIN |
| Entries | Issue Date | Expiration Date | |
| M | 22AUG2013 | 20AUG2014 | 0110 |

Annotation
N0009470637, P-1-00189
SUBJECT TO 212(E), TWO-YR RULE APPLIES
TEACHERS COLLEGE, COLUMBIA UNIVERSITY

**

VNUSAZHAO<<JING<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
G293009805CHN8608055F1408201J1SHG14SUMO22284



U. S. TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE
WASHINGTON 25, D. C.

IN REPLY REFER TO
T:I.: :O:4
KSL

MAY - 2 1962

Educational Testing Service
20 Nassau Street
Princeton, New Jersey

Gentlemen:

We have reconsidered our ruling of July 13, 1949, holding you
qualified for exemption from federal income tax as an educational
organization described in section 101(6) of the Internal Revenue
Code of 1939, now section 501(c)(3) of the Internal Revenue Code
of 1954.

Conferences in this matter were held in this office on May 13,
1959, February 8, 1960 and March 24, 1961, at which you have
been represented by your President, Mr. Henry Chauncey, Jr.
Roswell Magill and Mr. Samuel J. Lenahan.

Information before us shows you were incorporated on December 19,
1947, under the Education Law of the State of New York after the
execution of an agreement dated December 3, 1947, between the
American Council on Education, College Entrance Examination Board,
The Carnegie Foundation for the Advancement of Teaching, and
Carnegie Corporation of New York, for the purpose of undertaking
and carrying on the educational testing service and test sales
activities previously conducted as a part of the operations of
those organizations. In accordance with the terms of the above-
mentioned agreement, you were to be provided with adequate property
and equipment for conducting the testing services and test sales
activities transferred to you by the respective organizations,
but you were to operate as a centralized, autonomous, and self-
supporting organization, and should interfere in no way with the
other activities of any of the participating organizations.
Your affairs are under the direction and control of a Board of
Trustees, initially composed of twelve members.

According to the terms of the agreement, you were to function by
carrying on the testing service and test sales activities previously
conducted by American Council on Education (hereafter referred to
as "ACE"), College Entrance Examination Board (hereafter referred
to as "CEEB"), and The Carnegie Foundation for the Advancement of



-2-

Educational Testing Service

Teaching (hereafter referred to as the "Foundation").  In addition
you were to undertake such new national and regional testing
programs as might be deemed appropriate; counsel test users on
the techniques of measurement, on the interpretation of test
results and on the values, both general and specific, of systematic
testing programs; serve, with the cooperation of other reputable
testing agencies, as a clearing house of information about
research projects; determine the major areas in which research
is desirable and to encourage, carry on, or arrange for, research
in these areas; promote the understanding of scientific educational
measurement and appraisal to further the use of testing at all
levels; and to encourage maintenance of the highest standards
in testing.

In addition to the performance of the activities transferred to
you by ACE, CEEB, and the Foundation, your Annual Reports and
other information before us show  that you enter competitive bids
for the purpose of being awarded contracts to perform testing
services for government departments and other groups; establish
and charge an amount sufficient to cover the cost of performing
research on a contract basis for the purpose of producing the
test called for, administer the test and provide all services
required under the contract.  You also, through your Cooperative
Test Division, regularly offer for sale "Test Batteries" described
as the "standard varieties" which are sold by commercial organi-
zations.

Section 501(c)(3) of the Internal Revenue Code of 1954 describes
certain organizations exempt from Federal income tax under section
501(a) and the part pertinent to you reads:

    "Corporations, * * * organized and operated
    exclusively for * * * educational purposes, * * *."

Section 511 of the Code of 1954 imposes a tax on the unrelated
business income of certain charitable, educational, and other
organizations exempt from Federal income tax under the provisions
of section 501(c)(3) of the Code.  The term "unrelated trade or
business" is defined in section 513(a) as:

    "* * * In the case of any organization subject to
    the tax imposed by section 511, any trade or business

-3-

Educational Testing Service

the conduct of which is not substantially related
(aside from the need of such organization for income
or funds or the use it makes of the profits derived)
to the exercise or performance by such organization
of its charitable, educational, or other purpose or
function constituting the basis for its exemption
under section 501. * * *"

Based on the evidence submitted, it is held that you are entitled
to exemption from Federal income tax as an organization described
in section 501(c)(3) of the Code, since it is shown that primarily
you are organized and operated for the purpose of carrying out the
educational programs transferred to you by your creators.

However, you also regularly engage in activities which, though
similar in nature to the testing services performed on behalf of
your creators, are not in furtherance of your primary purpose;
that is, carrying out the educational programs transferred to you
by your creator organizations. These activities include the conduct
of tests and providing testing services for business, professional
and other noneducational organizations, such as the administration
of tests to aid in the recruitment and promotion of personnel,
the sales of "test batteries" by your Cooperative Test Division,
and test services performed under contract for Governmental
agencies, such as the examinations for entrance to the Naval and
Merchant Marine Academies. The Governmental agencies and the
other organizations who purchase your tests and services, unlike
your creators, do not own the tests purchased from you, and they
are not given in their names.

Accordingly, it is further held that your tests and testing services
which are sold to business, professional and other noneducational
organizations, constitute an unrelated trade or business within the
meaning of section 513 of the Code, and that the income therefrom
is "unrelated business taxable income" as defined in section 512
of the Code. Therefore, our ruling of July 13, 1949, is modified
to the extent inconsistent with this ruling.

You are not required to file Federal income tax returns so long
as you retain an exempt status, except that you are subject to
the tax on your unrelated business income imposed by section 511

-4-

Educational Testing Service

of the Code, and are required to file Form 990-T for the purpose
of reporting your unrelated business taxable income.  Any changes
in your character, purposes or method of operation should be
reported immediately to your District Director for consideration
of their effect upon your exempt status.  You should also report
any change in your name or address.  You are also required to
file annually, an information return on Form 990-A, at the close
of your annual accounting period, which ends June 30.

Contributions made to you are deductible by donors as provided
in section 170 of the Code.  Bequests, legacies, devices, transfers
or gifts to or for your use are deductible for Federal estate and
gift tax purposes under the provisions of sections 2055, 2106
and 2522 of the Code.

You are not liable for the taxes imposed under the Federal
Insurance Contributions Act (social security taxes) unless you
file a waiver of exemption certificate as provided in such act.
You are not liable for the tax imposed under the Federal
Unemployment Tax Act.  Inquiries about the waiver of exemption
certificate for social security taxes should be addressed to
your District Director.

Your District Director is being advised of this action.

                              Very truly yours,



                              Director, Tax Rulings Division

Extended to August 15, 2019

**Form 990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2017**

Open to Public Inspection

**A** For the 2017 calendar year, or tax year beginning OCT 1, 2017 and ending SEP 30, 2018

| B Check if applicable | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change | Educational Testing Service | |
| ☐ Name change | Doing business as | 21-0634479 |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite | E Telephone number |
| ☐ Final return/ terminated | Rosedale Road MS 20-J | 609-921-9000 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | G Gross receipts $ 3,531,275,161. |
| ☐ Application pending | Princeton, NJ 08541 | H(a) Is this a group return |
| | F Name and address of principal officer: Jack Hayon | for subordinates? ☐ Yes ☒ No |
| | same as C above | H(b) Are all subordinates included? ☐ Yes ☐ No |

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) ( )◀ (insert no.)  ☐ 4947(a)(1) or ☐ 527   If "No," attach a list. (see instructions)

**J** Website: ▶ www.ets.org    H(c) Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶   **L** Year of formation: 1947  **M** State of legal domicile: NY

### Part I  Summary

| | | | | |
|---|---|---|---|---|
| **Activities & Governance** | 1 Briefly describe the organization's mission or most significant activities: See Page 2, Part III, Question 1 | | | |
| | 2 Check this box ▶ ☒ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | | |
| | 3 Number of voting members of the governing body (Part VI, line 1a) | | 3 | 18 |
| | 4 Number of independent voting members of the governing body (Part VI, line 1b) | | 4 | 17 |
| | 5 Total number of individuals employed in calendar year 2017 (Part V, line 2a) | | 5 | 30188 |
| | 6 Total number of volunteers (estimate if necessary) | | 6 | 0 |
| | 7 a Total unrelated business revenue from Part VIII, column (C), line 12 | | 7a | 15,140,133. |
| | b Net unrelated business taxable income from Form 990-T, line 34 | | 7b | -8,313,783. |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | 8 Contributions and grants (Part VIII, line 1h) | 8,163,384. | 9,606,303. |
| | 9 Program service revenue (Part VIII, line 2g) | 1,227,726,560. | 1,196,751,734. |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 85,841,710. | 829,335,932. |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 84,862,955. | 90,754,819. |
| | 12 Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,406,594,609. | 2,126,448,788. |
| **Expenses** | 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 1,363,691. | 1,789,171. |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 453,425,438. | 442,063,792. |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | 0. | 0. |
| | b Total fundraising expenses (Part IX, column (D), line 25) ▶ 0. | | |
| | 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 885,261,534. | 884,508,811. |
| | 18 Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 1,340,050,663. | 1,328,361,774. |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | 66,543,946. | 798,087,014. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | 20 Total assets (Part X, line 16) | 1,319,854,215. | 2,035,173,070. |
| | 21 Total liabilities (Part X, line 26) | 508,653,571. | 511,607,210. |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 811,200,644. | 1,523,565,860. |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | Date |
|---|---|---|
| | Jack Hayon, SVP & Chief Financial Officer | |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Deloitte Tax LLP | | | Firm's EIN ▶ | |
| | Firm's address ▶ 2 Jericho Plaza Jericho, NY 11753 | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? (see instructions)   ☐ Yes ☐ No

732001 11-20-17   LHA  **For Paperwork Reduction Act Notice, see the separate instructions.**   Form **990** (2017)

Form 990 (2017)          Educational Testing Service                    21-0634479        Page **2**

## Part III | Statement of Program Service Accomplishments

Check if Schedule O contains a response or note to any line in this Part III ........................... [X]

**1** Briefly describe the organization's mission:

Educational Testing Service (ETS) was incorporated in 1947 by the
Board of Regents for the Education Department of the State of New York
as an educational organization to engage in research, services and
other activities in the field of educational testing.

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ?                                                          [ ] Yes  [X] No
If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services?      [ ] Yes  [X] No
If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $      830,526,239.   including grants of $      1,789,170. ) (Revenue $      852,927,605. )
Assessment Research, Development, and Scoring

Educational Testing Service ("ETS") conducts research on statistical
and psychometric methodology to advance the science of educational
measurement and ensure the technical quality and fairness of ETS's
assessments and assessment-related services. Through its Policy
Evaluation and Research Center, ETS also conducts research and analyses
that address challenging educational policy issues. In conjunction with
its research, ETS develops educational assessments for use by states in
K-12 assessment, for college admissions and the transition from high
school to college, for graduate and business school admissions, and for
use in measuring knowledge and skills, promoting learning and

**4b** (Code: _____ ) (Expenses $      328,351,093.   including grants of $ _____ ) (Revenue $      343,824,129. )
Assessment Administration & Delivery

ETS provides test administration and delivery services. ETS administers
approximately 23 million assessments annually in more than 9,000
locations.

ETS oversees test centers and related test administration staff who
undergo a rigorous training and approval process prior to the
administration of an assessment. For example, test center
administrators are primarily responsible for establishing a secure
testing environment and managing day-to-day testing activities. These
activities provide vital support for the administration and delivery of

**4c** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4d** Other program services (Describe in Schedule O.)
(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶      1,158,877,332.

Form **990** (2017)

732002  11-28-17                    See Schedule O for Continuation(s)

Form 990 (2017)         Educational Testing Service                    21-0634479           Page **3**

## Part IV | Checklist of Required Schedules

| | | Yes | No |
|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* .......... **1** | X | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? ....... **2** | X | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* .......... **3** | | X |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* .......... **4** | X | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* .......... **5** | | X |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* .......... **6** | | X |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* .......... **7** | | X |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* .......... **8** | | X |
| **9** | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* .......... **9** | | X |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* .......... **10** | | X |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* .......... **11a** | X | |
| **b** | Did the organization report an amount for investments - other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* .......... **11b** | X | |
| **c** | Did the organization report an amount for investments - program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* .......... **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* .......... **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* .......... **11e** | X | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* .......... **11f** | X | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* .......... **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* .......... **12b** | X | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* .......... **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? .......... **14a** | X | |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* .......... **14b** | X | |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* .......... **15** | | X |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* .......... **16** | | X |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* .......... **17** | | X |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* .......... **18** | | X |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* .......... **19** | | X |

Form **990** (2017)

732003 11-28-17

ETS_H-1B Record_095

Form 990 (2017)          Educational Testing Service                    21-0634479            Page **4**

| Part IV | Checklist of Required Schedules *(continued)* | | | |
|---|---|---|---|---|
| | | | Yes | No |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | 20a | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | 20b | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | 21 | X | |
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 | X | |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No", go to line 25a* | 24a | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | 25a | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | 25b | | X |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If "Yes," complete Schedule L, Part II* | 26 | | X |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | 27 | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | 28a | | X |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | 28b | X | |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* | 28c | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | 29 | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 | X | |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | 33 | X | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a | X | |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b | X | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O | 38 | X | |

Form **990** (2017)

732004 11-28-17

Form 990 (2017)    Educational Testing Service    21-0634479    Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** | | | | |
|---|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part V | | | | X |

| | | | | **Yes** | **No** |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | **1a** | 111576 | | |
| **b** | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | | **1c** | |
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | 30188 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | | **2b** | X |
| | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-*file* (see instructions) | | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? | | | **3a** | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? If "No," to line 3b, provide an explanation in Schedule O | | | **3b** | X |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | | **4a** | X |
| **b** | If "Yes," enter the name of the foreign country: ▶ See Schedule O | | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | | | **5a** | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | X |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? | | | **5c** | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | | | **6a** | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | | | **6b** | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | | **7a** | X |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? | | | **7b** | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | | | **7c** | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | | **7f** | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | | **7g** | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | | **7h** | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | | | **8** | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? | | | **9a** | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | | | **9b** | |
| **10** | **Section 501(c)(7) organizations. Enter:** | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations. Enter:** | | | | |
| **a** | Gross income from members or shareholders | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? | | | **13a** | |
| | **Note.** See the instructions for additional information the organization must report on Schedule O. | | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | **13b** | | | |
| **c** | Enter the amount of reserves on hand | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? | | | **14a** | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O | | | **14b** | |

Form **990** (2017)

732005 11-28-17

Form 990 (2017)　Educational Testing Service　21-0634479　Page **6**

## Part VI Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI ............ [X]

### Section A. Governing Body and Management

|  |  | Yes | No |
|---|---|---|---|
| 1a Enter the number of voting members of the governing body at the end of the tax year **1a** 18 |  |  |  |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. |  |  |  |
| b Enter the number of voting members included in line 1a, above, who are independent **1b** 17 |  |  |  |
| 2 Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | **2** |  | X |
| 3 Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? | **3** |  | X |
| 4 Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | X |  |
| 5 Did the organization become aware during the year of a significant diversion of the organization's assets? | **5** |  | X |
| 6 Did the organization have members or stockholders? | **6** |  | X |
| 7a Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | **7a** |  | X |
| b Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | **7b** |  | X |
| 8 Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |  |
| a The governing body? | **8a** | X |  |
| b Each committee with authority to act on behalf of the governing body? | **8b** | X |  |
| 9 Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O | **9** |  | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | Yes | No |
|---|---|---|---|
| 10a Did the organization have local chapters, branches, or affiliates? | **10a** | X |  |
| b If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | X |  |
| 11a Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X |  |
| b Describe in Schedule O the process, if any, used by the organization to review this Form 990. |  |  |  |
| 12a Did the organization have a written conflict of interest policy? If "No," go to line 13 | **12a** | X |  |
| b Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X |  |
| c Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe in Schedule O how this was done | **12c** | X |  |
| 13 Did the organization have a written whistleblower policy? | **13** | X |  |
| 14 Did the organization have a written document retention and destruction policy? | **14** | X |  |
| 15 Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision: |  |  |  |
| a The organization's CEO, Executive Director, or top management official | **15a** | X |  |
| b Other officers or key employees of the organization | **15b** | X |  |
| If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). |  |  |  |
| 16a Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | **16a** |  | X |
| b If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** |  |  |

### Section C. Disclosure

17 List the states with which a copy of this Form 990 is required to be filed ▶ AZ,CA,DC,DE,IN,KS,NJ,NY,OR

18 Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
　[ ] Own website　[ ] Another's website　[X] Upon request　[ ] Other *(explain in Schedule O)*

19 Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20 State the name, address, and telephone number of the person who possesses the organization's books and records: ▶
　Michael J. Freddo, Vice President and Controller - 609-921-9000
　Rosedale Road MS 20-J, Princeton, NJ  08541

732006  11-28-17　　　　　　　　　　　　　　　　　　　　　　　　Form **990** (2017)

Form 990 (2017)          Educational Testing Service                              21-0634479          Page **7**

**Part VII** Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII ................................................. ☐

**Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a**  Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and Title | (B)<br>Average hours per week<br>(list any hours for related organizations below line) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1)  Colbert, Isaac<br>Trustee | 2.00 | X | | | | | | 62,000. | 0. | 0. |
| (2)  Driver, Darienne<br>Trustee | 2.00 | X | | | | | | 46,500. | 0. | 0. |
| (3)  English, Michela A.<br>Trustee | 2.00 | X | | | | | | 92,000. | 0. | 0. |
| (4)  Gandara, Patricia<br>Trustee | 0.30 | X | | | | | | 17,500. | 0. | 0. |
| (5)  Garcia, Mildred<br>Trustee | 0.30 | X | | | | | | 11,500. | 0. | 0. |
| (6)  Garcia, Ofelia<br>Trustee | 2.00 | X | | | | | | 62,000. | 0. | 0. |
| (7)  Henderson, Wade N.<br>Trustee | 2.00 | X | | | | | | 86,000. | 0. | 0. |
| (8)  Kanter, Martha<br>Trustee | 2.00 | X | | | | | | 62,000. | 0. | 0. |
| (9)  Lewis, Earl<br>Trustee | 2.00 | X | | | | | | 77,000. | 0. | 0. |
| (10) Lumpkins, Robert<br>Trustee | 2.00 | X | | | | | | 65,334. | 0. | 0. |
| (11) Murley, Robert S.<br>Trustee | 2.00 | X | | | | | | 77,000. | 0. | 0. |
| (12) Pellegrino, James<br>Trustee | 1.00 | X | | | | | | 105,763. | 0. | 0. |
| (13) Rothkopf, Arthur J.<br>Trustee | 1.00 | X | | | | | | 73,666. | 0. | 0. |
| (14) Sine, Jeffrey<br>Trustee | 2.00 | X | | | | | | 68,000. | 0. | 0. |
| (15) Stewart, Debra W.<br>Trustee | 2.00 | X | | | | | | 82,000. | 0. | 0. |
| (16) Tatum, Beverly Daniel<br>Trustee | 2.00 | X | | | | | | 62,000. | 0. | 0. |
| (17) Valdes, Guadalupe<br>Trustee | 2.00 | X | | | | | | 85,150. | 0. | 0. |

732007  11-28-17                                                                  Form **990** (2017)

Form 990 (2017)  Educational Testing Service  21-0634479  Page **8**

## Part VII  Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees (continued)

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (18) Winckler, Georg — Trustee | 2.00 | X | | | | | | 58,000. | 0. | 0. |
| (19) MacDonald, Walter B. — President | 40.00 | X | | X | | | | 1,195,836. | 0. | 32,645. |
| (20) Bailey, Diane A. — SVP, Production & Delivery | 40.00 | | | X | | | | 421,552. | 0. | 53,791. |
| (21) Basehore, John — VP & Treasurer | 40.00 | | | X | | | | 376,996. | 0. | 51,877. |
| (22) Donado, Yvette — SVP & Chief Admin Officer | 40.00 | | | X | | | | 664,384. | 0. | 42,512. |
| (23) Draper Jr., William C. — VP & COO College Board | 40.00 | | | X | | | | 425,168. | 0. | 38,773. |
| (24) Ercikan-Alper, Kadriye — VP Stat Analysis & Psych Research | 40.00 | | | X | | | | 237,993. | 0. | 56,087. |
| (25) Farnum, Marisa — VP Assessment Development | 40.00 | | | X | | | | 372,145. | 0. | 31,312. |
| (26) Freddo, Michael J. — VP & Controller | 40.00 | | | X | | | | 389,147. | 0. | 38,492. |
| **1b Sub-total** ▶ | | | | | | | | 5,276,634. | 0. | 345,489. |
| **c Total from continuation sheets to Part VII, Section A** ▶ | | | | | | | | 13,194,865. | 216,394. | 1,351,722. |
| **d Total (add lines 1b and 1c)** ▶ | | | | | | | | 18,471,499. | 216,394. | 1,697,211. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶  **1,435**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director, or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual | **3** | X |  |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual | **4** | X |  |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? If "Yes," complete Schedule J for such person | **5** |  | X |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| Accenture LLP, 161 North Clark St., Chicago, IL 60601 | Supply chain | 73,807,816. |
| Computer Sciences Corporation, 3180 Fairview Park Drive, Falls Church, VA | Computer services | 55,128,177. |
| American Institutes for Research, 200 Vesey Street Floor 24, New York, NY 10281 | Consulting | 26,367,504. |
| Iris Software Inc, 200 Metroplex Drive, Suite 300, Edison, NJ 08817 | Temporary labor | 24,072,688. |
| Adecco Corporation, 175 Broad Hollow Road, Melville, NY 11747 | Temporary labor | 23,357,745. |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶  **263**

See Part VII, Section A Continuation sheets

Form **990** (2017)

732008  11-28-17

Form 990      Educational Testing Service      21-0634479

**Part VII**   Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (27) Gilbertson, Bruce M. VP Facilities & Real Estate | 40.00 | | | X | | | | 385,366. | 0. | 32,565. |
| (28) Gorin, Joanna VP Research | 40.00 | | | X | | | | 375,892. | 0. | 32,077. |
| (29) Hayon, Jack SVP & CFO | 40.00 | | | X | | | | 697,223. | 0. | 48,264. |
| (30) Hernandez, Sandra VP Finance | 40.00 | | | X | | | | 411,482. | 0. | 39,017. |
| (31) Hobson, David VP & Corporate Secretary | 40.00 | | | X | | | | 387,802. | 0. | 37,996. |
| (32) Hunt, David Executive VP & COO | 40.00 | | | X | | | | 627,911. | 0. | 79,671. |
| (33) Johnson-Gregory, Sheree L. VP Assoc. Gen Counsel & CDO | 40.00 | | | X | | | | 535,842. | 0. | 46,989. |
| (34) Lawrence, Ida M. SVP Research & Development | 40.00 | | | X | | | | 560,998. | 0. | 41,063. |
| (35) Lowery, Lillian M. VP & COO STA K12 & TLC | 4.00 | | | X | | | | 0. | 0. | 0. |
| (36) Nelson, Scott F. SVP & Chief Marketing Officer | 40.00 | | | X | | | | 495,138. | 0. | 67,845. |
| (37) Nettles, Michael T. SVP & Controller for Policy Eval | 40.00 | | | X | | | | 496,721. | 0. | 50,311. |
| (38) Oswald, John VP, Client Relations & Outreach | 40.00 | | | X | | | | 317,051. | 0. | 39,912. |
| (39) Payne, David G. VP & COO Global Education | 40.00 | | | X | | | | 490,396. | 0. | 47,711. |
| (40) Pfund, Rebecca Chief Information Officer | 40.00 | | | X | | | | 479,919. | 0. | 59,337. |
| (41) Pote, Stephen K. VP & Chief Quality Officer | 40.00 | | | X | | | | 376,096. | 0. | 49,627. |
| (42) Robinson, Deirdre VP & CLO SWS | 40.00 | | | X | | | | 208,079. | 0. | 31,603. |
| (43) Rockey, Anne F. VP Operations | 40.00 | | | X | | | | 379,575. | 0. | 48,741. |
| (44) Schroeder, Glenn C. SVP & General Counsel | 40.00 | | | X | | | | 640,419. | 0. | 43,732. |
| (45) Wakeman, Daniel VP & Chief Information Officer | 40.00 | | | X | | | | 378,198. | 0. | 61,438. |
| (46) Weaver, Scott V. VP & Chief Strategy Officer | 40.00 | | | X | | | | 463,302. | 0. | 63,646. |

Total to Part VII, Section A, line 1c

732201
04-01-17

Form 990

**Educational Testing Service** — 21-0634479

**Part VII** Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (47) Williamson, David<br>VP New Product Development | 40.00 | | | X | | | | 342,307. | 0. | 52,610. |
| (48) Bennett, Randy E.<br>Frederiksen Chair Assessment | 40.00 | | | | | X | | 365,036. | 0. | 32,254. |
| (49) Chan, Peter<br>General Mgr, Application Develop | 40.00 | | | | | X | | 309,685. | 0. | 56,815. |
| (50) Kirsch, Irwin<br>Tyler Chair LG Scale Assessment | 40.00 | | | | | X | | 374,271. | 0. | 41,128. |
| (51) McHale, Frederick<br>General Manager, Stat Analysis | 40.00 | | | | | X | | 349,161. | 0. | 37,741. |
| (52) Schmidt, Amy<br>General Manager, Stat Analyst | 40.00 | | | | | X | | 313,699. | 0. | 47,671. |
| (53) Carstarphen, Meria<br>Former Trustee | 0.20 | | | | | | X | 10,500. | 0. | 0. |
| (54) Menezes, Victor<br>Former Trustee | 1.00 | | | | | | X | 23,000. | 0. | 0. |
| (55) Elliott, Thomas J.<br>Former VP & CLO SWS | 40.00 | | | | | | X | 324,480. | 0. | 40,828. |
| (56) House, Naomi<br>Former President ISA | 40.00 | | | | | | X | 472,802. | 0. | 36,009. |
| (57) Kerins, Nancy J.<br>Former SVP Prod & Delivery | 40.00 | | | | | | X | 594,024. | 0. | 24,923. |
| (58) Lazer, Stephen<br>Former SVP Stud & Teach Assess | 40.00<br>40.00 | | | | | | X | 352,363. | 216,394. | 35,898. |
| (59) Mazzeo, John<br>Former VP Stat Analysis & Psych. | 0.00 | | | | | | X | 460,550. | 0. | 24,300. |
| (60) Miller, George<br>Former VP SWS | 0.00 | | | | | | X | 195,577. | 0. | 0. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total to Part VII, Section A, line 1c | | | | | | | | 13,194,865. | 216,394. | 1,351,722. |

732201
04-01-17

Form 990 (2017)  Educational Testing Service  21-0634479  Page **9**

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1 a Federated campaigns | 1a | | | | |
| | b Membership dues | 1b | | | | |
| | c Fundraising events | 1c | | | | |
| | d Related organizations | 1d | | | | |
| | e Government grants (contributions) | 1e | 9,152,475. | | | |
| | f All other contributions, gifts, grants, and similar amounts not included above | 1f | 453,828. | | | |
| | g Noncash contributions included in lines 1a-1f: $ | | | | | |
| | h **Total.** Add lines 1a-1f ▶ | | 9,606,303. | | | |
| **Program Service Revenue** | | Business Code | | | | |
| | 2 a Assess R&D & Scoring | 611710 | 852,927,605. | 852,927,605. | | |
| | b Assess Admin&Delivery | 611710 | 343,824,129. | 343,824,129. | | |
| | c | | | | | |
| | d | | | | | |
| | e | | | | | |
| | f All other program service revenue | | | | | |
| | g **Total.** Add lines 2a-2f ▶ | | 1,196,751,734. | | | |
| **Other Revenue** | 3 Investment income (including dividends, interest, and other similar amounts) ▶ | | 62,148,717. | | | 62,148,717. |
| | 4 Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | 5 Royalties ▶ | | 75,590,773. | | | 75,590,773. |
| | | (i) Real | (ii) Personal | | | |
| | 6 a Gross rents | 23,913. | | | | |
| | b Less: rental expenses | 0. | | | | |
| | c Rental income or (loss) | 23,913. | | | | |
| | d Net rental income or (loss) ▶ | | 23,913. | | | 23,913. |
| | | (i) Securities | (ii) Other | | | |
| | 7 a Gross amount from sales of assets other than inventory | 1057297172. | 1114716416. | | | |
| | b Less: cost or other basis and sales expenses | 1011235934. | 393,590,439. | | | |
| | c Gain or (loss) | 46,061,238. | 721,125,977. | | | |
| | d Net gain or (loss) ▶ | | 767,187,215. | | | 767,187,215. |
| | 8 a Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 | a | | | | |
| | b Less: direct expenses | b | | | | |
| | c Net income or (loss) from fundraising events ▶ | | | | | |
| | 9 a Gross income from gaming activities. See Part IV, line 19 | a | | | | |
| | b Less: direct expenses | b | | | | |
| | c Net income or (loss) from gaming activities ▶ | | | | | |
| | 10 a Gross sales of inventory, less returns and allowances | a | | | | |
| | b Less: cost of goods sold | b | | | | |
| | c Net income or (loss) from sales of inventory ▶ | | | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | 11 a Occupational & Prof Sk | 611600 | 10,404,810. | | | 10,404,810. |
| | b Chauncey Conf. Center | 721000 | 4,163,577. | | | 4,163,577. |
| | c Services to subsidiari | 541900 | 60,371. | | | 60,371. |
| | d All other revenue | 812930 | 511,375. | | | 511,375. |
| | e **Total.** Add lines 11a-11d ▶ | | 15,140,133. | | | |
| | 12 **Total revenue.** See instructions. ▶ | | 2,126,448,788. | 1,196,751,734. | 15,140,133. | 904,950,618. |

732009 11-28-17

Form **990** (2017)

Form 990 (2017)   Educational Testing Service                                      21-0634479            Page **10**

## Part IX | Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations *must complete all columns. All other organizations* must complete column (A).

Check if Schedule O contains a response or note to any **line** in this Part IX ........................................ ☒

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 1,559,325. | 1,559,325. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | 229,846. | 229,846. | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 15,255,851. | 6,250,178. | 9,005,673. | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | 846,935. | | 846,935. | |
| **7** Other salaries and wages | 326,064,064. | 270,356,367. | 55,707,697. | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 27,992,625. | 22,629,145. | 5,363,480. | |
| **9** Other employee benefits | 46,833,933. | 37,860,396. | 8,973,537. | |
| **10** Payroll taxes | 25,070,384. | 20,266,815. | 4,803,569. | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management | | | | |
| **b** Legal | 6,807,340. | 1,998,120. | 4,809,220. | |
| **c** Accounting | 3,478,827. | | 3,478,827. | |
| **d** Lobbying | 49,960. | | 49,960. | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | 1,663,138. | | 1,663,138. | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Sch O.) | 568,778,434. | 520,992,604. | 47,785,830. | |
| **12** Advertising and promotion | 24,921,666. | 23,531,965. | 1,389,701. | |
| **13** Office expenses | 173,377,251. | 167,649,001. | 5,728,250. | |
| **14** Information technology | | | | |
| **15** Royalties | 1,889,773. | 1,889,773. | | |
| **16** Occupancy | 21,858,190. | 15,618,797. | 6,239,393. | |
| **17** Travel | 7,482,918. | 5,926,292. | 1,556,626. | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 1,906,578. | 1,496,923. | 409,655. | |
| **20** Interest | 2,522,410. | | 2,522,410. | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 50,688,764. | 46,508,193. | 4,180,591. | |
| **23** Insurance | 2,211,187. | | 2,211,187. | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Business Fees | 9,905,284. | 7,301,091. | 2,604,193. | |
| **b** Chauncey Conference Cen | 3,813,981. | 3,813,981. | | |
| **c** Foreign and State Tax | 2,656,234. | 2,656,234. | | |
| **d** Memberships and Dues | 496,856. | 342,286. | 154,570. | |
| **e** All other expenses | | | | |
| **25** Total functional expenses. Add lines 1 through 24e | 1,328,361,774. | 1,158,877,332. | 169,484,442. | 0. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation.<br>Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

732010  11-28-17

Form **990** (2017)

Form 990 (2017)   Educational Testing Service                    21-0634479        Page **11**

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X ............................ ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---:|---|---:|
| **Assets** | 1 | Cash - non-interest-bearing | 24,363,634. | 1 | 64,541,928. |
| | 2 | Savings and temporary cash investments | 105,914,677. | 2 | 147,644,161. |
| | 3 | Pledges and grants receivable, net | | 3 | |
| | 4 | Accounts receivable, net | 142,493,350. | 4 | 155,858,138. |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instr). Complete Part II of Sch L | | 6 | |
| | 7 | Notes and loans receivable, net | 27,573,064. | 7 | 42,879,502. |
| | 8 | Inventories for sale or use | | 8 | |
| | 9 | Prepaid expenses and deferred charges | 26,910,462. | 9 | 31,376,786. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 10a | 302,724,208. | |
| | b | Less: accumulated depreciation | 10b | 182,739,352. | |
| | | | 121,679,770. | 10c | 119,984,856. |
| | 11 | Investments - publicly traded securities | 124,671,114. | 11 | 169,753,652. |
| | 12 | Investments - other securities. See Part IV, line 11 | 502,791,360. | 12 | 1,111,869,104. |
| | 13 | Investments - program-related. See Part IV, line 11 | 105,007,285. | 13 | 71,356,969. |
| | 14 | Intangible assets | 135,262,499. | 14 | 116,428,400. |
| | 15 | Other assets. See Part IV, line 11 | 3,187,000. | 15 | 3,479,574. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) | 1,319,854,215. | 16 | 2,035,173,070. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 171,855,154. | 17 | 200,939,661. |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | 101,199,740. | 19 | 106,592,983. |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 235,598,677. | 25 | 204,074,566. |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 508,653,571. | 26 | 511,607,210. |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117 (ASC 958), check here ▶ [X]** and complete lines 27 through 29, and lines 33 and 34. | | | |
| | 27 | Unrestricted net assets | 811,200,644. | 27 | 1,523,565,860. |
| | 28 | Temporarily restricted net assets | | 28 | |
| | 29 | Permanently restricted net assets | | 29 | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶ ☐** and complete lines 30 through 34. | | | |
| | 30 | Capital stock or trust principal, or current funds | | 30 | |
| | 31 | Paid-in or capital surplus, or land, building, or equipment fund | | 31 | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | 32 | |
| | 33 | Total net assets or fund balances | 811,200,644. | 33 | 1,523,565,860. |
| | 34 | Total liabilities and net assets/fund balances | 1,319,854,215. | 34 | 2,035,173,070. |

Form **990** (2017)

732011 11-28-17

Form 990 (2017)     Educational Testing Service                     21-0634479          Page **12**

## Part XI | Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI .................................................. [X]

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | **1** | 2,126,448,788. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | **2** | 1,328,361,774. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | **3** | 798,087,014. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) | **4** | 811,200,644. |
| 5 | Net unrealized gains (losses) on investments | **5** | -47,326,655. |
| 6 | Donated services and use of facilities | **6** | |
| 7 | Investment expenses | **7** | |
| 8 | Prior period adjustments | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) | **9** | -38,395,143. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | **10** | 1,523,565,860. |

## Part XII | Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII ................................................ [ ]

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash  [X] Accrual  ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | 2a | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? | 2b | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis   [X] Consolidated basis   ☐ Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | 2c | X |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | 3a | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | 3b | X |

Form **990** (2017)

732012  11-28-17

**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
► Attach to Form 990 or Form 990-EZ.
► Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2017**

Open to Public Inspection

Name of the organization

Educational Testing Service

Employer identification number
21-0634479

| Part I | Reason for Public Charity Status (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

10 ☒ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions - subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations .................................................. ☐

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? Yes | No | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

LHA For Paperwork Reduction Act Notice, see the instructions for Form 990 or 990-EZ.   732021 10-06-17   **Schedule A (Form 990 or 990-EZ) 2017**

Schedule A (Form 990 or 990-EZ) 2017 Educational Testing Service     21-0634479     Page 2

**Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

**Section A. Public Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 **Total.** Add lines 1 through 3 | | | | | | |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| 6 **Public support.** Subtract line 5 from line 4. | | | | | | |

**Section B. Total Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | | | | | | |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 11 **Total support.** Add lines 7 through 10 | | | | | | |

| 12 Gross receipts from related activities, etc. (see instructions) | | 12 | |
|---|---|---|---|

**13 First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

**Section C. Computation of Public Support Percentage**

| 14 Public support percentage for 2017 (line 6, column (f) divided by line 11, column (f)) | 14 | % |
|---|---|---|
| 15 Public support percentage from 2016 Schedule A, Part II, line 14 | 15 | % |

**16a 33 1/3% support test - 2017.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**b 33 1/3% support test - 2016.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**17a 10% -facts-and-circumstances test - 2017.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization ▶ ☐

**b 10% -facts-and-circumstances test - 2016.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization ▶ ☐

**18 Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2017

732022 10-06-17

Schedule A (Form 990 or 990-EZ) 2017  Educational Testing Service                    21-0634479         Page **3**

## Part III  Support Schedule for Organizations Described in Section 509(a)(2)

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 9,848,829. | 5,869,527. | 8,691,255. | 8,163,384. | 9,606,303. | 42,179,298. |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 1086721635. | 812,183,280. | 1211680710. | 1227726560. | 1196751734. | 5535063919. |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | 1096570464. | 818,052,807. | 1220371965. | 1235889944. | 1206358037. | 5577243217. |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0. |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | 400,936,397. | 363,759,501. | 525,014,890. | 525,817,956. | 552,234,747. | 2367763491. |
| **c** Add lines 7a and 7b | 400,936,397. | 363,759,501. | 525,014,890. | 525,817,956. | 552,234,747. | 2367763491. |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 3209479726. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 1096570464. | 818,052,807. | 1220371965. | 1235889944. | 1206358037. | 5577243217. |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 119,431,874. | 96,024,877. | 119,884,373. | 138,342,221. | 137,763,402. | 611,446,747. |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | 119,431,874. | 96,024,877. | 119,884,373. | 138,342,221. | 137,763,402. | 611,446,747. |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) | 1216002338. | 914,077,684. | 1340256338. | 1374232165. | 1344121439. | 6188689964. |

**14** First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ........................................................ ▶ ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2017 (line 8, column (f) divided by line 13, column (f)) | **15** | 51.86 | % |
| **16** Public support percentage from 2016 Schedule A, Part III, line 15 | **16** | 54.48 | % |

### Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2017** (line 10c, column (f) divided by line 13, column (f)) | **17** | 9.88 | % |
| **18** Investment income percentage from **2016** Schedule A, Part III, line 17 | **18** | 9.06 | % |

**19a** **33 1/3% support tests - 2017.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ......... ▶ ☒

**b** **33 1/3% support tests - 2016.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ......... ▶ ☐

**20** Private foundation. If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ......... ▶ ☐

732023  10-06-17                                                              Schedule A (Form 990 or 990-EZ) 2017

Schedule A (Form 990 or 990-EZ) 2017 Educational Testing Service                      21-0634479          Page 4

| Part IV | Supporting Organizations |

(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain. | 1 | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2). | 2 | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? If "Yes," answer (b) and (c) below. | 3a | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? If "Yes," describe in **Part VI** when and how the organization made the determination. | 3b | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use. | 3c | | |
| 4a | Was any supported organization not organized in the United States ("foreign supported organization")? If "Yes," and if you checked 12a or 12b in Part I, answer (b) and (c) below. | 4a | | |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations. | 4b | | |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes. | 4c | | |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? If "Yes," answer (b) and (c) below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document). | 5a | | |
| b | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | 5b | | |
| c | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | 5c | | |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? If "Yes," provide detail in **Part VI.** | 6 | | |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ). | 7 | | |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ). | 8 | | |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? If "Yes," provide detail in **Part VI.** | 9a | | |
| b | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? If "Yes," provide detail in **Part VI.** | 9b | | |
| c | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? If "Yes," provide detail in **Part VI.** | 9c | | |
| 10a | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? If "Yes," answer 10b below. | 10a | | |
| b | Did the organization have any excess business holdings in the tax year? (Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.) | 10b | | |

732024  10-06-17                                                      Schedule A (Form 990 or 990-EZ) 2017

Schedule A (Form 990 or 990-EZ) 2017 Educational Testing Service        21-0634479     Page **5**

| Part IV | Supporting Organizations *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| a | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? | 11a | | |
| b | A family member of a person described in (a) above? | 11b | | |
| c | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in* **Part VI.** | 11c | | |

**Section B. Type I Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | 1 | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* | 2 | | |

**Section C. Type II Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | 1 | | |

**Section D. All Type III Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | 1 | | |
| 2 | Were any of the organization's officers, directors, or trustees either (I) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* | 2 | | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in* **Part VI** *the role the organization's supported organizations played in this regard.* | 3 | | |

**Section E. Type III Functionally Integrated Supporting Organizations**

| 1 | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* (see instructions). | | | |
|---|---|---|---|---|
| a | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* | | | |
| b | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* | | | |
| c | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a government entity (see* instructions). | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 2 | **Activities Test. Answer (a) and (b) below.** | | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in* **Part VI identify those supported organizations and explain** *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | 2a | | |
| b | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | 2b | | |
| 3 | **Parent of Supported Organizations. Answer (a) and (b) below.** | | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in* **Part VI.** | 3a | | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in* **Part VI** *the role played by the organization in this regard.* | 3b | | |

732025 10-06-17                  Schedule A (Form 990 or 990-EZ) 2017

Schedule A (Form 990 or 990-EZ) 2017 Educational Testing Service          21-0634479          Page 6

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations | |
|---|---|---|

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI.) **See instructions.** All other Type III non-functionally integrated supporting organizations **must** complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1 | Net short-term capital gain | | |
| 2 | Recoveries of prior-year distributions | | |
| 3 | Other gross income (see instructions) | | |
| 4 | Add lines 1 through 3 | | |
| 5 | Depreciation and depletion | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | | |
| 7 | Other expenses (see instructions) | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | |
| a | Average monthly value of securities | | |
| b | Average monthly cash balances | | |
| c | Fair market value of other non-exempt-use assets | | |
| d | **Total** (add lines 1a, 1b, and 1c) | | |
| e | **Discount** claimed for blockage or other factors (explain in detail in **Part VI**): | | |
| 2 | Acquisition indebtedness applicable to non-exempt-use assets | | |
| 3 | Subtract line 2 from line 1d | | |
| 4 | Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions) | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | | |
| 6 | Multiply line 5 by .035 | | |
| 7 | Recoveries of prior-year distributions | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | | |
| 2 | Enter 85% of line 1 | | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | | |
| 4 | Enter greater of line 2 or line 3 | | |
| 5 | Income tax imposed in prior year | | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | | |

7 ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

**Schedule A (Form 990 or 990-EZ) 2017**

732026  10-06-17

Schedule A (Form 990 or 990-EZ) 2017  Educational Testing Service                    21-0634479        Page 7

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)* | |
|---|---|---|

| Section D - Distributions | | Current Year |
|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| 4 | Amounts paid to acquire exempt-use assets | |
| 5 | Qualified set-aside amounts (prior IRS approval required) | |
| 6 | Other distributions (describe in **Part VI**). See instructions. | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions. | |
| 9 | Distributable amount for 2017 from Section C, line 6 | |
| 10 | Line 8 amount divided by line 9 amount | |

| Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2017 | (iii) Distributable Amount for 2017 |
|---|---|---|---|
| 1 | Distributable amount for 2017 from Section C, line 6 | | | |
| 2 | Underdistributions, if any, for years prior to 2017 (reasonable cause required- explain in **Part VI**). See instructions. | | | |
| 3 | Excess distributions carryover, if any, to 2017 | | | |
| a | | | | |
| b | From 2013 | | | |
| c | From 2014 | | | |
| d | From 2015 | | | |
| e | From 2016 | | | |
| f | **Total** of lines 3a through e | | | |
| g | Applied to underdistributions of prior years | | | |
| h | Applied to 2017 distributable amount | | | |
| i | Carryover from 2012 not applied (see instructions) | | | |
| j | Remainder. Subtract lines 3g, 3h, and 3i from 3f. | | | |
| 4 | Distributions for 2017 from Section D, line 7:            $ | | | |
| a | Applied to underdistributions of prior years | | | |
| b | Applied to 2017 distributable amount | | | |
| c | Remainder. Subtract lines 4a and 4b from 4. | | | |
| 5 | Remaining underdistributions for years prior to 2017, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, explain in **Part VI**. See instructions. | | | |
| 6 | Remaining underdistributions for 2017. Subtract lines 3h and 4b from line 1. For result greater than zero, explain in **Part VI**. See instructions. | | | |
| 7 | **Excess distributions carryover to 2018.** Add lines 3j and 4c. | | | |
| 8 | Breakdown of line 7: | | | |
| a | Excess from 2013 | | | |
| b | Excess from 2014 | | | |
| c | Excess from 2015 | | | |
| d | Excess from 2016 | | | |
| e | Excess from 2017 | | | |

**Schedule A (Form 990 or 990-EZ) 2017**

732027  10-06-17

Schedule A (Form 990 or 990-EZ) 2017 Educational Testing Service 21-0634479 Page 8

**Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.)

Part III, Sections A and B

As a result of Educational Testing Service changing from a calendar

year end to a September 30 fiscal year end in 2015, Schedule A, Part

III, Sections A and B, the 2017 column represents the period 10/01/2017

to 09/30/2018. The 2016 column represents the period 10/01/2016 to

09/30/2017. The 2015 column represents the period 10/01/2015 to

09/30/2016. The 2014 column represents the period 01/01/15 to

09/30/2015. The 2013 column represents the period 01/01/14 to

12/31/2014.

732028 10-06-17                                                    Schedule A (Form 990 or 990-EZ) 2017

ETS_H-1B Record_114

 **About ETS**                                         

# What We Do

ETS works with education institutions, businesses and governments to conduct research and develop assessment programs that provide meaningful information they can count on to evaluate people and programs. ETS develops, administers and scores more than 50 million tests annually in more than 180 countries at more than 9,000 locations worldwide. We design our assessments with industry-leading insight, rigorous research and an uncompromising commitment to quality so that we can help education and workplace communities make informed decisions.

Our assessments, research and customized products and services are designed to improve teaching and learning, expand opportunities for learners and communities, inform education and policy, and advance the field of educational measurement.

Our work falls into five broad areas of expertise:

- Research
- Assessment development
- Test administration
- Test scoring
- Instructional products and services

## See also:

- ETS Fast Facts
- Our Products
- Who We Serve
- Frequently Asked Questions About ETS

---

### NAEP and ETS
ETS has assisted the NAEP program in introducing numerous psychometric and assessment design innovations over the years.



### How ETS Develops Test Questions



ETS_H-1B Record_115

 **About ETS**                                                    

# Test Administration

## Administering Tests Around the World

We administer most of our tests in one of four ways:

- **Paper-delivered Tests**: Most of our paper-delivered tests, which test takers fill out with paper and pencil, are administered under standardized conditions at colleges or schools. Answer sheets are returned to ETS for scoring and analysis.
- **Single-purpose Tests**: Some single-purpose paper- and computer-delivered tests, such as placement exams, may be administered on a semi-secure basis under the applicable institution's control.
- **Computer-delivered Tests**: Many ETS computer-delivered tests are administered at ETS-authorized, technologically equipped test centers.
- **Internet-delivered Tests:** These tests can be given in a wide range of internet-enabled testing venues, without the need for dedicated testing workstations.

## Accommodating Test Takers with Disabilities or Special Needs

ETS is committed to making sure that all students have a fair opportunity to demonstrate what they know and have learned, including test takers with documented disabilities or special needs. In both computer-delivered and paper-delivered testing situations, ETS can arrange for special accommodations, such as:

- additional time for taking the test
- Braille and cassette versions of tests for sight-impaired test takers
- sign language interpretation for hearing-impaired test takers
- ZoomText® and customized presentation colors in computer-delivered tests

Find out more about <u>testing accommodations for test takers with disabilities or health-related needs</u>.

---

#### NAEP and ETS
ETS has assisted the NAEP program in introducing numerous psychometric and assessment design innovations over the years.



#### How ETS Develops Test Questions

ETS_H-1B Record_116

2/3/2020

About ETS: Test Administration



Watch Video (Flash, 5:59) >
View Transcript >

**You might also be interested in...**

- Education Topics

**Follow ETS:**  

ETS

Solutions

Products



To advance quality and equity in education by providing fair and valid assessments, research and related services. Our products and services measure knowledge and skills, promote learning and performance, and support education and professional development for all people worldwide.

Legal | Privacy and Security | ETS Trademarks

Copyright © 2020 by Educational Testing Service. All rights reserved.
All trademarks are the property of their respective owners.

ETS_H-1B Record_117

2/3/2020 About ETS: Our Locations

 **About ETS**

# Our Locations

ETS maintains offices in the United States and around the world to fulfill our mission of advancing learning worldwide. The U.S. offices oversee many of our core operations, such as test development and research and development.

## U.S. Offices

Princeton, New Jersey (Headquarters)

Austin, Texas
Concord, California
Ewing, New Jersey
Lawrence, Kansas
Hato Rey, Puerto Rico
Sacramento, California
San Antonio, Texas
San Francisco, California
Washington, D.C.

## Global Offices

ETS's global subsidiary offices provide local support and make ETS research, products and services available to organizations worldwide.

For information about a specific testing program, see the Test Directory.

---

**Follow ETS:**  

ETS_H-1B Record_118

 **Research**                                    

# Research Topics

ETS provides assessments and related services to improve teaching and learning, expand opportunities for individual learners and inform education policy and assessment. As a nonprofit, mission-driven organization, we continually seek to improve our assessment capabilities — and to advance the field of educational measurement — through research in a number of areas.

> In 2017, ETS refocused its research agenda around some of the most significant, global education challenges facing societies today, such as the need to increase sustainable access to a diverse and high-quality teaching pool, to raise U.S. literacy levels, and to increase the diversity and quality of admissions to higher education. Learn more about our work to address these Big Educational Challenges.

Other research topics include:

## Assessing People with Disabilities >

We conduct research with the aim of ensuring that tests are fair and valid for individuals with disabilitie

## Automated Scoring and Natural Language Processing >

We develop technology to improve the scoring of today's assessments and prepare for the next generation of assessments.

## The *CBAL*® Initiative: Innovation in K–12 Assessment >

Through our long-term Cognitively Based Assessment *of, for,* and *as* Learning (*CBAL*®) research initiative, we hope to improve approaches to K–12 accountability assessment.

## English Language Learning and Assessment >

Learn about our research into the foundations of English language learning and assessment worldwide and in U.S. grades K–12.

## Human Capital and Large-Scale Assessment >

Our researchers seek to understand how data from large-scale international comparative surveys can be used to meet policy needs around the world.

ETS_H-1B Record_119

## Policy Research >

Our Policy and Evaluation Research Center conducts research and evaluations on public policy-related issues in education.

## Reading for Understanding >

In collaboration with other institutions, our research teams are working on the assessment strand of the U.S. Department of Education-funded Reading for Understanding Initiative.

## Statistics and Psychometrics >

This line of research at ETS promotes new and improved psychometric and statistical methods and capabilities through innovation and development of foundational knowledge.

## Understanding Teaching Quality >

We are working to develop and improve measurements of teachers' knowledge and effectiveness, as well as to understand how teachers can develop effective practices and apply them in the classroom.

## Workforce Readiness and 21st Century Skills >

ETS is focused on identifying and assessing the skills needed for today's workforce to support employe as they recruit the qualified workers they need to compete in the global economy.



**Find a Publication**

[Search >]

Advanced Search

**ETS Testing Programs**
- TOEFL Research
- TOEIC Research
- Praxis Research
- GRE Research

**Related Projects and Partners**
- NAEP
- Technology Assisted Reading Assessments

ETS_H-1B Record_120

2/3/2020                                   ETS Research: Topics

- IEA/ETS Research Institute
- National Comprehensive Center for Teacher Quality
- Measures of Effective Teaching

**Follow ETS Research:**   

ETS                                                                      +

Solutions                                                                +

Products                                                                 +



To advance quality and equity in education by providing fair and valid assessments, research and related services. Our products and services measure knowledge and skills, promote learning and performance, and support education and professional development for all people worldwide.

Legal  |  Privacy and Security  |  ETS Trademarks

Copyright © 2020 by Educational Testing Service. All rights reserved.
All trademarks are the property of their respective owners.

ETS_H-1B Record_121

# PLEASE SEND THIS COPY TO KCC UPON APPROVAL

PS|Ship - FedEx Label

Page 1 of 1



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX® (1-800-463-3339®).

ETS_H-1B Record_123

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| EAC2025450142 | | I129 - PETITION FOR A NONIMMIGRANT WORKER | |
| Received Date | Priority Date | Petitioner | |
| 06/16/2020 | | EDUCATIONAL TESTING SERVICE | |
| Notice Date | Page | Beneficiary | |
| 07/13/2020 | 1 of 2 | ZHAO, JING | |

| | |
|---|---|
| EDUCATIONAL TESTING SERVICE<br>c/o ELEANOR PELTA<br>MORGAN LEWIS AND BOCKIUS LLP<br>1111 PENNSYLVANIA AVE NW FL 12<br>WASHINGTON DC  20004 | Notice Type: Receipt Notice<br>Amount received: $1960.00 U.S.<br>Class requested: H1B |

**We have received the application or petition ("your case") listed above. This notice shows that your case was filed on the "Received Date" listed above.** It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Work authorization will only continue while this application or petition remains pending if expressly provided by statute or regulation and subject to any limitations prescribed therein.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Processing time** - Processing times vary by form type.
• Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
• If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
• When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| ZHAO, JING | 08/05/1986 | CHINA, PEOPLE'S<br>REPUBLIC OF | H1B | | |

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet, or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2025450142 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 06/16/2020 | | EDUCATIONAL TESTING SERVICE |
| **Notice Date** | **Page** | **Beneficiary** |
| 07/13/2020 | 2 of 2 | ZHAO, JING |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

ETS_H-1B Record_125

# Morgan Lewis

**Eleanor Pelta**
Partner
+1.202.739.5050
eleanor.pelta@morganlewis.com

January 11, 2021

**VIA OVERNIGHT COURIER**

Premium Processing Service
U.S. Citizenship and Immigration Service
Vermont Service Center
30 Houghton Street
St. Albans, VT 05479

RE:     **H-1B Petition by Educational Testing Service on behalf of Jing Zhao
        (EAC2025450142)**

**RESPONSE TO REQUEST FOR EVIDENCE**

Dear Sir or Madam:

We submit the following documents in duplicate in support of the above:

1. A copy of the Service's Request for Evidence.
2. Letter from the petitioner responding to the Request for Evidence.
3. Letter from the beneficiary's manager providing additional information about the complexity of the offered job duties and how the beneficiary's credentials qualify her to fulfill the responsibilities of the offered position.
4. Documentation from independent and authoritative reference sources regarding the complexity of duties of the offered position and the normal education and experience requirements for entry into similar positions.
5. Documentation from the petitioner relating to specific projects on which the beneficiary works.
6. Documentation from the petitioner relating to the education and experience credentials of similarly employed individuals.
7. Documentation from the petitioner regarding its normal recruitment and hiring practices for the offered position.

Should you have any questions, please contact me directly at 202.739.5050.

Regards,

Eleanor Pelta
EP/apm/Enclosures

**Morgan, Lewis & Bockius** LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States
**T** +1.202.739.3000
**F** +1.202.739.3001

DB1/ 118173764.1

**U.S. Department of Homeland Security**

U.S. Citizenship and Immigration Services
Vermont Service Center
30 Houghton St (VSC Premium Processing)
St. Albans, VT 05478-2399

September 25, 2020

EDUCATIONAL TESTING SERVICE
c/o ELEANOR PELTA
MORGAN LEWIS AND BOCKIUS LLP
1111 PENNSYLVANIA AVE NW FL 12
WASHINGTON, DC 20004




EAC2025450142

Beneficiary: ZHAO, JING

I-129, Petition for a Nonimmigrant Worker



## PREMIUM PROCESSING

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE RECEIPT NUMBER. THIS PAGE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested on the attached page(s). Include duplicate copies if you are requesting consular notification.

**Your response must be received in this office by December 21, 2020.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. See Title 8 Code of Federal Regulations (8 CFR), Section 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your form or benefit request will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center (UCC) at **1-800-375-5283**. If you are hearing impaired, please call the UCC TDD at **1-800-767-1833**.

**E38**

ETS_H-1B Record_127

**H-1B Specialty Occupation Worker - Introduction**

On June 16, 2020, your organization, EDUCATIONAL TESTING SERVICE (petitioner, petitioning organization, or you), filed a Form I-129, Petition for a Nonimmigrant Worker (Form I-129) with USCIS, seeking to classify ZHAO, JING (beneficiary) as an H-1B specialty occupation worker.

The H-1B classification applies to individuals who will perform services in a specialty occupation. A specialty occupation is one that requires theoretical and practical application of a body of highly specialized knowledge, and attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

You seek to amend the prior petition and requested that USCIS extend the beneficiary's stay.

You stated on the Form I-129 that you are an education and test measurement research organization with 3,088 employees. You seek to employ the beneficiary as a Senior Research User Specialist.

To process your petition and determine if you and the beneficiary are eligible, additional information is required. This request provides suggested evidence that you may submit to satisfy each eligibility criteria described below. You may:

- Submit one, some, or all of these items;
- Submit none of the suggested items and instead submit other evidence to satisfy the request;
- Explain how the evidence in the record already establishes eligibility; and/or
- Request a decision based on the record.

Note, however, that as the petitioner, you are responsible for providing evidence that demonstrates that you and the beneficiary meet all requirements. Evidence must show that all parties were eligible for the requested benefit when you filed the Form I-129 by a preponderance of the evidence.

Do not include with your response copies of documentation previously submitted.

If you are submitting evidence in response to this request, USCIS recommends that you submit:

- An index of the evidence and include corresponding tabs for each section of evidence.
- Clear and legible copies of the evidence. If legible copies are not possible, you may submit the original documents. Original documents, however, will be returned only if requested.

USCIS checks all petitions filed for this classification in its Validation Instrument for Business Enterprises (VIBE) system. VIBE uses commercially available data to validate basic information about organizations petitioning to employ foreign workers. For more information about this program, visit the USCIS website at www.uscis.gov/VIBE.

**Specialty Occupation**

You must establish that the beneficiary's proffered position is a specialty occupation. A specialty occupation is one that requires the theoretical and practical application of a body of highly specialized knowledge and that requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

To satisfy this requirement, you submitted:

- A letter of support from your company;



ETS_H-1B Record_128

- A certified Labor Condition Application (LCA) with an Occupation Title of Human Factors Engineers and Ergonomists and an SOC code of 17-2112.01; and
- Information about your organization's products or services.

**Qualifying Criteria:** To qualify as a specialty occupation, the position must meet at least one of the following criteria.

1. A bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
2. The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
3. The employer normally requires a degree or its equivalent for the position; or
4. The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

USCIS will discuss each of the qualifying criteria for specialty occupation below.  With your response, identify which of the specialty occupation qualifying criteria you believe has been satisfied.  If you believe the offered position satisfies multiple criteria, identify the evidence that you believe satisfies each criterion.

### 1. <u>Degree is Normally Minimum Requirement</u>

You may establish eligibility by showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

In your cover letter you indicate that you are eligible under this criterion.  However, you have not submitted evidence to support this claim or to explain how you reached this conclusion.

As such, the evidence provided is insufficient to establish the offered position as a specialty occupation under this criterion.

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:



- Relevant documentation from an informative career resource, such as the Department of Labor's Occupational Outlook Handbook (OOH), which describes the duties, work environment, education, training, skills, and other qualification requirements for the occupation.  Include a statement describing how the particular position relates to the occupation listed in the career guide and how the information in the career guide demonstrates that a bachelor's or higher degree in a specific specialty or its equivalent is normally the minimum requirement for the particular position.
- Any evidence you believe will establish that a bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position.

### 2.a. <u>Degree Common to the Industry</u>

You may establish eligibility by showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

In your cover letter you indicate that you are eligible under this criterion.  However, you have not submitted evidence to support this claim or to explain how you reached this conclusion.

As such, the evidence provided is insufficient to establish the offered position as a specialty occupation under this criterion.

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:

- Job postings or advertisements showing a degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.  Any job postings or advertisements should be supported by documentation of the following:
  - The date and source of the job posting or announcement;
  - A detailed description of the duties of the position and the educational, training, and experience requirements of the position;
  - The company or firm offering the position in these job postings or announcements is within your industry and is similar to your organization; and
  - The job postings or advertisements represent the industry standards for the position.
- Letters from an industry-related professional association indicating that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions.
- Copies of letters or affidavits from firms or individuals in the industry attesting that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions.  Any letter or affidavit should be supported by documentation of the following:
  - The writer's qualifications as an expert;
  - How the writer's conclusions were reached; and
  - The basis for the writer's conclusions, supported by copies or citations of any materials used.

**2.b. <u>Position So Complex or Unique</u>**

You may establish eligibility by showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion.

As evidence that the proffered position is so complex or unique that it can only be performed by an individual with a bachelor's or higher degree in a specific specialty, or its equivalent you submitted a description of the job duties for the beneficiary's proffered position.  However, the job duties, as described, do not appear to be of such complexity or uniqueness as to require the attainment of a bachelor's degree or higher degree in a specific specialty, or its equivalent.  The evidence of record does not establish that the proffered position is significantly different from other positions within the occupational category of Human Factors Engineers and Ergonomists.

As such, the evidence provided is insufficient to establish the offered position as a specialty occupation under this criterion.

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:

- Letters from an industry-related professional association indicating that the position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.
- Copies of letters or affidavits from firms or individuals in the industry attesting that the position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.  Any letter or affidavit should be supported by documentation of the following:
  - The writer's qualifications as an expert;



- The writer's knowledge of your business;
- How the writer's conclusions were reached; and
- The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles within your industry which demonstrate and highlight the specific complex or unique functions of the position, which can only be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

### 3. <u>Employer Normally Requires Degree or its Equivalent</u>

You may establish eligibility by showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

You did not submit any evidence for this criterion. Thus, you have not established eligibility under this criterion.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- An organizational chart showing your hierarchy and staffing levels with corresponding educational and experience requirements for the positions. The educational requirements should include the field of study (e.g. computer science) in addition to the educational level (e.g. bachelor's degree).
- Copies of present and past job postings or announcements for the proffered position showing that you require applicants to have a minimum of a bachelor's or higher degree in a specific specialty or its equivalent.
- Documentary evidence of your past employment practices for the position, including:
  - Documentation which lists the number of employees hired in the most recent two years for the position;
  - Copies of employment or pay records identifying past and present employees in this position;
  - Copies of degrees and/or transcripts to verify the level of education and field of study of each individual hired for this position in the last two years. Additionally, provide evidence to establish the duties that the individuals performed, such as official position descriptions, job offer letters, job postings, or performance reviews; and
  - An organizational chart or diagram, showing your organizational structure and staffing levels.
- Documentation that lists the educational, experience, training, and skills requirements of the offered position, such as official position descriptions, job offer letters, or job postings.

### 4. <u>Nature of Specific Duties So Specialized and Complex</u>

You may establish eligibility by demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion.

As evidence that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent you submitted a description of the job duties for the beneficiary's proffered position.

The job duties, as described, do not appear to be of such specialization or complexity as to require at least the attainment of a bachelor's degree in a specific specialty, or its equivalent. You have not sufficiently detailed how the duties of the proffered position are more specialized and complex as compared to the duties normally associated with Human Factors Engineers and Ergonomists.



ETS_H-1B Record_131

As such, the evidence provided is insufficient to establish the offered position as a specialty occupation under this criterion.

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:

- An explanation of the specific duties, as they relate to your products and services, and how the nature of those duties of the offered position are so specialized and complex, that they are usually associated with the attainment of a bachelor's degree or higher in a specific field of study; provide an explanation of what differentiates your products and services from other employers in the same industry.  Be specific and provide documentation to support any explanation of specialization and complexity.
- Copies of letters or affidavits from firms, individuals, professional associations, or customers attesting that the nature of your products and services are so specialized and complex that a bachelor's level of education, or higher, in a specific field of study is a prerequisite for entry into the offered position. Any letter or affidavit should be supported by documentation of the following:
  - The writer's qualifications as an expert;
  - How the writer's conclusions were reached; and
  - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles about your company that highlights the nature of your products and services and demonstrates that the specific duties of the offered position are so specialized and complex that a bachelor's level of education, or higher, in a specific field of study is a prerequisite for entry into the position.

### H-1B Extension Beyond the Sixth-Year



The maximum period of authorized admission for an H-1B worker is six years.  This six-year period includes time that the H-1B worker spent in intracompany transferee (L-1), temporary agricultural worker (H-2A), temporary nonagricultural worker (H-2B), or trainee (H-3) status.  USCIS records indicate that the beneficiary began their current period of authorized admission on January 4, 2010.  You requested to employ the beneficiary until September 30, 2023.  The requested employment period exceeds the six-year limit for H-1B workers.  There are several ways a beneficiary may qualify to extend their H-1B employment beyond the sixth-year limit:

- Seasonal or intermittent employment;
- Recapturing any time outside the United States;
- Remaining outside the United States for one continuous year, enabling the beneficiary to be eligible to start a new six-year period, subject to H-1B numerical limitation or exemptions;
- Exemption based on having an approved Immigrant Petition for Alien Worker (Form I-140), but being unable to adjust status due to limitation on visa availability by country based on section 104(c) of Public Law 106-313 (AC21) and Title 8, Code of Federal Regulations (8 CFR) section 214.2(h)(13)(iii)(E); or
- Exemption based on cases of lengthy adjudication of the beneficiary's lawful permanent resident status based on section 106 of AC21 and 8 CFR 214.2(h)(13)(iii)(D).

Since you seek to extend the beneficiary's H-1B stay beyond the six-year limit, you must establish eligibility for extension beyond the six-year limit.  As such, please submit additional evidence to satisfy this requirement.

Please return the requested information and all supporting documents with this original request on top. Responses for Premium Processing cases may be faxed to (802)-860-6900 or mailed to:

ETS_H-1B Record_132

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
30 HOUGHTON ST
ST ALBANS VT  05479

**The Premium Processing e-mail address** (vsc-premium.processing@uscis.dhs.gov) **may only be used for inquiries.  Do not send responses to the e-mail address.**



ETS_H-1B Record_133

USCIS Response to Coronavirus 2019 (COVID-19)

 **U.S. Citizenship and Immigration Services**

Home > News > Alerts > USCIS Extends Flexibility for Responding to Agency Requests

# USCIS Extends Flexibility for Responding to Agency Requests

Release Date : 09/11/2020

In response to the coronavirus (COVID-19) pandemic, U.S. Citizenship and Immigration Services is extending the flexibilities it announced on March 30, 2020, to assist applicants, petitioners, and requestors who are responding to certain:

- Requests for Evidence;
- Continuations to Request Evidence (N-14);
- Notices of Intent to Deny;
- Notices of Intent to Revoke;
- Notices of Intent to Rescind and Notices of Intent to Terminate regional investment centers;
- Motions to Reopen an N-400 Pursuant to 8 CFR 335.5, Receipt of Derogatory Information After Grant;
- Filing date requirements for Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA); or
- Filing date requirements for Form I-290B, Notice of Appeal or Motion.

## Notice/Request/Decision Issuance Date:

This flexibility applies to the above documents if the issuance date listed on the request, notice, or decision is between March 1, 2020, and Jan. 1, 2021, inclusive.

## Response Due Date:

USCIS will consider a response to the above requests and notices received within 60 calendar days after the response due date set in the request or notice before taking any action. Additionally, we will consider a Form N-336 or Form I-290B received up to 60 calendar days from the date of the decision before we take any action.

We are adopting several measures to protect our workforce and community and to minimize the immigration consequences for those seeking immigration benefits during this time.

USCIS will provide further updates as the situation develops and will continue to follow CDC guidance. Education and precautions are the strongest tools against COVID-19 infection. Please visit uscis.gov/coronavirus for USCIS updates.

Last Reviewed/Updated: 09/11/2020

ETS_H-1B Record_134

USCIS Response to Coronavirus 2019 (COVID-19)



Home > News > Alerts > USCIS Extends Flexibility for Responding to Agency Requests

# USCIS Extends Flexibility for Responding to Agency Requests

Release Date : 09/11/2020

In response to the coronavirus (COVID-19) pandemic, U.S. Citizenship and Immigration Services is extending the flexibilities it announced on March 30, 2020, to assist applicants, petitioners, and requestors who are responding to certain:

- Requests for Evidence;
- Continuations to Request Evidence (N-14);
- Notices of Intent to Deny;
- Notices of Intent to Revoke;
- Notices of Intent to Rescind and Notices of Intent to Terminate regional investment centers;
- Motions to Reopen an N-400 Pursuant to 8 CFR 335.5, Receipt of Derogatory Information After Grant;
- Filing date requirements for Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA); or
- Filing date requirements for Form I-290B, Notice of Appeal or Motion.

## Notice/Request/Decision Issuance Date:

This flexibility applies to the above documents if the issuance date listed on the request, notice, or decision is between March 1, 2020, and Jan. 1, 2021, inclusive.

## Response Due Date:

USCIS will consider a response to the above requests and notices received within 60 calendar days after the response due date set in the request or notice before taking any action. Additionally, we will consider a Form N-336 or Form I-290B received up to 60 calendar days from the date of the decision before we take any action.

We are adopting several measures to protect our workforce and community and to minimize the immigration consequences for those seeking immigration benefits during this time.

USCIS will provide further updates as the situation develops and will continue to follow CDC guidance. Education and precautions are the strongest tools against COVID-19 infection. Please visit uscis.gov/coronavirus for USCIS updates.

Last Reviewed/Updated: 09/11/2020

ETS_H-1B Record_135



January 7, 2021

USCIS
Vermont Service Center
30 Houghton Street
St. Albans, VT 05479-0001

Re:   **Petitioner:**      **Educational Testing Service**
      **Beneficiary:**     **Jing Zhao**
      **Job Title:**       **Senior Research User Specialist**

Dear Sir or Madam:

This letter is written in response to the Request for Evidence (RFE) concerning our H-1B petition on behalf of the Jing Zhao.

### THE NATURE OF THE SPECIFIC DUTIES IS SO SPECIALIZED AND COMPLEX THAT THE KNOWLEDGE REQUIRED TO PERFORM THE DUTIES IS USUALLY ASSOCIATED WITH THE ATTAINMENT OF A BACHELOR'S OR HIGHER DEGREE.

In order to understand how the proffered position satisfies the definition of "specialty occupation" as defined in Section 214(i)(1) of the Immigration and Nationality Act, the focus should be on the proposed job duties and not on any particular job title or job classification. The instant petition satisfies the definition of "specialty occupation" as defined in Section 214(i)(1) of the Immigration and Nationality Act requiring: (i) Theoretical and practical application of a body of highly specialized knowledge; and (ii) Attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. As explained herein, the proffered position requires the "application of a body of highly specialized knowledge." The term "specific specialty" is not defined in the statute or in the regulations, but in referencing "the" specific specialty, the statute clearly intends that the "specific specialty" relate back to the "body of highly specialized knowledge" that must be applied both in theory and in practice. There is no requirement in the statute of a unique or an exclusive degree related to the specialty occupation. Congress could have mandated a unique degree in creating the statute but it did not. Rather, the statute clearly contemplates that multiple bachelor's degree and advanced degree programs can center on the same "body of highly specialized knowledge." In the context of this petition, that "body of highly specialized knowledge" relates to concepts of cognitive science described below. While it is possible that other bachelor's degrees would also focus on the same "body of highly specialized knowledge," it is clear that the beneficiary's degree in Cognitive Science centers directly on this "body of highly specialized knowledge" in accordance with the statutory requirements for H-1B classification.



USCIS
Page 2

ETS is one of the largest education and assessment research organizations in the world. Our RTG investigates, develops, and applies cognitive science theories and methods to solve educational assessment problems. The RTG collaborates on a variety of internally and externally funded research agendas around innovative student and teacher assessment capabilities, including game- and simulations-based assessment. The RTG also develops the technology tools needed to deliver the assessment tasks, collect and analyze data, and report assessment results. In partnership with teams of psychometricians, statisticians, validity theorists, computational and applied linguists, IT developers, assessment developers, and other cognitive scientists from across ETS, the RTG creates, develops, and maintains valid, innovative, technology-enhanced assessments to assess complex competencies for educational and workforce contexts. The position offered to Dr. Zhao will focus on the design and development of user interfaces for these assessments and therefore requires advanced theoretical and practical knowledge of cognitive science applicable to scholarly and scientific experimentation and research.

Cognitive Science is the interdisciplinary, scientific study of the mind and its processes, examining the nature, tasks, and functions of cognition. At ETS, where our research mission centers on education and methods to improve learning, assessment, and measurement of results, our staff focuses on the cognitive mechanisms that underlie learning and thinking as well as the practice and interpretation of empirical and developmental research, how to use research to improve educational practices, and how to develop innovative methods built around new technologies. In order to perform the duties and responsibilities stated above, a Research User Specialist with ETS must have high level skills in the theories and methodologies of cognitive science; the roles played by cognition in education; quantitative research design, analysis, and reporting; human-computer interaction; and psychology. Such knowledge is usually associated with attainment of a baccalaureate or higher degree in Cognitive Science or a closely related field. Such an education is a "specific specialty" related to the specialty occupation because it provides the skills and knowledge necessary to perform in the specialty occupation.

_A bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position._

The RFE states that ETS "may establish eligibility by showing that a bachelor's degree or higher in a specific specialty is normally the minimum requirement for entry into the particular position" and that relevant evidence may include "relevant documentation from an informative career resource, such as the Department of Labor's Occupational Outlook Handbook" or other source.

Among its list of education-related occupations, the Department of Labor, Bureau of Labor Statistics' Occupational Employment Statistics (OES) does not contain a specific classification for a "Cognitive Scientist" or a professional who conducts research in cognition to develop user interfaces for assessments of human behavior as it relates to the use of technology for educational purposes. However, the duties of the Research User Specialist position offered to Dr. Zhao are consistent with those of the "Human Factors Engineers and Ergonomists" occupation

USCIS
Page 3

(SOC: 17-2122.01, a sub-category of "Industrial Engineers") described by the Department of Labor in various reference materials, having in commonalities such as:

> Design or evaluate systems to optimize human usability, quality or performance.
> Collect data through the conduct of tests.
> Collect information on topics such as requirements, needs, or interfaces.
> Prepare reports or presentations summarizing results or conclusions of testing, investigation, or validation activities.
> Assess user interface characteristics.
> Advocate for end users in collaboration with other professionals, including engineers, designers, and managers.
> Integrate human factors requirements into operational technologies.
> Develop or implement research methodologies or statistical analysis plans to test and evaluate developmental prototypes used in new products or processes.
> Design cognitive aids such as procedural storyboards.
> Provide human factors expertise on topics such as user-interface technology development.

Clearly, there exist numerous professional occupations, far in excess of the 461 occupations in the OES. Moreover, as the occupations set forth in the OES are broad generalized classifications, it cannot be expected, nor is it required under law or regulation, that a particular specialty occupation will match—job duty by job duty—the OES classification that appears to be the closest for LCA purposes. However, in this specific instance, as "Human Factors Engineers and Ergonomists" is entirely reasonable and appropriate.

The O*NET OnLine entry for "Human Factors Engineers and Ergonomists" states that the occupation falls within Job Zone 5, indicating that "extensive preparation" is needed; that "most of these occupations require graduate school;" and that approximately 81% of incumbents in this occupation have a Ph.D., Master's degree, or Post-baccalaureate certificate. Based upon this information, it is clear that the Department of Labor believes that a bachelor's degree or advanced degree represents a normal minimum requirement for this type of position.

**17-2112.01 Human Factors Engineers and Ergonomists**

Design objects, facilities, and environments to optimize human well-being and overall system performance, applying theory, principles, and data regarding the relationship between humans and respective technology. Investigate and analyze characteristics of human behavior and performance as it relates to the use of technology.
O*Net™ JobZone: 5
Education & Training Code: No Level Set

Source:                         HTTPS://WWW.FLCDATACENTER.COM/OESQUICKRESULTS.ASPX?CODE=17-2112&AREA=12100&YEAR=20&SOURCE=1

USCIS
Page 4

Source: HTTPS://WWW.FLCDATACENTER.COM/JOBZONE.ASPX#5

**JobZone Five: Extensive Preparation Needed**

**Experience:** Extensive skill, knowledge, and experience are needed for these occupations. Many require more than five years of experience. For example, surgeons must complete four years of college and an additional five to seven years of specialized medical training to be able to do their job.

**Education:** Most of these occupations require graduate school. For example, they may require a masters degree, and some require a Ph.D., M.D., or J.D. (law degree).

**Job Training:** Employees may need some on-the-job training, but most of these occupations assume that the person will already have the required skills, knowledge, work-related experience, and/or training.

**Examples:** These occupations often involve coordinating, training, supervising, or managing the activities of others to accomplish goals. Very advanced communication and organizational skills are required. Examples include librarians, lawyers, astronomers, biologists, clergy, surgeons, and veterinarians.

**SVP Range:** 8.0 and above

Similarly, Ferguson's Career Guidance Center does not have information directly corresponding to the exact duties of our Research User Specialist position but does include an entry for "User Experience Designers," indicating that a bachelor's degree is the normal minimum education level. The job description for this position within the Ferguson's Career Guidance Center taxonomy indicates that incumbents "create user interfaces for systems software, applications software, web sites, and other types of technology" using their "knowledge of design, programming, marketing, and human behavior to ensure that the user has a positive experience with the technology." This description has strong similarities to our offered position with the notable difference that our position performs research relating to user experience and therefore requires a more sophisticated and in-depth knowledge of subjects such as cognitive science, education, psychology, and statistics in order to develop and conduct research projects to test hypotheses, analyze and evaluate collected data, and publish results.

This information from two (2) separate, independent, and authoritative sources conclusively establishes that a bachelor's degree represents a normal minimum requirement for positions such as our Research User Specialist.

_The Position of Research User Specialist is Sufficiently Complex or Unique that a Degree is Required_

As described in the previously submitted documents and the enclosed letter from the beneficiary's manager, the proffered position helps guide the design and development of engaging, interactive, and innovative assessments; collaborate on research to support national and international testing programs (such as the National Assessment of Educational Progress

USCIS
Page 5

(NAEP), Test of English as a Foreign Language (TOEFL), and the Program for International Student Assessment (PISA)), and contribute to technologies for supporting access to assessments by students with disabilities. Our Research User Specialist position participates in client requirements-gathering sessions, usability testing, and design presentations as well as storyboarding and building (minimally) interactive prototypes. The position requires working knowledge of Web Content Accessibility Guidelines (WCAG) and experience in an Agile working environment.

The offered position is highly specialized. Factors making the position highly specialized include, but are not limited to:

- The large number of individuals taking the assessments on which the position works.
- The national and international scale of the assessments on which the position works.
- The multitude of cultural, educational, and other factors that must be considered and addressed when designing the user interface for each assessment.
- Performance of the specified duties requires both theoretical and applied knowledge of cognitive science, human-computer interaction, graphic design, and visual communication. Such knowledge generally is gained through a baccalaureate advanced degree program in Cognitive Studies, Human-Computer Interaction, Computer Science, or a closely related field.

The National Assessment of Educational Progress (NAEP) is the largest nationally representative and continuing assessment of what America's students know and can do in various subject areas, with tens of thousands students across the United States taking the assessment each year. TOEFL is one of the two major English-language tests in the world and is taken by more than 2 million individuals from dozens of different countries each year. Form 2018, approximately 600,000 individual students from 79 different countries completed PISA. Per international standards, our assessments must provide text alternatives for non-text content (such as images, videos, or sound recordings), provide captions and other alternatives for multimedia, content that can be presented in different ways (including assistive technologies) without losing meaning, make it easier to see and hear content, make all functionality available from a keyboard, help users navigate and find content, make text readable and understandable, make content appear and operate in predictable ways, and help users avoid and correct mistakes as well as a variety of other criteria.

This information clearly describes the unique nature of the offered position and makes clear the relevance of the stated minimum requirements to the duties and responsibilities of our Research User Specialist position. The totality of the information and documentation presented in relation to the beneficiary's education and employment experience, the nature of our business, and the duties to the undertaken present a compelling portrait of a position requiring a highly specific skill set that requires attainment of at least a bachelor's degree or its equivalent in Cognitive Studies, Human-Computer Interaction, Computer Science, or a closely related field. Accordingly, the position satisfies the definition of a "specialty occupation."

*Employer normally requires a degree or its equivalent*

The duties and responsibilities incumbent upon our Research User Specialist position are specialized and complex, requiring the theoretical and practical application of highly specialized knowledge in subjects such as information technology, communications, human behavior, management, and data science. ETS currently employs four (4) individuals as Research User Specialists or in similar positions: the beneficiary; Dr. Enruo Guo; Sindhura Jaladhanki; and Fang Fang. Each of these individuals earned an advanced degree in a field directly related to the duties and responsibilities incumbent upon our Research User Specialist position. Also, we have enclosed copies of advertisements previously used to solicit applicants for this position, which state that a university degree is required for entry into the position. The enclosed documentation clearly establish that our normal minimum requirements for the position include the attainment of a Bachelor's degree, or the equivalent, in Cognitive Studies, Human-Computer Interaction, Computer Science, or a related field.

*Nature of specific duties so specialized or complex that the knowledge required to perform them is associated with attainment of a bachelor's degree or its equivalent*

As described in the previously submitted documents and the enclosed letter from the beneficiary's manager, the proffered position helps guide the design and development of engaging, interactive, and innovative assessments; collaborate on research to support national and international testing programs (such as the National Assessment of Educational Progress (NAEP), Test of English as a Foreign Language (TOEFL), and the Program for International Student Assessment (PISA)), and contribute to technologies for supporting access to assessments by students with disabilities. Our Research User Specialist position participates in client requirements-gathering sessions, usability testing, and design presentations as well as storyboarding and building (minimally) interactive prototypes. The position requires working knowledge of Web Content Accessibility Guidelines (WCAG) and experience in an Agile working environment.

The offered position is highly specialized. Factors making the position highly specialized include, but are not limited to:

- The large number of individuals taking the assessments on which the position works.
- The national and international scale of the assessments on which the position works.
- The multitude of cultural, educational, and other factors that must be considered and addressed when designing the user interface for each assessment.
- Performance of the specified duties requires both theoretical and applied knowledge of cognitive science, human-computer interaction, graphic design, and visual communication. Such knowledge generally is gained through a baccalaureate advanced degree program in Cognitive Studies, Human-Computer Interaction, Computer Science, or a closely related field.

USCIS
Page 7

The National Assessment of Educational Progress (NAEP) is the largest nationally representative and continuing assessment of what America's students know and can do in various subject areas, with tens of thousands students across the United States taking the assessment each year. TOEFL is one of the two major English-language tests in the world and is taken by more than 2 million individuals from dozens of different countries each year. Form 2018, approximately 600,000 individual students from 79 different countries completed PISA. Per international standards, our assessments must provide text alternatives for non-text content (such as images, videos, or sound recordings), provide captions and other alternatives for multimedia, content that can be presented in different ways (including assistive technologies) without losing meaning, make it easier to see and hear content, make all functionality available from a keyboard, help users navigate and find content, make text readable and understandable, make content appear and operate in predictable ways, and help users avoid and correct mistakes as well as a variety of other criteria.

This information clearly describes the unique nature of the offered position and makes clear the relevance of the stated minimum requirements to the duties and responsibilities of our Research User Specialist position. The totality of the information and documentation presented in relation to the beneficiary's education and employment experience, the nature of our business, and the duties to the undertaken present a compelling portrait of a position requiring a highly specific skill set that requires attainment of at least a bachelor's degree or its equivalent in Cognitive Studies, Human-Computer Interaction, Computer Science, or a closely related field. Accordingly, the position satisfies the definition of a "specialty occupation."

The Beneficiary's Qualifications

The beneficiary was awarded a Doctoral degree in Cognitive Science in Education from Columbia University in 2018. Dr. Zhao also holds a Master of Science degree in Applied Statistics from Columbia University (2015). Master of Information degree from the Rutgers, The State University of New Jersey in May 2017. The enclosed letter from Dr. Zhao's manager provides extensive information explaining how the coursework completed relates to the duties and responsibilities of the offered position.

## CONCLUSION

This letter was prepared in support of the H-1B nonimmigrant petition only, and is not intended to be, nor should it be construed to be, a contract for employment. We will comply with the terms of the labor condition application for the duration of the authorized period of stay and will offer the beneficiary the reasonable costs of return transportation to the last place of residence abroad if the beneficiary is dismissed from employment before the end of such authorized stay.

If you have any questions, please contact our attorneys at Morgan, Lewis & Bockius LLP directly. Their Notice of Appearance is enclosed.

USCIS
Page 8


Sincerely,
**Educational Testing Service**

*Ritu Sahai*

Ritu Sahai
Immigration and Relo Coordinator



December 30, 2020

USCIS
Vermont Service Center
30 Houghton Street
St. Albans, VT 0547

Re:     **H-1B Petition by Educational Testing Service on behalf of Jing Zhao (EAC2025450142)**

<u>**RESPONSE TO REQUEST FOR EVIDENCE**</u>

Dear Sir or Madam:

This letter is written in support of the H-1B visa petition by Educational Testing Service on behalf of the Jing Zhao. I am Dr. Zhao's manager, with the title of General Manager and have the responsibility for overseeing the work of 17 employees, 2 of whom hold at least a bachelor's degree and 15 of whom hold advanced (master's or doctoral) degrees.

### THE OFFERED POSITION

We wish to employ Dr. Zhao in the position of Research User Specialist. This Research User Specialist will work as part of our Research Technology Group (RTG), a team of professionals in the fields of software engineering, graphic design, and cognitive science, among others, that supports the information technology needs of our Research Division. The RTG works with Research Scientists and other staff to develop solutions for new ideas in assessment, including innovative and interactive tasks (such as games, simulations, and dialogic interaction) as well as the tools to deliver the assessment tasks, collect and analyze data, and report assessment results. In this position, Dr. Zhao will perform the following duties:

- Use knowledge of, and experience with, working with software programmers, developers, or engineers; working with graphic designers; leading client requirements-gathering sessions; usability testing; leading design presentations; storyboarding; prototyping; graphic design; and the principles, practices, and standards from Human-Computer Interaction and/or User Experience Research to design prototypes and conduct usability evaluations for educational assessment and learning software or research tool applications that are visually engaging, accessible and easy to use.
- Work with research scientists and assessment specialists to develop prototypes or storyboards to convey the visual look and interface design of new assessments and applications.
- Work with programmers to take prototype or storyboards to a functioning program.



USCIS
Page 2

- Translate ideas from clients into visually engaging, accessible and highly usable designs through audience and needs analyses.
- Create prototypes for new assessment ideas designed to measure specific knowledge skills but allow the user to easily understand the task and how to use any interface tools required to complete the task.
- Design and conduct usability studies to test and revise prototypes during the development cycle.
- Assist other internal groups in user experience and/or graphic design processes.
- Analyze existing software applications and websites and redesign them to improve usability and graphic design for diverse audiences and operational effectiveness.
- Provide coaching and training in user-centered or graphic design concepts, principles, and practices to other internal design functions.
- Assist management in keeping abreast of trends and research in human computer interaction and/or graphic design as well as usability guidelines that change with evolving technologies.
- Collaborate with software engineers and designers, subject matter experts, product/project owners, and outside consultants to ensure that the finished product adheres to the design vision and conforms to internal technical, accessibility, and architectural standards.

The nature of these duties is extremely specialized and complex and requires the theoretical and practical application of highly specialized knowledge. Accordingly, minimum requirements for the position include the attainment of a Bachelor's degree, or equivalent, in Cognitive Science. This degree requirement is common to the industry in parallel positions among similar organizations.

**THE NATURE OF THE SPECIFIC DUTIES IS SO SPECIALIZED AND COMPLEX THAT THE KNOWLEDGE REQUIRED TO PERFORM THE DUTIES IS USUALLY ASSOCIATED WITH THE ATTAINMENT OF A BACHELOR'S OR HIGHER DEGREE.**

In order to understand how the proffered position satisfies the definition of "specialty occupation" as defined in Section 214(i)(1) of the Immigration and Nationality Act, the focus should be on the proposed job duties and not on any particular job title or job classification. While a job classification is relevant to the certification by the Department of Labor of our Form ETA-9035 Labor Condition Application ("LCA"), we respectfully maintain that the job classification itself does not create the standard by which a specialty occupation is defined. The actual job duties to be performed by the beneficiary should be viewed in the context of the employer's business and business needs, and whether those job duties (as opposed to a job classification) constitute a specialty occupation.

Independent of any job classification by the Department of Labor and its *Occupational Outlook Handbook* ("OOH"), the proffered job duties of Research User Specialist, at ETS, describe a role that requires: (i) theoretical and practical application of a body of highly specialized knowledge; and (ii) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. The minimum requirements for the Research User Specialist position offered to Dr. Zhao include a degree in Cognitive Science.

The instant petition satisfies the definition of "specialty occupation" as defined in Section 214(i)(1) of the Immigration and Nationality Act requiring: (i) Theoretical and practical application of a body of highly specialized knowledge; and (ii) Attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. As explained herein, the proffered position requires the "application of a body of highly specialized knowledge." The term "specific specialty" is not defined in the statute or in the regulations, but in referencing "the" specific specialty, the

USCIS
Page 3

statute clearly intends that the "specific specialty" relate back to the "body of highly specialized knowledge" that must be applied both in theory and in practice. There is no requirement in the statute of a unique or an exclusive degree related to the specialty occupation. Congress could have mandated a unique degree in creating the statute but it did not. Rather, the statute clearly contemplates that multiple bachelor's degree and advanced degree programs can center on the same "body of highly specialized knowledge." In the context of this petition, that "body of highly specialized knowledge" relates to concepts of cognitive science described below. While it is possible that other bachelor's degrees would also focus on the same "body of highly specialized knowledge," it is clear that the beneficiary's degree in Cognitive Science centers directly on this "body of highly specialized knowledge" in accordance with the statutory requirements for H-1B classification.

ETS is one of the largest education and assessment research organizations in the world. Our RTG investigates, develops, and applies cognitive science theories and methods to solve educational assessment problems. The RTG collaborates on a variety of internally and externally funded research agendas around innovative student and teacher assessment capabilities, including game- and simulations-based assessment. The RTG also develops the technology tools needed to deliver the assessment tasks, collect and analyze data, and report assessment results. In partnership with teams of psychometricians, statisticians, validity theorists, computational and applied linguists, IT developers, assessment developers, and other cognitive scientists from across ETS, the RTG creates, develops, and maintains valid, innovative, technology-enhanced assessments to assess complex competencies for educational and workforce contexts. The position offered to Dr. Zhao will focus on the design and development of user interfaces for these assessments and therefore requires advanced theoretical and practical knowledge of cognitive science applicable to scholarly and scientific experimentation and research.

Cognitive Science is the interdisciplinary, scientific study of the mind and its processes, examining the nature, tasks, and functions of cognition. At ETS, where our research mission centers on education and methods to improve learning, assessment, and measurement of results, our staff focuses on the cognitive mechanisms that underlie learning and thinking as well as the practice and interpretation of empirical and developmental research, how to use research to improve educational practices, and how to develop innovative methods built around new technologies. In order to perform the duties and responsibilities stated above, a Research User Specialist with ETS must have high level skills in the theories and methodologies of cognitive science: the roles played by cognition in education; quantitative research design, analysis, and reporting; human-computer interaction; and psychology. Such knowledge is usually associated with attainment of a baccalaureate or higher degree in Cognitive Science or a closely related field. Such an education is a "specific specialty" related to the specialty occupation because it provides the skills and knowledge necessary to perform in the specialty occupation.

<u>The Offered Position Qualifies As A Specialty Occupation</u>

We wish to employ the beneficiary in the specialty occupation of Research User Specialist as part of the Research Technology Group (RTG) within our Research and Development Division. The designers and engineers within the RTG support the information technology needs – design, development, and maintenance – of the R&D Division, working with Research Scientists and other staff to develop software solutions for new ideas in assessment, including innovative and interactive tasks (e.g., games, simulations, dialogic interaction) as well as the tools to deliver the assessment tasks, collect and analyze data, and report assessment results.

USCIS
Page 4

As Research User Specialist and part of Research Technology Group (RTG), the beneficiary will help guide the design and development of engaging, interactive, and innovative assessments; collaborate on research to support national and international testing programs (such as the National Assessment of Educational Progress (NAEP), Test of English as a Foreign Language (TOEFL), and the Program for International Student Assessment (PISA)), and contribute to technologies for supporting access to assessments by students with disabilities. Our Research User Specialist position participates in client requirements-gathering sessions, usability testing, and design presentations as well as storyboarding and building (minimally) interactive prototypes. The position requires working knowledge of Web Content Accessibility Guidelines (WCAG), experience in an Agile development environment, and working with technical staff as well as experience in assisting in client requirements-gathering sessions, usability testing, design presentations, storyboarding, and building (minimally) interactive prototypes.

The nature of these duties is extremely specialized and complex and requires the theoretical and practical application of highly specialized knowledge. Accordingly, minimum requirements for the position include the attainment of a Bachelor's degree, or equivalent, in Cognitive Science, Human-Computer Interaction or Computer Science. This degree requirement is common to the industry in parallel positions among similar organizations.

_The Position of Research User Specialist is Sufficiently Complex or Unique that a Degree is Required_

As described above, the proffered position will help guide the design and development of engaging, interactive, and innovative assessments; collaborate on research to support national and international testing programs (such as the National Assessment of Educational Progress (NAEP), Test of English as a Foreign Language (TOEFL), and the Program for International Student Assessment (PISA)), and contribute to technologies for supporting access to assessments by students with disabilities. Our Research User Specialist position participates in client requirements-gathering sessions, usability testing, and design presentations as well as storyboarding and building (minimally) interactive prototypes. The position requires working knowledge of Web Content Accessibility Guidelines (WCAG) and experience in an Agile working environment.

The offered position is highly specialized. Factors making the position highly specialized include:

- The large number of individuals taking the assessments on which the position works.
- The national and international scale of the assessments on which the position works.
- The multitude of cultural, educational, and other factors that must be considered and addressed when designing the user interface for each assessment.
- Performance of the specified duties requires both theoretical and applied knowledge of information science, human-computer interaction, graphic design, and visual communication. Such knowledge generally is gained through a baccalaureate advanced degree program in Information, Human-Computer Interaction, Computer Science, or a closely related field.

This information clearly describes the unique nature of the offered position and makes clear the relevance of the stated minimum requirements to the duties and responsibilities of our Research User Specialist position. The totality of the information and documentation presented in relation to the beneficiary's education and employment experience, the nature of our business, and the duties to the undertaken present a compelling portrait of a position requiring a highly specific skill set that requires attainment of at least a bachelor's degree or its equivalent in Information, Human-Computer Interaction, Computer Science, or a closely related field. Accordingly, the position satisfies the definition of a "specialty occupation."

USCIS
Page 5

*Nature of specific duties so specialized or complex that the knowledge required to perform them is*
*associated with attainment of a bachelor's degree or its equivalent*

As the detailed job duties above reflect, the role of Research User Specialist is so specialized and complex
that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or
higher degree in Information, Human-Computer Interaction or Computer Science.

The beneficiary was awarded a Doctor of Philosophy degree in Cognitive Studies in Education by Columbia
University in 2018 and also earned a Master of Science degree in Applied Statistics and Master of
Philosophy degree in Cognitive Studies in Education from the same university.

This degree program examines the cognitive mechanisms that underlie learning and thinking in school and
non-school settings. It trains students in basic theories of human cognition, the practice and interpretation of
empirical cognitive and developmental research, and how to use research to improve educational practices
and develop innovative methods built around new technologies. The curriculum includes cognitive,
developmental and educational psychology, and computer science which provide students with a valuable
perspective on cognition and learning. The curriculum and program requirements are designed to prepare
graduates for careers in several possible settings including research organizations (such as ETS), universities
seeking faculty in cognitive psychology, educational psychology, educational technology, reading, and
learning analytics.

Students in the Cognitive Science in Education Program begin by taking a set of core background courses,
then pursue one of eight areas of focus: Cognition and Learning, Intelligent Technologies, Reading Research,
Cognitive Science in Educational Practice, Children's Media, Creativity and Cognition, eLearning in the
Workplace, or Learning Analytics. Doctoral degree candidates such as Dr. Zhao undertake a program of
study developing cognitive science-based theoretical frameworks for informing the design of educational
technology, as well as for the creation of educational applications that serve as test beds for such theoretical
frameworks. Her Ph.D. degree program at Columbia recognizes the importance of computational and allied
technologies to both guide and be guided by cognitive research. Many of the courses completed by Dr. Zhao
are cross-listed with the programs in Communication, Computing, and Instructional Technology in the
Department of Mathematics, Science, and Technology.

This specialized and highly complex knowledge is critical to the successful performance of the above-stated
job duties as a Research User Specialist and form the fundamental core of required knowledge and skills.
The below information about the beneficiary's specific coursework clearly shows the direct relationship
between the courses taken and the duties of the offered position. The duties of our Research User Specialist
position certainly require an incumbent to possess a specialized bachelor's degree or its equivalent in
Cognitive Studies, Human-Computer Interaction or Computer Science as means to acquire the necessary
theoretical and practical knowledge. The beneficiary's doctoral and other advanced degrees are directly
related to the body of highly specialized knowledge required to perform the duties of the Research User
Specialist with ETS.

### The Beneficiary's Qualifications

The beneficiary was awarded a Doctor of Philosophy degree in Cognitive Studies in Education by Columbia
University in 2018 and also earned a Master of Science degree in Applied Statistics and Master of
Philosophy degree in Cognitive Studies in Education from the same university. The enclosed and previously
submitted transcript of coursework completed toward these degrees makes clear the relevance of these
degrees to the duties and responsibilities of our Research User Specialist position. Information about the

USCIS
Page 6

relevance of a sampling of the beneficiary's advanced degree coursework to the duties and responsibilities of our Research User Specialist position is as follows:

- Cognition and Computers - This course explores ideas about cognition and knowledge representation and how they relate to the use of computers in instruction. Students select a subject area, learn to represent knowledge from it so that it can be implemented in a computer instructional system, and use the knowledge representation to characterize the cognitive prerequisites and consequences of learning to use computers.

- Visual Explanations - Surveys production and comprehension of visualizations ranging from ancient cave paintings and petroglyphs to diagrams, charts, graphs, comics, picture books, photographs, gesture, and film to extract and apply techniques for conveying objects, actions, forces relations, and emotions, meanings that are both inherently visible and non-visible. Implications for education, art, media, and HCI are drawn.

- Latent Structure Analysis – Using Mplus, a statistical modeling program that provides researchers with a flexible tool to analyze their data, this course covers path analysis, confirmatory factor analysis, structural equation modeling, and latent class extensions of SEM.

- Cognition and Learning – This course focuses on cognitive and information-processing approaches to attention, learning, language, memory, and reasoning.

- Psychology of Thinking – This course examines cognitive psychology theories and research about various kinds of thinking, what each kind is best suited for, and problems people have with it. Also examines the best ways of learning from each kind of thinking.

- Multivariate Analysis – This course covers Matrix algebra, multivariate normality, multivariate regression, multivariate analysis of variance, multivariate analysis of covariance, and exploratory factor analysis. Other possible topics include canonical correlation, repeated measures analysis, and categorical data analysis. The techniques will be implemented using SAS and SPSS statistical software applications.

The beneficiary's academic credentials provide an ideal set of highly specialized and advanced theoretical and practical knowledge directly related to the duties and responsibilities of our Research User Specialist position.

If you have any questions, please contact our attorneys at Morgan, Lewis & Bockius LLP directly.

Sincerely,

**Educational Testing Service**

Kara McWilliams
General Manager
660 Rosedale Road | Princeton, NJ 08541 | Email: kmcwilliams@ets.org | Phone: 609-252-8456

 **O*NET OnLine**

## Summary Report for:

Updated 2020

Bright Outlook

### 17-2112.01 - Human Factors Engineers and Ergonomists

Design objects, facilities, and environments to optimize human well-being and overall system performance, applying theory, principles, and data regarding the relationship between humans and respective technology. Investigate and analyze characteristics of human behavior and performance as it relates to the use of technology.

**Sample of reported job titles:** Certified Professional Ergonomist, Cognitive Engineer, Consulting Ergonomist, Ergonomic Consultant, Ergonomics Consultant, Ergonomics Technical Advisor, Ergonomist, Human Factors Advisor, Human Factors Engineer, Occupational Ergonomist

| View report: | Summary | Details | Custom |
|---|---|---|---|

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education | Credentials | Interests | Work Styles | Work Values | Wages & Employment | Job Openings | Additional Information

## Tasks

 All 25 displayed

- ⊕ Design or evaluate human work systems, using human factors engineering and ergonomic principles to optimize usability, cost, quality, safety, or performance.
- ⊕ Develop or implement human performance research, investigation, or analysis protocols.
- ⊕ Recommend workplace changes to improve health and safety, using knowledge of potentially harmful factors, such as heavy loads or repetitive motions.
- ⊕ Prepare reports or presentations summarizing results or conclusions of human factors engineering or ergonomics activities, such as testing, investigation, or validation.
- ⊕ Inspect work sites to identify physical hazards.
- ⊕ Collect data through direct observation of work activities or witnessing the conduct of tests.
- ⊕ Provide technical support to clients through activities, such as rearranging workplace fixtures to reduce physical hazards or discomfort or modifying task sequences to reduce cycle time.
- ⊕ Conduct interviews or surveys of users or customers to collect information on topics, such as requirements, needs, fatigue, ergonomics, or interfaces.
- ⊕ Perform functional, task, or anthropometric analysis, using tools, such as checklists, surveys, videotaping, or force measurement.
- ⊕ Integrate human factors requirements into operational hardware.
- ⊕ Advocate for end users in collaboration with other professionals, including engineers, designers, managers, or customers.
- ⊕ Write, review, or comment on documents, such as proposals, test plans, or procedures.
- ⊕ Train users in task techniques or ergonomic principles.
- ⊕ Establish system operating or training requirements to ensure optimized human-machine interfaces.
- ⊕ Develop or implement research methodologies or statistical analysis plans to test and evaluate developmental prototypes used in new products or processes, such as cockpit designs, user workstations, or computerized human models.
- ⊕ Assess the user-interface or usability characteristics of products.
- ⊕ Review health, safety, accident, or worker compensation records to evaluate safety program effectiveness or to identify jobs with high incidence of injury.
- ⊕ Conduct research to evaluate potential solutions related to changes in equipment design, procedures, manpower, personnel, or training.
- ⊕ Analyze complex systems to determine potential for further development, production, interoperability, compatibility, or usefulness in a particular area, such as aviation.
- ⊕ Estimate time or resource requirements for ergonomic or human factors research or development projects.
- ⊕ Apply modeling or quantitative analysis to forecast events, such as human decisions or behaviors, the structure or processes of organizations, or the attitudes or actions of human groups.
- ⊕ Operate testing equipment, such as heat stress meters, octave band analyzers, motion analysis equipment, inclinometers, light meters, thermoanemometers, sling psychrometers, or colorimetric detection tubes.
- ⊕ Provide human factors technical expertise on topics, such as advanced user-interface technology development or the role of human users in automated or autonomous sub-systems in advanced vehicle systems.
- ⊕ Design cognitive aids, such as procedural storyboards or decision support systems.

ETS_H-1B Record_150

⊕ Investigate theoretical or conceptual issues, such as the human design considerations of lunar landers or habitats.

Find occupations related to multiple tasks

back to top

## Technology Skills

 All 15 displayed   Show 34 tools used

⊕ **Analytical or scientific software** — SAS 🔥 ; The MathWorks MATLAB 🔥 ; Thought Technology BioGraph Infiniti; Triangle Research Collaborative Observational Coding System OCS Tools (see all 19 examples)

⊕ **Computer aided design CAD software** 🔥 — Dassault Systemes CATIA

⊕ **Development environment software** — Microsoft Visual Basic 🔥 ; National Instruments LabVIEW 🔥

⊕ **Graphical user interface development software** — Altia Design; Seeing Machines faceLAB

⊕ **Graphics or photo imaging software** — Adobe Systems Adobe Flash; Adobe Systems Adobe Illustrator 🔥 ; Adobe Systems Adobe Photoshop 🔥 ; Microsoft Visio 🔥 (see all 5 examples)

⊕ **Internet browser software** — Apple Safari; Microsoft Internet Explorer; Mozilla Firefox

⊕ **Object or component oriented development software** — C++ 🔥 ; jQuery 🔥 ; Oracle Java 🔥

⊕ **Office suite software** — Microsoft Office 🔥

⊕ **Presentation software** — Microsoft PowerPoint 🔥

⊕ **Program testing software** — TechSmith Morae

⊕ **Spreadsheet software** — Microsoft Excel 🔥

⊕ **Video creation and editing software** — TechSmith Camtasia

⊕ **Web page creation and editing software** — Adobe Systems Adobe Dreamweaver

⊕ **Web platform development software** — AJAX 🔥 ; Cascading Style Sheets CSS 🔥 ; Hypertext markup language HTML 🔥 ; JavaScript 🔥 (see all 5 examples)

⊕ **Word processing software** — Microsoft Word 🔥

🔥 Hot Technology — a technology requirement frequently included in employer job postings.

back to top

## Knowledge

 All 7 displayed

⊕ **Engineering and Technology** — Knowledge of the practical application of engineering science and technology. This includes applying principles, techniques, procedures, and equipment to the design and production of various goods and services.

⊕ **Psychology** — Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders.

⊕ **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.

⊕ **Design** — Knowledge of design techniques, tools, and principles involved in production of precision technical plans, blueprints, drawings, and models.

⊕ **Education and Training** — Knowledge of principles and methods for curriculum and training design, teaching and instruction for individuals and groups, and the measurement of training effects.

⊕ **Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.

⊕ **Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.

back to top

## Skills

 All 20 displayed

⊕ **Complex Problem Solving** — Identifying complex problems and reviewing related information to develop and evaluate options and implement solutions.

⊕ **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.

⊕ **Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.

⊕ **Speaking** — Talking to others to convey information effectively.

ETS_H-1B Record_151

- **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- **Writing** — Communicating effectively in writing as appropriate for the needs of the audience.
- **Judgment and Decision Making** — Considering the relative costs and benefits of potential actions to choose the most appropriate one.
- **Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.
- **Systems Evaluation** — Identifying measures or indicators of system performance and the actions needed to improve or correct performance, relative to the goals of the system.
- **Monitoring** — Monitoring/Assessing performance of yourself, other individuals, or organizations to make improvements or take corrective action.
- **Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.
- **Learning Strategies** — Selecting and using training/instructional methods and procedures appropriate for the situation when learning or teaching new things.
- **Mathematics** — Using mathematics to solve problems.
- **Operations Analysis** — Analyzing needs and product requirements to create a design.
- **Systems Analysis** — Determining how a system should work and how changes in conditions, operations, and the environment will affect outcomes.
- **Technology Design** — Generating or adapting equipment and technology to serve user needs.
- **Instructing** — Teaching others how to do something.
- **Coordination** — Adjusting actions in relation to others' actions.
- **Science** — Using scientific rules and methods to solve problems.
- **Time Management** — Managing one's own time and the time of others.

<u>back to top</u>

## Abilities

  All 21 displayed

- **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.
- **Inductive Reasoning** — The ability to combine pieces of information to form general rules or conclusions (includes finding a relationship among seemingly unrelated events).
- **Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.
- **Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.
- **Written Comprehension** — The ability to read and understand information and ideas presented in writing.
- **Written Expression** — The ability to communicate information and ideas in writing so others will understand.
- **Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).
- **Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
- **Speech Clarity** — The ability to speak clearly so others can understand you.
- **Speech Recognition** — The ability to identify and understand the speech of another person.
- **Category Flexibility** — The ability to generate or use different sets of rules for combining or grouping things in different ways.
- **Fluency of Ideas** — The ability to come up with a number of ideas about a topic (the number of ideas is important, not their quality, correctness, or creativity).
- **Near Vision** — The ability to see details at close range (within a few feet of the observer).
- **Originality** — The ability to come up with unusual or clever ideas about a given topic or situation, or to develop creative ways to solve a problem.
- **Mathematical Reasoning** — The ability to choose the right mathematical methods or formulas to solve a problem.
- **Flexibility of Closure** — The ability to identify or detect a known pattern (a figure, object, word, or sound) that is hidden in other distracting material.
- **Number Facility** — The ability to add, subtract, multiply, or divide quickly and correctly.
- **Visualization** — The ability to imagine how something will look after it is moved around or when its parts are moved or rearranged.
- **Far Vision** — The ability to see details at a distance.
- **Selective Attention** — The ability to concentrate on a task over a period of time without being distracted.
- **Speed of Closure** — The ability to quickly make sense of, combine, and organize information into meaningful patterns.

ETS_H-1B Record_152

12/15/2020                                    17-2112.01 - Human Factors Engineers and Ergonomists

back to top

## Work Activities

 All 27 displayed

- **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.
- **Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.
- **Interacting With Computers** — Using computers and computer systems (including hardware and software) to program, write software, set up functions, enter data, or process information.
- **Analyzing Data or Information** — Identifying the underlying principles, reasons, or facts of information by breaking down information or data into separate parts.
- **Making Decisions and Solving Problems** — Analyzing information and evaluating results to choose the best solution and solve problems.
- **Updating and Using Relevant Knowledge** — Keeping up-to-date technically and applying new knowledge to your job.
- **Provide Consultation and Advice to Others** — Providing guidance and expert advice to management or other groups on technical, systems-, or process-related topics.
- **Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time.
- **Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.
- **Thinking Creatively** — Developing, designing, or creating new applications, ideas, relationships, systems, or products, including artistic contributions.
- **Documenting/Recording Information** — Entering, transcribing, recording, storing, or maintaining information in written or electronic/magnetic form.
- **Organizing, Planning, and Prioritizing Work** — Developing specific goals and plans to prioritize, organize, and accomplish your work.
- **Processing Information** — Compiling, coding, categorizing, calculating, tabulating, auditing, or verifying information or data.
- **Evaluating Information to Determine Compliance with Standards** — Using relevant information and individual judgment to determine whether events or processes comply with laws, regulations, or standards.
- **Interpreting the Meaning of Information for Others** — Translating or explaining what information means and how it can be used.
- **Monitor Processes, Materials, or Surroundings** — Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems.
- **Training and Teaching Others** — Identifying the educational needs of others, developing formal educational or training programs or classes, and teaching or instructing others.
- **Communicating with Persons Outside Organization** — Communicating with people outside the organization, representing the organization to customers, the public, government, and other external sources. This information can be exchanged in person, in writing, or by telephone or e-mail.
- **Developing and Building Teams** — Encouraging and building mutual trust, respect, and cooperation among team members.
- **Estimating the Quantifiable Characteristics of Products, Events, or Information** — Estimating sizes, distances, and quantities; or determining time, costs, resources, or materials needed to perform a work activity.
- **Judging the Qualities of Things, Services, or People** — Assessing the value, importance, or quality of things or people.
- **Developing Objectives and Strategies** — Establishing long-range objectives and specifying the strategies and actions to achieve them.
- **Coaching and Developing Others** — Identifying the developmental needs of others and coaching, mentoring, or otherwise helping others to improve their knowledge or skills.
- **Coordinating the Work and Activities of Others** — Getting members of a group to work together to accomplish tasks.
- **Performing Administrative Activities** — Performing day-to-day administrative tasks such as maintaining information files and processing paperwork.
- **Inspecting Equipment, Structures, or Material** — Inspecting equipment, structures, or materials to identify the cause of errors or other problems or defects.
- **Selling or Influencing Others** — Convincing others to buy merchandise/goods or to otherwise change their minds or actions.

back to top

## Detailed Work Activities

 All 19 displayed

- Analyze operational data to evaluate operations, processes or products.
- Develop technical methods or processes.

ETS_H-1B Record_153

12/15/2020                                    17-2112.01 - Human Factors Engineers and Ergonomists

- Advise others on health and safety issues.
- Devise research or testing protocols.
- Document design or operational test results.
- Inspect facilities or sites to determine if they meet specifications or standards.
- Research human performance or health factors related to engineering or design activities.
- Confer with technical personnel to prepare designs or operational plans.
- Prepare proposal documents.
- Train personnel on proper operational procedures.
- Determine operational criteria or specifications.
- Assess product or process usefulness.
- Investigate safety of work environment.
- Estimate technical or resource requirements for development or production projects.
- Estimate time requirements for development or production projects.
- Create models of engineering designs or methods.
- Test performance of electrical, electronic, mechanical, or integrated systems or equipment.
- Recommend technical design or process changes to improve efficiency, quality, or performance.
- Prepare procedural documents.

<u>Find occupations related to multiple detailed work activities</u>

back to top

## Work Context

 All 21 displayed

- **Electronic Mail** — 100% responded "Every day."
- **Telephone** — 71% responded "Every day."
- **Face-to-Face Discussions** — 62% responded "Every day."
- **Freedom to Make Decisions** — 62% responded "A lot of freedom."
- **Duration of Typical Work Week** — 67% responded "More than 40 hours."
- **Structured versus Unstructured Work** — 50% responded "A lot of freedom."
- **Contact With Others** — 43% responded "Contact with others most of the time."
- **Indoors, Environmentally Controlled** — 55% responded "Every day."
- **Work With Work Group or Team** — 50% responded "Very important."
- **Importance of Being Exact or Accurate** — 43% responded "Very important."
- **Spend Time Sitting** — 38% responded "More than half the time."
- **Letters and Memos** — 43% responded "Once a week or more but not every day."
- **Responsible for Others' Health and Safety** — 48% responded "Very high responsibility."
- **Time Pressure** — 57% responded "Once a week or more but not every day."
- **Coordinate or Lead Others** — 38% responded "Very important."
- **Impact of Decisions on Co-workers or Company Results** — 43% responded "Important results."
- **Frequency of Decision Making** — 29% responded "Once a month or more but not every week."
- **Deal With External Customers** — 38% responded "Very important."
- **Responsibility for Outcomes and Results** — 43% responded "Moderate responsibility."
- **Physical Proximity** — 38% responded "Moderately close (at arm's length)."
- **Level of Competition** — 48% responded "Moderately competitive."

back to top

## Job Zone

| | |
|---|---|
| **Title** | Job Zone Five: Extensive Preparation Needed |
| **Education** | Most of these occupations require graduate school. For example, they may require a master's degree, and some require a Ph.D., M.D., or J.D. (law degree). |
| **Related Experience** | Extensive skill, knowledge, and experience are needed for these occupations. Many require more than five years of experience. For example, surgeons must complete four years of college and an additional five to |

ETS_H-1B Record_154

12/15/2020                     17-2112.01 - Human Factors Engineers and Ergonomists

seven years of specialized medical training to be able to do their job.

**Job Training** Employees may need some on-the-job training, but most of these occupations assume that the person will already have the required skills, knowledge, work-related experience, and/or training.

**Job Zone Examples** These occupations often involve coordinating, training, supervising, or managing the activities of others to accomplish goals. Very advanced communication and organizational skills are required. Examples include pharmacists, lawyers, astronomers, biologists, clergy, neurologists, and veterinarians.

**SVP Range** (8.0 and above)

back to top

## Education

| Percentage of Respondents | Education Level Required |
|---|---|
| 48 | Master's degree |
| 19 | Doctoral degree |
| 14 | Post-baccalaureate certificate  |

back to top

## Credentials



back to top

## Interests

 All 2 displayed

Interest code: **IR**   Want to discover your interests? Take the O*NET Interest Profiler at My Next Move.

- ✪ **Investigative** — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.
- ✪ **Realistic** — Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

back to top

## Work Styles

 All 16 displayed

- ✪ **Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations.
- ✪ **Analytical Thinking** — Job requires analyzing information and using logic to address work-related issues and problems.
- ✪ **Integrity** — Job requires being honest and ethical.
- ✪ **Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.
- ✪ **Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude.
- ✪ **Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace.
- ✪ **Initiative** — Job requires a willingness to take on responsibilities and challenges.
- ✪ **Persistence** — Job requires persistence in the face of obstacles.
- ✪ **Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job.
- ✪ **Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high stress situations.
- ✪ **Achievement/Effort** — Job requires establishing and maintaining personally challenging achievement goals and exerting effort toward mastering tasks.
- ✪ **Self Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations.
- ✪ **Independence** — Job requires developing one's own ways of doing things, guiding oneself with little or no supervision, and depending on oneself to get things done.
- ✪ **Innovation** — Job requires creativity and alternative thinking to develop new ideas for and answers to work-related problems.
- ✪ **Leadership** — Job requires a willingness to lead, take charge, and offer opinions and direction.

ETS_H-1B Record_155

✚ **Social Orientation** — Job requires preferring to work with others rather than alone, and being personally connected with others on the job.

back to top

## Work Values

 All 3 displayed

✚ **Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.

✚ **Working Conditions** — Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.

✚ **Independence** — Occupations that satisfy this work value allow employees to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy.

back to top

## Wages & Employment Trends

Median wage data for **Industrial Engineers**.
Employment data for **Industrial Engineers**.
Industry data for **Industrial Engineers**.

| | |
|---|---|
| **Median wages (2019)** | $42.32 hourly, $88,020 annual |
| **State wages** | Select a State ▾ [Go] |
| **Local wages** | ZIP Code: [Go] |
| **Employment (2019)** | 295,800 employees |
| **Projected growth (2019-2029)** | ▪▪▪▪ Much faster than average (8% or higher) |
| **Projected job openings (2019-2029)** | 21,300 |
| **State trends** | Select a State ▾ [Go] |
| **Top industries (2019)** | Manufacturing<br>Professional, Scientific, and Technical Services |

Source: Bureau of Labor Statistics 2019 wage data ⬈ and 2019-2029 employment projections ⬈. "Projected growth" represents the estimated change in total employment over the projections period (2019-2029). "Projected job openings" represent openings due to growth and replacement.

back to top

## Job Openings on the Web

 Find Jobs

back to top

## Sources of Additional Information

 All 9 displayed

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- American Psychological Association Division 21: Applied Experimental and Engineering Psychology ⬈
- Association for Aviation Psychology ⬈
- Board of Certification in Professional Ergonomics ⬈
- Human Factors and Ergonomics Society ⬈
- IEEE ⬈
- Institute of Industrial and Systems Engineers ⬈
- Occupational Outlook Handbook: Industrial engineers ⬈
- SAE International ⬈
- Society of Women Engineers ⬈

back to top

ETS_H-1B Record_156

ETS_H-1B Record_157



Access Provided by Morgan, Lewis & Bokius

☰                    Ferguson's
                     **Career Guidance Center**                                    🔍

---

## User Experience Designers

<u>**Profession Profile**</u>    <u>Related Professions</u>    <u>Find a Job</u>

**Save** 📁    **Share** ◄    **Cite** 99    **Read Aloud** 🔊

**Back to Search Results›**

| Table of Contents                     ▼ |
| --- |



**Watch Video** 👁

*user experience architects.*

### Overview

*User experience designers* create user interfaces for systems software, applications software, Web sites, and other types of technology. They use their knowledge of design, programming, marketing, and human behavior to ensure that the user has a positive experience with the technology. User experience designers are also known as *UX designers* and

### Quick Facts

💲 **Median Salary:**
$87,643

🏛 **Minimum Education Level:**
Bachelor's Degree

📖 **School Subjects:**
Business
Computer Science
Psychology

📇 **Alternate Title(s):**
User Experience
Architects, UX Designers

📏 **Work Environment:**
Primarily Indoors

📍 **Best Geographic Location(s):**
Opportunities are available throughout the country

🖥 **Experience:**
Internship or co-operative educational experience

📋 **Duties:**
Create user interfaces for systems software, applications software, Web sites, and other types of technology

🏃 **Outlook:**
Much Faster than the Average

👤 **Personality Traits:**
Artistic
Creative
Technical

👤 **Skills:**
Computer
Digital Media
Drawing/Design

✳ **Certification or Licensing:**
Recommended

⭐ **Special Requirements:**
None

👟 **Career Ladder:**
^ Chief Technology Officer
User Experience Design Manager
Senior User Experience Designer
User Experience Designer

👤 **Employment Prospects:**
Good

📈 **Advancement Prospects:**
Good

[ ] **Career Classification Codes:**
NOC: 2252, 5241
O*NET-SOC: 27-1021.00, 27-1024.00

---

### History

User experience design traces its origin to the field of ergonomics, which aims to increase human productivity, comfort, safety, and health through the design of human-centered equipment, furniture, techniques, and work methods.

Some also trace the beginnings of the UX design movement to the publication of *Designing for People* in 1955 by the industrial designer Henry Dreyfuss. In it, he wrote "When the point of contact between the product and the people becomes a point of friction, then the industrial designer has failed. On the

Access Provided by Morgan, Lewis & Bockius

≡        Ferguson's
         ## Career Guidance Center                                    🔍

research and development lab that developed enduring tools of human-computer interaction such as the mouse, the graphical user interface, and computer-generated bitmap graphics. Both Apple and Microsoft incorporated the work of PARC into their products.

In 1995, Donald Norman—an engineer, cognitive scientist, and the author of *The Design of Everyday Things* (1988)—began working at Apple to improve the usability and appearance of its products. He asked to be called a *user experience architect,* which many consider the first use of the job title.

Apple was already well-known for creating visually appealing and user-friendly products, but its 2007 release of the iPhone established even higher user experience and design standards throughout the tech industry, and in other industries that used technology. In the last decade, demand has grown for UX designers as a result of the continuing popularity of the Internet and the rapid adoption of smartphones and other mobile computing devices.

## The Job

"User experience design as a discipline is concerned with all the elements that together make up that interface, including layout, visual design, text, brand, sound, and interaction," according to the User Experience Professionals Association (UXPA). "User experience works to coordinate these elements to allow for the best possible interaction by users."

According to the UXPA, the typical user experience design process is broken down into four phases: Analysis, Design, Implementation, and Deployment.

**Analysis Phase**

- meet with key stakeholders (e.g., clients, executives, programmers, marketing workers, engineers, quality assurance specialists, and other UX designers) to establish goals and the budget for the project
- conduct field studies in which data is collected about users, user needs, and product requirements; these studies involve both interviewing users and observing their behavior when they use similar products
- investigate similar products offered by competitors
- document user scenarios (i.e., every way in which users might potentially utilize the product)
- document user performance requirements (i.e., what they expect in regard to layout, visual design, text, sound, etc.)
- develop a task analysis (i.e., the steps that must be taken to create the product)

**Design Phase**

- brainstorm design concepts and metaphors (graphic elements that mimic or copy real-life objects like buttons)
- develop screen flow (the order in which users will see various interfaces as they navigate the product) and navigation models (which define where users start, how they navigate through the product, and all of the major elements of the product such as screens)
- develop a wireframe (a basic outline of navigation and content elements that make up a user interface)
- experiment with and test design concepts
- create prototypes on paper (these are known as low fidelity prototypes)
- conduct usability testing on low-fidelity prototypes
- convert approved low-fidelity prototypes to digital prototypes (which are known as high-fidelity prototypes)
- conduct usability testing again
- document standards and guidelines
- create design specifications for review by executives and customers

**Implementation Phase**

- conduct ongoing heuristic evaluations (a usability inspection method for software or hardware in which the interface is compared against accepted usability principles, commonly referred to as heuristics) to identify areas in which the product does not follow those principles
- fix design issues and any other problems that have been identified
- work closely with programmers, clients, and executives on various aspects of the design
- conduct usability testing

**Deployment Phase**

Access Provided by Morgan, Lewis & Bekius



≡        Ferguson's
         **Career Guidance Center**        

## Earnings

According to the User Experience Professionals Association, user experience designers earned median salaries of $87,643 in 2014. The lowest 25 percent of all UX professionals earned $67,000, and the highest 25 percent earned $120,000. The UXPA reports that UX professionals received the following median annual salaries by level of experience:

- 0–1 years: $59,544
- 5–7 years: $85,000
- 11–15 years: $110,000
- 21+ years: $135,528

User experience designers receive a wide range of benefits, including paid holidays, vacations, and sick and personal days; retirement and pension plans; and medical, dental, and life insurance. In areas where there is a shortage of qualified UX designers, companies offer signing bonuses, stock options, and flexible work schedules to attract candidates.

## Work Environment

User experience designers typically enjoy a casual work environment—except, of course, when deadlines loom or when disagreements occur about the design process. Designers spend much of their work days at the computer and in meetings with other members of the design team. Some UX designers work from home offices. Travel is required during field studies.

## Exploring This Job

Here are some interesting ways to explore the field of UX design:

- Read publications about UX design such as *User Experience* (http://uxpamagazine.org) and the *Journal of Usability Studies* (http://uxpajournal.org).
- Design the user interface for an imaginary product, or identify an existing product that needs improvement and create your own design/interface. Ask your friends and family to rate the usability of your designs.
- Learn how to use UX design tools; visit http://uxmastery.com/resources/tools for a list of useful resources.
- Talk with user experience designers about their careers. Ask them what a typical day is like on the job and how they broke into the field.
- Visit the User Experience Awards' Web site, https://userexperienceawards.com, which lists the top winners for user design. By reviewing winning designs, you can get an idea of the interesting and groundbreaking work of UX designers.
- Check out Designing the User Experience (http://www.mprove.de/script/00/upa/_media/upaposter_11x17.pdf) to learn more about the UX design process from start to finish.

## Education and Training Requirements

### High School

In high school take courses in programming, graphic and web design, marketing, psychology, English, speech, business, and social studies.

### Postsecondary Education

User experience designers must have a minimum of a bachelor's degree to enter the field. Designers have degrees in human-computer interaction, graphic design, web design, industrial design, communication, psychology, engineering psychology, human factors/ergonomics, or marketing. Some colleges and universities offer specializations in human-computer interaction, information design, user interface design, and user experience research and design.

### Other Education or Training

It's important that user experience designers keep their skills up to date throughout their careers. Webinars, workshops, seminars, and classes are provided by professional associations and tech companies. For example, the User Experience Professionals Association offers webinars such as UX Doesn't Happen on a Screen, It's in the Mind; Psychology 101: Revisiting the Basics of Human

Access Provided by Morgan, Lewis & Bokius

Ferguson's
## Career Guidance Center

Factors and Ergonomics Society, and IEEE Computer Society also provide continuing education opportunities.

**Certification**

A growing number of colleges and universities—including Bentley University, California State University at Fullerton, University of California at San Diego, San Francisco State University, University of Baltimore, University of Washington, and Southern Methodist University—provide undergraduate and graduate certificates in user experience design and related fields. Contact schools in your area to learn about available programs.

## Certification, Licensing, and Special Requirements

### Certification or Licensing

Human Factors International, which bills itself as "the world's largest company specializing in user experience design," offers the certified usability analyst credential to those who complete four courses and pass an examination. It offers certification courses in cities throughout the United States and the world. Visit http://www.humanfactors.com for more information. The Nielsen Norman Group offers the certified user experience designation to those who complete at least 30 hours of training and pass five exams. Visit https://www.nngroup.com/ux-certification to learn more.

## Experience, Skills, and Personality Traits

The completion of an internship or co-operative educational experience at a firm that employs user experience designers is required for entry-level positions.

User experience designers must have excellent design skills, but they also need a good understanding of psychology and marketing. The ability to communicate effectively and work well with others are also important because UX designers frequently work as a member of a team and interact with a wide range of people—from fellow UX designers, to programmers, clients, and top executives. Other key traits include creativity; the ability to multitask; problem-solving, time-management, and organizational skills; and pragmatism when it comes to design decisions (i.e., knowing how to balance good design with budgetary and time constraints). Finally, UX designers should have knowledge of HTML, CSS, Perl, XML/XSL, Adobe Creative Suite, JQuery, JavaScript, and other software, as well as experience with Agile development methodology.

## Employment Prospects

### Employers

User experience designers are employed by tech and Web services companies. They also work for any organization (such as a sports team, government agency, or a Big Four accounting firm) that wants to create a software application, Web site, or other tech product. Some designers work as freelancers, providing contract services to companies, nonprofit organizations, and government agencies.

### Starting Out

One excellent way to break into the field is by completing an internship during college. Many tech companies offer UX design internships. Contact tech companies directly or visit the following Web sites to learn more about internship opportunities:

- https://www.linkedin.com/jobs/user-experience-design-internship-jobs
- http://www.hfes.org/Web/EducationalResources/internships.html
- http://www.vault.com/internship-rankings/top-10-internships

If you're in college, become a student member of the User Experience Professionals Association to access its International Mentorship Program and receive a listing in its membership directory. Taking advantage of these membership benefits will help you to connect with UX designers and learn about job openings.

Other job-search strategies include utilizing employment sites, attending career fairs and networking events, working with recruiters, and using the resources of your college's career services office.

## Advancement Prospects

Access Provided by Morgan, Lewis & Bolius

≡    Ferguson's
**Career Guidance Center**    🔍

## Outlook

Employment for industrial designers (a career that is related to that of UX designer) is expected to grow by 2 percent from 2014 to 2024, according to the U.S. Department of Labor. Job opportunities for graphic designers (another related career) in computer systems design and related services are projected to grow 21 percent during the same time period. Opportunities for UX designers should most closely mirror those of graphic designers in computer systems design and related services. Tech companies have realized that creating user-friendly products gives them an edge over their competition; the popularity of visually attractive and user-friendly products from Apple is one example of this trend.

According to The Creative Group, a marketing and creative industry staffing agency, "User experience designers are in particular demand. Firms now consider strong user interface design a must, not just a plus. Responsive design also is becoming a greater priority for businesses that want to provide customers with optimal experiences on their devices and browsers of choice."

## Unions and Associations

User experience designers do not belong to unions. Some join professional associations such as the User Experience Professionals Association, which publishes *User Experience* and the *Journal of Usability Studies*, hosts an annual conference, offers webinars and other continuing education opportunities, and has a membership category for college students. The Association for Computing Machinery provides information on education and careers at its Web site and has a Special Interest Group on Computer-Human Interaction. Other noteworthy organizations include the Human Factors and Ergonomics Society, IEEE Computer Society, and Interaction Design Association.

## Tips for Entry

Visit http://uxmastery.com/how-to-get-started-in-ux-design to read How to Get Started in UX Design.

Check out the following Web sites for job listings:

- https://uxpa.org/job-bank
- https://www.hfes.org/web/CareerCenter/Career.aspx
- http://www.ixda.org/page/job-board
- http://www.uxjobsboard.com

Attend annual conferences held by the User Experience Professionals Association (http://uxpa2016.org) and the Interaction Design Association (http://www.ixda.org/page/interaction) to network, participate in continuing education opportunities, and learn best practices from global UX experts.

## Learn More

### Key Terms and Ideas for UX Design

**accessibility:** The features of a product that allow people with limited hearing, vision, dexterity, cognition, or physical mobility to effectively use the product.

**efficiency:** In relation to usability, the ability to accomplish a task in a software program or on a Web site in minimum amount of time with a minimum amount of effort.

**information architecture:** The process of organizing information to make it easy for users to find, understand, and manage.

**parallel design:** A strategy in which several designers or design groups are asked to create designs for the same product. The goal is to incorporate the best aspects of each design into the final product.

**participatory design:** A design strategy in which the opinions of designers, business representatives, and users are incorporated into the final design to ensure that it is attractive and easy to use.

**readability:** The complexity of the vocabulary and sentences used in the text that appears in a product; it can also refer to the font, point size, and other visual design elements of the text.

**site map:** A visual summary of the information that can be found on a Web site or of a system.

Access Provided by Morgan, Lewis & Bokus



### Ferguson's
# Career Guidance Center



**wireframe:** A rough plan that summarizes the navigation and content elements that comprise the user interface.

*Source:* User Experience Professionals Association

## Resources and Associations

For information on its Special Interest Group on Computer-Human Interaction, contact
**Association for Computing Machinery**
2 Penn Plaza, Suite 701
New York, NY 10121-0799
Tel: (800) 342-6626
http://www.acm.org

For information on education and careers, contact
**Human Factors and Ergonomics Society**
PO Box 1369
Santa Monica, CA 90406-1369
https://www.hfes.org

For information on computer careers, contact
**IEEE Computer Society**
2001 L Street, NW, Suite 700
Washington, DC 20036-4928
Tel: (202) 371-0101
Email: help@computer.org
http://www.computer.org

For information on education and careers, contact
**Industrial Designers Society of America**
555 Grove Street, Suite 200
Herndon, VA 20170-4728
Tel: (703) 707-6000
http://www.idsa.org

For information on membership and careers, contact
**Interaction Design Association**
http://www.ixda.org

To learn more about <em>User Experience Magazine</em> and membership, visit
**User Experience Professionals Association**
Tel: (470) 333-8972
Email: office@uxpa.org
https://uxpa.org

**Record URL**

| Copy 🔗 | https://fcg.infobase.com/recordurl/1300308?aid=278639 |



© 2020 Infobase. All rights reserved.

HELP   CONTACT US   PRIVACY POLICY   TERMS OF USE   MORE INFOBASE RESOURCES
PRODUCT OVERVIEW   TRANSLATE  ⌄

ETS_H-1B Record_163

Access Provided by Morgan, Lewis & Bokius

Ferguson's
## Career Guidance Center

Feedback



You're a what? # Usability engineer

by Olivia Crosby

**M**eredith Sivick makes software simple. As a usability and design engineer, she eliminates the snags that frustrate computer users. Error messages, confusing menus, and missing links are just some of the bugaboos she fights.

"It's my job to make users' jobs easier and faster. It shouldn't take seven steps to do something that could take two; it should be easy to tell what icons mean," Meredith says, describing two types of problems she prevents.

Usability engineers go beyond making software user-friendly. They improve computer hardware, software, and websites by focusing on how users perceive and manipulate those tools. "We have to understand how people learn and remember, how they sort through data, and what steps they take when building something," says Meredith. "Efficient software is software that doesn't require excess mental energy. It shouldn't make the user remember too many details."

Like all usability engineers, Meredith first analyzes users' needs. "We design for the primary user," she says, "the people who will use the product most." Meredith meets and interviews groups of customers and makes field visits to watch them use

computer products in their offices. She determines the kinds of tasks they do and how frequently they do them. Usability engineers who design for the general public—such as those who design commercial websites—venture into customers' homes and schools to watch people using their products.

Meredith also meets with the software engineers working on the product. Her role is to identify issues that affect customers. Issues range from overall format—such as the layout of screens—to specifics about color and icon style. These questions go beyond aesthetics. Certain screen layouts are less confusing, for example, and certain colors attract the eye.

Perhaps most important to usability is deciding what choices users will have and when they will have them. To make these decisions, Meredith anticipates what people want to accomplish. "We try to predict what users will want to do next so that we can increase their efficiency," she says. "Then, we test to see if our predictions were right."

To test her hypotheses, Meredith creates paper prototypes of the design. She uses graphics software to build a model of what the screens, icons, and menus will look like. With these prototypes, she performs the first usability tests. She shows test subjects the paper "screen" and asks them to perform a typical task. As they point to an item on the paper, she whisks the corresponding menu or graphic into place. "It's a little like paper dolls," she says. "I cut out menus and icons and slap them down when the user selects them." Early versions of the software replace the paper

prototypes during later stages of product development.

In addition to simple observation, Meredith asks people to describe their thoughts as they move through the test. She might time or videotape people as well. Some usability engineers use machines to track users' eye movements during a test.

Meredith studies users' reactions and uncovers the reasons for their difficulties. "Usability engineers need to be very good investigators," she says. "People might say they want to print out a screen, but the solution might not be to add a print command. If you ask them why they want to print, they might say that it's because they want to see how the page will look. If you ask them another question, you might discover that they couldn't see everything they needed on the screen. The solution might be a better display—not another print button."

Even after 10 years of experience, Meredith is often surprised when she watches people use prototypes. "It's fascinating to see how people respond to the software," she says, "especially when they do things you don't expect." Meredith gives the results of her tests to the software engineers, along with recommendations. This starts another round of design and testing.

Advocating changes requires skilled persuasion. "Meetings can sometimes be heated," she says. "People have different ideas about what's easy to use." She supports her recommendations with research from published journals and her own user tests. As the usability expert, she often focuses and moderates the debate.

Resolving issues successfully also

*Olivia Crosby is a contributing editor to the OOQ, (202) 691-5716.*

    

takes flexibility. "You have to be able to give in when things don't matter," she says. "You can't become too attached to your own ideas." Still, Meredith is sometimes frustrated if one of her recommendations is ignored, especially when users experience problems as a result.

Meredith needs written and oral communication skills, too. She advises, "If you can't communicate ideas well, you'll have difficulty in this job." Like all usability engineers, Meredith writes reports and e-mail. In meetings, she needs to describe abstract concepts clearly. "We resolve most issues by talking," she says.

Sometimes usability engineers draw diagrams or sketches to illustrate their ideas, but they don't need to be artists. Graphic artists create the images customers will see.

But usability engineers do need other kinds of creativity. "You have to find innovative solutions to problems," says Meredith. "You have to think of different ways to give users new information or new options. If a menu doesn't work, you find another way."

Like most other software developers, usability engineers work in a fast-paced environment. "We only have a few weeks to develop a good prototype," says Meredith. If other development tasks take longer than planned, they have even less time.

Although short deadlines can be stressful, Meredith likes the speed of her work. "I'm going 100 miles an hour every day," she says, "so it's never dull or boring."

Even more than the rush, Meredith relishes the chance to make new discoveries about human behavior. "It's

fun to see users in the field do something unexpected and to figure out why they did it," she says. And she likes discussing design issues with her coworkers.

According to estimates from the Human Factors and Ergonomics Society, full-time usability engineers earned an average of about $71,000 in 1997. Most worked for software companies; others worked as college professors or independent consultants.

The number of usability engineers is difficult to determine. The Association of Usability Professionals has 1,300 members. But the number of usability engineers could be higher or lower than that. One fact is certain: the occupation is larger than it was several years ago. The surge in electronic commerce has increased the demand for easy-to-use websites, much as the rise of personal computers and computerized appliances has done for usable hardware and software.

In part because the field is new, there are many routes to a usability career. Meredith's path was one of the

more typical. She earned a bachelor's degree in psychology and government. Looking for an alternative to counseling, she answered a job advertisement for a human factors engineer—a scientist who designs easy-to-use tools of all types—and found a career. Before taking her present job, Meredith honed her communication skills while working as a tester, technical writer, and trainer.

Today, many usability engineers have master's degrees in cognitive, experimental, or organizational psychology. Other common college majors include computer science, human factors engineering, information science, and human-computer interaction. Meredith continues to take classes in psychology and human-computer interaction.

Meredith chose her career because it combined her interests in people and technology. "It's the perfect marriage of two things I really like," she says. "And I see the work I do make a huge impact on the final product." ∞

Photos by Harrison Allen





careeronestop
GetMyFuture
Sponsored by the U.S. Department of Labor. A proud partner of the americanjobcenter network.

# Human Factors Engineers and Ergonomists

## What do they do?

Design objects, facilities, and environments to optimize human well-being and overall system performance, applying theory, principles, and data regarding the relationship between humans and respective technology. Investigate and analyze characteristics of human behavior and performance as it relates to the use of technology.

Typical interests of people in this field:

Investigative, Realistic

Take an interest assessment   

## Also known as

- Ergonomics Technical Advisor
- Ergonomist
- Human Factors Advisor
- Human Factors Engineer
- Certified Professional Ergonomist
- Occupational Ergonomist



ETS_H-1B Record_167



- Ergonomics Consultant
- Ergonomic Consultant

## Career video



▶ 0:00 / 1:37

View transcript

## How much does it pay?

### Hourly wages for Industrial Engineers* in United States



half earn in this range

$33.91  $52.96



ETS_H-1B Record_168



One out of four earn less than $33.91

Half earn between $33.91 and $52.96

One out of four earn more than $52.96

\* You're seeing wage information for Industrial Engineers because we don't have information for Human Factors Engineers and Ergonomists.

See more wages



## Will there be jobs?

Bright

New job opportunities are very likely in the future.

This occupation is:

- Expected to grow much faster than average

Find job openings

## How much education do you need?

Typical education needed for entry: **Bachelor's degree**



ETS_H-1B Record_169



Home    Explore Careers ▼    Education ▼    Employment ▼    Find Support ▼    🔍

Doctoral or professional degree   2%
Master's degree   19%
Bachelor's degree   52%
Associate's degree   8%
Some college, no degree   11%
High school diploma or equivalent   7%
Less than high school diploma   0%

[ Find local training ]   ❓

## What you might do in a day

- Develop technical methods or processes.
- Analyze operational data to evaluate operations, processes or products.
- Advise others on health and safety issues.
- Devise research or testing protocols.
- Document design or operational test results.

**More tasks**   ❓

[ Download ✔ ]

**Explore & Find**

Home
Explore Careers
Education
Employment
Find Support
Toolkit

**Our Sites**

CareerOneStop
Business Center
Competency Model Clearinghouse
Credentials Center

**Help**

FAQs
Data Sources
Cite this website
Need to Register?

**News Center**

Blog
Outreach Materials
CareerOneStop News
News RoundUp

**Connect with Us**

f  Facebook
🐦 Twitter
in LinkedIn
▶ YouTube
📌 Pinterest

ETS_H-1B Record_170



Employment Recovery

Ex-Offenders

GetMyFuture

mySkills myFuture

Veterans

Worker ReEmployment

Developers

Link to Us

Data Downloads

Web API

Widgets and Logos

**For information about jobs, training, career resources, or unemployment benefits call:**
1-877-US2-JOBS (1-877-872-5627) or TTY 1-877-889-5627

**For help using the CareerOneStop website:**
info@careeronestop.org

CareerOneStop is sponsored by the U.S. Department of Labor, Employment and Training Administration

Copyright © 2020 State of Minnesota



ETS_H-1B Record_171



| | |
|---|---|
| Doctoral or professional degree | 2% |
| Master's degree | 19% |
| Bachelor's degree | 52% |
| Associate's degree | 8% |
| Some college, no degree | 11% |
| High school diploma or equivalent | 7% |
| Less than high school diploma | 0% |

Find local training

## What you might do in a day

- Develop technical methods or processes.
- Analyze operational data to evaluate operations, processes or products.
- Advise others on health and safety issues.
- Devise research or testing protocols.
- Document design or operational test results.
- Design or evaluate human work systems, using human factors engineering and ergonomic principles to optimize usability, cost, quality, safety, or performance.
- Recommend workplace changes to improve health and safety, using knowledge of potentially harmful factors, such as heavy loads or repetitive motions.
- Develop or implement human performance research, investigation, or analysis protocols.
- Prepare reports or presentations summarizing results or conclusions of human factors engineering or ergonomics activities, such as testing, investigation, or validation.
- Inspect work sites to identify physical hazards.

<u>Less tasks</u>

Download



ETS_H-1B Record_172



Home   Explore Careers ▼   Education ▼   Employment ▼   Find Support ▼

**Explore & Find**

Home

Explore Careers

Education

Employment

Find Support

Toolkit

**Our Sites**

CareerOneStop

Business Center

Competency Model Clearinghouse

Credentials Center

Disaster Recovery

Employment Recovery

Ex-Offenders

GetMyFuture

mySkills myFuture

Veterans

Worker ReEmployment

**Help**

FAQs

Data Sources

Cite this website

Need to Register?

**For Developers**

Link to Us

Data Downloads

Web API

Widgets and Logos

**News Center**

Blog

Outreach Materials

CareerOneStop News

News RoundUp

**Connect with Us**

Facebook

Twitter

LinkedIn

YouTube

Pinterest

Mobile Apps

Alexa

**For information about jobs, training, career resources, or unemployment benefits call:** 1-877-US2-JOBS (1-877-872-5627) or TTY 1-877-889-5627

**For help using the CareerOneStop website:** info@careeronestop.org

CareerOneStop is sponsored by the U.S. Department of Labor, Employment and Training Administration

Copyright © 2020 State of Minnesota



ETS_H-1B Record_173

Zippia Careers / Arts, Entertainment, Sports, and Media Industry / Senior User Experience Designer

| Search For A Job Title |

# SENIOR USER EXPERIENCE DESIGNER Overview

### FIND THE BEST SENIOR USER EXPERIENCE DESIGNER JOBS FOR YOU ✕

Where do you want to work?

| ⊙ Washington, DC | Find Jobs |

## WORKING AS A SENIOR USER EXPERIENCE DESIGNER

There is more than meets the eye when it comes to being a senior user experience designer. For example, did you know that they make an average of $54.9 an hour? That's $114,194 a year!

Between 2018 and 2028, the career is expected to grow 3% and produce 8,800 job opportunities across the U.S.

### What Does a Senior User Experience Designer Do

There are certain skills that many senior user experience designers have in order to accomplish their responsibilities. By taking a look through resumes, we were able to narrow down the most common skills for a person in this position. We discovered that a lot of resumes listed analytical skills, customer-service skills and computer skills.

When it comes to the most important skills required to be a senior user experience designer, we found that a lot of resumes listed 15.3% of senior user experience designers included user interface, while 8.5% of resumes included user research, and 7.9% of resumes included interaction design. Hard skills like these are helpful to have when it comes to performing essential job responsibilities.

When it comes to searching for a job, many search for a key term or phrase. Instead, it might be more helpful to search by industry, as you might be missing jobs that you never thought about in industries that you didn't even think offered positions related to the senior user experience designer job title. But what industry to start with? Most senior user experience designers actually find jobs in the technology and retail industries.

Learn More About What A Senior User Experience Designer Does

### How To Become a Senior User Experience Designer

1/13

ETS_H-1B Record_174

If you're interested in becoming a senior user experience designer, one of the first things to consider is how much education you need. We've determined that 56.2% of senior user experience designers have a bachelor's degree. In terms of higher education levels, we found that 27.7% of senior user experience designers have master's degrees. Even though most senior user experience designers have a college degree, it's possible to become one with only a high school degree or GED.

Choosing the right major is always an important step when researching how to become a senior user experience designer. When we researched the most common majors for a senior user experience designer, we found that they most commonly earn bachelor's degree degrees or master's degree degrees. Other degrees that we often see on senior user experience designer resumes include associate degree degrees or diploma degrees.

You may find that experience in other jobs will help you become a senior user experience designer. In fact, many senior user experience designer jobs require experience in a role such as user experience designer. Meanwhile, many senior user experience designers also have previous career experience in roles such as user interaction designer or web designer.

### What is the right job for my career path?
Tell us your goals and we'll match you with the right jobs to get there.

See My Jobs



| | |
|---|---|
| Average Salary | |
| **$114,194** | |

| | |
|---|---|
| Job Growth Rate | |
| **3%** | |

| | |
|---|---|
| Job Openings | |
| **14,942** | |

## SENIOR USER EXPERIENCE DESIGNER JOBS



Washington, DC, ...   Distance ⌄   Salary ⌄   Job Type ⌄   Job Level ⌄   Education ⌄   Date Posted ⌄

**H** HireItpeople
Washington, DC
**Sr. UX Designer**
Skills:Github, Ux, User Interface, Ui, Adobe Creative Cloud, Design...

**G** Guidehouse
Washington, DC
**Senior UX Designer, Senior Consultant**
Skills:Interaction Models, User Research, Html, Customer Feedbac...

Anthem, Inc.
Washington, DC
**Learning Experience Designer II or Senior**
Skills:Templates, Multimedia, Instructional Technology, Web...

Costar Realty Ir
Washington, DC
**Senior UX**
Skills:Visual Des
Subject Matter E

2/13

| 6d ago NEW | $105,457 yearly est. | 12d ago | $105,457 yearly est. | 28d ago | $109,613 yearly est. | 32d ago |
|---|---|---|---|---|---|---|

# SENIOR USER EXPERIENCE DESIGNER CAREER PATHS

In addition to switching up your job search, it might prove helpful to look at a career path for your specific job. Now, what's a career path you ask? Well, it's practically a map that shows how you might advance from one job title to another. Our career paths are especially detailed with salary changes. So, for example, if you started out with the role of creative director you might progress to a role such as vice president eventually. Later on in your career, you could end up with the title chief technology officer.



ETS_H-1B Record_176

**Top Careers Before Senior User Experience Designer**

User Experience Designer

14.6%

User Interaction Designer

11.4%

Web Designer

7.1%

**Show More**

Search for these jobs

**Top Careers After Senior User Experience Designer**

User Experience Designer

19.6%

Lead User Experience Designer

14.6%

User Experience Architect

8.8%

**Show More**

Search for these jobs

**What is the right job for my career path?**

Tell us your goals and we'll match you with the rights job to get there.

See my jobs

# AVERAGE SALARY FOR A SENIOR USER EXPERIENCE DESIGNER

Senior User Experience Designers in America make an average salary of $114,194 per year or $55 per hour. The top 10 percent makes over $154,000 per year, while the bottom 10 percent under $84,000 per year.

**Average Salary**

# $114,194

**Best Paying Cities**

San Francisco, CA                                    $123K

Boston, MA                          $107K

ETS_H-1B Record_177

| | |
|---|---|
| Redmond, WA | $106K |
| New York, NY | $106K |
| Washington, DC | $105K |
| Jersey City, NJ | $97K |

**Show More Cities**    $60k    $159k

## Recently Added Salaries

| Job Title | Company | Start Date | Salary |
|---|---|---|---|
| Senior User Experience Designer | Management Decisions, Inc. | 10/29/2020 | $140,000 |
| SR UX Designer | Randstad | 10/21/2020 | $156,525 |
| SR. UX Designer | Randstad | 10/11/2020 | $118,959 |
| SR. User Experience Designer | Randstad | 09/25/2020 | $130,000 |
| Senior UX Designer | Management Decisions, Inc. | 09/22/2020 | $114,785 |

**See More Recent Salaries**

### Calculate your salary

Use Zippia's Salary Calculator to see how your pay matches up.

Calculate

# SENIOR USER EXPERIENCE DESIGNER DEMOGRAPHICS

Compare Jobs ⌄

### Gender

Male

67.0%

Female

27.0%

Unknown

6.0%

### Ethnicity

White

ETS_H-1B Record_178

68.0%

Hispanic Or Latino

13.8%

Asian

11.6%

**Show More**

**Foreign Languages Spoken**

Spanish

33.3%

| Overview | Jobs | Salary | Skills | What They Do | Education | Demographics | Best S... | Get Alerts For  Senior ...  Jobs |

11.1%

Japanese

11.1%

**Show More**

See More Demographics

# SENIOR USER EXPERIENCE DESIGNER EDUCATION

Compare Jobs ⌄

**Majors**

Graphic Design

33.3%

Fine Arts

8.8%

Computer Applications

8.1%

**Show More**

**Degrees**

Bachelors

56.2%

Masters

27.7%

Associate

6.6%

**Show More**

ETS_H-1B Record_179

**Top Colleges for Senior User Experience Designers**



**1. University of Pennsylvania**
Philadelphia, PA

In-State Tuition
**$55,584**

Enrollment
**10,764**

Details ⌄

**2. Carnegie Mellon University**
Pittsburgh, PA

In-State Tuition
**$55,465**

Enrollment
**6,483**

Details ⌄

**3. University of Southern Calif...**
Los Angeles, CA

In-State Tuition
**$56,225**

Enrollment
**19,548**

Details ⌄

**View Full List**

See More Education Info

# ENTRY LEVEL JOBS FOR BECOMING A SENIOR USER EXPERIENCE DESIGNER



Teksystems
Remote
**UX/UI Designer**

Skills:Infrastructure, Ux, ACD, User Research, Data Centers, Html, UI,...

6d ago  NEW     $85,696 yearly est.

CVS Health
Remote
**UX Designer Internship (Graduate)**

Skills:Human-Computer, GPA, Positive Environment, Html,...

6d ago  NEW     $91,370 yearly est.

Ernst & Young LLP
McLean, VA
**Government & Public Sector - Junior Data Designer -...**

Skills:Procedures

12d ago     $58,516 yearly est.

Caci Internation
Washington, DC
**Curriculu
with Navy E**

Skills:DOD, Busi

32d ago

**Job type you want**



🕐 Full Time

◔ Part Time

📋 Internship

⧖ Temporary

ETS_H-1B Record_180

# TOP SKILLS FOR A SENIOR USER EXPERIENCE DESIGNER

The skills section on your resume can be almost as important as the experience section, so you want it to be an accurate portrayal of what you can do. Luckily, we've found all of the skills you'll need so even if you don't have these skills yet, you know what you need to work on. Out of all the resumes we looked through, 15.3% of senior user experience designers listed user interface on their resume, but soft skills such as analytical skills and customer-service skills are important as well.



User Interface, **15.3%**

User Research, **8.5%**

Interaction Design, **7.9%**

Visual Design, **5.8%**

Product Development, **4.8%**

Other Skills, **57.7%**

See All Senior User Experience Designer Skills

# BEST STATES FOR A SENIOR USER EXPERIENCE DESIGNER

Some places are better than others when it comes to starting a career as a senior user experience designer. The best states for people in this position are Montana, Massachusetts, New York, and Washington. Senior user experience designers make the most in Montana with an average salary of $113,352. Whereas in Massachusetts and New York, they would average $107,152 and $106,107, respectively. While senior user experience designers would only make an average of $105,999 in Washington, you would still make more there than in the rest of the country. We determined these as the best states based on job availability and pay. By finding the median salary, cost of living, and using the Bureau of Labor Statistics' Location Quotient, we narrowed down our list of states to these four.

### 1. Washington
$105,999
Avg. Salary

Total Senior User Experienc... Jobs: **515**

Highest 10% Earn: **$166,000**

Location Quotient: **2.04** ⓘ

View 515 Senior User Experience Designer Jobs

### 2. Massachusetts
$107,152
Avg. Salary

Total Senior User Experienc... Jobs: **409**

Highest 10% Earn: **$166,000**

Location Quotient: **1.42** ⓘ

8/13

View 409 Senior User Experience Designer Jobs

### 3. New York

$106,108
Avg. Salary

- Total Senior User Experienc... Jobs: **695**
- Highest 10% Earn: **$162,000**
- Location Quotient: **1.53** ⓘ

View 695 Senior User Experience Designer Jobs

View Full List

# HOW DO SENIOR USER EXPERIENCE DESIGNER RATE THEIR JOBS?

**Working as a Senior User Experience Designer? Share your experience anonymously.**

☆ ☆ ☆ ☆ ☆ Rate

**Title for your review**

### Do you work as a Senior User Experience Designer?

Rate how you like work as Senior User Experience Designer. It's anonymous and will only take a minute.

☆ ☆ ☆ ☆ ☆ Rate

# TOP SENIOR USER EXPERIENCE DESIGNER EMPLOYERS

We've made finding a great employer to work for easy by doing the hard work for you. We looked into employers that employ senior user experience designers and discovered their number of senior user experience designer opportunities and average salary. Through our research, we concluded that Microsoft Corporation was the best, especially with an average salary of $124,093. Amazon follows up with an average salary of $44,668, and then comes Autodesk with an average

9/13

ETS_H-1B Record_182

of $102,852. In addition, we know most people would rather work from home. So instead of having to change careers, we identified the best employers for remote work as a senior user experience designer. The employers include VMware, Amazon, and ThreatQuotient

| | | | | |
|---|---|---|---|---|
| | **1. Microsoft**<br>4.9<br>View 24 Senior User Expe...  Jobs | **$124,093**<br>Avg. Salary | | 59+<br>Senior User Experience<br>Designers Hired |
| | **2. Amazon**<br>4.8<br>View 92 Senior User Expe...  Jobs | **$44,668**<br>Avg. Salary | | 40+<br>Senior User Experience<br>Designers Hired |
| | **3. Autodesk**<br>4.8<br>View 7 Senior User Expe...  Jobs | **$102,852**<br>Avg. Salary | | 34+<br>Senior User Experience<br>Designers Hired |
| | **4. Kforce**<br>4.6<br>View 7 Senior User Expe...  Jobs | **$63,106**<br>Avg. Salary | | 21+<br>Senior User Experience<br>Designers Hired |
| | **5. LinkedIn**<br>4.8 | **$117,894**<br>Avg. Salary | | 18+<br>Senior User Experience<br>Designers Hired |
| | **6. Salesforce**<br>4.9 | **$119,478**<br>Avg. Salary | | 18+<br>Senior User Experience<br>Designers Hired |

Show More

# SENIOR USER EXPERIENCE DESIGNER VIDEOS

10/13





Jonathan Courtney, Senior User Experience Designer (UX)

Meet an Interaction Designer for

# RECENTLY ADDED SENIOR USER EXPERIENCE DESIGNER JOBS



# RELATED TO YOUR RECENTLY VIEWED CONTENT



11/13

## Related Jobs

User Experience Designer

Senior Designer

Lead Designer

Visual Designer

Senior Graphic Designer

User Interaction Designer

Graphic Designer

Freelance Designer

Interactive Designer

Head Designer

**Show More**

## Best Companies Nearby

Washington

Alexandria

Arlington

Bethesda

Bowie

Centreville

Columbia

Dale City

Gaithersburg

Germantown

**Show More**

‹ **Previous: Remote Jobs**

**Next: Jobs** ›

Updated October 2, 2020

ZIPPIA CAREERS  >  ARTS, ENTERTAINMENT, SPORTS, AND MEDIA INDUSTRY  >  SENIOR USER EXPERIENCE DESIGNER

### ZIPPIA

About Us

Employer Services

Terms of Use

Privacy Policy

Contact Us

### CAREERS & JOBS

Job Resources

Careers Advice

Careers by Categories

Jobs by Location

College Grad Careers

Original Research

Remote Jobs

Jobs For High Schoolers

Foreign Worker Jobs

### JOB CATEGORIES

Architecture and Engineering

Arts, Entertainment, Sports, and Media

Building and Grounds Maintenance

Business and Financial

Community and Social Services

Computer and Mathematical

More

### BEST COMPANIES IN

Alabama

Alaska

Arizona

Arkansas

California

Colorado

More

Email: support@zippia.com

Copyright © 2020 Zippia, Inc.

ETS_H-1B Record_185



**ies** NATIONAL CENTER FOR
EDUCATION STATISTICS
Institute of Education Sciences



**NAEP**

NATIONAL ASSESSMENT
OF EDUCATIONAL
PROGRESS

U.S. Department of Education
NCES 2019-153

# An Overview of NAEP



# What is NAEP?

The National Assessment of Educational Progress (NAEP), often called The Nation's Report Card, is the largest nationally representative and continuing assessment of what students in public and private schools in the United States know and are able to do in various subjects. Since 1969, NAEP has been a common measure of student achievement across the country in mathematics, reading, science, and many other subjects. Depending on the assessment, NAEP report cards provide national, state, and some district-level results, as well as results for different demographic groups.

NAEP is a congressionally mandated project of the National Center for Education Statistics (NCES), located within the U.S. Department of Education's Institute of Education Sciences. NAEP data are also used in special studies conducted by NCES. These have included comparisons of proficiency standards across state assessments; insights from high school transcripts, including courses taken and credits earned; and in-depth looks at how different demographic groups perform across different types of schools.

The National Assessment Governing Board, an independent, bipartisan organization made up of governors, state school superintendents, teachers, researchers, and representatives of the general public, sets policy for NAEP.

## How is NAEP different from state assessments?

States have their own assessments, which are designed to provide individual student data about achievement based on different content standards, unique to each state. NCES administers the same NAEP assessment in every state, providing educators, policymakers, and parents with a common measure of student achievement that allows for direct comparisons among states and participating urban districts.

 **The NAEP website provides more extensive information about the assessment: http://nces.ed.gov/nationsreportcard**

**NAEP results are available on The Nation's Report Card website: http://nationsreportcard.gov**

**The NAEP website features many tools and applications designed to provide quick and easy access to NAEP assessment data, examples of the types of questions students answer, performance comparisons, and more: http://nces.ed.gov/nationsreportcard/about/naeptools.aspx**



## What subjects does NAEP assess?

NAEP includes a range of subjects at grades 4, 8, and 12 to provide a comprehensive look at the wide array of academic areas that are a part of a student's education. Subjects include civics, economics, geography, mathematics, music and visual arts, reading, science, technology and engineering literacy, U.S. history, and writing.

## How are NAEP results reported?

NAEP results are reported for the nation and, in most cases, for states, as well as for selected urban districts that participate in the Trial Urban District Assessment (TUDA). Results are reported as scores and as percentages of students reaching NAEP achievement levels—*Basic, Proficient,* and *Advanced*.

NAEP monitors overall educational progress for the nation, states, TUDA districts, and for different groups of students, including students with disabilities and English language learners. NAEP is not designed to provide results for individual students or schools.

## How is technology being used to measure and report student skills?

An increasing number of schools are making digital technologies an integral component of the learning environment. To assess students in more effective and engaging ways that mirror their classroom experiences, NAEP assessments have transitioned from traditional paper-and-pencil to a digital format.

To enhance the student experience, new interactive questions and features immerse students in the same types of activities they encounter in digital learning environments, which allow students to use multimedia to solve real-world problems. In a digital environment, helpful tools and features are built directly into the testing platform, making the assessment more accessible than ever for students. Digitally based assessments also provide new types of data that can deepen our understanding of what students know and are able to do in various subjects.

Learn more about digitally based assessments here: http://nces.ed.gov/nationsreportcard/dba

## How are NAEP results used?

Policymakers, researchers, and educators use NAEP results to inform educational improvements across the nation, within states and TUDA districts, and for various student groups. Parents, media, and the general public use NAEP results to monitor educational progress in their communities and compare performance with other regions of the country. NAEP also provides states with a benchmark to target important efforts that raise the bar for student achievement and ensure that students have equal opportunities to succeed.

Learn how NAEP data are used to inform policy and practice in different states: https://nces.ed.gov/nationsreportcard/about/policy_practice.aspx

## Why is student participation important?

NAEP assesses a sample of students across the country to be representative of all students in the United States. Students who are selected represent the nation's geographic, racial, ethnic, and socioeconomic diversity. Each student's participation is critical for providing an accurate and complete picture of student achievement and ensuring that policymakers, researchers, and educators have reliable data to inform educational improvements.

## What is it like for students and schools to participate in NAEP?

▸ NAEP is administered to students during regular school hours. Each student is assessed in one subject area. Students spend between 90 and 120 minutes taking the assessment, including time to complete a survey questionnaire.

▸ NAEP representatives will bring all necessary materials, including tablets or laptops for digitally based assessments, to the schools on assessment day.

▸ Allowable accommodations are provided as necessary for students with disabilities and/or English language learners.

▸ Student responses on NAEP are private, and the privacy of each participating school and student is essential.

## What other data are collected during a NAEP assessment?

NCES includes survey questionnaires as part of NAEP to collect information that helps put the results into context. There are three types of survey questionnaires:

▸ Students complete questionnaires that provide information on their opportunities to learn in and outside of the classroom, educational experiences, and a variety of other topics, including socioeconomic status and technology use. Students may skip any question by leaving a response blank.

▸ Teachers responsible for the subject of the administered assessment complete questionnaires that gather information on teacher trainings and instructional practices.

▸ School questionnaires, usually completed by the principal or assistant principal, gather information on school policies and characteristics.

Learn more about these questionnaires here: http://nces.ed.gov/nationsreportcard/bgquest.aspx

All of the information provided by participants may be used only for statistical purposes and may not be disclosed, or used, in identifiable form for any other purpose except as required by law (20 U.S.C. §9573 and 6 U.S.C. §151). By law, every National Center for Education Statistics (NCES) employee as well as every NCES agent, such as contractors and NAEP coordinators, has taken an oath and is subject to a jail term of up to 5 years, a fine of $250,000, or both if he or she willfully discloses ANY identifiable information about participants. Electronic submission of participant's information will be monitored for viruses, malware, and other threats by Federal employees and contractors in accordance with the Cybersecurity Enhancement Act of 2015. The collected information will be combined across respondents to produce statistical reports.

The following are examples of the types of NAEP questions and features students may encounter when participating in digitally based assessments.*

### 4th Grade Mathematics

Students use the online ruler to measure objects and then answer multiple-choice questions in a grade 4 mathematics digitally based assessment administered on a tablet.



### 8th Grade Technology and Engineering Literacy

In 2014, NAEP administered the first-ever technology and engineering literacy assessment on laptops. This question assessed grade 8 students' understanding of the recycling process and its impact on society.



### 12th Grade Science

Students can use an online slider to observe changes in a nuclear reaction and then answer this multiple-choice question in a grade 12 science digitally based assessment administered on a tablet.



* The 4th grade and 12th grade questions are not released assessment questions, but represent what students might be asked during a NAEP digitally based assessment. The 8th grade sample question was released from the 2014 NAEP technology and engineering literacy assessment.





www.ed.gov          ies.ed.gov

Find us on:   

This publication was prepared for the National
Center for Education Statistics by Hager Sharp
under contract ED-IES-13-C-0025.

 **Web Accessibility Initiative    WAI** | *Strategies, standards, resources to make the Web accessible to people with disabilities*

<u>Home</u> / <u>Standards/Guidelines</u> / <u>Web Content – WCAG</u> / **At a Glance**

# WCAG 2.1 at a Glance

**Summary**

This page provides a paraphrased summary of Web Content Accessibility Guidelines (WCAG) 2.1. For the normative technical specification, see <u>www.w3.org/TR/WCAG21</u> <u>(http://www.w3.org/TR/WCAG21/)</u>.

Please see the following key resources for learning and using WCAG 2.1:

- **<u>Web Content Accessibility Guidelines (WCAG) Overview (https://www.w3.org/WAI/standards-guidelines/wcag/)</u>**
- **<u>How to Meet WCAG 2 (Quick Reference) (http://www.w3.org/WAI/WCAG21/quickref/)</u>** — A customizable quick reference to Web Content Accessibility Guidelines (WCAG) 2 requirements (success criteria) and techniques

## Perceivable

- Provide **<u>text alternatives (http://www.w3.org/WAI/WCAG21/quickref/#text-equiv)</u>** for non-text content.
- Provide **<u>captions and other alternatives</u>** (http://www.w3.org/WAI/WCAG21/quickref/#media-equiv) for multimedia.
- Create content that can be **<u>presented in different ways (http://www.w3.org/WAI/WCAG21/quickref/#content-structure-separation)</u>**, including by assistive technologies, without losing meaning.
- Make it easier for users to **<u>see and hear content (http://www.w3.org/WAI/WCAG21/quickref/#visual-audio-contrast)</u>**.

## Operable

- Make all functionality available from a **<u>keyboard (http://www.w3.org/WAI/WCAG21/quickref/#keyboard-operation)</u>**.
- Give users **<u>enough time (http://www.w3.org/WAI/WCAG21/quickref/#time-limits)</u>** to read and use content.
- Do not use content that causes **<u>seizures (http://www.w3.org/WAI/WCAG21/quickref/#seizure)</u>** or physical reactions.

ETS_H-1B Record_192

- Help users **navigate and find content (http://www.w3.org/WAI/WCAG/quickref/#navigation-mechanisms)**.
- Make it easier to use **inputs other than keyboard (https://www.w3.org/WAI/WCAG21/quickref/#navigation-mechanisms)**.

## Understandable

- Make text **readable and understandable (http://www.w3.org/WAI/WCAG21/quickref/#meaning)**.
- Make content appear and operate in **predictable (http://www.w3.org/WAI/WCAG21/quickref/#consistent-behavior)** ways.
- Help users **avoid and correct mistakes (http://www.w3.org/WAI/WCAG21/quickref/#minimize-error)**.

## Robust

- Maximize **compatibility (http://www.w3.org/WAI/WCAG21/quickref/#ensure-compat)** with current and future user tools.

# Other Versions

- WCAG 2.0 at a Glance (https://www.w3.org/WAI/standards-guidelines/wcag/20/glance/) has two differences from above:
  - "Do not use content that causes seizures or physical reactions." does not include "or physical reactions".
  - It does not include "Make it easier to use inputs other than keyboard."

**Date:** Updated 5 June 2018. First published July 2008.

**Editors:** Shawn Lawton Henry (http://www.w3.org/People/Shawn) and Wayne Dick.

Developed with input from the Education and Outreach Working Group (EOWG (https://www.w3.org/WAI/about/groups/eowg/)) and the Accessibility Guidelines Working Group (AG WG (http://www.w3.org/WAI/GL/)).

### W3C Web Accessibility Initiative (WAI)
Strategies, standards, and supporting resources to make the Web accessible to people with disabilities.

Copyright © 2020 W3C ® (MIT, ERCIM, Keio, Beihang) Permission to Use WAI Material.



**Fang Fang**
Employee

**Empl ID** 209913

Job Information Details

**Effective Date** 10/10/2020

**Effective Sequence** 1

**HR Status** Active

**Payroll Status** Active

**Action** Data Change

**Reason** Supervisor Change

**Job Indicator** Primary Job

Research User Specialist

**\*Job Code** 333448

**Entry Date** 01/21/2020

**Supervisor Level**

Find   First 1 of 2 Last

Go To Row

Current



**Sindhura Jaladhanki**
Employee

**Empl ID** 207573

**Job Information Details** ⑦

Find   First ◄ 1 of 1 ► Last

**Effective Date** 11/04/2020

**Effective Sequence** 0

**HR Status** Active

**Payroll Status** Active

**Action** Data Change

**Reason** Correction-Pay Rate

**Job Indicator** Primary Job

Go To Row

Current ☐

**\*Job Code** 333448   Research User Specialist

**Entry Date** 09/16/2019

**Supervisor Level**

**Supervisor ID** 188794   Jessica Silletti

**Reports To**

**\*Regular/Temporary** Regular ›

**\*Full/Part** Full-Time ›



**Enruo Guo**
Employee

Empl ID 193627

## Job Information Details ?

Find   First ◀ 1 of 1 ▶ Last

**Effective Date** 10/10/2020

Effective Sequence 0

**HR Status** Active

**Payroll Status** Active

**Action** Transfer

**Reason** Reorganization

**Job Indicator** Primary Job

Go To Row

Current ☐

*Job Code 333445 — Sr. Research User Specialist

Entry Date 08/15/2020

Supervisor Level

Supervisor ID 118085 — Jason Bonthron

Reports To

*Regular/Temporary Regular ▾

*Full/Part Full-Time ▾







# Iowa State University

## of Science and Technology

hereby confers upon

### Enruo Guo

the Degree

## Doctor of Philosophy

Majors in Computer Science and Human Computer Interaction

with all the Honors and Distinctions belonging to this Degree in consideration
of the satisfactory completion of the Course of Study prescribed in

### The Graduate College

Given at Ames, Iowa, on the eighth day of August
two thousand and fifteen



_President of the Board of Regents, State of Iowa_

_Steven Leath_

_President of the University_

# Iowa State University

## of Science and Technology

hereby confers upon

### Enruo Guo

the degree

## Master of Science

*Major in Computer Science*

with all the Honors and Distinctions belonging to this Degree in consideration of the satisfactory completion of the Course of Study prescribed in

## The Graduate College

Given at Ames, Iowa, on the fifteenth day of December, two thousand and twelve.

President of the Board of Regents, State of Iowa

President of the University

# Iowa State University
## of Science and Technology

hereby confers upon

### Chruo Guo

the Degree

## Master of Science

Major in Chemistry

with all the Honors and Distinctions belonging to this Degree in consideration
of the satisfactory completion of the Course of Study prescribed in

## The Graduate College

Given at Ames, Iowa, on the eighth day of May,
two thousand and ten.





President of the University

President of the Board of Regents, State of Iowa



# IOWA STATE UNIVERSITY
## OF SCIENCE AND TECHNOLOGY
### Ames, Iowa 50011-2011

## Academic Transcript
### Office of the Registrar

| Student Name (Last First Middle) | Student Number | 1st Curr/Maj/Dept | 2nd Curr/Maj/Dept | Level |
|---|---|---|---|---|
| GUO, ENRUO | XXX-XX-2530 | COM S | COM S | GRADUATE |

| Course | Title | Credit | Grade | Course | Title | Credit | Grade |
|---|---|---|---|---|---|---|---|
| BEIJING NORMAL UNIVERSITY BS 2007 | | | | FALL 2010 | | | |
| FALL 2007 | | | | CHANGED TO COM S 08-23-2010 | | | |
| ADMITTED TO GRADUATE DEGREE STATUS | | | | COM S 511 | DSN&ANALY ALGORITHM | 3.0 | B+ |
| IN CHEM FALL 2007 | | | | COM S 586 | CONPTR NETWORK ARCH | 3.0 | B+ |
| CHEM 515 | ANALYTIC SEPARATION | 3.0 | A- | COM S 592 | RESEARCH COLLOQUIA | 1.0 | S |
| CHEM 572 | SPECTRO ID ORG CMPD | R | A | STAT 542 | THRY PROBAB &STAT I | 4.0 | A- |
| CHEM 575 | INTRO TO CHEM RSRCH | R | S | TERM: HRS 11.0 | | | |
| CHEM 585 | CURRENT TOPICS CHEM | R | S | | | | |
| CHEM 699 | NONTHESIS RESEARCH | R | S | SPRING 2011 | | | |
| ENGL 190X | SPEAKG FOR INT'L TA | 1.0 | A | COM S 531 | THEORY OF COMPUTATN | 3.0 | A |
| TERM: HRS 10.0 | | 3.0 | S | COM S 552 | PRIN OPERAT SYSTEMS | 3.0 | A- |
| GRADUATE ENGLISH REQUIREMENT MET | | | | COM S 573 | MACHINE LEARNING | 3.0 | A |
| | | | | TERM: HRS 9.0 | | | |
| SPRING 2008 | | | | DECLARED MAJOR OR COMMITTEE-SCIENCE | | | |
| CHEM 505 | BIOINORGANIC CHEM | 2.0 | A- | 05-10-2011 FOR MASTER OF SCIENCE DEGREE | | | |
| CHEM 505 | PHYSICAL INORGANIC | 3.0 | B+ | | | | |
| CHEM 550 | SAFETY IN CHEM LAB | 1.0 | S | FALL 2011 | | | |
| CHEM 585 | CURRENT TOPICS CHEM | R | S | COM S 561 | PRIN&INTRNLS DATABS | 3.0 | A |
| CHEM 699 | NONTHESIS RESEARCH | R | S | COM S 662 | ADV TOPC DATABA SYS | 3.0 | A |
| CHEM 699 | RESEARCH | 3.0 | A | COM S 699 | RESEARCH | 6.0 | S |
| ENGL 180C | ADV SPEAKG INT'L TA | 3.0 | A | TERM: HRS 12.0 | | | |
| TERM: HRS 15.0 | | | S | | | | |
| | | | | SPRING 2012 | | | |
| SUMMER 2008 | | | | COM S 699 | RESEARCH | 9.0 | S |
| CHEM 599 | NONTHESIS RESEARCH | 1.0 | A | TERM: HRS 9.0 | | | |
| CHEM 699 | RESEARCH | 5.0 | A | | | | |
| EX SP 101 | SWIMMING I | 1.0 | X | SUMMER 2012 | | | |
| TERM: HRS 6.0 | | | | COM S 699 | RESEARCH | 2.0 | S |
| | | | | TERM: HRS 2.0 | | | |
| FALL 2008 | | | | | | | |
| DECLARED MAJOR OR CHEMISTRY 09-26-2008 | | | | FALL 2012 | | | |
| FOR DOCTOR OF PHILOSOPHY DEGREE | | | | HCI 570X | UX LAB STUDIES | 1.0 | A |
| CHEM 520 | DNA TECHNICS | 3.0 | S | PSYCH 501 | FOUND BEHAVRL RSRCH | 3.0 | A |
| BBMB 5032 | INTRO CELL TECHNIQ | 3.0 | A | TERM: HRS 4.0 | | | |
| CHEM 576 | SURFACE CHEMISTRY | 3.0 | S | | | | |
| CHEM 585 | CURRENT TOPICS CHEM | R | A | SPRING 2013 | | | |
| CHEM 699 | NONTHESIS RESEARCH | 3.0 | A | HCI 575X | COMPUTATNL PERCEPTN | 3.0 | A |
| TERM: HRS 11.0 | | 3.0 | A | HCI 589X | DESIGN AND ETHICS | 3.0 | A |
| | | | | HCI 591 | SEM HUMN CPR NTRACT | 1.0 | S |
| SPRING 2009 | | | | HCI 699 | RESEARCH | 5.0 | S |
| CHEM 540 | SEMINAR FORENSIC SCI | 1.0 | A | TERM: HRS 12.0 | | | |
| CHEM 599 | NONTHESIS RESEARCH | 4.0 | A | | | | |
| CHEM 611 | SEMNR ANALYTIC CHEM | 1.0 | S | SUMMER 2013 | | | |
| CHEM 699 | RESEARCH | 4.0 | A | HCI 699 | RESEARCH | 2.0 | S |
| TERM: HRS 10.0 | | | | TERM: HRS 2.0 | | | |
| | | | | | | | |
| SUMMER 2009 | | | | FALL 2013 | | | |
| CHEM 599 | NONTHESIS RESEARCH | 1.0 | A | HCI 521 | COGNI PSY HUMN&CPTR | 3.0 | A |
| CHEM 699 | RESEARCH | 4.0 | A | HCI 580 | VIRTUAL ENVIRONAPP | 3.0 | A |
| M S E 699 | SPECIAL TOPICS | 1.0 | A | HCI 591 | SEM HUMN CPR NTRACT | 1.0 | S |
| TERM: HRS 6.0 | | | | HCI 699 | RESEARCH | 5.0 | S |
| | | | | TERM: HRS 12.0 | | | |
| FALL 2009 | | | | | | | |
| DECLARED MAJOR OR CHEMISTRY 10-15-2009 | | | | SPRING 2014 | | | |
| FOR MASTER OF SCIENCE DEGREE | | | | DECLARED CO-MAJORS OF COMPUTER SCIENCE | | | |
| CHEM 599 | NONTHESIS RESEARCH | 1.0 | A | AND HUMAN COMPUTER INTERACTION | | | |
| CHEM 611 | SEMNR ANALYTIC CHEM | 1.0 | S | 04-15-2014 FOR DOCTOR OF PHILOSOPHY | | | |
| CHEM 699 | RESEARCH | 8.0 | A | DEGREE | | | |
| TERM: HRS 10.0 | | | | HCI 573X | ADV TOP CMPUT-INTR | 3.0 | A |
| | | | | HCI 577X | AUGMENTD REALITY | 3.0 | A |
| SPRING 2010 | | | | HCI 591 | SEM HUMN CPR NTRACT | 1.0 | S |
| CHEM 599 | NONTHESIS RESEARCH | 3.0 | A | HCI 699 | RESEARCH | 5.0 | S |
| CHEM 611 | SEMNR ANALYTIC CHEM | 1.0 | S | TERM: HRS 12.0 | | | |
| CHEM 699 | RESEARCH | 5.0 | A | | | | |
| TERM: HRS 9.0 | | | | | | | |

CONTINUED ON NEXT PAGE

Issued to Student

RAISED SEAL NOT REQUIRED: THIS OFFICIAL UNIVERSITY TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

ENRUO GUO
550 WILLOW POND RD
RANTOUL, IL          61866

Laura J. Doering
Registrar

DATE PRINTED   10-24-2016   PAGE   1   WEB033   N

IMPORTANT INFORMATION ON BACK



# IOWA STATE UNIVERSITY
OF SCIENCE AND TECHNOLOGY
Ames, Iowa 50011-2011

## Academic Transcript
Office of the Registrar

**Student Name (Last First Middle)**
GUO, ENRUO

| Student Number | 1st Curr/Maj/Dept | 2nd Curr/Maj/Dept | Level |
|---|---|---|---|
| XXX-XX-2530 | COM S | COM S | GRADUATE |

| Course | Title | Credit | Grade | Course | Title | Credit | Grade |
|---|---|---|---|---|---|---|---|
| **SUMMER 2014** | | | | | | | |
| HCI 699 | RESEARCH | 2.0 | S | | | | |
| TERM: | HRS 2.0 | | | | | | |
| **FALL 2014** | | | | | | | |
| HCI 591 | SEM HUMN CPR NTRACT | 1.0 | S | | | | |
| HCI 699 | RESEARCH | 8.0 | S | | | | |
| TERM: | HRS 9.0 | | | | | | |
| **SPRING 2015** | | | | | | | |
| HCI 699 | RESEARCH | 9.0 | S | | | | |
| TERM: | HRS 9.0 | | | | | | |
| **SUMMER 2015** | | | | | | | |
| HCI 697 | HCI INTERNSHIP | R | S | | | | |
| HCI 699 | RESEARCH | 2.0 | S | | | | |
| TERM: | HRS 2.0 | | | | | | |

**DEGREES CONFERRED**
M.S., CHEMISTRY  05-08-2010
    MAJOR: CHEMISTRY
M.S.: THESIS:
    MESOPOROUS METAL OXIDE MATERIALS
    FOR CATALYSIS AND BIOTECHNOLOGY
    APPLICATIONS
M.S. COMPUTER SCIENCE  12-15-2012
    MAJOR: COMPUTER SCIENCE
M.S. THESIS:
    A FRAMEWORK FOR JAVA-BASED CLIENT
    SERVER CONNECTIVITY FOR XML
PH.D. COMPUTER SCIENCE  08-08-2015
    MAJORS: COMPUTER SCIENCE AND HUMAN
    COMPUTER INTERACTION
PH.D. DISSERTATION:
    DIAGRAM-BASED INTELLIGENT TUTORING
    SYSTEM

**CUMULATIVE SUMMARY**
182.0        63.0         242.01        3.84
TOTAL HRS   ISU CUM HRS   ISU CUM QPTS   ISU CUM GPA

*************** END OF RECORD ***************

Issued to Student

ENRUO GUO
860 WILLOW POND RD
RANTOUL, IL

61866

RAISED SEAL NOT REQUIRED; THIS OFFICIAL UNIVERSITY TRANSCRIPT
IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

Laura J. Doering
Registrar

DATE PRINTED  10-24-2016  PAGE  2  WEBO33  N

IMPORTANT INFORMATION ON BACK

# SINDHURA JALADHANKI

sindhu21aug@gmail.com | 401-556-7313
https://www.linkedin.com/in/sindhura-jaladhanki-293173128/

## INTRODUCTION

- Experienced Software professional with **6** years of demonstrated history of working in the information technology and services industry
- Strong Engineering background with a Master's degree focused in Computer Science.

## EDUCATION

**University of Rhode Island**                                        **Sep 2016 – Dec 2017**
Master's in Computer Science

**SASTRA University, India**                                         **Jul 2008 – May 2012**
Bachelor's in Information Technology (Dean's Scholarship)

## COMPUTER SKILLS

- **Web Technologies:** HTML5, CSS3, JS, JQuery, JAVA, SASS, PHP, MySQL, R, FTL.
- **Accessibility Tools**: JAWS, NVDA, VoiceOver, AXE, ChromeVox, WAVE, Talkback.
- **Testing Tools**: HP Quality Center, Sauce Labs, JIRA, Selenium, Splunk, Perfecto.
- **Methodologies**: Waterfall, Agile, Test Driven Development (TDD).
- **Code Repository**: Perforce, PuTTY, GIT, SVN, Cyberduck.
- **Certifications**:
  (1) Microsoft Certified Professional, Certification No: F181-6850.
  (2) Microsoft Exam 70-480, Programming in HTML5 with JavaScript and CSS3, 2015
  (3) Oracle Exam IZ0-851, Java Standard Programmer 6 Certified Professional, 2014

## EXPERIENCE

**ETS R&D Accessibility | Research User Specialist** | Sep 2019 – Current

As part of Accessibility standards and inclusive technology (ASIT) group, develop accessibility plans for testing programs, evaluate technological capabilities to ensure accessibility by students and other stakeholders who may have disabilities, provide guidance to all parts of the organization, and advising on the design of new technological capabilities that meet international accessibility standards.
- Analyze existing applications and web content, and develop specifications (e. g., prototypes, storyboards, or text) for how to redesign them to improve the usability,

graphic/information design, and / or accessibility for diverse audiences and operational effectiveness.
- Collaborate with technical staff and designers to ensure that the finished product adheres to the design goals and conforms to ETS technical, accessibility, and architectural standards.
- Translate ideas from clients into engaging, accessible, and highly usable designs through audience and needs analyses. Provide test status and project reports to the stakeholders.
- Conduct usability studies or evaluations as needed to meet usability, accessibility, and / or graphic/information design standards. Prepare evaluation reports and present them to internal or external clients.

**Insight Global** : Mar 2018 – Oct 2018 | **Diversant** : Oct 2018 – Sep 2019 | **Accessibility QA** | Client: Verizon Wireless

Accessibility Project is to make Verizon's top 25 sites accessible on Desktop, Tablet and Mobile devices. The top 25 Verizon's sites need to be complaint with 508/W3C/Telecom 255 standard to enable the disabled users to access the site and place orders on Verizonwireless.com.
Tools Used: JAWS, NVDA, VoiceOver, TalkBack, ZoomText, AXE, WAVE, WAT

- Improving User Experience by Accessibility Analysis, Design and Test. Conduct testing on Desktop, Tablets, Mobile (both iOS and Android) devices, following accessibility standards (WCAG 2.0 Level AA)
- Comprehensive and Visual Accessibility Analysis of Web pages and Wireframes by Identifying barriers/violations and providing solutions.
- Logging, tracking defects in JIRA/QC and conduct defect calls with development team.
- Provide testing status and project reports to the stakeholders.

**University of Rhode Island** | **Student Developer** | Oct 2016 – Mar 2018

- Commercial Pattern Archive
  Website development from UI/UX design, accessibility and up to production deployment. Translated designs to front-end code, communicated new ideas, estimated time and costs, wrote maintainable, responsive code and performed cross-browser and regression testing.
- University Computing Systems
  Designing, updating and building effective resource modules for University ITS, e-Campus, other department websites using HTML5, CSS, Bootstrap, JQuery, PHP. Co-ordinated WordPress learning sessions where students/faculty/employees from different departments with less/no knowledge create WordPress sites.

**Tata Consultancy Services** | **Systems Engineer** | Jul 2012 – Jan 2016

Client: Bank of America | Project: E-Commerce Online & Mobile Banking | Role: Front-End Developer. Provided full lifecycle support using Agile methodology from requirements gathering through documentation, design, coding, testing, implementation and integration.

2

- Involved in Front-end development using HTML5, CSS3, JavaScript, jQuery and integration to back-end code using FTL (Free markup Template language).
- Involved in extensive ADA web accessibility (WCAG) coding using standard practices and guidelines, and testing using Screen Reader software like JAWS, NVDA and FireEyes.
- Involved in Mobile Application (iOS & Android) development using Marvel Framework with service integration in H2/H3 Hybrid framework.
- Worked on Content Management System (CMS) using HP TeamSite and XMAN. Handled English and Spanish toggle content changes using DCRs.
- Worked on Cross-Browser testing and support using A/B, Sauce Labs and Selenium.
- Supported with Internal Unit & Regression Testing and documentation, used JIRA to log internal defects and coordinated with other testing teams using HP Quality Center.

## RESEARCH PROJECTS

**Epidemiological Models for Browser-based Malware -** Master's Thesis | Presentation & publication in Complex Networks, France, 2017

**Indian Space Research Organization** | **IT Intern** | Aug 2016 – Sep 2016 | Project on Real Time Systems for Launch Vehicle Performance Monitoring at Remote Sensing Unit, Sriharikota.

**Automatic detection of Erythemato-Squamous Diseases -** Publication in Springer | Best Project Award and Gold medal sponsored TATA Group for effective contribution to science and health research, 2012

## CONFERENCE & WORKSHOP

- ACM Information Security Conference – CyberW Workshop at Dallas, Oct 2017.
- Student Travel Grant Award at IEEE SECON Conference, San Diego, Jun 2017.
- Participated in NSF CRA-W Grad Cohort in Washington D.C, Apr 2017.
- WordPress Volunteer at Microsoft's New England Give Camp 2017, Watertown, MA.
- User Experience Design (UX) and Agile Workshop at TCS, Chennai, India, 2015.

3

# THE
# UNIVERSITY
## OF RHODE ISLAND

By authority of the Rhode Island Board of Education
and upon the recommendation of the University Faculty

## Sindhura Jaladhanki

has been admitted to the degree of

## Master of Science in Computer Science

In witness whereof, this diploma is conferred at Kingston in the
State of Rhode Island and Providence Plantations
this twenty ninth day of December, two thousand and seventeen.



Chair of the Rhode Island Board of Education

President of the University

THE
# UNIVERSITY
OF RHODE ISLAND

## Official Transcript

**Name:** Sindhura Jaladhanki
**Student ID:** 100603316
**Birthdate:** 08-20-XXXX

**Send To:**  Sindhura Jaladhanki
136 Carlton Avenue
Apt B
Piscataway, NJ 08854

**Institution:**  University of Rhode Island
Office of Enrollment Services
35 Campus Avenue
Green Hall
Kingston, RI 02881

**Print Date:**  2018-07-27

### Beginning of Graduate Record

### Fall 2016

**Program:**  College Arts & Sciences-Grad
**Plan:**  Computer Science (MS) Major
**Subplan:**  Applied Non-Thesis Only Specialization
**Session:**  Regular Academic Session

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSC | 301 | Fundamentals of Program Lang | 4.00 | 4.00 | A- | 14.80 |
| CSC | 417 | Computer Communications | 3.00 | 3.00 | A | 12.00 |
| CSC | 501 | Programming Language Semantics | 4.00 | 4.00 | B- | 10.80 |
| CSC | 599 | Master's Thesis Research | 1.00 | 1.00 | S | 0.00 |
| STA | 592 | Special Topics in Statistics | 3.00 | 3.00 | A- | 11.10 |
| Course Topic: | | Network Analysis | | | | |

| | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| **Term GPA:** | 3.48 | **Term Totals:** 15.00 | 15.00 | 14.00 | 48.70 |
| **Term Transfer GPA:** | | **Term Transfer Totals:** 0.00 | 0.00 | 0.00 | 0.00 |
| **Term Combined GPA:** | 3.48 | **Term Combined Totals:** 15.00 | 15.00 | 14.00 | 48.70 |
| **Cumulative GPA:** | 3.48 | **Cumulative Totals:** 15.00 | 15.00 | 14.00 | 48.70 |

### Spring 2017

**Program:**  College Arts & Sciences-Grad
**Plan:**  Computer Science (MS) Major

ISSUED TO STUDENT

THE
**UNIVERSITY**
OF RHODE ISLAND

Page 2 of 3

## Official Transcript

**Name:** Sindhura Jaladhanki
**Student ID:** 100603316

**Session:** Regular Academic Session

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSC | 591 | Directed Study in Computer Sci | 3.00 | 3.00 | S | 0.00 |
| CSC | 592 | Special Topics in Computer Sci | 4.00 | 4.00 | A | 16.00 |
| | | Course Topic: Algorithms for Big Data | | | | |
| CSC | 592 | Special Topics in Computer Sci | 4.00 | 4.00 | C | 8.00 |
| | | Course Topic: Advanced Parallel Computing | | | | |
| CSC | 599 | Master's Thesis Research | 1.00 | 1.00 | S | 0.00 |
| STA | 409 | Statistical Methods in Rsrch I | 3.00 | 3.00 | A | 12.00 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 3.27 | Term Totals: | 15.00 | 15.00 | 11.00 | 36.00 |
| Term Transfer GPA: | | Term Transfer Totals: | 0.00 | 0.00 | 0.00 | 0.00 |
| Term Combined GPA: | 3.27 | Term Combined Totals: | 15.00 | 15.00 | 11.00 | 36.00 |
| Cumulative GPA: | 3.39 | Cumulative Totals: | 30.00 | 30.00 | 25.00 | 84.70 |

### Summer 2017

**Program:** College Arts & Sciences-Grad
**Plan:** Computer Science (MS) Major
**Session:** Session 1

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSC | 491 | Directed Study in Comp Science | 3.00 | 3.00 | S | 0.00 |
| CSC | 599 | Master's Thesis Research | 5.00 | 5.00 | S | 0.00 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 0.00 | Term Totals: | 8.00 | 8.00 | 0.00 | 0.00 |
| Term Transfer GPA: | | Term Transfer Totals: | 0.00 | 0.00 | 0.00 | 0.00 |
| Term Combined GPA: | 0.00 | Term Combined Totals: | 8.00 | 8.00 | 0.00 | 0.00 |
| Cumulative GPA: | 3.39 | Cumulative Totals: | 38.00 | 38.00 | 25.00 | 84.70 |

### Fall 2017

**Program:** College Arts & Sciences-Grad
**Plan:** Computer Science (MS) Major
**Session:** Regular Academic Session

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSC | 599 | Master's Thesis Research | 1.00 | 1.00 | S | 0.00 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 0.00 | Term Totals: | 1.00 | 1.00 | 0.00 | 0.00 |
| Term Transfer GPA: | | Term Transfer Totals: | 0.00 | 0.00 | 0.00 | 0.00 |
| Term Combined GPA: | 0.00 | Term Combined Totals: | 1.00 | 1.00 | 0.00 | 0.00 |
| Cumulative GPA: | 3.39 | Cumulative Totals: | 39.00 | 39.00 | 25.00 | 84.70 |

### Degrees Awarded

**Degree:** Master of Science in Computer Science
**Confer Date:** Dec 29, 2017
**Plan:** Computer Science (MS) Major

ISSUED TO STUDENT



THE
# UNIVERSITY
OF RHODE ISLAND

**Official Transcript**

**Name:** Sindhura Jaladhanki
**Student ID:** 100603316

| | | | | | |
|---|---|---|---|---|---|
| **Career Totals** | | **Cumulative Totals:** | 39.00 | 39.00 | 25.00 | 84.70 |
| **Cumulative GPA:** | 3.39 | | | | | |

**Non-Course Milestones**

GPR-Applications for Scour and Bedrock
Status: Completed
Program: College Arts & Sciences-Grad
Date Completed: Oct 30, 2017
Milestone Level: Final Copies
Milestone Title: EPIDEMIOLOGICAL STUDY OF BROWSER-BASED MALWARE FOR
UNIVERSITY NETWORK FLOW DATA

**End of Official Transcript**

VOID VOID VOID VOID
1892
ISSUED TO STUDENT

# FANG   FANG

✉ fangfang0617@gmail.com          ☎ (732) 322–2601          👤 www.iamfangfang.com

## EDUCATION

○ Aug 2015 – May 2017 | New Brunsick, NJ

**Rutgers, The State University of New Jersey**
**Master of Information, Interaction Design and
Informatics**

○ Jan 2011 – Dec 2011 | Seoul, South Korea

**Sookmyung Women's University**
**Visiting Student, Media Studies**

○ Aug 2008 – Jun 2012 | Lanzhou, China

**Lanzhou University**
**B.A., Network and New Media**

## SKILLS & AWARDS

○ **User Research**

Contextual Inquiry
Competitor Analysis
Survey | Interviews
Card Sorting
Field Observation

○ **UX Design**

Persona | Journey Map
Visioning | Storyboarding
Wireframing | Prototyping
Low to High fidelity Design
Usability Test | A/B Test
Lean UX | Agile Development

○ **Marketing and Management**

Problem Identification
Market Research
Data Analysis
Public Relations

○ **Tools Proficiency**

| | |
|---|---|
| Sketch | HTML |
| Adobe AI | CSS |
| Adobe PS | JavaScript |
| Marvel | MySQL |
| InVison | PHP |
| Balsamiq | Bootstrap |
| Zeplin | Rstudio |

○ **Awards**

NYC Openrecords Hackathon | Best User Research
Rutgers HackHERS 2016 | Best Design

## EXPERIENCE

○ Oct 2017 – Present | New York, NY

**We Education Group | Head of Product Design**
• Thrived in a startup environment. Lead a small team worked together on digital marketing,
curriculum development, product design and maintained a good customer relationship.
• Successfully launched online products and promote users of OWL English learning app grow
rapidly from 0 to 20k; The TikTok followers amount was increased from 0 to 65k.

**OWL English learning mobile app | For adult learners**
• Worked across leadership, design, development, data tracking and revenue team; Conducted
heuristic evaluation to identify learners pain points and transfer them to design solutions; Designed
more than 10 iterations and built the mini app from scratch.

**Picture books reading mobile app | For kids**
• Completed concept, wireframes, prototypes; Conducted usability test and designed UI
independently; Worked closely with curriculum development team; Creatively brought reading and
learning together.

**Online curriculum website**
• Worked with curriculum team on designing curriculum systems and designed website.

○ May 2017 – Present | New York, NY

**Freelance | UX/UI Designer**
**Care mobile app | For senior and health care agencies**
• Worked with clients, users and developers, applied multiple design methods.

**NYC Open Records web redesign | For New York government**
• Conducted interviews and heuristic evaluation to identify users pain points and provided design
recommendations; Improved interaction and user flow of signing up and searching feature.

○ May 2016 – Sep 2016 | New Brunsick, NJ

**Alfa Art Gallery | UI Design & Social Media Intern**
• Designed and maintained Alfa Art Gallery website; Updated artists information using Wordpress.

○ May 2016 – Sep 2016 | New Brunswick, NJ

**Rutgers University Center for Global Services | Orientation Assistant**
• Designed handouts, flyers, name cards, brochures and other orientation materials.
• Filed more than 2,000 International students' documents, organized and hosted more
than 10 orientation workshops.

○ March 2015 – July 2015 | Hefei, China

**Anhui Broadcasting Corporation | TV Program Producer**
• Edited contents of Anhui Public Channel mobile app and assisted TV program recording.

○ Jul 2012 – March 2015 | Changsha, China

**Hunan TV & Broadcast Intermediary Co., Ltd | New Media Director & Journalist**
• Assisted redesign of Hunan Traffic Radio mobile app.
• Launched online marketing activities for business and the number of weibo followers was
increased from 240,000 to 350,000 within one year.
• Interviewed high-profile individuals and design training materials for college interns.

○ December 2011 – March 2012 | Guangzhou, China

**Southern Metropolis Daily | Journalism Intern**
• Interviewed and wrote in-depth series regarding social concerns more than 30,000 words.



Rutgers, The State University of New Jersey

On recommendation of the faculty of the

School of Communication and Information

The Board of Governors confers upon

Fang Hung

the Degree of

Master of Information

with all the rights, responsibilities, privileges, and immunities appertaining thereunto.
Granted under the seal of the university on the
fourteenth day of May, two thousand and seventeen.

President

Dean



**RUTGERS**
THE STATE UNIVERSITY
OF NEW JERSEY

THIS IS AN OFFICIAL TRANSCRIPT
BEING HAND CARRIED BY STUDENT

THIS IS A RED SECURITY SHEET. IF COPIED, 'VOID' WILL APPEAR

FANG FANG

STUDENT NUMBER: 167003838

RECORD DATE: 03/02/18      PAGE: 1

| TITLE | SCH | DEPT | CRS | SEC | CREDITS | PR | GRADE |
|---|---|---|---|---|---|---|---|

**FALL 2015   SCHOOL OF COMMUNICATION AND INFORMATION-GRADUATE**
MAJOR: COMMUNICATION, INFO & LIBRARY STUDIES

| TITLE | SCH | DEPT | CRS | SEC | CREDITS | PR | GRADE |
|---|---|---|---|---|---|---|---|
| MCIS COLLOQUIUM | 17 | 194 | 500 | 01 | 0.0 | P | PASS |
| MEDIATED COMM | 17 | 194 | 512 | 01 | 3.0 | | B+ |
| COMMUNICATN RESEARCH | 17 | 194 | 514 | 01 | 3.0 | | A |
| ADVAN COMM ANALYSIS | 17 | 194 | 516 | 01 | 3.0 | | A |

DEGREE CREDITS: 9.0   TERM AVG: 3.833   CUMULATIVE AVG: 3.833

**SPRING 2016   SCHOOL OF COMMUNICATION AND INFORMATION-GRADUATE**
MAJOR: LIBRARY AND INFORMATION SCIENCE

| TITLE | SCH | DEPT | CRS | SEC | CREDITS | PR | GRADE |
|---|---|---|---|---|---|---|---|
| INTRO LIB&INFO PROF | 17 | 610 | 501 | 01 | 0.0 | P | PASS |
| COLLOQUIUM LIS | 17 | 610 | 502 | 01 | 0.0 | P | PASS |
| HUMAN INFO BEHAVIOR | 17 | 610 | 510 | 01 | 3.0 | | B |
| ORG2 INFORMATION | 17 | 610 | 520 | 90 | 3.0 | | C |
| INFO TECHNOLOGY | 17 | 610 | 550 | 01 | 3.0 | | A |

DEGREE CREDITS: 18.0   TERM AVG: 3.000   CUMULATIVE AVG: 3.417

**FALL 2016   SCHOOL OF COMMUNICATION AND INFORMATION-GRADUATE**
MAJOR: LIBRARY AND INFORMATION SCIENCE

| TITLE | SCH | DEPT | CRS | SEC | CREDITS | PR | GRADE |
|---|---|---|---|---|---|---|---|
| INTR USER EXP DESIGN | 16 | 137 | 531 | 80 | 3.0 | | A |
| GRAD SEMINAR | 16 | 355 | 502 | 05 | 0.0 | | PASS |
| INFORMATION DESIGN | 17 | 610 | 550 | 01 | 3.0 | | A |
| INFO VISUAL & PRESNT | 17 | 610 | 554 | 01 | 3.0 | | A |
| FUNDAM OF DATA SCI | 17 | 610 | 610 R | 560 | 01 | 3.0 | | A |
| MANAGEMENT PRINCIPL | 17 | 610 | 570 | 01 | 3.0 | | B+ |

DEGREE CREDITS: 33.0   TERM AVG: 3.700   CUMULATIVE AVG: 3.545

**SPRING 2017   SCHOOL OF COMMUNICATION AND INFORMATION-GRADUATE**
MAJOR: LIBRARY AND INFORMATION SCIENCE

| TITLE | SCH | DEPT | CRS | SEC | CREDITS | PR | GRADE |
|---|---|---|---|---|---|---|---|
| PROFESSION CAPSTONE | 17 | 610 | 503 | 01 | 0.0 | | PASS |
| INTERACTN DESIGN | 17 | 610 | 512 | 01 | 3.0 | | A |
| SPECIAL TOPICS LV | 17 | 610 | 599 | 01 | 3.0 | | A |
| SUB TOPIC: WEB PROGRAMMING |

DEGREE CREDITS: 39.0   TERM AVG: 4.000   CUMULATIVE AVG: 3.615

DEGREE: MASTER OF INFORMATION
   MAJOR: LIBRARY AND INFORMATION SCIENCE      MAY 2017

*** END OF TRANSCRIPT ***

This transcript is not official without the signature of the registrar.

Pursuant to the Family Education Rights and Privacy Act of 1974, Information Contained Herein Shall Not Be Released to a Third Party Without the Written Authorization of the Student.

RAISED SEAL NOT REQUIRED

University Registrar

Rutgers, the State University of New Jersey

PAGE H-12                    The Star-Ledger, affiliated with NJ.com www.nj.com/realezads 1-800-501-2100                    SUNDAY, OCTOBER 21, 2018




# careers

## jobs

**Programmer Analyst**
IT Consulting Company (North Brunswick, NJ) seeks Programmer Analyst to analyze, design, develop, test and implement web based applications using SQL Server, SSRS, Crystal Reports, T-SQL, .Net tech., MVVC, HTML, C#, VB. Perform systems analysis, write workflow charts and diagrams, prepare technical specs, & develop web applications. Test, maintain & monitor computer programs and systems. Expend/modify systems to improve workflow. Mail resumes to HRD, Hermes Technologies, Inc., 1592 Rt. 130, Unit 306, North Brunswick, NJ 08902.

**Progr'r Anlyst/Edison NJ**
Anlyze, resarch & reslve systm issues, idntfg root causes. Wrk clsely with bsn's to cmphsd ngrem'ts & idntfy potential imprts on systm procesng. Dvlp appl'n code, testing & implm'n plans, Reqd Knwldg on SQL, PL SQL, S-ware anlsis, dsgn & dvlpm't aprg? to usng J2EE techn's, JDBC, Java Srvlts, JMS, EJB, VB, C, C++, .NET, ETL Infrmatica, AGILE methdlgy (SCRUM) SQL* Plus, SSRS, Crystal Reports, SSIS, C, Cognos 8, Bsn's Objcts, OBIEE, Sbl, Vb, Python, Jira Dckets, AS-400, Jenkins. This job is avlble to w/from home or rmote loc'n. Reqd: MS in Comp Sci (any) Infr Tecn's, Engg (any) MBA (any) or eq accptble. Send Res to HR @ Eniac Systems I Ethel Rd Ste 102 D-2 Edison NJ 08817

**Purchasing Specialist**
(Tpgs; Hackensack, NJ 07601) Identify each regular client's inventory status; review sales records; attend internal meetings; conduct research about suppliers; create payoff tbale & forecast; buy products; ensure payment is made; support Stock Mgr to check delivery; & review all product costs. Associate's deg in Operations Mgmt OR alternatively 1 yr exp. req'd. M-F, 9a-6p. Resume to JC Food System, Inc., jjano@dcfsystem.com.

**QA Analyst/Edison NJ**
Rrod Exp in automation, frmwrks & delivery. Using JIRA to log & track appl'n dfcts, verify the coresponding dfct fixes pd'm config & ensure features imprvd by the code change are regr'n tested. Knwldg of GTT, Slnium, TSQL (SQL srvr), Jenkins build process & autm'n toolset. Indded to SQL/UNIX scripting, PERL, JAVA, .Net and C#. This job is avilble to w/from home or rmote loc'n. Reqd: MS in Comp Sci (any) Infr Tecn's, Engg (any) MBA (any) or as MS or S yrs exp accptble. Send Res to HR @ Eniac Systems I Ethel Rd Ste 102 D-2 Edison NJ 08817

**QA Specialist (JC1)**
BS/equiv & 2 yrs exp w/ SAP SCM APO PPDS; GATP; SAP ECATT; TAO; dsgn, dvlp, & execute manual & automated tests; lead end to end QA & testing activities; prepare, setup & maintain optimal QA landscapes to carry out test activities; troubleshoot functional & nonfunctional defects. Travel/reloc req'd. Send résumé w/JO# to Eish Technologies Inc., 116 Village Blvd, Ste 200, Princeton, NJ 08540

**Quality Assurance Analyst**
Vector Systems, Inc. Aberdeen, NJ. an IT services, requires Quality Assurance Analyst. Exp. in SQA in Testing Web Bsd Data Warehouse (ETL & BI) applications. Design test plans &d test cases from req's documentation; perform smoke, functional, &d regression testing according to test plans in bmwares; & document test findings & communicate test results to developers, BA, &d IT resmts using SQL Server 2008, Team Foundation Server, Microsoft Test Manager & Fiddler for API testing. Understanding SDLC models incl. Water-fall, Agile, use Jira, QC & TFS. Min. BS in Computer Science/Engng or related w/5 years related exp or MS in Computer Science/Engng or related w/24 mo's related exp. Any suitable cmbination of edu & expb acceptable. Must be willing to travel. Send resumes to: Attn: HR, Vector Systems, 1238 Rt. 34 South, Aberdeen, NJ 07747

---

Research User Specialist
Research User Specialist (#63 Master's deg in Comp Sci, Hum computer Interaction, Cognitive Sci, G Dsgn, or Web Dsgn + 3 yrs exp gained through adv deg resear Use prototyping; usability st & evals; dsgn, usability & ac ty standards to design & eval assessment; A learning softwar apps that are visually engagi accessible and easy to use. F cational Testing Service. Pri HJ, SendCV to: Ritu Sabat, Sr Strategic Staf alyst, ETS, 660 Rosedale Rd, 03D, Princeton, NJ 08541. No calls/recruiters.

**SECRETARY-Sex**
ad In education. Middletown Monmth PS

**Security Guards**
AJ Squared Security has opening In Avenel Newark, Elizabeth, Englewood, Secaucus. PLEASE APPLY AT IN PERSON AJ Squared Security. 1961 Morris Ave C-2, Union NJ 07083 Monday to Friday , 9:00-3:00 PM NO PHONE CALLS

**Senior Associate, Advisory**
KPMG LLP, Senior Associate, Advisory - Cyber Security, Short Hills, NJ. (Mult. Pos.) Conduct IT security assessm'ts & implement security sol'ns for clients utilizing the RSA Archer tool. Req'ts Incl.: Bach's deg. or foreign equiv. in IT, Comp. Sci., Info. Sys., or rel. field, & 3 yrs. of rel. work exp. Travel up to 80% req'd. Apply online at htt p://us-jobs.kpmg.com/careers/SearchResults & type req. #37311 in the keyword search box. Contact <u>us-hrnetadmin@kpmg.com</u> if you have difficulty applying through our Web site. If offered employment, must have legal right to work in the U.S. EOE. KPMG offers a comprehensive compensation and benefits package. No phone calls or agencies please. KPMG, an equal opportunity employer/disability/veteran. KPMG maintains a drug-free workplace. © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Senior Statistical Programmer**
Covance Inc. in Princeton, NJ seeks multiple Senior Statistical Programmer to perform data to manipulation & advanced techniques (arrays, transpositions, complex merges, SQL) and generic macro use and development to enable listing, table and graph generation. Reqs. BS+5yrs or MS+3yrs exp.; 100% telecommuting; Reports to Co. HQ, Princeton, NJ. To apply mail resume to: 206 Carnegie Center, Princeton, NJ 08540, ATTN: Michelle Obert, Ref Job Title. Job ID: 039770-000096

## REMODELING?

Sell your extra stuff
in the Classifieds.

Visit
nj.com/placead
to run in
Print and Online

*One click quotes at nj.com/autos*

---



★ ★ ★ Community Access Unlimited

10/22 & 10/29, 4pm-6pm • Immediate Openings!

Walk-in to welcome or schedule an appointment: 908-354-3040 • Ext 4210

80 W. Grand St., Elizabeth, NJ

• Assistant Director - $37K
• ASSISTANT SUPPORT COUNSELOR - $11.50/HR
• PT/FT OVERNIGHT COUNSELORS - $10.25/HR

All positions prefer experience with direct care.
Community Access Unlimited offers a career with growth potential supporting people with disabilities and youth at-risk to live independently in the community.

All positions require a minimum of a HS Diploma/GED, Driver's license & car. We offer a comprehensive benefits package for full Time employees including a non-contributory medical and dental plan option, Paid time off, matching percentage for 401k, Life insurance, etc.
Fax resume to: 908-354-0283 or email to <u>resright@caunj.org</u>. EOE

---

**Software Developers**
Degree in Comp/Tech/Engg related. MS w/ 2yr OR BS w/5 yr of experience. Exp In SDLC, COAD or OO's Concepts, Software Eng, JAVA/J2EE/J2EE Tech, SOA, Design Patterns, Web Service and Frameworks (Hibernate/Struts or Spring), DB (Oracle/Microsql DB/Sybase or PL/SQL), Application Server (Tomcat/Weblogic or Websphere), Version Control tools (CVS or GIT), Agile & Waterfall Methodologies. Travel/Reloc; Send resumes to: Hireme, Cellabexa Inc, 110 Allen Road. Baskina Ridae, NJ 07920

**Software Developer**
Requirement Azure environment, Visual Studio 2017, C#, ASP.Net, MVC 5, Web API, Entity/jQuery, CSS/HTML 5, Bootstrap, SQL Server 2017, MongoDB, TFS and SignalR. Design and develop UI using JQuery, HTML5, CSS3. Req BS in Comp. Science or related. Send resume: Menlinsight, LLC., Attn: Affan Iftikhar, 100 Menlo Park, Ste. 214, Edison, NJ 08837.

**Software Developer**
NJ: Limited domestic travel and/or occasional relocation to multiple client locations nationwide to analyze, design, develop software applications using Java, Java Tools, J2EE, C, C++, SQL, PL/SQL, Spring, MVC, JQuery, FTL, Hibernate, Angular, JavaScript, JSP, JSF, XML, XSD, JAXB, REST. Test, troubleshoot, maintain existing applications. Reply to: Iris Software, Inc., 200 Metroplex Drive, #300 Edison, NJ 08817

**Software Developer**
Marlabs, Inc., a Piscataway, NJ-based software and technology consulting company, has multiple openings for Software Developer (for locations nationwide): Design, development and testing of GUI Applications. Responsibilities include: Analysis of client business processes and functional requirements; Systems analysis and design. Requirement Analysis. Domain modeling. Object Oriented design. Data mapping, and Data validation. Develop XML / GUI applications and integrate to RDBMS Databases. Transfer data using various communication protocols. Develop logic and code and execute installation tasks for the software and supported software modules; Writing and implementing test plans. Req.: U.S Master's in CompSci, any Engg, CIS, Science, Math, Business or related with 1 yrs. exp. 9 AM - 6 PM. Mon – Fri Travel and relocation possible to unanticipated client locations which will be anywhere in the US. All responses to this ad must include Job code reference SM5593. Marlabs is an equal opportunity employer. Submit resume and salary requirements to: Marlabs, Inc., P.O. Box 519, Piscataway, NJ 08854. The candidates may be assigned to work at client sites across the U.S.

---

**Software Developer**
Growing IT company (Parlin, NJ) seeks Software Developer to participate in the entire software development life cycle from analysis and design to deployment and implementation using advance tech. such as JBK, Eclipse IDE, Spring, IBM Rational Rose, Struts, Tomcat, Oracle, PL/SQL, Log4j, SOAP WebServices, Servlet, Ajax, jQuery, JavaScript, Mule ESB, Agile SCRUM Methodology, CSS. Prepare UML diagrams, create various queries and write technical documentation. Create test cases and scenarios, perform various type of test, analyze results and perform troubleshooting. Mail Resume to HR, TekAlliance Corporation, 499 Ernston Rd, Ste # A11, Parlin, NJ 08859.

**Software Developer**
Edison, NJ: Limited domestic travel and/or occasional relocation to multiple client locations nationwide to analyze, design, develop software applications using Java, Spring Batch, JBPM, Mule, WebService; perform unit testing, write multiple complex SQL queries, debug applications. Reply to: Iris Software, Inc., 200 Metroplex Drive, #300 Edison, NJ 08817

**Software Developer/Application**
Software Developer (Application) Dumont, NJ. Analyze, design/develop deploy & improve computer apps – erp, mobile apps – & ssware for dance s/ware co; Duties incl mobile app development; DevOps; team/project leadership; reqr. for ventor interaction; support existing apps. Reqs: EITHER BS in Comp Sci or rel field + 5 yrs exp in Data Analysis, S/ware Development or rel field, OR MS in Comp Sci or rel field + 3 yrs exp in Data Analysis, S/ware Development or rel field. Send CV & cover ltr: Compudance, LLC. 99 W Madison Ave, Dumont, NJ 07628

**Software Engineer**
Software Engineer – Web Applications: Design, Develop, Test and Support Web applications by integrating Front-End, Middle-Tier and Back-End modules and applications using Java J2EE, JSP, Servlet, JDBC, Struts, Spring, Webservices(SOAP/REST), Hibernate, EJB, JITML, CSS, AJAX, JQuery, Java Script, JMS, Oracle, PL/SQL, UNIX, Linux & Weblogic. Must be willing to travel & relocate to unanticipated locations throughout the US. Reqs MS in sci, comp sci or rel w/3 yrs exp. Mail resumes ARC Solutions USA, Inc, 2525 Quakerbridge Rd, Ste 6350, Hamilton, NJ 08619

**Software Engineer**
Software Engineer (Edison, NJ) – Dsgn & devlp Enterprise Application. Req MS in CS, Computer Engg, or Engg + relt'd & knwlg in Bizztalk Server, SQL, EDI, XML, Visual Studio, TFS, Service Now, JIRA. Req 100% travel to unanticipated client locatns in US. Allow telecomuting. Send rfo w/code TA8001 to HR, Tedotonous, Inc, 37 Meridian Rd, Ste 18. Edison, NJ 08820.



---

## SOCIAL SERVICES
# New Jersey Department of Children and Families (DCF)

## ASSISTANT COMMISSIONER

### JOB DESCRIPTION

**DEFINITION:** Under the direction of the Commissioner, Department of Children and Families (DCF), the Assistant Commissioner, DCF Children's System of Care, leads the public children's behavioral health system for the State of New Jersey, including directing the administration of programs and services for children and adolescents with intellectual and developmental disabilities, emotional and behavioral health care challenges and substance use disorder challenges including varied behavioral health, social, medical, rehabilitation and other integrated health services; does related work as required, This position will be located in Trenton, NJ.

**RESPONSIBILITIES:** The Assistant Commissioner, DCF Children's System of Care is responsible for the provision of public children's behavioral health care accessible to all children and youth throughout New Jersey. Annually, the Children's System of Care serves over 50,000 children and adolescents with emotional and behavioral health challenges, intellectual and developmental disabilities, as well as prevention, treatment and support for youth by:

• Managing a complete statewide System of Care for children and youth with intellectual and Developmental Disabilities as well as children and youth with behavioral and mental health needs that provides holistic support and services to children in the context of their family system, ensures that treatment is delivered in the least restrictive setting, and supports children and their families in healing and thriving.

• Overseeing the management of a service portfolio that includes Mobile Response and Stabilization Services, Care Management Organizations, Out-of-Home Treatment Services, Intensive In-Home Behavioral Assistance, Outpatient Services, Family Support Organizations and a single point of entry responsible for determining level of care needed for children and youth while maintaining overall program data collections and case management.

• Managing and supporting the Care Management Organizations as they work with the children and youth with significant IDD and/or behavioral health needs

• Developing, updating, adjusting and implementing programs and services in a system of care based on the needs of the child and family in family centered community-based environments and communicating and informing partners, stakeholders and the public about these programs;

• Integrating the Children's System of Care into Department-wide Continuous Quality Improvement efforts

• Ensuring families are involved throughout the planning and treatment process in order to create a service system that values and promotes the advice and recommendation of the family, a system that is friendly to families and one which provides them the tools and support needed to create successful life experiences for their children with emotional and behavioral problems;

• Managing day-to-day operations of the Division including oversight of more than $600 million in combined state and federal resources which involves the administration of Medicaid state plan amendments (SPA), waivers, and federal grants as well as overall fiscal and contract management decisions including rate setting and fee-for-service financing structures, involving community provider agencies and community partners.

• Developing the Division's goals and objectives for client services and assisting subordinate staff in the development and implementation of programs designed to meet those goals; and

• Evaluates employees for hiring, promotions, demotions and discipline.

### REQUIREMENTS

**EDUCATION:** Graduation from an accredited college with a Bachelor's degree. A Master's degree is preferred.

**EXPERIENCE:** Ten (10) years of experience in a public or private organization leading public behavioral health system, and/or comprehensive programs providing either social/community, mental health, rehabilitation/education, or vocation/occupational services to a specific child/adolescent client population (youth with behavioral health challenges, developmental disabilities, juvenile justice involvement, and so forth), Seven (7) years of which shall have involved management responsibilities. NOTE: Familiarity with the "system of care" framework; Medicaid and HMO experience preferred.

**LICENSE:** Appointee will be required to possess a driver's license valid in New Jersey only if the operation of a vehicle, rather than employee mobility, is necessary to perform the essential duties of the position.

**SALARY:** Commensurate with education and experience.

### RESIDENCY LAW:

Please refer to the New Jersey Department of Children and Families' website at www.state.nj.us/dcf

**TO APPLY:** You must submit a cover letter and resume by November 2, 2018 to: Linda M. Dobron, Executive Director, OHR, Department of Children and Families, PO Box 717, Trenton, NJ 08625-0717. Email: Job.Posting@dcf.nj.gov

New Jersey is an Equal Opportunity Employer

THE STATE OF NEW JERSEY

Research User Specialist job in Princeton, NJ (08541) - NJ.com                    Page 1 of 2

---

Jobs   Search Jobs   Job Matches                              Sign up | Log in   **For Employers**

## Research User Specialist
Educational Testing Service    Princeton, NJ (08541)                    ✉   ☆

News   Sports   Classifieds   Autos   Jobs   Real Estate   Health   Local Businesses   Place An Ad

### How to apply
Please check the job description for
instructions provided by the employer.

📅 NEW        Full Time

Research User Specialist Research User Specialist
(#6381): Master's deg in Comp Sci, Human-computer
Interaction, Cognitive Sci, Graphic Dsgn, or Web Dsgn + 3
yrs exp. Exp gained through adv deg research OK. Use
prototyping; usability studies & evals; dsgn, usability &
accessibility standards to design & evaluate assessment
& learning software apps that are visually engaging,
accessible and easy to use.
F/T. Educational Testing Service.
Princeton, NJ. SendCV to: Ritu Sahai, Sr Strategic Staffing
Analyst, ETS, 660 Rosedale Rd, MS-03D, Princeton, NJ
08541.
No calls/recruiters.

Location/Region: Princeton, NJ (US - 08541)

Posted on NJ.com 2018-10-21

### Related Searches
UX Researcher jobs in Princeton, NJ

**Technology** jobs in Princeton, NJ

**UX Researcher** jobs

All Jobs

### Similar Jobs
**Training & Usability Analyst**
Princeton University    Princeton, NJ

---

ETS_H-1B Record_216

Research User Specialist job in Princeton, NJ (08541) - NJ.com                    Page 2 of 2



View All >

🏠 Jobs     🔍 Search Jobs     ⚙ Job Matches                    Sign up | Log in     [ For Employers ]

# Research User Specialist

📖 Educational Testing Service   ✦   Princeton, NJ (08541)

**About Us**
About NJ.com
Advertise with us
Contact Us
Jobs at NJ Advance
Media

Newsletters
Frequently Asked
Questions

**NJ.com Sections**
N.J. News
Local News
N.J. Politics
Sports
High School Sports
Entertainment
Food & Recipes
Living
Business
Opinion
Inside Jersey

Legal Notices
Obituaries
Jobs
Autos
Real Estate
Rentals
Classifieds
Shopping Good Deals
Local Businesses
Special Sections

**Newspaper stories and photos**
The Star-Ledger | Subscribe
The Times of Trenton | Subscribe
The Jersey Journal | Subscribe
South Jersey Times | Subscribe
Hunterdon County Democrat | Subscribe
The Warren Reporter
Suburban News
Horse News
Learn more about our newspapers

**More on NJ.com**
Interact
Weather
Site map
Claim your free business
listing
Sponsor Content
Search

Place an ad
Sell your car
Sell/rent your home
Post a job
Post a free classified ad
Apartments & rentals

**Contribute to NJ.com**
Submit an event

**Follow Us**
Twitter
Google+

Facebook
foursquare

**Mobile**
iPhone, Android apps | Tablet apps

Use of and/or registration on any portion of this site constitutes acceptance of our **User Agreement** (updated 5/25/18) and **Privacy Policy and Cookie Statement** (updated 5/25/18).

© 2018 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Your California Privacy Rights**

▷ Ad Choices

 **ZipRecruiter**

Post a Job      Sign In

← Back to Jobs

## Research User Specialist, Personalized Learning and Assessment

Educational Testing Service (ETS)   Princeton, NJ

Save

Posted: December 18, 2020        Full-Time

Join us and design the next generation of innovative assessment and learning solutions!

ETS's Research & Development division is seeking a creative and innovative individual to serve as User Experience Researcher in the Personalized Learning and Assessment (PLA) research laboratory, one of three inaugural ETS research laboratories. The market-focused individual will support the prototyping of adaptive and personalized capabilities with compelling user interfaces and experiences. Prototypes will be built on a foundation of learning and cognitive science principles that leverage interactive task design, machine learning, and data sciences to be integrated in various teaching, learning, and assessment solutions.

**Position Summary:**

The successful candidate will (a) understand target market and user segments and how to identify users from both (b) engage with users in interviews, observations, focus groups and other data collection activities to understand their needs and lead the UI/UX aspects of user experience research and associated interface design, wireframing, and documentation for engaging, interactive, and innovative capabilities, (b) serve as design lead for small interdisciplinary agile teams focused on producing user-informed functional prototypes that could be tested in target markets, and (c) collaborate with both internal and external colleagues and consultants to ensure on-time completion of project goals.

**Responsibilities:**

- Apply learning science principles, learning design principles, and user-centered research to prototypes and product concepts developed in the Language Learning Teaching and Assessment Lab.
- Engage with users of target market and user segments to conduct visioning activities, needs assessments, validation of problem statements, and ongoing testing through the development lifecycle.
- Develop assessment-for-learning models and support the application of these models to the development of prototypes and product concepts.
- Work with research scientists, engineers, software developers, and product owners in agile teams to support the efficient and effective development of product concepts and prototypes.
- Conduct applied research on the intersection between best practice pedagogical principles and the practical needs of educators and learners to connect theory and practice and apply this research to the development of technology-enhanced solutions.
- Communicate findings from research and development efforts with broad audiences.

**Education, Certifications, or Special Licenses:**

ETS_H-1B Record_218

- A Masters or PhD in learning engineering, design, instructional design, or related area

**Relevant Years of Experience:**

- At least 6 years of experience applying learning science and design principles to the development of technology enhanced teaching and learning solutions.

**Other Requirements:**

- Experience engaging with target market and user segments to understand their needs and aligning solutions with those needs
- Ability to work collaboratively and effectively in agile teams
- Ability to work collaboratively and effectively with cross-divisional stakeholder groups
- Strong oral and written communication skills

**EDUCATIONAL TESTING SERVICE is an Equal Opportunity and Affirmative Action Employer of Women and Minorities.**

**EDUCATIONAL TESTING SERVICE is an Equal Opportunity and Affirmative Action Employer of protected Veterans and Individuals with Disabilities.**

**EDUCATIONAL TESTING SERVICE is a Drug-free workplace.**

**Educational Testing Service (ETS)**

Address
Princeton, NJ
08541 USA
View all jobs at Educational Testing Service (ETS)

Report job

What email should the hiring manager reach you at?

Enter your email

Apply Now

By clicking the button above, I agree to the ZipRecruiter Terms of Use and acknowledge I have read the Privacy Policy, and agree to receive email job alerts.

ETS_H-1B Record_219

## People Searching User Research Coordinator Also Searched

User Researcher

Research Coordinator

User Research International

User Research Intern

Assistant Research Coordinator

Researching

Research Coordinators

User Experience Research Assistant

Product Research

User Research Assistant

## Most Popular User Research Coordinator Job Categories

Data Research

Medical Research

Research Organization

Research Participants

Research

All Jobs  /  User Research Coordinator Jobs

### Site Map

Privacy Policy     California Privacy Notice     Terms of Use     Job Posting Rules     Attribution Notices     Corporate Responsibility

ZipRecruiter, Inc. © All Rights Reserved Worldwide

ETS_H-1B Record_220

12/21/2020                                          Careers

 (http://www.ets.org/)   **Careers (http://www.ets.org/careers)**

ETS Home (http://www.ets.org/) > Careers (http://www.ets.org/careers/)



Strengthen Your Career.
Advance the Power of Learning.

# Job Openings

🔍 Job Search (https://etscareers.pereless.com/index.cfm?cid=83080&frame=1)

📋 Help (https://etscareers.pereless.com/index.cfm?fuseaction=83080.csupport&CID=83080&frame=1)

# Managing Principal User Experience Designer, PLA

**Job Tracking ID**: 314388
**Job Location**: Princeton, NJ
San Francisco, CA ,
Washington, DC ,
Remote, Open
**Job Level**: Management
**Level of Education**: Masters Degree

**Job Type**: Full-Time/Regular
**Date Updated**: December 14, 2020
**Years of Experience**: More Than 8 Years
**Starting Date**: ASAP

**Invite a friend**

f (http://www.facebook.com/sharer.php?
u=https%3A%2F%2Fetscareers%2Epereless%2Ecom%2Findex%2Ecfm%3Ffuseaction%3D83080%2Eviewjobdetail%26JII

in (https://www.linkedin.com/shareArticle?
title=Managing%20Principal%20User%20Experience%20Designer,%20PLA&mini=true&url=https%3A%2F%2Fetscareers%

🐦 (https://twitter.com/share?
url=https%3A%2F%2Fetscareers%2Epereless%2Ecom%2Findex%2Ecfm%3Ffuseaction%3D83080%2Eviewjobdetail%26J

ETS_H-1B Record_221

✉ (mailto:?

subject=You%20have%20been%20referred%20for%20employment%20to%20Educational%20Testing%20Service&body=%

| Apply Now |
|---|

| 🔍 Back to job search (https://etscareers.pereless.com/index.cfm?&cid=83080&cfcend&frame=1) |
|---|

# Job Description:

Join us in designing the next generation of innovative assessment and learning solutions!

ETS's Research & Development division is seeking a creative and innovative individual to serve as Managing Principal Experience Designer in the Personalized Learning and Assessment (PLA) research laboratory, one of three inaugural ETS research laboratories.  The PLA executes a strategic research agenda focused on prototyping adaptive and personalized capabilities with compelling user interfaces and experiences.  Prototypes will be built on a foundation of learning and cognitive science principles that leverage interactive task design, machine learning, and data sciences to be integrated in various teaching, learning, and assessment solutions.

**Position Summary:**

The Managing Principal Experience Designer will manage a team of User Experience researchers and designers that (a) understand target market and user segments and how to identify users from both (b) engage with users in interviews, observations, focus groups and other data collection activities to understand their needs and lead the UI/UX aspects of user experience research and associated interface design, wireframing, and documentation for engaging, interactive, and innovative capabilities, (b) serve as design leads for small interdisciplinary agile teams focused on producing user-informed functional prototypes that could be tested in target markets, and (c) collaborate with both internal and external colleagues and consultants to ensure on-time completion of project goals. The Managing Principal Experience Designer will also contribute individually to the activities above.

**Responsibilities:**

- Apply learning science principles, learning design principles, and user-centered research to prototypes and product concepts developed in the Language Learning Teaching and Assessment Lab.
- Engage with users of target market and user segments to conduct visioning activities, needs assessments, validation of problem statements, and ongoing testing through the development lifecycle.
- Develop assessment-for-learning models and support the application of these models to the development of prototypes and product concepts.
- Work with research scientists, engineers, software developers, and product owners in agile teams to support the efficient and effective development of product concepts and prototypes.
- Conduct applied research on the intersection between best practice pedagogical principles and the practical needs of educators and learners to connect theory and practice and apply this research to the development of technology-enhanced solutions.
- Communicate findings from research and development efforts with broad audiences.

**ETS** — *Measuring the Power of Learning.* ®

Copyright © 2017 by Educational Testing Service. All rights reserved.
All trademarks are property of their respective owners.

ETS_H-1B Record_222

Careers



Need Help Applying?

ETS_H-1B Record_223

12/21/2020                                                                 Careers

 (http://www.ets.org/)   # Careers (http://www.ets.org/careers)

ETS Home (http://www.ets.org/) > Careers (http://www.ets.org/careers/)



Strengthen Your Career.
Advance the Power of Learning.

# Job Openings

🔍 Job Search (https://etscareers.pereless.com/index.cfm?cid=83080&frame=1)

📄 Help (https://etscareers.pereless.com/index.cfm?fuseaction=83080,csupport&CID=83080&frame=1)

# Research User Specialist, Personalized Learning and Assessment Lab

**Job Tracking ID**: 314391
**Job Location**: Princeton, NJ
San Francisco, CA ,
Washington, DC ,
Remote, Open
**Job Level**: Mid Career (2+ years)
**Level of Education**: Masters Degree

**Job Type**: Full-Time/Regular
**Date Updated**: December 14, 2020
**Years of Experience**: 6+ Years
**Starting Date**: ASAP

**Invite a friend**

**f** (http://www.facebook.com/sharer.php?
u=https%3A%2F%2Fetscareers%2Epereless%2Ecom%2Findex%2Ecfm%3Ffuseaction%3D83080%2Eviewjobdetail%26CI

**in** (https://www.linkedin.com/shareArticle?
title=Research%20User%20Specialist,%20Personalized%20Learning%20and%20Assessment%20Lab&mini=true&url=https

**🐦** (https://twitter.com/share?
url=https%3A%2F%2Fetscareers%2Epereless%2Ecom%2Findex%2Ecfm%3Ffuseaction%3D83080%2Eviewjobdetail%26C

ETS_H-1B Record_224

Careers

✉ (mailto:?

subject=You%20have%20been%20referred%20for%20employment%20to%20Educational%20Testing%20Service&body=%

| Apply Now |
| --- |

| 🔍 Back to job search (https://etscareers.pereless.com/index.cfm?&cid=83080&cfcend&frame=1) |
| --- |

# Job Description:

Join us and design the next generation of innovative assessment and learning solutions!

ETS's Research & Development division is seeking a creative and innovative individual to serve as User Experience Researcher in the Personalized Learning and Assessment (PLA) research laboratory, one of three inaugural ETS research laboratories.  The market-focused individual will support the prototyping of adaptive and personalized capabilities with compelling user interfaces and experiences.  Prototypes will be built on a foundation of learning and cognitive science principles that leverage interactive task design, machine learning, and data sciences to be integrated in various teaching, learning, and assessment solutions.

The successful candidate will (a) understand target market and user segments and how to identify users from both (b) engage with users in interviews, observations, focus groups and other data collection activities to understand their needs and lead the UI/UX aspects of user experience research and associated interface design, wireframing, and documentation for\engaging, interactive, and innovative capabilities, (b) serve as design lead for small interdisciplinary agile teams focused on producing user-informed functional prototypes that could be tested in target markets, and (c) collaborate with both internal and external colleagues and consultants to ensure on-time completion of project goals.

**Responsibilities:**

- Apply learning science principles, learning design principles, and user-centered research to prototypes and product concepts developed in the Language Learning Teaching and Assessment Lab.
- Engage with users of target market and user segments to conduct visioning activities, needs assessments, validation of problem statements, and ongoing testing through the development lifecycle.
- Develop assessment-for-learning models and support the application of these models to the development of prototypes and product concepts.
- Work with research scientists, engineers, software developers, and product owners in agile teams to support the efficient and effective development of product concepts and prototypes.
- Conduct applied research on the intersection between best practice pedagogical principles and the practical needs of educators and learners to connect theory and practice and apply this research to the development of technology-enhanced solutions.
- Communicate findings from research and development efforts with broad audiences.

# Experience and Skills

---

**ETS** — *Measuring the Power of Learning.* ®

Copyright © 2017 by Educational Testing Service. All rights reserved.
All trademarks are property of their respective owners.

ETS_H-1B Record_225

12/21/2020                                         Careers



Need Help Applying?

ETS_H-1B Record_226

# PLEASE SEND THIS COPY TO KCC UPON APPROVAL

PS|Ship - FedEx Label                                                        Page 1 of 1



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX(S) (1-800-463-3339(S)).

**Vermont Service Center**
**Attn: Premium Processing Unit**
**30 Houghton Street**
**St. Albans, Vermont 05478-2399**



U.S. Citizenship
and Immigration
Services

## Facsimile Transmission

| To: | ELEANOR PELTA | Fax Number: | 2027393001 |
|---|---|---|---|
| **Number of pages including cover:** | | **Date:** | **January 27, 2021** |
| **From:** | Vermont Service Center – Premium Processing Unit | **Fax Number:** 802-860-6900 | |
| **Email:** | VSC-PREMIUM.PROCESSING@DHS.GOV | **Phone:** | 1-866-315-5718 |
| **Receipt Number:** | | | |

Attached you will find a copy of our decision concerning your case.

The original decision will follow via mail. If eligible to appeal our decision appeal forms will be included.

***Important***Important***Important***Important***

If responding to a Request for Evidence or Intent to Deny, ensure you include a copy of the decision immediately following your cover page and indicate the total number of pages included with your response. Please include the case receipt number (e.g. EAC01 000 12345) with all correspondence.

Ensure when responding to this request that you fax your response to our **NEW FAX NUMBER - 802-860-6900**.

If you wish to mail a response, it must be sent to the VSC Premium Processing Unit at 30 Houghton Street, St. Albans, VT 05478-2399. Do not send your response to the 75 Lower Welden Street address, as that will cause delays and will not restart the premium processing clock until the response is identified as a premium processing case.

Title 8 CFR Section 103.2(b)(11) Submission of evidence in response to a Service request states:

All evidence submitted in response to a Service request must be submitted at one time. The submission of only some of the requested evidence will be considered a request for a decision based on the record.

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you received this communication in error, please notify the sender immediately by telephone and return the communication at this address above via United States Postal Service. Thank you.

**www.uscis.gov**

ETS_H-1B Record_229



**U.S. Department of Homeland Security**

U.S. Citizenship and Immigration Services
Vermont Service Center
30 Houghton St (VSC Premium Processing)
St. Albans, VT 05478-2399

January 27, 2021

EDUCATIONAL TESTING SERVICE
c/o ELEANOR PELTA
MORGAN LEWIS AND BOCKIUS LLP
1111 PENNSYLVANIA AVE NW FL 12
WASHINGTON, DC 20004



**U.S. Citizenship
and Immigration
Services**

EAC2025450142



Beneficiary: ZHAO, JING

I-129, Petition for a Nonimmigrant Worker

## DECISION

Dear Sir or Madam,

On June 16, 2020, you filed a Form I-129, Petition for a Nonimmigrant Worker, to classify the beneficiary under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (the Act).

Section 101(a)(15)(H)(i)(b) of the Act relates to an alien:

> ...who is coming temporarily to the United States to perform services...in a specialty occupation described in section 214(i)(1)..., who meets the requirements for the occupation specified in section 214(i)(2)..., and with respect to whom the Secretary of Labor determines and certifies to the Attorney General that the intending employer has filed with the Secretary an application under 212(n)(1).

Further, section 214(i)(1) of the Act defines "specialty occupation" as:

> …an occupation that requires--
>
> (A) theoretical and practical application of a body of highly specialized knowledge, and
> (B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

"Specialty occupation" is defined at Title 8 Code of Federal Regulations (8 CFR), section 214.2(h)(4)(ii) as:

> …an occupation which requires theoretical and practical application of a body of highly specialized knowledge in such fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

ETS_H-1B Record_230

Additionally, 8 CFR, section 214.2(h)(4)(iii)(A) requires a specialty occupation to meet one of the following criteria:

> (1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
> (2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
> (3) The employer normally requires a degree or its equivalent for the position; or
> (4) The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

To be consistent with section 214(i)(1) of the Act, U.S. Citizenship and Immigration Services (USCIS) interprets the term "degree" set forth in the criteria at 8 CFR, section 214.2(h)(4)(iii)(A) to mean not just any baccalaureate or higher degree, but one in a specific specialty that is directly related to the offered position.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. *Matter of Brantigan*, 11 I&N Dec. 493 (BIA 1966).

The record shows your organization was established in 1947 and provides education and test measurement research services. You have 3,088 current employees, gross annual income of $1.4 billion, and an undisclosed net annual income. You seek to employ the beneficiary in the position of Senior Research User Specialist for a temporary period of three years. You provided a certified labor condition application (LCA) which includes a signed statement that you will comply with the terms of the LCA. The beneficiary possesses a PhD in the field of Cognitive Studies in Education.



In evaluating your eligibility, USCIS must determine whether you have established that the offered position qualifies as a specialty occupation.

USCIS does not use the job title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the offered position, combined with the nature of the petitioning entity's business operations, are factors that USCIS considers. With the initial filing, you described the duties of the position, which include, but are not limited to, the following:

- Translate ideas from clients into visually engaging, accessible and highly usable designs through audience and needs analyses;
- Design and conduct usability studies to test and revise prototypes during the development cycle; and
- Collaborate with software engineers and designers, subject matter experts, product/project owners, and outside consultants to ensure that the finished product adheres to the design vision and conforms to internal technical, accessibility, and architectural standards.

Additionally, you provided the following evidence to establish that the offered position qualified as a specialty occupation:

- A letter of support from your company;
- A certified LCA listing an occupation title of Human Factors Engineers and Ergonomists, and an SOC code of 17-2112.01; and
- Information about your organization's products or services.

On September 25, 2020, USCIS informed you in a Request for Evidence (RFE), that the initial evidence did not establish that the job offered requires the services of a person performing the duties of a specialty occupation. You were requested to submit evidence showing that the offered position qualifies as a specialty occupation.

ETS_H-1B Record_231

On January 15, 2021, USCIS received your response, which included the following:

- Letters of support from representatives of your company;
- An excerpt from the Department of Labor's O*NET OnLine (O*NET) for the position of Human Factors Engineers and Ergonomists;
- An excerpt from Ferguson's Career Guidance Center for the position of User Experience Designers;
- A copy of the Winter 2000-01 Occupational Outlook Quarterly article discussing the Usability Engineer occupation;
- An excerpt from the CareerOneStop website for the position of Human Factors Engineers and Ergonomists;
- An excerpt from the Zippia Careers website for the position of Senior User Experience Designer;
- A brochure from the National Assessment of Educational Progress (NAEP);
- An excerpt from the W3C website summarizing Web Content Accessibility Guidelines;
- Employee records and education credentials and/or resumes for three of your current employees, accompanied by organizational charts showing the positional rank of each individual; and
- Copies of job postings for several positions with your company.

In accordance with *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010), USCIS has examined the evidence of record for relevance, probative value, and credibility, both individually and within the context of the totality of the evidence, and determined that you have not established eligibility for the requested classification by a preponderance of the evidence. A detailed discussion of the grounds for denial and the related evidence follows.

**Specialty Occupation Determination**
You must establish that the offered position is a specialty occupation as defined above. USCIS interprets "a bachelor's degree or higher in a specific specialty" as used above as "one that relates directly to the duties and responsibilities of a particular position." *See Royal Siam Corp. v. Chertoff*, 484 F.3d 139, 147 (1st Cir. 2007).

You indicated that the minimum entry requirements for the offered position are a wide variety of disparate fields of study, as the offered position requires a bachelor's degree in Cognitive Studies; Human-Computer Interaction; or Computer Science. However, there must be a close correlation between the required "body of highly specialized knowledge" and the position. A minimum entry requirement of a bachelor's degree in disparate fields of study, does not meet the requirement that the position requires a degree "in the specific specialty (or its equivalent)" unless you establish how each field is directly related to the duties and responsibilities of the particular position.

Accordingly, on the basis of the position's educational requirements alone, you have not established that the position is in a specialty occupation as defined above. Therefore, the evidence of record does not satisfy the requirements of section 214(i)(1) of the Act: that the occupation requires the theoretical and practical application of a body of highly specialized knowledge and the attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

In addition, the evidence of record does not establish that the offered position as described meets any of the four criteria specified in 8 CFR, section 214.2(h)(4)(iii)(A). A detailed analysis of the evidence provided in relation to those four criteria follows.

**Qualifying Criteria**
To qualify as a specialty occupation, the position must have met at least one of the following criteria. USCIS will discuss each of the qualifying criteria for specialty occupation below.



I.      **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(1)**
        **Degree is Normally Minimum Requirement**

To meet this criterion, you must submit evidence showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

You submitted a certified LCA which lists an occupation title of Human Factors Engineers and Ergonomists, and an SOC code of 17-2112.01.

To establish that the offered position qualifies as a specialty occupation, you provided an excerpt from Ferguson's Career Guidance Center for the position of User Experience Designers; and a copy of the Winter 2000-01 Occupational Outlook Quarterly article discussing the Usability Engineer occupation.

Accordingly, these documents do not indicate that the offered position normally requires a minimum of a bachelor's degree in a specific specialty. For example, according to the excerpt from Ferguson's Career Guidance Center, "*User experience designers must have a minimum of a bachelor's degree to enter the field. Designers have degrees in human-computer interaction, graphic design, web design, industrial design, communication, psychology, engineering psychology, human factors/ergonomics, or marketing.*"



Similarly, the Winter 2000-01 Occupational Outlook Quarterly article discussing the Usability Engineer occupation indicates that, "*...many usability engineers have master's degrees in cognitive, experimental, or organizational psychology. Other common college majors include computer science, human factors engineering, information science, and human-computer interaction*" Based on the foregoing, it appears that a range of educational credentials may qualify an individual to perform the duties of the offered position. As stated above, a minimum entry requirement of a bachelor's degree in disparate fields of study, does not meet the requirement that the position requires a degree "in the specific specialty (or its equivalent)" unless it is established how each field is directly related to the duties and responsibilities of the particular position. The record of evidence provided is insufficient to establish how each field of study indicated above is directly related to the duties and responsibilities of the offered position.

As additional evidence to establish the offered position as a specialty occupation under this criterion, you provided excerpts from other career sources, such as the O*NET; CareerOneStop; and Zippia Careers. The sources provided are insufficient to establish that the offered position qualifies as a specialty occupation under this criterion. USCIS notes that the provided sources provide general information regarding the tasks and work activities associated with the offered position. Furthermore, each source indicates that at least a bachelor's degree is required for entry into the occupation; however, the sources provided make no reference to a degree requirement in a specific specialty.

For example, a review of the O*NET listing provided indicates that, "*...Most of these occupations require graduate school.*" However, the O*NET is not designed to assess the specialty occupation status of either occupations or particular positions within them. Rather, the O*NET and its Job Zone and Specific Vocational Preparation (SVP) ratings are meant to indicate only the total number of years of vocational preparation required for a particular position. The O*NET does not describe how those years are to be divided among training, formal education and experience.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Therefore, you have not established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position by your own educational requirements.

ETS_H-1B Record_233

Therefore, the evidence of record does not satisfy the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(1): that a baccalaureate or higher degree, or its equivalent, in a specific specialty, is normally the minimum requirement for entry into the particular position.

II.     **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(2)**
        **Part 1 – Common to the Industry**

To meet this criterion, you must submit evidence showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

Your initial letter of support indicated that you are eligible under this criterion.  USCIS noted in the RFE issued to your company that your initial filing did not contain any evidence to support this claim or to explain how you reached this conclusion.  You were provided any opportunity to submit evidence to establish that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations; however, no such evidence was provided with your response.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, the record does not establish how a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations, if it is not the requirement of your own position.

Therefore, the evidence of record does not satisfy the first part of the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(2):  that the degree requirement in a specific specialty is common to the industry in parallel positions among similar organizations.

        **Part 2 – So Complex or Unique**



To meet this criterion, you must submit evidence showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

As evidence that the offered position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty, you submitted a description of the job duties; a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines.  However, the evidence provided is insufficient to demonstrate that the offered position is of such complexity or uniqueness as to require the attainment of a bachelor's degree in a specific specialty that consisted of theoretical and practical application of a body of highly specialized knowledge.

While the evidence provided includes details of the nature of the project(s) to which the beneficiary has been assigned, you did not sufficiently identify any tasks that are so complex or unique or provide sufficient explanation of why only an individual with a degree in a specific specialty could perform them.  Further, you have not provided evidence, such as industry publications or letters, which highlight the complex and unique nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

USCIS notes that you have included a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines as evidence to establish the level of complexity of the project to which the beneficiary has been assigned; however, you have not provided sufficient explanation of how the beneficiary's performance of the duties in relation to this project are more complex or unique than the

duties typically performed in this occupation. Based on the foregoing, the evidence of the record does not establish that the offered position is significantly different from other positions within the occupational category of Human Factors Engineers and Ergonomists.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, the record does not establish that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

Therefore, the evidence of record does not satisfy the second part of the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(2): that the employer's particular position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty.

III.    **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(3)**
        **Petitioner Normally Requires Degree or its Equivalent**

To meet this criterion, you must submit evidence showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

You stated that the position of Senior Research User Specialist requires the minimum of a bachelor's degree in Cognitive Studies, Human-Computer Interaction, Computer Science, or a closely related field. To support this claim, you provided copies of job postings for the Research User Specialist and Managing Principal User Experience Designer positions rendered at your establishment; and employee records for three of your current employees, supported by evidence to establish the education and positional title of each individual. 

A review of the postings provided for the Research User Specialist positions with your company indicate that at least a bachelor's degree is required for this position, in the fields of Computer Science; Human Computer Interaction; Cognitive Science; Graphic Design; Web Design; Learning Engineering; Design; or Instructional Design; however, you have not provided sufficient evidence to establish how each of these fields of study relate to the duties of the offered positions.

Furthermore, the posting provided for the Managing Principal User Experience Designer position with your company indicates only that a Master's degree, without further specification, is required for this position. The evidence provided fails to explain how this generalized field is a "body of highly specialized knowledge" that is directly related to the duties and responsibilities of the offered position and/or how each of the fields of study under this generalized heading would relate to the duties and responsibilities of the proffered position.

Based on the referenced job openings at your establishment, your company accepts multiple disciplines for the offered position, including a non-specific Master's degree, which covers numerous specialties and vocations.

As stated above, you also provided employee records for three of your current employees, supported by evidence to establish the education and positional title of each individual. USCIS acknowledges that each individual you provided education credentials for has at least a bachelor's degree; however, aside from internal organizational charts and employee records indicating that these employees are employed in similarly titled positions, you have not provided any evidence to establish that these individuals perform duties analogous to those as described in your letter of support for the offered position. Moreoover, you have not provided any evidence to establish that each of these individuals have been compensated to work in the position of Senior Research User Specialist. As such, this evidence is insufficient to establish that your company historically hires individuals who hold at least a bachelor's degree in a specific specialty, or its equivalent, for employment as a Senior Research User Specialist.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, you have not established that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

Therefore, the evidence of record does not satisfy the third criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(3): that the employer normally requires a degree, or its equivalent, in a specific specialty for the position.

IV.     **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(4)**
        **Knowledge Required to Perform Specified Duties is Associated with Degree**

To meet this criterion, you must submit evidence demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

As stated above, the evidence does not establish that the offered position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty.  In addition, the record of evidence provided is insufficient to establish that the offered position is so specialized and complex as to require the attainment of a bachelor's degree in a specific specialty.

To establish the offered position as a specialty occupation under this criterion, you submitted a description of the job duties; a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines.



While the evidence provided includes details of the nature of the project(s) to which the beneficiary has been assigned, you have not described with sufficient detail how the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.  Further, you have not provided evidence, such as industry publications or letters, which highlight the specialized and complex nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

USCIS notes that you have included a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines as evidence to establish the level of specialization and complexity of the beneficiary's assigned project; however, you have not provided sufficient explanation of how the beneficiary's performance of the duties in relation to this project are more specialized and complex than the duties typically performed in this occupation.  Based on the foregoing, the evidence of the record does not establish that the offered position is significantly different from other Human Factors Engineer and Ergonomist positions that are not usually associated with at least a bachelor's degree in a specific specialty, or its equivalent.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, the record does not establish that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

Therefore, the evidence of record does not satisfy the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(4):  that the nature of the specific duties is so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree in a specific specialty.

The record does not establish that the job offered satisfies the requirements of section 214(i)(1) of the Act. Further, you have not demonstrated that any of the four criteria enumerated in 8 CFR, section 214.2(h)(4)(iii)(A), above, are present in this proceeding.  As such, the evidence of record does not establish that the job offered qualifies as a specialty occupation under section 101(a)(15)(H)(i)(b) of the Act.

Therefore, your petition is denied.

If applicable, the portion of the petition requesting an extension of stay or change of status for the beneficiary is also denied because the nonimmigrant visa petition filed on the beneficiary's behalf is denied.

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a motion or appeal of this decision by completing a Form I-290B, Notice of Appeal or Motion.  You may also include a brief or other written statement in support of your appeal. The appeal must be filed within 33 days from the date of this notice. If an appeal or a motion is not filed within 33 days, this decision is final.

You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS 290B<br>
PO Box 21100<br>
Phoenix AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration.  The ONO assists small businesses with issues related to federal regulations.  If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

Laura Zuchowski

Laura B. Zuchowski
Director



January 27, 2021



**U.S. Department of Homeland Security**

U.S. Citizenship and Immigration Services

Vermont Service Center

30 Houghton St (VSC Premium Processing)

St. Albans, VT 05478-2399

EDUCATIONAL TESTING SERVICE
c/o RITU SAHAI
660 ROSEDALE ROAD
PRINCETON, NJ 08541
US



**U.S. Citizenship and Immigration Services**

EAC2025450142

Beneficiary: ZHAO, JING

I-129, Petition for a Nonimmigrant Worker



## <u>DECISION</u>

Dear Sir or Madam,

On June 16, 2020, you filed a Form I-129, Petition for a Nonimmigrant Worker, to classify the beneficiary under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (the Act).

Section 101(a)(15)(H)(i)(b) of the Act relates to an alien:

> ...who is coming temporarily to the United States to perform services...in a specialty occupation described in section 214(i)(1)..., who meets the requirements for the occupation specified in section 214(i)(2)..., and with respect to whom the Secretary of Labor determines and certifies to the Attorney General that the intending employer has filed with the Secretary an application under 212(n)(1).

Further, section 214(i)(1) of the Act defines "specialty occupation" as:

> …an occupation that requires--
>
> (A) theoretical and practical application of a body of highly specialized knowledge, and
> (B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

"Specialty occupation" is defined at Title 8 Code of Federal Regulations (8 CFR), section 214.2(h)(4)(ii) as:

> …an occupation which requires theoretical and practical application of a body of highly specialized knowledge in such fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

Additionally, 8 CFR, section 214.2(h)(4)(iii)(A) requires a specialty occupation to meet one of the following criteria:

(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
(2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
(3) The employer normally requires a degree or its equivalent for the position; or
(4) The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

To be consistent with section 214(i)(1) of the Act, U.S. Citizenship and Immigration Services (USCIS) interprets the term "degree" set forth in the criteria at 8 CFR, section 214.2(h)(4)(iii)(A) to mean not just any baccalaureate or higher degree, but one in a specific specialty that is directly related to the offered position.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. *Matter of Brantigan*, 11 I&N Dec. 493 (BIA 1966).

The record shows your organization was established in 1947 and provides education and test measurement research services. You have 3,088 current employees, gross annual income of $1.4 billion, and an undisclosed net annual income. You seek to employ the beneficiary in the position of Senior Research User Specialist for a temporary period of three years. You provided a certified labor condition application (LCA) which includes a signed statement that you will comply with the terms of the LCA. The beneficiary possesses a PhD in the field of Cognitive Studies in Education.

In evaluating your eligibility, USCIS must determine whether you have established that the offered position qualifies as a specialty occupation.

USCIS does not use the job title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the offered position, combined with the nature of the petitioning entity's business operations, are factors that USCIS considers. With the initial filing, you described the duties of the position, which include, but are not limited to, the following:

- Translate ideas from clients into visually engaging, accessible and highly usable designs through audience and needs analyses;
- Design and conduct usability studies to test and revise prototypes during the development cycle; and
- Collaborate with software engineers and designers, subject matter experts, product/project owners, and outside consultants to ensure that the finished product adheres to the design vision and conforms to internal technical, accessibility, and architectural standards.

Additionally, you provided the following evidence to establish that the offered position qualified as a specialty occupation:

- A letter of support from your company;
- A certified LCA listing an occupation title of Human Factors Engineers and Ergonomists, and an SOC code of 17-2112.01; and
- Information about your organization's products or services.

On September 25, 2020, USCIS informed you in a Request for Evidence (RFE), that the initial evidence did not establish that the job offered requires the services of a person performing the duties of a specialty occupation. You were requested to submit evidence showing that the offered position qualifies as a specialty occupation.



On January 15, 2021, USCIS received your response, which included the following:

- Letters of support from representatives of your company;
- An excerpt from the Department of Labor's O*NET OnLine (O*NET) for the position of Human Factors Engineers and Ergonomists;
- An excerpt from Ferguson's Career Guidance Center for the position of User Experience Designers;
- A copy of the Winter 2000-01 Occupational Outlook Quarterly article discussing the Usability Engineer occupation;
- An excerpt from the CareerOneStop website for the position of Human Factors Engineers and Ergonomists;
- An excerpt from the Zippia Careers website for the position of Senior User Experience Designer;
- A brochure from the National Assessment of Educational Progress (NAEP);
- An excerpt from the W3C website summarizing Web Content Accessibility Guidelines;
- Employee records and education credentials and/or resumes for three of your current employees, accompanied by organizational charts showing the positional rank of each individual; and
- Copies of job postings for several positions with your company.

In accordance with *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010), USCIS has examined the evidence of record for relevance, probative value, and credibility, both individually and within the context of the totality of the evidence, and determined that you have not established eligibility for the requested classification by a preponderance of the evidence. A detailed discussion of the grounds for denial and the related evidence follows.

**Specialty Occupation Determination**
You must establish that the offered position is a specialty occupation as defined above. USCIS interprets "a bachelor's degree or higher in a specific specialty" as used above as "one that relates directly to the duties and responsibilities of a particular position." *See Royal Siam Corp. v. Chertoff*, 484 F.3d 139, 147 (1st Cir. 2007).

You indicated that the minimum entry requirements for the offered position are a wide variety of disparate fields of study, as the offered position requires a bachelor's degree in Cognitive Studies; Human-Computer Interaction; or Computer Science. However, there must be a close correlation between the required "body of highly specialized knowledge" and the position. A minimum entry requirement of a bachelor's degree in disparate fields of study, does not meet the requirement that the position requires a degree "in the specific specialty (or its equivalent)" unless you establish how each field is directly related to the duties and responsibilities of the particular position.

Accordingly, on the basis of the position's educational requirements alone, you have not established that the position is in a specialty occupation as defined above. Therefore, the evidence of record does not satisfy the requirements of section 214(i)(1) of the Act: that the occupation requires the theoretical and practical application of a body of highly specialized knowledge and the attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

In addition, the evidence of record does not establish that the offered position as described meets any of the four criteria specified in 8 CFR, section 214.2(h)(4)(iii)(A). A detailed analysis of the evidence provided in relation to those four criteria follows.

**Qualifying Criteria**
To qualify as a specialty occupation, the position must have met at least one of the following criteria. USCIS will discuss each of the qualifying criteria for specialty occupation below.



I.     **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(1)**
       **Degree is Normally Minimum Requirement**

To meet this criterion, you must submit evidence showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

You submitted a certified LCA which lists an occupation title of Human Factors Engineers and Ergonomists, and an SOC code of 17-2112.01.

To establish that the offered position qualifies as a specialty occupation, you provided an excerpt from Ferguson's Career Guidance Center for the position of User Experience Designers; and a copy of the Winter 2000-01 Occupational Outlook Quarterly article discussing the Usability Engineer occupation.

Accordingly, these documents do not indicate that the offered position normally requires a minimum of a bachelor's degree in a specific specialty.  For example, according to the excerpt from Ferguson's Career Guidance Center, "*User experience designers must have a minimum of a bachelor's degree to enter the field. Designers have degrees in human-computer interaction, graphic design, web design, industrial design, communication, psychology, engineering psychology, human factors/ergonomics, or marketing.*"

Similarly, the Winter 2000-01 Occupational Outlook Quarterly article discussing the Usability Engineer occupation indicates that, "*...many usability engineers have master's degrees in cognitive, experimental, or organizational psychology.  Other common college majors include computer science, human factors engineering, information science, and human-computer interaction*"  Based on the foregoing, it appears that a range of educational credentials may qualify an individual to perform the duties of the offered position.  As stated above, a minimum entry requirement of a bachelor's degree in disparate fields of study, does not meet the requirement that the position requires a degree "in the specific specialty (or its equivalent)" unless it is established how each field is directly related to the duties and responsibilities of the particular position.  The record of evidence provided is insufficient to establish how each field of study indicated above is directly related to the duties and responsibilities of the offered position. 

As additional evidence to establish the offered position as a specialty occupation under this criterion, you provided excerpts from other career sources, such as the O*NET; CareerOneStop; and Zippia Careers.  The sources provided are insufficient to establish that the offered position qualifies as a specialty occupation under this criterion.  USCIS notes that the provided sources provide general information regarding the tasks and work activities associated with the offered position.  Furthermore, each source indicates that at least a bachelor's degree is required for entry into the occupation; however, the sources provided make no reference to a degree requirement in a specific specialty.

For example, a review of the O*NET listing provided indicates that, "*...Most of these occupations require graduate school.*"  However, the O*NET is not designed to assess the specialty occupation status of either occupations or particular positions within them.  Rather, the O*NET and its Job Zone and Specific Vocational Preparation (SVP) ratings are meant to indicate only the total number of years of vocational preparation required for a particular position.  The O*NET does not describe how those years are to be divided among training, formal education and experience.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position.  Therefore, you have not established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position by your own educational requirements.

Therefore, the evidence of record does not satisfy the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(1): that a baccalaureate or higher degree, or its equivalent, in a specific specialty, is normally the minimum requirement for entry into the particular position.

II.      **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(2)**
         **Part 1 – Common to the Industry**

To meet this criterion, you must submit evidence showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

Your initial letter of support indicated that you are eligible under this criterion.  USCIS noted in the RFE issued to your company that your initial filing did not contain any evidence to support this claim or to explain how you reached this conclusion.  You were provided any opportunity to submit evidence to establish that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations; however, no such evidence was provided with your response.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, the record does not establish how a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations, if it is not the requirement of your own position.



Therefore, the evidence of record does not satisfy the first part of the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(2):  that the degree requirement in a specific specialty is common to the industry in parallel positions among similar organizations.

         **Part 2 – So Complex or Unique**

To meet this criterion, you must submit evidence showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

As evidence that the offered position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty, you submitted a description of the job duties; a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines.  However, the evidence provided is insufficient to demonstrate that the offered position is of such complexity or uniqueness as to require the attainment of a bachelor's degree in a specific specialty that consisted of theoretical and practical application of a body of highly specialized knowledge.

While the evidence provided includes details of the nature of the project(s) to which the beneficiary has been assigned, you did not sufficiently identify any tasks that are so complex or unique or provide sufficient explanation of why only an individual with a degree in a specific specialty could perform them.  Further, you have not provided evidence, such as industry publications or letters, which highlight the complex and unique nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

USCIS notes that you have included a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines as evidence to establish the level of complexity of the project to which the beneficiary has been assigned; however, you have not provided sufficient explanation of how the beneficiary's performance of the duties in relation to this project are more complex or unique than the

duties typically performed in this occupation. Based on the foregoing, the evidence of the record does not establish that the offered position is significantly different from other positions within the occupational category of Human Factors Engineers and Ergonomists.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, the record does not establish that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

Therefore, the evidence of record does not satisfy the second part of the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(2): that the employer's particular position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty.

III.     **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(3)**
         **Petitioner Normally Requires Degree or its Equivalent**

To meet this criterion, you must submit evidence showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

You stated that the position of Senior Research User Specialist requires the minimum of a bachelor's degree in Cognitive Studies, Human-Computer Interaction, Computer Science, or a closely related field. To support this claim, you provided copies of job postings for the Research User Specialist and Managing Principal User Experience Designer positions rendered at your establishment; and employee records for three of your current employees, supported by evidence to establish the education and positional title of each individual.



A review of the postings provided for the Research User Specialist positions with your company indicate that at least a bachelor's degree is required for this position, in the fields of Computer Science; Human Computer Interaction; Cognitive Science; Graphic Design; Web Design; Learning Engineering; Design; or Instructional Design; however, you have not provided sufficient evidence to establish how each of these fields of study relate to the duties of the offered positions.

Furthermore, the posting provided for the Managing Principal User Experience Designer position with your company indicates only that a Master's degree, without further specification, is required for this position. The evidence provided fails to explain how this generalized field is a "body of highly specialized knowledge" that is directly related to the duties and responsibilities of the offered position and/or how each of the fields of study under this generalized heading would relate to the duties and responsibilities of the proffered position.

Based on the referenced job openings at your establishment, your company accepts multiple disciplines for the offered position, including a non-specific Master's degree, which covers numerous specialties and vocations.

As stated above, you also provided employee records for three of your current employees, supported by evidence to establish the education and positional title of each individual. USCIS acknowledges that each individual you provided education credentials for has at least a bachelor's degree; however, aside from internal organizational charts and employee records indicating that these employees are employed in similarly titled positions, you have not provided any evidence to establish that these individuals perform duties analogous to those as described in your letter of support for the offered position. Moreoever, you have not provided any evidence to establish that each of these individuals have been compensated to work in the position of Senior Research User Specialist. As such, this evidence is insufficient to establish that your company historically hires individuals who hold at least a bachelor's degree in a specific specialty, or its equivalent, for employment as a Senior Research User Specialist.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, you have not established that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

Therefore, the evidence of record does not satisfy the third criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(3): that the employer normally requires a degree, or its equivalent, in a specific specialty for the position.

IV.    **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(4)**
       **Knowledge Required to Perform Specified Duties is Associated with Degree**

To meet this criterion, you must submit evidence demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

As stated above, the evidence does not establish that the offered position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty. In addition, the record of evidence provided is insufficient to establish that the offered position is so specialized and complex as to require the attainment of a bachelor's degree in a specific specialty.

To establish the offered position as a specialty occupation under this criterion, you submitted a description of the job duties; a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines.



While the evidence provided includes details of the nature of the project(s) to which the beneficiary has been assigned, you have not described with sufficient detail how the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent. Further, you have not provided evidence, such as industry publications or letters, which highlight the specialized and complex nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

USCIS notes that you have included a brochure from the NAEP; and an excerpt from the W3C website summarizing Web Content Accessibility Guidelines as evidence to establish the level of specialization and complexity of the beneficiary's assigned project; however, you have not provided sufficient explanation of how the beneficiary's performance of the duties in relation to this project are more specialized and complex than the duties typically performed in this occupation. Based on the foregoing, the evidence of the record does not establish that the offered position is significantly different from other Human Factors Engineer and Ergonomist positions that are not usually associated with at least a bachelor's degree in a specific specialty, or its equivalent.

In addition, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the offered position is directly related to the duties and responsibilities of the position. Accordingly, the record does not establish that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

Therefore, the evidence of record does not satisfy the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(4): that the nature of the specific duties is so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree in a specific specialty.

The record does not establish that the job offered satisfies the requirements of section 214(i)(1) of the Act. Further, you have not demonstrated that any of the four criteria enumerated in 8 CFR, section 214.2(h)(4)(iii)(A), above, are present in this proceeding. As such, the evidence of record does not establish that the job offered qualifies as a specialty occupation under section 101(a)(15)(H)(i)(b) of the Act.

Therefore, your petition is denied.

If applicable, the portion of the petition requesting an extension of stay or change of status for the beneficiary is also denied because the nonimmigrant visa petition filed on the beneficiary's behalf is denied.

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a motion or appeal of this decision by completing a Form I-290B, Notice of Appeal or Motion. You may also include a brief or other written statement in support of your appeal. The appeal must be filed within 33 days from the date of this notice. If an appeal or a motion is not filed within 33 days, this decision is final.

You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS 290B
PO Box 21100
Phoenix AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.



The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

*Laura Zuchowski*

Laura B. Zuchowski
Director